**CALLAHAN & BLAINE, APLC**
Javier H. van Oordt (Bar No. 184879)
Jonathan W. Hornberger (Bar No. 311144)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445
Email: jvo@callahan-law.com
       jhornberger@callahan-law.com

Attorneys for Plaintiff PATRICK GALLAGHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY, <br><br> Defendants. | Case No.: 23-cv-03579-SI <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO CITY AND COUNTY OF SAN FRANCISCO; WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA KWAITKOWSKA, MAURICIO HERHANDEZ, JOE DUFFY'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Hearing Date: January 5, 2024 <br> Time: 10:00 a.m. <br> Place: Zoom <br><br> Trial Date: Not Set |

Pursuant to Federal Rule of Evidence 201 and supporting case law, Plaintiff Patrick Gallagher requests that the Court take judicial notice of the following documents filed in support of his Opposition to Defendants' Motion to Dismiss his Second Amended Complaint. Court may take judicial notice of its own records in other cases, as well as records of an inferior court in other cases. *U.S. v. Wilson*, C.A.9 (Nev.) 1980, 631 F.2d 118. District court could take judicial notice of court file in related case. *Cagan v. Intervest Midwest Real Estate Corp.*, N.D.Ill.1991, 774 F.Supp. 1089. For a court to notice facts judicially, if they are not matters of general knowledge, the sources of those facts must be placed before the court; if a party places the source before the court and requests judicial notice the court must take it if the facts are susceptible of judicial

- 1 -
**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**

notice. *Clark v. South Central Bell Tel. Co.* (W.D.La.1976) 419 F.Supp. 697. See *Benak v. Alliance Capital Mgmt., L.P.* (3d Cir. 2006), 435 F.3d 396, 401, n. 15, permitting judicial notice of newspaper articles to indicate what was in the public realm at the time. "[A] court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

**Plaintiff requests the Court take judicial notice of 2021 federal indictments of Curran and Santos, and the 2023 guilty plea of Curran to accepting illegal gratuities in violation of 18 U.S.C. § 666, and Santos guilty plea to honest services wire fraud in violation of 18 U.S.C. §§ 1343, 1346, are also referenced in this Court's October 20, 2023 Ruling (Exhibit A), at page 2, footnote 1.**

**Exhibit A:** Court's October 20, 2023 Ruling on City's Motion to Dismiss First Amended Complaint

**Exhibit B:** "Former S.F. planning commissioner settles lawsuit against city for $1.8 million". San Francisco Chronicle, J.K. Dineen, Updated March 8, 2022. https://www.sfchronicle.com/sf/article/Former-S-F-planning-commissioner-settles-lawsuit-16984700.php. **Last accessed December 4, 2023.**

**Exhibit C:** "San Francisco Department of Building Inspection – Building Inspection Division" "J:\BID\clerical\Forms & Org Charts\Org Charts\BID\2022.11.01_BID Org Chart .vsd" **Last accessed December 3, 2023.**

**Exhibit D:** "Ex-Building Inspector, Engineer Must Pay San Francisco $236K After Corrupt Scheme". San Francisco Standard, Michael Barba, Published Nov. 28, 2023. https://sfstandard.com/2023/11/28/san-francisco-corruption-bernie-curran-rodrigo-santos-restitution/. **Last accessed December 4, 2023.**

Dated: December 5, 2023     **CALLAHAN & BLAINE, APLC**

By: /s/ *Jonathan W. Hornberger*
Javier H. van Oordt
Jonathan W. Hornberger
Attorneys for Plaintiff Patrick Gallagher