DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
THOMAS S. LAKRITZ, State Bar #161234
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4628
Facsimile:     (415) 554-3837
E-Mail:         tom.lakritz@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>      Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>      Defendant. | CASE NO.    23-cv-03579-SI<br><br>Judge: Hon. Susan Illston<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge:    Hon. Susan Illston<br>Date:     September 6, 2024<br>Time:    3:00 p.m.<br>Place:    Remote<br><br>Trial Date:  None Set |

Defendants City and County of San Francisco (the "City"); William Hughen; Kevin Birmingham; Natalia Fossi (erroneously sued as Natalia Kwaitkowska); Mauricio Hernandez; and Joe Duffy (collectively, the "Individual Defendants") (collectively, "the City and the "Individual Defendants" will be referred to as "Defendants") and Patrick Gallagher ("Plaintiff) submit this joint case management statement.

Since the initial case management conference on March 1, 2024, counsel and representatives for Plaintiff, the City, and the Individual Defendants (collectively, "the Parties") have conducted numerous discussions, videoconferences, and site inspections in hopes of developing a plan forward for resolving all outstanding issues with the Department of Building Inspection, the Planning Department, and the Department of Public Works.  On July 23, 2024, representatives of the Department of Building Inspection and the Planning Department met with Plaintiff's architect and realtor at the property to discuss ways to bring the property into compliance.  On July 30, 2024, representatives of the Department of Public Works and Plaintiff's architect met over video-conferencing to discuss ways to bring the property into compliance.  In between the on-site meeting and video-conference, counsel have been sharing information and responding to questions on both sides.

On August 1, 2024, the Parties participated in a settlement conference with Magistrate Judge Spero and agreed on a multi-step path for Plaintiff to finalize his project and obtain approvals from the Department of Building Inspection, the Planning Department, and the Department of Public Works. The Parties agreed that they would report to Magistrate Judge Spero at a further settlement conference on September 24, 2024.

The parties request that the Court continue the case management conference until after September 24, 2024.

Dated:  August 27, 2024

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
THOMAS S. LAKRITZ
Deputy City Attorney

By:      /s/*Thomas S. Lakritz*
THOMAS S. LAKRITZ

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM;
NATALIA FOSSI (ERRONEOUSLY SUED AS
NATALIA KWAITKOWSKA); MAURICIO
HERNANDEZ; and JOE DUFFY

Dated: August 27, 2024          **CALLAHAN & BLAINE, APLC**

                       *By:*    */s/ Jonathan W. Hornberger*
                              Javier H. van Oordt
                              Jonathan W. Hornberger[1]
                              Attorneys for Plaintiff PATRICK GALLAGHER

---

[1] Pursuant to L.R. 5-1(i)(3), the electronic filer has obtained approval from this signatory.