United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03579-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 1/31/2025 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is:  8/8/2025.

DESIGNATION OF EXPERTS: 8/22/2025; REBUTTAL: 9/19/2025;
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/3/2025.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/7/2025;
　　Opp. Due:  11/14/2025; Reply Due:  11/21/2025;
　　and set for hearing no later than 12/5/2025 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  1/20/2026;
PRETRIAL CONFERENCE DATE: 2/3/2026 at 1:30 PM.

JURY TRIAL DATE: 2/17/2026 at 8:30 AM.
　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 12 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: December 20, 2024

_____
SUSAN ILLSTON
United States District Judge