UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** June 13, 2025 | **Time:** 1:08 – 1:14  6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 23-cv-03579-SI | **Case Name:** Gallagher v. City and County of San Francisco | |

**Attorney for Plaintiff:** Patrick Gallgher (Pro Se)
**Attorney for Defendant:** Hunter Sims

**Deputy Clerk:** Esther Chung         **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

The Court confirmed that Plaintiff is still in search of counsel. Defense counsel indicated that Plaintiff's deposition is scheduled to occur in July or August. Plaintiff confirmed that his understanding is that Mr. Curran has been served but Mr. Santos has not. Plaintiff may dismiss Mr. Santos and would try to get a default against Mr. Curran. The Court indicated that these items should be completed by the next Status.

CASE CONTINUED:  8/22/2025 at 3:00 PM for Further Case Management Conference
Joint Case Management Statement due 7 Days before hearing
Courtesy copy due of CMS Monday after filing.
Zoom registration by email to sicrd@cand.uscourts.gov is due 9 days before hearing