UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al.*,<br><br>    Defendants. | Case No. 23-cv-03579-SI<br><br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 86 |

Plaintiff Patrick Gallagher has filed a motion for default judgment against defendant Bernard Curran. Dkt. No. 86. The Court DENIES the motion without prejudice. Gallagher must first file a motion for default by the Clerk, and if that is granted, Gallagher may then file a motion for default judgment by the Court. *See* Federal Rule of Civil Procedure 55.

**IT IS SO ORDERED**.

Dated: July 11, 2025

SUSAN ILLSTON
United States District Judge