Patrick Gallagher
470 Coletas Way
Bryon, CA 94514
Tel: (925) 325 – 3911
Email: bigblockpat@gmail.com
Plaintiff, In Pro Per

FILED

JUL 25 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>Defendants. | Case No.: 3:23-CV-03579-SI<br><br>[Hon. Susan Illston]<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST BERNARD CURRAN, AN INDIVIDUAL**<br><br>Service Date: February 24, 2025 |

1
REQUEST FOR ENTRY OF DEFAULT

## REQUEST FOR ENTRY OF DEFAULT

## AGAINST DEFENDANT BERNARD CURRAN, AN INDIVIDUAL

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Patrick Gallagher, appearing *pro se*, respectfully requests that the Clerk of the Court enter default against Defendant Bernard Curran, an individual, for failure to plead or otherwise defend this action as required by law.

On February 24, 2025, Defendant Bernard Curran was personally served with the Summons and Second Amended Complaint, along with associated court documents. A Proof of Service attesting to such service has been filed with the Court.

As of the date of this request, more than 21 days have elapsed since service, and Defendant Bernard Curran has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure.

Accordingly, Plaintiff requests that the Clerk enter the default of Bernard Curran, an individual, pursuant to Fed. R. Civ. P. 55(a).

Date:

Respectfully submitted,

*/s/ Patrick Gallagher*
Patrick Gallagher
Plaintiff, In Pro Per