Patrick Gallagher
470 Coletas Way
Bryon, CA 94514
Tel: (925) 325 – 3911
Email: bigblockpat@gmail.com
Plaintiff, In Pro Per

FILED

JUL 25 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>             Defendants. | Case No.: 3:23-CV-03579-SI<br><br>[Hon. Susan Illston]<br><br>**PROOF OF PERSONAL SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT UPON BERNARD CURRAN, AN INDIVIDUAL**<br><br>Service Date: February 24, 2025 |

## PROOF OF SERVICE DECLARATION OF SUMMONS AND SECOND AMENDED COMPLAINT UPON BERNARD CURRAN, AN INDIVIDUAL

1) My name is VICTORIA ABABSEH and I make this declaration of proof of personal service upon the Defendant BERNARD CURRAN, an individual.

2) The name and address of the court is THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

3) The Plaintiff is PATRICK GALLAGHER, an individual.

4) The Defendant served herein declared is Defendant BERNARD CURRAN, an individual.

5) At the time of service, I was at least 18 years of age and not a party to this action.

6) ON FEBRUARY 24, 2025, I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

    a. Second Amended Complaint for Violation of Civil Rights (42 U.S.C. § 1983) (as to Bernard Curran, an individual)

    b. Summons (as to Defendant Bernard Curran, an individual)

    c. Civil Case Cover Sheet

    d. Notice of Assignment to United States Magistrate Judge

    e. Standing Order for Magistrate Judge Susan Illston

    f. Order Setting Initial Case Management Conference and ADR Deadlines

    g. ADR Dispute Resolution Procedures and Handbook

    h. Demand for Jury

7) PARTY SERVED: BERNARD CURRAN, an individual.

8) DATE AND TIME OF SERVICE: 2/24/2025, 8:10 AM

9) LOCATION WHERE SERVICE OCCURRED: 27 Escondido Avenue, San Francisco, CA 94132.

10) MANNER OF SERVICE: Personal Service – by personally delivering copies to BERNARD CURRAN, an individual.

11) This declaration is signed in the County of San Mateo.

12) This proof of service is signed by Victoria Ababseh, and also on behalf of First Legal Investigations, 2070 N. Tustin Avenue, Santa Ana, CA 92705, Registration No.: 540, Tel: (714) 550-1375.

13) I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 07/23/25

*[signature]*

Victoria Ababseh