1
2
3
4

Patrick Gallagher
470 Coletas Way
Bryon, CA 94514
Tel: (925) 325 – 3911
Email: bigblockpat@gmail.com
Plaintiff, In Pro Per

**FILED**

**JUL 29 2025**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

11
12
13
14
15
16
17
18
19
20

PATRICK GALLAGHER,

Plaintiff,

vs.

CITY AND COUNTY OF SAN
FRANCISCO, BERNARD CURRAN,
RODRIGO SANTOS, WILLIAM
HUGHEN, KEVIN BIRMINGHAM,
NATALIA KWAITKOWSKA, AND JOE
DUFFY,

Defendants.

Case No.: 3:23-CV-03579-SI

[Hon. Susan Illston]

**AMENDED REQUEST FOR ENTRY OF
DEFAULT AGAINST BERNARD
CURRAN, AN INDIVIDUAL**

**Filed concurrently herewith:**

**[PROPOSED] CLERK'S ENTRY OF
DEFAULT**

**Service Date:  February 24, 2025**

21
22
23
24
25
26
27
28

## AMENDED REQUEST FOR ENTRY OF DEFAULT

## AGAINST DEFENDANT BERNARD CURRAN, AN INDIVIDUAL

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Patrick Gallagher, appearing *pro se*, respectfully requests that the Clerk of the Court enter default against Defendant Bernard Curran, an individual, for failure to plead or otherwise defend this action as required by law.

On February 24, 2025, Defendant Bernard Curran was personally served with the Summons and Second Amended Complaint, along with associated court documents. A Proof of Service attesting to such service has been filed with the Court.

As of the date of this request, more than 21 days have elapsed since service, and Defendant Bernard Curran has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure.

Accordingly, Plaintiff requests that the Clerk enter the default of Bernard Curran, an individual, pursuant to Fed. R. Civ. P. 55(a).

Respectfully submitted,

Date:

Patrick Gallagher
Plaintiff, In Pro Per

## PROOF OF SERVICE BY EMAIL/MAIL

I, SUSAN CORN declare as follows: I am employed in the County of Los Angeles, California where this mailing will occur; I am over the age of eighteen (18) year and not a party to the action; my business address is PO Box 697, Brentwood, CA 94513 I am readily familiar with the business practice for collection and processing of mail with the U.S. Postal Service, and Email via ISP, in the ordinary course of business.

On **JULY 25, 2025,** I served the forgoing document(s) described as:

**AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST BERNARD CURRAN, AN INDIVIDUAL**

on the interested parties to this action on this date in the County of Contra Costa, California, and by MAIL or EMAIL to:

BERNARD CURRAN
27 Escondido Avenue
San Francisco, CA 94132
(Served by Mail)

Hunger W. Sims, III
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
(415) 554 – 4259
Email: hunter.sims@sfcityatty.org

Renee E. Rosenblit
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
(415) 554 – 3853
Email: renee.rosenblit@sfcityatty.org

I certify and declare under penalty of perjury under the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct.

Signed this day in the County of Contra Costa.

Date:

By: Susan Corn