Patrick Gallagher
470 Coletas Way
Bryon, CA 94514
Tel: (925) 325 – 3911
Email: bigblockpat@gmail.com
Plaintiff, In Pro Per

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>Defendants. | Case No.: 3:23-CV-03579-SI<br><br>[Hon. Susan Illston]<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AS TO BERNARD CURRAN, AN INDIVIDUAL**<br><br>Service Date: February 24, 2025 |

1
**CLERK'S ENTRY OF DEFAULT**

# [PROPOSED] CLERK'S ENTRY OF DEFAULT

## AS TO DEFENDANT BERNARD CURRAN, AN INDIVIDUAL

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon request of Plaintiff Patrick Gallagher, and proof having been made to the satisfaction of the Clerk of this Court that Defendant Bernard Curran, an individual, was duly served with the Summons and Second Amended Complaint on February 24, 2025, and has failed to plead or otherwise defend in this action, the default of said defendant is hereby entered.

Date: _____

CLERK OF COURT
United States District Court
Northern District of California

By: _____
Deputy Clerk