## PROOF OF SERVICE BY EMAIL/MAIL

I, SUSAN CORN declare as follows: I am employed in the County of Contra Costa, California where this mailing will occur; I am over the age of eighteen (18) year and not a party to the action; my business address is PO Box 697, Brentwood, California 94513. I am readily familiar with the business practice for collection and processing of mail with the U.S. Postal Service, and Email via ISP, in the ordinary course of business.

On **JULY 25, 2025,** I served the forgoing document(s) described as:

**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST BERNARD CURRAN, AN INDIVIDUAL**

on the interested parties to this action on this date in the County of Contra Costa, California, and by MAIL or EMAIL to:

BERNARD CURRAN
27 Escondido Avenue
San Francisco, CA 94132
(Served by Mail)

Hunger W. Sims, III
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
(415) 554 – 4259
Email: hunter.sims@sfcityatty.org

Renee E. Rosenblit
City and County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102-5408
(415) 554 – 3853
Email: renee.rosenblit@sfcityatty.org

I certify and declare under penalty of perjury under the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct.

Signed this day in the County of Contra Costa.

Date:

By: Susan Corn

---

3
**CLERK'S ENTRY OF DEFAULT**