UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** August 22, 2025 | **Time:** 10:24 – 10:30<br>6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-03579-SI | **Case Name:** Gallagher v. City and County of San Francisco | |

**Attorney for Plaintiff:** Patrick Gallagher (Pro Se)
**Attorney for Defendant:** Hunter Sims

**Deputy Clerk:** Esther Chung       **Court Reporter:** Zoom Recording

## PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

## SUMMARY

Plaintiff made an oral request to have Defendant Santos dismissed. The Court granted the request and dismissed Defendant Santos. The Court instructed Plaintiff to file his Motion for Default including the sum requested for Judgment. The parties agreed they would like to try another settlement conference session with Judge Spro. The Courtroom Deputy will notify Judge Spero's chambers regarding the request.

No further hearings were set.