UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE JOSEPH C. SPERO

## ZOOM CIVIL MINUTES

**Case No.:** 3:23-cv-03579-SI (JCS)

**Case Name:** Gallagher v. City and County of San Francisco

**Date:** September 3, 2025   **Time:** 1 Hour

**Deputy Clerk:** Lashanda Scott   **Court Reporter:** Not Reported

**Attorney for Plaintiff:** Patrick Gallagher, pro se
**Attorney for Defendant:** Hunter Sims, Renee Rosenblit

## ZOOM PROCEEDINGS

Settlement conference held. Parties to contact the court if they desire a further settlement conference.