Bernard Curran
27 Escondido Ave.
San Francisco, California, 94132
(415) 516-4522
berndawgcurran@hotmail.com

Defendant, IN PRO PER

FILED
OCT -2 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGER<br><br>          Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, and JOE DUFFY.<br><br>          Defendants. | Case No.: 23-CV-03579-SI<br><br>**NOTICE OF MOTION AND MOTION TO VACATE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**<br><br>DATE: October 3, 2025<br>TIME: 10:00AM<br>JUDGE: Hon. Susan Illston<br>DEPT: Courtroom 1 – 17th Floor, 450 Golden Gate Ave., San Francisco, CA 94102 |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD AND THEIR COUNSELS:

- 1 -
NOTICE OF MOTION AND MOTION TO VACATE ENTRY OF DEFAULT PERSUANT TO FED. R. CIV. P. 55(c)

PLEASE TAKE NOTICE that on October 3, 2025, at 10:00AM in Courtroom 1 of the above-entitled Court located at 450 Golden Gate Ave., San Francisco, CA 94102, Bernard Curran ("Defendant") will move this Court set aside entry of default, for good cause, pursuant to Rule 55(c) of the *Federal Rules of Civil Procedure* on the ground that the default was taken against him due to his mistake, inadvertence, surprise, or excusable neglect as more fully set forth in the Declaration of Bernard Curran and exhibits attached thereto.

This motion shall be based upon this notice, and the attached Memorandum of Point and Authorities, the attached Declaration of Bernard Curran and exhibits attached thereto, the complete files and records of this action, such other and further oral and documentary evidence as may be presented at the hearing on this motion.

DATED: September 29, 2025

Bernard Curran
In Pro Per