Bernard Curran
27 Escondido Ave.
San Francisco, California, 94132
(415) 516-4522
berndawgcurran@hotmail.com

Defendant, IN PRO PER

**FILED**

OCT -2 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK GALLAGER | ) Case No.: 23-CV-03579-SI |
| Plaintiff, | ) **DECLARATION OF BERNARD CURRAN** |
| | ) **IN SUPPORT OF MOTION TO VACATE** |
| vs. | ) **ENTRY OF DEFAULT PURSUANT TO** |
| | ) **FED. R. CIV. P. 55(c); EXHIBITS** |
| CITY AND COUNTY OF SAN FRANCISCO, | ) |
| BERNARD CURRAN, RODRIGO SANTOS, | ) **DATE:  October 3, 2025** |
| WILLIAM HUGEN, KEVIN BIRMINGHAM, | ) **TIME:   10:00AM** |
| NATALIA KWAITKOWSKA, and JOE DUFFY. | ) **JUDGE: Hon. Susan Illston** |
| | ) **DEPT:   Courtroom 1 – 17th Floor, 450** |
| | ) **Golden Gate Ave., San Francisco, CA 94102** |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

DECLARATION OF DEFENDANT BERNARD CURRAN

- 1 -

I, Bernard Curran, declare as follows:

1.      I am the Defendant in the above-entitled case.

2.      I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify competently to the facts as stated herein.

3.      I became aware of this lawsuit on February 24, 2025, after being served Plaintiff's complaint.

4.      I responded to the lawsuit by taking the following actions: I read the documents that had been served, and not seeing a date to appear in court, I set the documents aside. I incorrectly believed another party to this lawsuit, the City and County of San Francisco, was working on settling the lawsuit with Plaintiff. With that belief in mind, and the fact that I was undergoing cancer treatment at the time I received the Complaint, I focused my energy on my recovery. As a result, I was unable to devote further attention to the lawsuit and failed to respond to the Complaint within the required time period. It was not until late August of 2025, when I was served Plaintiff's Motion for Default Judgment, when I realized my error. I took prompt action to seek legal advice and respond to Plaintiff's Motion.

5. My delay in filing a response to the lawsuit was not intentional. I did not file a timely formal response to the lawsuits for the following reasons: I was diagnosed with Stage 3 metastatic Melanoma in Situ and was undergoing IV pembrolizumab immunotherapy treatment which affected my cognitive capabilities and physical ability to respond to the lawsuit.

6.      The following facts support my defenses to this lawsuit: I was diagnosed with Melanoma in Situ, on my left leg, on August 15, 2024. I began immunotherapy for my skin cancer diagnosis in October of 2024. As a side effect of the treatment I suffered from severe brain fog, lapses in memory, and an overall decline in my cognitive function. I suffered further physical complications from the treatment when I was admitted to Kaiser Hospital for seven days and diagnosed with diabetes.

7.      I have no reason to believe Plaintiff will suffer prejudice if the Court grants this motion.

8.      Attached hereto as **Exhibit A** is a true and correct copy of a letter from my general practitioner, Dr. Sal Fazio, explaining my medical condition.

DECLARATION IN SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)

1    9.        Attached hereto as **Exhibit B** is a true and correct copy of a letter from my oncologist, Dr.

2    Alfredo Lopez, explaining my medical condition.

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    DATED: September 29, 2025

7                                                                 Bernard Curran
                                                                 In Pro Per
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF MOTION TO VACATE ENTRY OF DEFAULT PURSUANT TO FED. R. CIV.
P. 55(c)

# EXHIBIT A

 KAISER PERMANEN

**Date printed:** 9/29/2025

**Kaiser Permanente Member name:**
Bernie J Curran

**Date of birth:** 10/14/1960

MRN: 

# The Permanente Medical Group, Inc.

**ADULT AND FAMILY MEDICINE**
**3900 LAKEVILLE HWY**
**PETALUMA CA 94954-5698**
**Dept: 707-765-3960**
**Main: 707-765-3900**

September 22, 2025

Re: Bernard J Curran
27 Escondido Avenue
San Francisco CA

94132

To Whom it May
Concern,


I am the primary care
physician for Mr.
Bernie Curran.  Mr.
Curran notified me
that he missed a court
date in the month of
February 2025 and
attributes it to his
multiple medical
problems that he was
dealing with at that
time.  Mr. Curran had
previously received
treatment for a serious
chronic medical
condition which was
causing him side
effects of extreme
fatigue, and some
associated cognitive
symptoms which
resulted in some
memory problems at
the time.  Please take
this into consideration.

Sincerely,

SAL FAZIO MD

Certain content delivered by

MyChart®, licensed from Epic Systems

Corporation, © 1999 to February

2025, patents pending.

.

# EXHIBIT B

 KAISER PERMANEN

**Date printed:** 9/29/2025

**Kaiser Permanente Member name:**
Bernie J Curran

**Date of birth:** 10/14/1960

MRN: 

# The Permanente Medical Group, Inc.
**HEMATOLOGY/ONCOLOGY DEPT**
**2238 GEARY BLVD**
**SAN FRANCISCO CA**
**94115-3416**
**Dept: 415-833-3692**
**Main: 415-833-2000**

September 29, 2025

Bernard J Curran
27 Escondido
Avenue
San Francisco CA
94132

To Whom It May
Concern:

Mr. Curran is a
patient at the San
Francisco Kaiser
Medical Center.
Mr Curran had been
undergoing therapy
for a cancer
condition from
October 2024
through April 2025.

During this period
patient experienced a
number of side
effects and
complications
Including
hospitalizations for
side effects of the
therapy
For this reason the
patient missed his
February court date
The member is now
doing much better
off therapy.
I wish to explain to
the court the reason
for Mr. Curran's
missed court date

Please feel free to

contact my office if
you are in need of
further information

Sincerely,


ALFREDO R
LOPEZ MD


Certain content delivered by

MyChart®, licensed from Epic Systems

Corporation, © 1999 to February

2025, patents pending.