UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** October 10, 2025 | **Time:** 10:26 – 10:31 5 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.**: 23-cv-03579-SI | **Case Name:** Gallagher v. City and County of San Francisco | |

**Attorney for Plaintiff:** Patrick Gallagher (Pro Se)
**Attorney for Defendant:** Hunter Sims, Bernard Curran (Pro Se)

**Deputy Clerk:** Esther Chung            **Court Reporter:** Marla Knox

## PROCEEDINGS

Motion for Default Judgment (Dkt. 96) – Held via Zoom webinar.

## SUMMARY

Bernard Curran appeared pro se. The Court confirmed with Mr. Curran that he was requesting that the Default against him be set aside. The Court set a briefing and hearing schedule[1].

*The revised after hearing schedule is as follows:*

Opposition Due: 10/23/2025
Reply: 10/30/2025
Motion Hearing by Zoom webinar on 11/14/2025 at 10:00 a.m.

---

[1] ***The briefing schedule was revised after the hearing concluded since the Motion to Set Aside Default did not appear on the docket until yesterday.***