1  DAVID CHIU, State Bar #189542
   City Attorney
2  JENNIFER E. CHOI, State Bar #184058
   Chief Trial Deputy
3  HUNTER W. SIMS III, State Bar #266039
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4259
6  Facsimile:     (415) 554-3837
   E-Mail:        hunter.sims@sfcityatty.org
7
8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
9  WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
   (ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
10 MAURICIO HERNANDEZ; and JOE DUFFY

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14 PATRICK GALLAGHER,                  Case No. 23-cv-03579-SI (JCS)

15        Plaintiff,                   **DECLARATION OF KEVIN BIRMINGHAM
                                       IN SUPPORT OF DEFENDANTS' MOTION
16        vs.                          FOR SUMMARY JUDGMENT (Fed. R. Civ. P.
                                       56)**
17 CITY AND COUNTY OF SAN
   FRANCISCO, BERNARD CURRAN,          Hearing Date:    December 5, 2025
18 RODRIGO SANTOS, WILLIAM HUGHEN,     Time:            10:00 a.m.
   KEVIN BIRMINGHAM, NATALIA           Place:           Videoconference
19 KWAITKOWSKA, AND JOE DUFFY,
                                       Trial Date:      February 17, 2026
20        Defendant.

21

22

23

24

25

26

27

28

## DECLARATION OF KEVIN BIRMINGHAM

I, Kevin Birmingham, declare as follows:

1.     I am over the age of eighteen and I have personal knowledge of the matters stated in this declaration, unless otherwise stated. If called upon to testify, I could and would testify competently to the contents of this declaration.

2.     I am currently employed by the San Francisco Department of Building Inspection ("DBI"), a department of the City and County of San Francisco ("City"). I have been employed by DBI since 2016. My current title at DBI is Chief Building Inspector. I have held this position for approximately a year and a half.

3.     Prior to becoming the Chief Building Inspector, I was a Senior Building Inspector. I held this position from approximately 2019 to 2024.

4.     In approximately June 2021, I was assigned to assist in DBI's inspection efforts at a property located at 200 Naples Street, San Francisco, California ("the Property"). It is my understanding that Plaintiff was the owner of the Property the time I assisted in DBI's enforcement efforts.

5.     The first I recall being involved with any enforcement at the Property was a meeting that occurred on or about January 21, 2022. The meeting was attended by me, then Senior Building Inspector Mauricio Hernandez and Plaintiff.

6.     Prior to the meeting I reviewed all active permits for the Property. The active permit was numbered "PA 201810183586." I have reviewed PA 201810183586 and know that the work for that permit was to comply with a Notice of Violation ("NOV"), numbered 201895477.

7.     Prior to the meeting I reviewed NOV number 201895477. That NOV was issued to Plaintiff for working without a permit. Specifically, that Plaintiff was attempting to install dormers without proper permits as well as Structural modifications to the roof and floor system.

8.     Prior to the meeting, I reviewed a prior NOV that had been issued on the Property on May 17, 2021 by DBI Inspector Thomas Keane. That NOV was numbered 202175602 and was for working under an expired permit. I also reviewed amended NOV number 202175602 authored by Hernandez.

9.     At the January 21, 2022 meeting, I observed many aspects of the condition of the Property that did not match the building plans that were submitted and approved by DBI for PA 201810183586. It is important for general contractors and property owners to follow the plans that are submitted to DBI. This way, DBI can ensure that any construction related activities conducted in the neighborhoods of San Francisco is done in a safe and workmanlike manner.

10.    Given the number of items that deviated from the approved plans, Hernandez and I divided handling of the issues. I handled the issues with the windows of the property, while Hernandez handled the remaining issues.

11.    The issues with the windows pertained to windows on the front and the rear of the Property.

12.    The windows on the front of the Property did not meet the egress requirements as outlined in California Building Code sections 1031.3.1, 1031.3.2 and 1031.3.3. Per Building Code section 1031.3.1, "*The minimum net clear height opening shall be 24". The minimum net clear width dimension shall be 20"* and must have a net clear opening of 5.7 square feet. The spirit behind Building Code section 1031.3.1 is to allow for a window to open wide enough such that a firefighter, or other first responder, can fit through it in the event of an emergency. This code pertains to a health and safety issue aimed to prevent death and serious injury.  I advised Plaintiff that he could change the windows on each gable to meet the egress requirements from a bedroom. He did subsequently change these windows to meet the egress requirement.

13.    The windows on the back of the property were within three feet of the property line. When windows are within five feet of a property line, they must be "45 minute rated windows." This specific type of window is designed to prevent the spread of a fire and is required within 5 feet of a property line due to the proximity of adjacent buildings and the risk a fire could easily spread between buildings of such close proximity.

14.    I reviewed the building plans submitted in connection with this property. In those plans, Plaintiff attested that he would use "45 minute rated windows" in his project. Attached hereto as Exhibit A is a true and accurate copy of the attestation signed by Plaintiff.

15.    I issued a "Correction Notice and Report" for the issues with the windows described above. DBI inspectors may issue a "Correction Notice" when a problem falls short of a NOV, but DBI will issue an NOV should the property owner or contractor fail to correct the items described in the "Correction Notice." The "Correction Notice" I issued is attached hereto as Exhibit B.

16.    I was not personally involved with any of the enforcement done at the Property other than the windows.

17.    I considered the issues described above to be potentially serious life and safety issues. Any enforcement I, or any other DBI employee I interacted with, was only done to ensure Plaintiff's project was done consistent with the submitted plans and the applicable laws governing Plaintiff's project at 200 Naples St.

18.    On or about May 4, 2022, I attended a meeting with an individual named Ernest Jones, who at the time was an aide to then San Francisco Supervisor Ahsha Safai. The meeting was also attended by DBI employees Joe Duffy, Matt Greene and Hernandez. During the meeting, all of the DBI employees explained to Plaintiff the corrections to the Property that DBI required in order to obtain final approval on the project. Plaintiff responded with accusations that the DBI employees were acting improperly respect to enforcement at the property. Then Supervisor Safai did not attend the meeting. I never spoke with Supervisor Safai before or after the meeting regarding the property.

19.    At the time of the above described events, Defendant Joe Duffy was my supervisor at DBI. At no time did Duffy instruct or direct me to retaliate against Plaintiff in any way.

20.    I worked with Defendant Bernie Curran. Curran never supervised me. I never had anything other than a professional relationship with Curran. We did not socialize outside of work.

21.    I never worked with Defendant Rodrigo Santos. Santos never supervised me. I never had anything other than a professional relationship with Santos. We did not socialize outside of work.

22.    I do not believe I ever met Plaintiff prior to this project. I did not know that Plaintiff spoke with the FBI prior to June 8, 2021, when amended NOV 202175602 was issued. Some time after amended NOV 202175602 was issued, I learned Plaintiff claimed he had spoken with the FBI about Bernie Curran and Rodrigo Santos. Plaintiff was the only source of this information.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2    and correct.

3    Executed this 21 day of October 2025, at San Francisco, California.

4

5    _____
        KEVIN BIRMINGHAM

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY



① EXISTING 1st FLOOR PLAN (LOWER)  SCALE 1/4" = 1'-0"

② EXISTING 2nd FLOOR PLAN (MIDDLE)  SCALE 1/4" = 1'-0"

③ EXISTING 3rd FLOOR PLAN (UPPER)  SCALE 1/4" = 1'-0"

④ EXISTING EXTERIOR ELEVATION - NAPLES AVE.  SCALE 3/16" = 1'-0"

Bill Manfredi & Assoc.
6 Gardner, Danville, Ca.
Ph: 925-413-7612
E-mail: bill.manfredi@att.net

G.S.BLOCK INV. LLC.
P.O. BOX 523, BYRON, CA. 94514
Bill Gallagher,
Ph # 925-325-3911, E-mail: bigblockpat@gmail.com

EXISTING 1st, 2nd & 3rd FLOOR PLANS
EXISTING EXTERIOR ELEVATION

Addition & Renovation at
200 Naples St. San Francisco, Ca. 94112
for owner: Pat Gallagher, Ph # 925-325-3911

RECEIVED
MAY 2 3 2019

Drawn by:
Amilio Garcia
DATE ISSUED
May, 2019
SHEET
2
OF 3
SHEETS



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

FOR OFFICE USE ONLY

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

FOR OFFICE USE ONLY

## ABBREVIATIONS

| ABBREV. | DESCRIPTION |
|---|---|
| BLKG | BLOCKING |
| BM | BEAM |
| BTWN | BETWEEN |
| CL | CENTER LINE |
| CLR | CLEAR OR CLEARANCE |
| COL | COLUMN |
| CONC | CONCRETE |
| CONN | CONNECTION(S) |
| CONT | CONTINUOUS |
| CTR | CENTER |
| CTRSK | COUNTERSINK |
| db | DIAMETER OF BOLT OR REBAR |
| DEMO | DEMOLISH |
| DF | DOUGLAS FIR |
| DIA | DIAMETER |
| DIM(S) | DIMENSION(S) |
| DWG(S) | DRAWING(S) |
| EA | EACH |
| EF | EACH FACE |
| EMBED | EMBEDMENT |
| EN | EDGE NAIL |
| EQ | EQUAL |
| EXP | EXPANSION |
| FN | FIELD NAILING |
| FND | FOUNDATION |
| FTG | FOOTING |
| GA. | GAGE, GAUGE |
| GALV | GALVANIZED |
| GEN | GENERAL |
| HDR | HEADER |
| HGR | HANGER |
| HK | HOOK |
| HORIZ | HORIZONTAL |
| HSS | HOLLOW STRUCTURAL STEEL |
| INFO | INFORMATION |
| LONG | LONGITUDINAL |
| MAX | MAXIMUM |
| MB | UNFINISHED MACHINE BOLT |
| MFR | MANUFACTURER |
| MIN | MINIMUM |
| MISC | MISCELLANEOUS |
| MTL | METAL |
| N/A | NOT APPLICABLE |
| NO | NUMBER |
| NOM | NOMINAL |
| NTS | NOT TO SCALE |
| OC | ON CENTER |
| OH | OPPOSITE HAND |
| OPNG(S) | OPENING(S) |
| PL | PLATE |
| PLY | PLYWOOD |
| PSF | POUNDS PER SQUARE FOOT |
| PSI | POUNDS PER SQUARE INCH |
| REINF | REINFORCE(D) (ING) OR (MENT) |
| REQD | REQUIRED |
| REV | REVISION |
| SCHED | SCHEDULE |
| SEOR | STRUCTURAL ENGINEER OF RECORD |
| SIM | SIMILAR |
| SOG | SLAB ON GRADE |
| SQ | SQUARE |
| STAGG'D | STAGGERED |
| STD | STANDARD |
| T&B | TOP AND BOTTOM |
| TO | TOP OF |
| TYP | TYPICAL |
| UON | UNLESS OTHERWISE NOTED |
| VERT | VERTICAL |
| VIF | VERIFY IN FIELD |
| W/ | WITH |
| W/O | WITHOUT |
| WF | WIDE FLANGE |

*(additional abbreviations at top of list:)*
| EXISTING | |
| ANCHOR BOLT | |
| ADDITIONAL | |
| ANCHOR ROD | |

### I. GENERAL REQUIREMENTS

A. THE STRUCTURAL DRAWINGS REPRESENT THE FINISHED STRUCTURE. THE MEANS, METHODS, PROCEDURES AND SEQUENCE OF CONSTRUCTION ARE THE RESPONSIBILITY OF THE CONTRACTOR. THE CONTRACTOR SHALL CALL NECESSARY PRECAUTIONS TO MAINTAIN AND ENSURE THE INTEGRITY OF THE STRUCTURE AT ALL STAGES OF CONSTRUCTION.

B. DURING THE CONSTRUCTION PERIOD, THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE SAFETY OF PERSONNEL AND PROPERTY ON AND AROUND THE JOBSITE. THE CONTRACTOR SHALL PROVIDE SHORING, BRACING, GUYS, ETC. IN ACCORDANCE WITH ALL LOCAL, STATE, AND NATIONAL STANDARDS.

C. ALL CONSTRUCTION, TESTING, AND INSPECTIONS SHALL CONFORM TO THE BUILDING CODE REFERENCED UNDER THE HEADING 'BASIS OF DESIGN' BELOW.

D. STANDARDS REFERENCED IN THESE DRAWINGS SHALL BE THE LATEST EDITION, UNLESS OTHERWISE NOTED.

E. THE CONTRACTOR SHALL VERIFY ALL DIMENSIONS AT THE JOB SITE BEFORE COMMENCING WORK AND SHALL REPORT ANY DISCREPANCIES TO THE SEOR.

F. DO NOT SCALE THE DRAWINGS; USE WRITTEN DIMENSIONS ONLY. WHERE NO DIMENSIONS ARE PROVIDED OR WHERE DIMENSIONS PROVIDED CONFLICT WITH OTHER DRAWINGS, CONSULT THE SEOR.

G. WHERE MEMBER LOCATIONS ARE NOT DIMENSIONED, MEMBERS SHALL BE LOCATED ON COLUMN LINES OR EQUALLY SPACED BETWEEN MEMBERS ON COLUMN LINES OR BETWEEN MEMBERS OTHERWISE LOCATED. CENTERLINES OF COLUMNS, WALLS, FRAMING MEMBERS, AND FOUNDATIONS COINCIDE WITH GRIDLINES, UNLESS OTHERWISE NOTED.

H. TYPICAL DETAILS ARE INTENDED TO APPLY TO APPLICABLE SITUATIONS, UNLESS OTHERWISE NOTED. TYPICAL DETAILS MAY NOT BE SPECIFICALLY LOCATED.

I. DETAILS SHALL BE APPLIED TO EVERY LIKE CONDITION WHETHER OR NOT THEY ARE REFERENCED IN EVERY INSTANCE. FOR CONDITIONS NOT SPECIFICALLY SHOWN, USE DETAILS SIMILAR TO THOSE PROVIDED.

J. CONTRACTOR SHALL COORDINATE SEWER AND UTILITY LINE LOCATIONS WITH THE FOUNDATION LOCATIONS AND SIZES SHOWN ON THE STRUCTURAL DRAWINGS. ANY INTERFERENCE BETWEEN SEWER/UTILITY LINES AND FOUNDATIONS SHALL BE BROUGHT TO THE ATTENTION OF THE SEOR BEFORE PROCEEDING WITH THE WORK.

K. THE CONTRACTOR SHALL VERIFY THAT CONSTRUCTION LOADS DO NOT EXCEED THE CAPACITY OF THE STRUCTURE AT THE TIME THE LOADS ARE PLACED.

### II. EXISTING CONSTRUCTION

A. WORK SHOWN IS NEW UNLESS OTHERWISE NOTED AS EXISTING, (E).

B. EXISTING CONSTRUCTION SHOWN IN THESE DRAWINGS WAS OBTAINED FROM LIMITED SITE INVESTIGATIONS. THE CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS, VERIFY DIMENSIONS PRIOR TO CONSTRUCTION. THE CONTRACTOR SHALL NOTIFY THE SEOR OF ALL DISCREPANCIES AND EXCEPTIONS BEFORE PROCEEDING WITH THE WORK.

C. THE REMOVAL, CUTTING, DRILLING, ETC. OF EXISTING WORK SHALL BE PERFORMED WITH GREAT CARE AND SMALL TOOLS IN ORDER TO MAINTAIN THE STRUCTURAL INTEGRITY OF THE BUILDING. IF EXISTING STRUCTURAL MEMBERS NOT INDICATED FOR REMOVAL INTERFERE WITH THE NEW WORK, THE SEOR SHALL BE NOTIFIED IMMEDIATELY. APPROVAL SHALL BE OBTAINED PRIOR TO REMOVAL OF THE EXISTING MEMBERS.

D. THE CONTRACTOR SHALL SAFELY SHORE EXISTING CONSTRUCTION WHEREVER EXISTING SUPPORTS ARE REMOVED TO ALLOW INSTALLATION OF THE NEW WORK. THE EXISTING CONSTRUCTION SHALL BE CONNECTED AND/OR EMBEDDED INTO THE NEW CONSTRUCTION AS SHOWN OR SPECIFIED.

E. THE CONTRACTOR SHALL VERIFY THE LOCATION OF EXISTING UTILITIES BEFORE BEGINNING WORK. SPECIAL CARE SHALL BE TAKEN TO PROTECT UTILITIES THAT ARE TO REMAIN IN SERVICE DURING CONSTRUCTION.

F. THE CONTRACTOR SHALL PROMPTLY REPAIR DAMAGE CAUSED DURING OPERATIONS WITH SIMILAR MATERIALS AND WORKMANSHIP.

G. THE CONTRACTOR SHALL LOCATE EXISTING REINFORCING STEEL WHERE EXISTING CONCRETE IS TO BE CUT, CORED OR SAWN. LOCATION SHALL BE DONE USING A NON-DESTRUCTIVE METHOD. DO NOT DAMAGE EXISTING REINFORCING WITHOUT NOTIFYING THE SEOR.

### III. BASIS OF DESIGN

A. THE STRUCTURAL DESIGN OF THIS PROJECT IS GOVERNED BY THE 2016 CALIFORNIA BUILDING CODE (CBC) WITH 2016 SAN FRANCISCO BUILDING CODE AMMENDMENTS.

B. RISK CATEGORY = I

C. LIVE LOADS
1. FLOOR = 40 PSF
2. ROOF = 20 PSF

D. WIND DESIGN DATA:
1. V = 110 MPH
2. EXPOSURE CATEGORY = B
3. Kzt = 1.0

E. SEISMIC DESIGN DATA:
1. I = 1.0
2. SDS = 1.154
3. SD1 = 0.785
4. SITE CLASS = D
5. SEISMIC DESIGN CATEGORY = E
6. R = 6.5 FOR PLYWOOD SHEAR WALLS
7. ANALYSIS PROCEDURE = EQUIVALENT LATERAL FORCE PROCEDURE
8. REDUNDANCY FACTOR = 1.3

### IV. FOUNDATIONS

A. FOUNDATIONS ARE DESIGNED IN ACCORDANCE WITH CHAPTER 18 TABLE 1806.2 OF THE 2016 CBC.

B. SPREAD FOOTINGS HAVE BEEN DESIGNED ASSUMING AN ALLOWABLE BEARING PRESSURE OF 1500 PSF WITH A ONE-THIRD INCREASE FOR SEISMIC LOADING.

### V. CONCRETE

A. MIXING, BATCHING, TRANSPORTING AND PLACING OF ALL CONCRETE SHALL CONFORM TO ACI 301, SPECIFICATION FOR STRUCTURAL CONCRETE FOR BUILDINGS.

B. ALL CONCRETE SHALL BE THOROUGHLY CONSOLIDATED.

C. ALL CONCRETE SHALL CONFORM TO TYPE I OR IIIV CEMENT.

D. THE SCHEDULE BELOW INDICATES THE MINIMUM CONCRETE DESIGN MIX REQUIREMENTS. SEE THE SPECIFICATIONS FOR ADDITIONAL CONCRETE PROPERTIES.

| TYPE | LOCATION | MINIMUM 28-DAY STRENGTH (PSI) | MAXIMUM WEIGHT (PCF) |
|---|---|---|---|
| A | FOOTINGS | 2500 | 150 |
| B | SLAB ON GRADE | 2500 | 150 |

E. SLAB-ON-GRADE CONCRETE SHALL HAVE A MAXIMUM WATER-CEMENT RATIO OF 0.45

F. CONCRETE CLEAR COVER OVER MILD REINFORCING STEEL SHALL BE AS FOLLOWS, UNLESS OTHERWISE NOTED:
1. CONCRETE CAST AGAINST AND PERMANENTLY EXPOSED TO EARTH = 3"
2. CONCRETE EXPOSED TO EARTH OR WEATHER:
   a. NO. 5 BARS AND SMALLER = 1-1/2"
   b. NO. 6 BARS AND LARGER = 2"
3. CONCRETE NOT EXPOSED TO WEATHER OR IN CONTACT WITH GROUND:
   a. SLABS, WALLS, JOISTS:
      i. NO. 11 BARS AND SMALLER = 3/4"
   b. BEAMS, COLUMNS:
      i. PRIMARY REINFORCEMENT, TIES, STIRRUPS, SPIRALS = 1-1/2"

G. NON-SHRINK GROUT SHALL HAVE A MINIMUM COMPRESSIVE STRENGTH OF 6000 PSI AT 28 DAYS.

### VI. REINFORCING STEEL

A. ALL REINFORCING BARS SHALL BE DEFORMED BARS CONFORMING TO THE REQUIREMENTS OF ASTM A615 AND ASTM A706 WHERE REQUIRED). ALL BARS TO BE GRADE 60 UNLESS OTHERWISE NOTED.

B. DETAIL REINFORCING STEEL BASED ON THE PROJECT REQUIREMENTS, ACI 318, AND ACI 315.

C. TERMINATION OF REINFORCEMENT:
1. TERMINATE ALL BARS IN LAPS, 90 DEGREE BENDS OR WITH DOWELS EPOXIED INTO EXISTING CONCRETE.

D. WHERE A 90 DEGREE, 135 DEGREE OR 180 DEGREE HOOK IS GRAPHICALLY INDICATED, PROVIDE CORRESPONDING ACI STANDARD HOOK PER DETAILS 2 AND 3/S5.0.

E. SPLICES
1. LAP REINFORCING STEEL AS SPECIFICALLY DETAILED ON THE DRAWINGS. SEE REBAR OFFSET AND LAP SPLICE SCHEDULE IN DETAIL 7/S5.0
2. UNLESS OTHERWISE NOTED, ALL LAP SPLICES ARE TO BE CLASS B.
3. MECHANICAL SPLICES, IF USED AT CONTRACTOR'S OPTION, SHALL BE ICC-ES APPROVED AND CAPABLE OF DEVELOPING 125% OF THE SPECIFIED MINIMUM YIELD STRENGTH OF THE BAR IN TENSION OR COMPRESSION.

### VII. WOOD

A. ALL WOOD FRAMING SHALL CONFORM TO NATIONAL DESIGN SPECIFICATIONS (NDS) FOR WOOD CONSTRUCTION AND APA PDS, PLYWOOD DESIGN SPECIFICATION.

B. ALL WOOD FRAMING SHALL BE DOUGLAS FIR LARCH. GRADE SHALL BE AS FOLLOWS, UNLESS NOTED OTHERWISE:
1. JOISTS = NO. 2
2. BEAMS = NO. 2
3. WALL STUDS = NO. 2
4. SILL PLATES = PRESSURE TREATED, NO. 2
5. TOP PLATES = NO. 2
6. POSTS = NO. 2
7. BLOCKING AND MISCELLANEOUS = NO. 2

C. UNLESS OTHERWISE NOTED ON PLAN, LAMINATED VENEER LUMBER (LVL) SHALL HAVE THE FOLLOWING MINIMUM PROPERTIES: Fb = 2,900 PSI, E = 2,000,000 PSI. PARALLEL STRAND LUMBER (PSL) MAY BE USED IN LIEU OF LVL AND SHALL HAVE THE FOLLOWING MINIMUM PROPERTIES: Fb = 2,500 PSI, E = 2,000,000.

D. ALL LUMBER IN CONTACT WITH CONCRETE OR AT OR LESS ABOVE THE GROUND SHALL BE PRESSURE TREATED.

E. MAXIMUM MOISTURE CONTENT SHALL BE 15% AT TIME OF FRAMING FOR NEW WOOD MEMBERS ADJACENT TO EXISTING WOOD MEMBERS. ALL OTHER MEMBERS SHALL HAVE A MAXIMUM MOISTURE CONTENT OF 19% AT TIME OF FRAMING. REFER TO ARCHITECTURAL DRAWINGS, PROJECT SPECIFICATIONS AND CLADDING MANUFACTURERS' INFORMATION FOR MORE STRINGENT MOISTURE CONTENT REQUIREMENTS.

F. STRUCTURAL SHEATHING SHALL BE AS FOLLOWS (MIN THICKNESS AND MIN APA RATING):
1. WALLS = 1/2", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1
2. FLOORS = 3/4", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1
3. ROOFS = 5/8", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1

G. WOOD CONNECTORS SHALL BE AS MANUFACTURED BY SIMPSON STRONG TIE OR EQUAL PRODUCT IF APPROVED BY SEOR. SIMPSON DESIGNATIONS USED IN THESE DRAWINGS.

H. NAILS SHALL BE COMMON WIRE GAGE, UNLESS OTHERWISE NOTED AND CONFORM TO CBC TABLE 2304.9.1.

I. (A4) BOLTS AND UNFINISHED MACHINE BOLTS SHALL CONFORM TO ASTM A307. PROVIDE WASHERS UNDER THE HEADS AND NUTS OF ALL BOLTS AND LAG SCREWS BEARING ON WOOD.

J. ANCHOR RODS SHALL CONFORM TO ASTM F1554 GR 36.

K. FASTENERS INSTALLED IN PRESSURE TREATED OR FIRE RETARDANT TREATED WOOD SHALL BE GALVANIZED.

### VIII. POST-INSTALLED ANCHORS

A. DO NOT DAMAGE OR CUT EXISTING REINFORCING STEEL WHILE INSTALLING POST-INSTALLED ANCHORS. NOTIFY SEOR IF EXISTING REINFORCING STEEL INTERFERES WITH INSTALLATION OF POST-INSTALLED ANCHORS.

B. ALL MIS-DRILLED OR UNACCEPTABLE HOLES SHALL NOT BE USED AND SHALL BE GROUTED SOLID.

C. ALL POST-INSTALLED ANCHORS SHALL BE INSTALLED IN ACCORDANCE WITH APPLICABLE ICC-ES REPORT AND MANUFACTURER'S RECOMMENDATIONS.

D. PROVIDE SPECIAL INSPECTION FOR THE INSTALLATION OF ALL POST-INSTALLED ANCHORS, UNLESS OTHERWISE NOTED.

E. EPOXY ANCHORS AND REINFORCING STEEL DOWELS
1. FOR INSTALLATION IN CONCRETE, EPOXY SHALL BE ONE OF THE FOLLOWING:
   a. SET-XP PER ICC-ES ESR-2508 AS MANUFACTURED BY SIMPSON STRONG TIE
   b. HIT-RE 500-SD PER ICC-ES ESR-2322 AS MANUFACTURED BY HILTI, INC.
   c. HY-200 MAX-SD PER ICC-ES ESR-3013 AS MANUFACTURED BY HILTI, INC.
2. EPOXIED ANCHOR RODS SHALL BE CARBON STEEL THREADED RODS PER APPROPRIATE ICC-ES REPORT). EPOXIED REINFORCING STEEL DOWELS SHALL BE ASTM A615 GR 60 UNLESS OTHERWISE NOTED.
3. MINIMUM ANCHOR EMBEDMENT AND TENSION TEST VALUES ARE AS FOLLOWS:

**EPOXY ANCHORS IN NORMAL-WEIGHT CONCRETE (f'c = 3000 PSI MIN)**

| REBAR SIZE | EMBED (IN) | TENSION TEST VALUE (LBS) | | |
|---|---|---|---|---|
| | | HY-200 MAX-SD | HIT-RE 500-SD | SET-XP |
| #3 | 3 | 3350 | 3510 | 3400 |
| #4 | 4 | 6010 | 6150 | 5690 |
| #5 | 5 | 9940 | 9330 | 7640 |
| #6 | 6 | 13660 | 12690 | 9770 |

**EPOXY ANCHORS IN NORMAL-WEIGHT CONCRETE (f'c = 3000 PSI MIN)**

| THREADED ROD DIAMETER (IN) | EMBED (IN) | TENSION TEST VALUE (LBS) | | |
|---|---|---|---|---|
| | | HY-200 MAX-SD | HIT-RE 500-SD | SET-XP |
| 3/8 | 3 | 3350 | 3510 | 3620 |
| 1/2 | 4 | 6010 | 6150 | 5690 |
| 5/8 | 5 | 9440 | 9330 | 7640 |
| 3/4 | 6 | 7120 | 12860 | 9770 |

### IX. COLD-FORMED STEEL FRAMING

A. ALL COLD-FORMED STEEL SHALL CONFORM TO AISI STANDARDS.

B. MATERIALS:
1. STRUCTURAL STEEL SECTIONS: 54-, 68-, 97- MIL PER ASTM A653 GR. D OR ASTM A1011 GR. 50. 33- AND 43- MIL PER ASTM A653 GR. A OR ASTM A1011 GR. 33.
2. SHEET METAL SCREWS = GRABBER SELF-DRILLING OR ALTERNATIVE IN ACCORDANCE WITH ASTM C1513.
3. ALL PREFABRICATED CLIPS AND OTHER ACCESSORIES SHALL BE MANUFACTURED BY SIMPSON STRONG TIE EQUAL. SIMPSON DESIGNATIONS USED IN DRAWINGS.

PROJECT:

**200 NAPLES REMODEL AND DORMER ADDITION**

OWNERS:

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|



**BASE DESIGN**

560 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-2967
www.BASEdesigninc.com





APPROVED

RECEIVED
APR 29 2019

Stephen Leung, DBI
MAY 23 2019

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

**ABBREVIATIONS AND GENERAL NOTES**

**S1.0**

2018-1018-3586 R4

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY



SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

... PERFORMED BY A SPECIAL INSPECTOR PER CBC
... CIAL INSPECTOR SHALL BE RETAINED BY THE OWNER AND

... INSPECTION BY A CERTIFIED SPECIAL INSPECTOR AS
... HED SPECIAL INSPECTION AND OBSERVATION FORM.

City and County of San Francisco
Department of Building Inspection

Edwin M. Lee, Mayor
Tom C. Hui, S.E., C.B.O., Director

## NOTICE

### SPECIAL INSPECTION REQUIREMENTS

Please note that the Special Inspections shown on the approved plans and checked on the Special Inspections form issued with the permit are required for this project. The employment of special inspectors is the direct responsibility of the owner or the engineer/architect of record acting as the owner's representative.

These special inspections are required in addition to the called inspections performed by the Department of Building Inspection. The name of the special inspector shall be furnished to the district building inspector prior to start of work for which special inspection is required.

For questions regarding the details or extent of required inspection or tests, please call the Plan Checker assigned to this project at **415-558-6132**. If there are any field problems regarding special inspection, please call your District Building Inspector or 415-558-6570.

Before final building inspection is scheduled, documentation of special inspection compliance must be submitted to and approved by the Special Inspection Services staff. To avoid delays in this process, the project owner should request final compliance reports from the architect or engineer of record and/or special inspection agency soon after the conclusion of work requiring special inspection. *The permit will not be finalized without compliance with the special inspection requirements.*

### STRUCTURAL OBSERVATION REQUIREMENTS

Structural observation shall be provided as required per Section 1704.5. The building permit will not be finalized without compliance with the structural observation requirements.

**Special Inspection Services Contact Information**
1.  Telephone:  (415) 558-6132
2.  Fax:  (415) 558-6474
3.  Email:  dbi.specialinspections@sfgov.org
4.  In person:  3rd floor at 1660 Mission Street

Note: We are moving towards a 'paperless' mode of operation. All special inspection submittals, including final letters, may be emailed (preferred) or faxed. We will also be shifting to a paperless fax receipt mode.

Special Inspection Services
1660 Mission Street – San Francisco CA 94103
Office (415) 558-6132 – FAX (415) 558-6474 – www.sfdbi.org

Revised 9-12-17

---

### SPECIAL INSPECTION AND STRUCTURAL OBSERVATION
A COPY OF THIS DOCUMENT SHALL BE KEPT WITH THE APPROVED STRUCTURAL DRAWING SET

JOB ADDRESS 200 Naples St.    APPLICATION NO.    ADDENDUM NO.

OWNER NAME    OWNER PHONE NO.

Employment of Special Inspection is the direct responsibility of the OWNER, or the engineer/architect of record acting as the owner's representative. Special inspector shall be one of those as prescribed in Sec.1704. Name of special inspector shall be furnished to DBI District Inspector prior to start of the work for which the Special Inspection is required. Structural observation shall be performed as provided by Section 1704.6. A preconstruction conference is recommended for owner/builder or designer/builder projects, complex and highrise projects, and for projects utilizing new processes or materials.

In accordance with Chapter 17 (SFBC), Special inspection and/or testing is required for the following work:

Prepared by:  KATHRYN BRIGGS    Phone  650    796-8290
Engineer/Architect of Record

Required information:    Email  KATY@BASEDESIGNINC.COM
FAX

Review by:    Phone
DBI Engineer or Plan Checker

APPROVAL (Based on submitted reports)

DATE    DBI Engineer or Plan Checker / Special Inspection Services Staff

QUESTIONS ABOUT SPECIAL INSPECTION AND STRUCTURAL OBSERVATION SHOULD BE DIRECTED TO:
Special Inspection Services (415) 558-6132 or, dbi.specialinspections@sfgov.org ; or FAX (415) 558-6474

Revised 08-07-2017

---

PROJECT:

## 200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:

## PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|-----|--------|-------|
|     |        |       |

## BASE DESIGN

560 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 495-2007
www.BASEdesigninc.com

APPROVED
Dept. of Building Insp.
JUN 1 1 2019
DEPT. OF BUILDING INSPECTION

RECEIVED
APR 2 9 2019

| DATE: | SCALE: | DRAWN: |
|-------|--------|--------|
| 04/24/2019 | AS NOTED | TTD |

Stephan Leung, CE
MAY 2 3 2019

## TESTING AND INSPECTION

## S1.1

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

FOUNDATION AND FRAMING PLAN NOTES:

1. SEE GENERAL NOTES AND TESTING AND INSPECTION ON SHEETS S1.0 AND S1.1.

2. SEE TYPICAL CONCRETE DETAILS ON S5.0.

3. SEE TYPICAL WOOD FRAMING DETAILS ON S8.0.

4. EXCAVATIONS SHALL BE MADE AS NEAR AS POSSIBLE TO THE NEAT LINE REQ'D BY THE SIZE AND SHAPE OF STRUCTURE.

5. VERIFY LOCATION OF UNDERGROUND UTILITIES BEFORE EXCAVATION. NOTIFY SEOR PRIOR TO EXCAVATION IN THE EVENT SUCH UTILITIES ARE ENCOUNTERED.

6. PROVIDE SILL BOLTS AT ALL NEW STUD WALLS PER DETAIL 1/S8.0.

7. HOLD DOWNS ARE SHOWN THUS ON PLAN ⊘, SEE DETAIL 6/S8.1.

8. MARKS ◇ INDICATE PLY WOOD SHEAR WALLS. PLYWOOD MAY BE INSTALLED ON EITHER SIDE OF WALL. SEE DETAIL 2/S8.1 FOR SHEAR WALL SCHEDULE.

9. NON STRUCTURAL WALLS NOT SHOWN FOR CLARITY.

10. AT BEAMS MARKED "COLLECTOR" PROVIDE 10d @ 6" OC EDGE NAILING.

11. MARKS "HDR" INDICATE NEW HEADER BEAM AT NEW OPENING PER DETAIL 7/S8.0.

12. MARKS 'LW = 12'-0"' INDICATE MINIMUM LENGTH OF PLYWOOD SHEAR WALL.

13. FOR TYPICAL POST CONNECTIONS, SEE DETAILS ON S8.0.

14. PROVIDE THE FOLLOWING HANGERS WHERE REQUIRED:

    LVL 1 3/4x7 1/4:   HU7
    LVL 3 1/2x7 1/4:   HU48
    2x8:               LUS26
    4x6:               LUS46
    4x8:               LUS46
    4x12:              LGU410

15. MARKS ◇ INDICATE NEW FOOTING; ALL OTHER FOOTINGS ARE (E).

16. WHERE POST OCCURS ABOVE AND BELOW FLOOR, SEE DETAIL 8/S8.0.

17. NEW STUD WALLS SHALL BE 2x4 @ 16" OC, U.O.N. ON PLAN OR IN ARCHITECTURAL DRAWINGS.



**2ND FLOOR FRAMING PLAN**  ②  1/4" = 1'-0"



**FOUNDATION PLAN**  ①  1/4" = 1'-0"





PROJECT:

200 NAPLES
REMODEL AND
DORMER ADDITION

OWNERS:

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|
| | | |

BASE DESIGN

542 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 486-2847
www.BASEdesigninc.com

APPROVED
Dept. of Building Insp.
JUN 11 2019
DEPT. OF BUILDING INSPECTION

RECEIVED
APR 29 2019

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

FOUNDATION AND
2ND FLOOR
FRAMING PLANS

S2.0

NOT FOR PUBLIC DISTRIBUTION

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

OFFICIAL COPY

NOTES:

1. SEE FRAMING PLAN NOTES ON SHEET S2.0.

2. (E) NON-STRUCTURAL WALLS ARE NOT SHOWN FOR CLARITY.

3. PROVIDE 5/8" PLYWOOD W/ 10d @ 6" OC EN, 10d @ 12" OC FN AT DORMER ROOFS.



**ROOF FRAMING PLAN** — 2 — 1/4" = 1'-0"



**3RD FLOOR FRAMING PLAN** — 1 — 1/4" = 1'-0"

NORTH

Stephan Lauro, L.

MAY 23 2019

PROJECT:

200 NAPLES
REMODEL AND
DORMER ADDITION

OWNERS:

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|-----|--------|-------|
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |

BASE
DESIGN

582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466 2387
www.BASEdesigninc.com





RECEIVED

APR 29 2019

| DATE: | SCALE: | DRAWN: |
|-------|--------|--------|
| 04/24/2019 | AS NOTED | TTD |

3RD FLOOR AND
ROOF FRAMING
PLANS

S2.1

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

**NOTES:**

1. VALUES IN THE TABLE ARE FOR NON-EPOXY COATED GRADE 60 REINFORCING STEEL AND NORMAL WEIGHT CONCRETE.

2. CASES 1 AND 2 ARE DEPENDENT ON THE TYPE OF CONCRETE ELEMENT, CONCRETE COVER AND CENTER-TO-CENTER SPACING OF REINFORCING BARS. THEY ARE DEFINED AS:
   CASE 1:
   BEAM AND COLUMNS:
   - CONCRETE COVER >= db
   - CENTER-TO-CENTER SPACING >= 2x db, AND
   - STIRRUPS OR TIES PROVIDED THROUGHOUT ld
   OTHER ELEMENTS:
   - CONCRETE COVER >= db AND
   - CENTER-TO-CENTER SPACING >= 3x db
   CASE 2
   BEAM AND COLUMNS:
   - CONCRETE COVER < db
   - CENTER-TO-CENTER SPACING < 2x db
   OTHER ELEMENTS:
   - CONCRETE COVER < db AND
   - CENTER-TO-CENTER SPACING < 2x db

3. TOP BARS ARE HORIZONTAL BARS WITH MORE THAN 12" OF FRESH CONCRETE BELOW. OTHER BAR INCLUDE ALL VERTICAL REINFORCING, ALL HORIZONTAL WALL REINFORCING AND HORIZONTAL REINFORCING WITH LESS THAN 12" OF FRESH CONCRETE BELOW BAR.

4. PROVIDE CLASS B LAP SPLICES, U.O.N.

5. SPLICES OF HORIZONTAL REINFORCING BARS IN WALLS AND SLABS SHALL BE STAGGERED. SPLICES OF HORIZONTAL REINFORCING BARS IN WALLS AND SLABS CONTAINING TWO CURTAINS OF REINFORCEMENT SHALL NOT OCCUR IN THE SAME LOCATION; SPLICES SHALL BE OFFSET BY THE MAXIMUM OF 12 INCHES AND 12 BAR DIAMETERS.

6. MECHANICAL COUPLERS MAY BE USED IN LIEU OF LAP SPLICES. MECHANICAL COUPLERS SHALL HAVE AN APPROVED ICC REPORT AND RESIST 125% OF REINFORCING BAR YIELD STRENGTH.

7. WHERE BARS OF DIFFERENT SIZES ARE SPLICED, SPLICE LENGTH SHALL BE THE MAXIMUM OF ld OF THE LARGER BAR AND THE LAP SPLICE LENGTH OF THE SMALLER BAR.

8. LAP TOP BARS AT MIDSPAN AND BOTTOM BARS AT SUPPORT, U.O.N.

9. NON-CONTACT LAP SPLICED BARS SHALL BE SPLACED AT LEAST 1 ½" AND NO MORE THAN THE MAXIMUM OF ONE-FIFTH OF THE LAP SPLICE AND 6"

| | 3000 PSI | | | | 4000 PSI | | | |
|---|---|---|---|---|---|---|---|---|
| | CASE 1 | | CASE 2 | | CASE 1 | | CASE 2 | |
| BAR LOCATION | TOP | OTHER | TOP | OTHER | TOP | OTHER | TOP | OTHER |
| #3 | 22 | 17 | 32 | 25 | 19 | 15 | 28 | 22 |
| #4 | 29 | 22 | 43 | 33 | 25 | 19 | 37 | 29 |
| #5 | 36 | 28 | 54 | 41 | 31 | 24 | 47 | 36 |
| #6 | 43 | 33 | 64 | 50 | 37 | 29 | 56 | 43 |
| #7 | 63 | 48 | 94 | 72 | 54 | 42 | 81 | 63 |
| #3 | 28 | 22 | 42 | 32 | 24 | 19 | 36 | 28 |
| #4 | 37 | 29 | 56 | 43 | 32 | 25 | 48 | 37 |
| #5 | 47 | 36 | 70 | 54 | 40 | 31 | 60 | 47 |
| #6 | 56 | 43 | 84 | 64 | 48 | 37 | 72 | 56 |
| #7 | 81 | 63 | 122 | 94 | 70 | 54 | 106 | 81 |

(7) **LAP SPLICE + STRAIGHT BAR DEVELOPMENT LENGTHS**   NTS



NOTE:
PROVIDE VAPOR BARRIER/ WATERPROOFING AS REQUIRED

P.T. 2x6 SILL PLATE WI SILL BOLTS PER [S8.5]

2x6 @ 16" OC STUD WALL

6" MIN SLAB ON GRADE W/ #4 @ 12" OC EA WAY CTRD IN SLAB

(E) SLAB ON GRADE

(8) **BEARING WALL AT SLAB ON GRADE**   1 1/2" = 1'-0"

(E) STUD WALL
PLYWOOD SHEAR WALL PER PLAN
(E) SILL PLATE
EPOXIED SILL BOLT PER [2/S8.1]
#4 @ 12" OC EPOXIED INTO (E) FTG
LAP SPLICE
SLAB ON GRADE, PER PLAN AND [8]
(E) SLAB ON GRADE
(E) CONT FTG/
(E) RETAINING WALL

(9) **NEW SHEARWALL AT (E) FTG/ (E) RETAINING WALL**   1 1/2" = 1'-0"

2x4 @ 16" OC STUD WALL WHERE OCCURS
PLYWOOD PER PLAN WHERE OCCURS
SLAB ON GRADE PER PLAN W/ #4 @ 12" OC EA WAY CTRD IN SLAB
(E) SLAB ON GRADE
#4 @ 12" OC EPOXIED INTO (E) SLAB
3 #4 TOP BARS
#3 @ 18" OC TIES
3 #4 BOTTOM BARS
3" CLR, TYP
1'-6" MIN

NOTES:
1. FOR SILL PLATE ANCHOR BOLTS, SEE [S8.5]
2. EPOXY LONGITUDINAL REINFORCING INTO (E) FOUNDATIONS WHERE OCCUR PER NOTES ON S1.1.
3. PROVIDE VAPOR BARRIER/ WATER PROOFING AS REQUIRED.

(5) **CONTINUOUS FOOTING DETAIL**   3/4" = 1'-0"



(6) **NEW FOOTING AT (E) FOOTING**   1" = 1'-0"



(a) **BEAM SPLICE DETAIL**

LAP SPLICE
1 1/2" MIN 1/5xLAP SPLICE 6" MAX

(b) **NON-CONTACT LAP SPLICE**



(a) **90° HOOK**    (b) **180° HOOK**

(c) **135° HOOK**    (d) **MAXIMUM BEND IN MAIN REINFORCING**

| | MAIN REINFORCING HOOKS | | |
|---|---|---|---|
| BAR SIZE | BEND DIAMETER, D (IN) | 90° HOOK L (IN) | 180° HOOK L (IN) |
| #3 | 2 1/4 | 4 1/2 | 2 1/2 |
| #4 | 3 | 6 | 2 1/2 |
| #5 | 3 3/4 | 7 1/2 | 2 1/2 |

| | STIRRUP + TIE REINFORCING HOOKS | | |
|---|---|---|---|
| BAR SIZE | BEND DIAMETER, D (IN) | 90° HOOK L (IN) | 180° HOOK L (IN) |
| #3 | 1 1/2 | 3 | 3 |
| #4 | 2 | 3 | 3 |

(2) **TYPICAL BAR HOOKS**   NTS



| | HOOKED BAR DEVELOPMENT LENGTH, Ldh | | |
|---|---|---|---|
| BAR SIZE | CONCRETE STRENGTH | | |
| | 3000 PSI | 4000 PSI | 5000 PSI |
| #3 | 0' - 8" | 0' - 7" | 0' - 6" |
| #4 | 0' - 11" | 0' - 9" | 0' - 9" |
| #5 | 1' - 2" | 1' - 0" | 0' - 11" |

NOTES:
1. THE HOOKED BAR DEVELOPMENT LENGTHS IN THIS TABLE ARE FOR NORMALWEIGHT CONCRETE.
2. THE HOOKED BAR DEVELOPMENT LENGTHS IN THIS TABLE APPLY TO MEMBERS WITH:
   a. SIDE COVER EQUAL TO AT LEAST 2 ½".
   b. END COVER EQUAL TO AT LEAST 2".

(3) **HOOKED BAR DEVELOPMENT LENGTHS**   NTS

PROJECT:
200 NAPLES
REMODEL AND
DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|

BASE
DESIGN
560 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-0987
www.BASEdesigninc.com

DATE: | SCALE: | DRAWN:
04/24/2019 | AS NOTED | TTD

TYPICAL
CONCRETE
DETAILS

S5.0

APPROVED
RECEIVED
APR 29 2019
MAY 23 2019
Stephan Leung, DBI



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

FOR OFFICE USE ONLY

**7** WALL OPENING  1" = 1'-0"

**4** BEAM AND POST CONNECTION  1" = 1'-0"

**d** POST CAP AT END OF BEAM

**c** POST CAP

**a** POST BASE

**b** BEAM TO POST CONNECTION

**5** BEAM TO POST CONNECTION  1" = 1'-0"

**6** POST DETAIL AT SECOND FLOOR  1 1/2" = 1'-0"

**a** SECTION AT SHEAR WALL

**1** ANCHOR BOLT AND SILL PLATE  NTS

**2** HOLES AND NOTCHING IN FRAMING MEMBERS  NTS

**3** DOUBLE TOP PLATE SPLICE  NTS

**a** TYPICAL DOUBLE TOP PLATE SPLICE

**b** SECTION

PROJECT:

**200 NAPLES REMODEL AND DORMER ADDITION**

OWNERS:

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|-----|--------|-------|
|     |        |       |

**BASE DESIGN**

RECEIVED
APR 29 2019

APPROVED

| DATE: | SCALE: | DRAWN: |
|-------|--------|--------|
| 04/24/2019 | AS NOTED | TTD |

**TYPICAL WOOD DETAILS**

**S8.0**



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

**PROJECT:**

200 NAPLES
REMODEL AND
DORMER ADDITION

**OWNERS:**

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|-----|--------|-------|
|     |        |       |

**BASE DESIGN**

582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 495-2247
www.BASEdesigninc.com

APPROVED

RECEIVED
APR 2 9 2019

| DATE: | SCALE: | DRAWN: |
|-------|--------|--------|
| 04/24/2019 | AS NOTED | TTD |

WOOD FRAMING
DETAILS

S8.1

**7** SHEAR WALL HOLDDOWNS AT FLOOR

**4** SHEAR WALL INTERSECTION PLANS  NTS

**1** SHEAR WALL ELEVATION  NTS

**B** DOUBLE HD
AT END OF WALL
OR AT DOOR
OPNG

**C** DOUBLE HD
AT CORNER WALL

**D** DOUBLE HD
AT WINDOW

**A** SINGLE HD
AT END OF WALL
OR AT DOOR OPNG

**9** HOLD DOWN DETAIL AT (E) FOUNDATION  NTS

**6** SHEAR WALL HOLDDOWNS INTO FOUNDATION  1 1/2" = 1'-0"

**2** SHEAR WALL SCHEDULE  NTS

HOLDDOWN (1)(2)(3)

| HOLDDOWN (1)(2)(3) | POST SIZE U.ON | POST SIZE AT LVL WALLS, U.ON | MIN ANCHOR BOLT | MIN ANCHOR ROD EMBED |
|---|---|---|---|---|
| HDU2-SD2.5 | 2-2x SW | 3-1 3/4xSW | 5/8" | 9" |
| HDU4-SD2.5 | 2-2x SW | 3-1 3/4xSW | 5/8" | 9" |
| HDU5-SD2.5 | 3-2x SW | 3-1 3/4xSW | 5/8" | 9" |
| HDU8-SD2.5 | 4-2x SW | 3-1 3/4xSW | 7/8" | 12" |
| HDU11-SD2.5 | 4-2x SW | 4-1 3/4xSW | 1" | 12" |
| HDU14-SD2.5 | 5-2x SW | 5-1 3/4xSW | 1" | 12" |

SW = STUD WIDTH

**SHEAR WALL CONNECTION**

| | DETAIL CONDITION | | | | | |
|---|---|---|---|---|---|---|
| SHEARWALL SYMBOL (1)(2) | ANCHOR BOLT | SILL PLATE SIZE | SHEAR CLIP | SILL PLATE SDS25600 (7) | SILL PLATE SIZE | SHEAR CLIP |
| ④ | 3/4" DIA @ 4'-0" OC | 3 | L90 @ 32" OC | 16" OC | 2 | L90 @ 32" OC (4) |
| ④ ①(3) | 3/4" DIA @ 4'-0" OC | 3 | L90 @ 32" OC | 12" OC | 2 | L90 @ 20" OC (4) |
| ④ ①(3) | 3/4" DIA @ 2'-0" OC | 3 | L90 @ 16" OC | 8" OC | 3 | L90 @ 16" OC (4) |
| ②(3) ①(3) | 3/4" DIA @ 2'-0" OC | 3 | L90 @ 12" OC | 6" OC | 3 | L90 @ 12" OC (4) |
| ⑤(3)(10) | 3/4" DIA @ 1'-4" OC | 3 | L90 + LTP4 @ 12" OC | 4" OC | 3 | L90 + LTP4 @ 12" OC |
| ⑤(3)(10) | 3/4" DIA @ 1'-4" OC | 3 | L90 + LTP4 @ 12" OC | 4" OC | 3 | L90 + LTP4 @ 12" OC |

NOTES:
1. USE 10c (2 1/8" LONG) COMMON WIRE NAILS, U.O.N.
2. ④ NUMBER SHOWN IN SYMBOL REPRESENTS PLYWOOD PANEL EDGE NAIL SPACING IN INCHES
3. PROVIDE 3x FRAMING MEMBERS AT ALL PLYWOOD ADJOINING PANEL EDGES, STAGGER NAILS ON EACH SIDE OF STUD WHERE PLYWOOD IS ON BOTH SIDES.
4. USE LTP4 AS ALTERNATE TO L90 AT CONTRACTOR'S OPTION; DECREASE SPACING BY TWO-THIRDS.
5. SEE DETAIL 1/S8.0 FOR ANCHOR BOLT AND SILL DETAIL.
6. PILOT DRILL HOLES FOR SOLE PLATE NAILING/LAG SCREWS.
7. NAILS INTO PRESSURE TREATED SILL PLATES SHALL BE GALVANIZED.
8. SEE DETAIL 1 ON THIS SHEET FOR TYPICAL SHEAR WALL ELEVATION.
9. SEE PLAN AND DETAIL 6 ON THIS SHEET FOR SHEAR WALL HOLD DOWNS.
10. PROVIDE 3x BLOCKING WHERE SHEAR CLIPS ON BOTH SIDES.

NOTES:
1. SEE PLAN FOR SIZES AND LOCATIONS OF HOLDOWNS.
2. SEE ___ FOR POST & HOLDOWNS SCHEDULE AND INFO NOT SHOWN OR NOTED.
3. AS AN ALTERNATIVE TO HDU2 HOLDOWN AT EXTERIOR WALLS ONLY USE MST48.

TENSION TEST HOLDOWN ANCHOR RODS EPOXIED INTO
(E) CONCRETE PER THE FOLLOWING:
HDU2: 4700 LBS
HDU5: 8300 LBS
HDU8: 10100 LBS
HDU11: 14900 LBS
HDU14: 21000 LBS

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY



(7) DETAIL AT DORMER    1 1/2" = 1'-0"



(4) FLOOR DETAIL AT EXTERIOR WALL    1 1/2" = 1'-0"



(1) HOLDDOWN AT HEADER    1 1/2" = 1'-0"



(8) RIDGE DETAIL AT METAL STUD JOIST    1 1/2" = 1'-0"



(5) LVL + METAL STUD FLOOR JOIST AT EXTERIOR WALL    1 1/2" = 1'-0"

(2) DETAIL AT 2ND FLOOR SHEAR WALL    1 1/2" = 1'-0"



(6) SECTION AT DORMER    1 1/2" = 1'-0"



(3) FLOOR DETAIL AT EXTERIOR WALL    1 1/2" = 1'-0"

PROJECT:

200 NAPLES
REMODEL AND
DORMER ADDITION

OWNERS:

PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|-----|--------|-------|
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |
|     |        |       |

BASE
DESIGN
560 MARKET ST., STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 486-2007
www.BASEdesigninc.com





RECEIVED
APR 29 2019

| DATE: | SCALE: | DRAWN: |
|-------|--------|--------|
| 04/24/2019 | AS NOTED | TTD |

FLOOR FRAMING
DETAILS

S8.2



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

FOR OFFICE USE ONLY

City and County of San Francisco
Department of Building Inspection



London N. Breed, Mayor
Tom C. Hui, S.E., C.B.O., Director

INFORMATION SHEET S-19                                    ATTACHMENT A

Attachment A

## SLOPE AND SEISMIC HAZARD ZONE PROTECTION CHECKLIST

### A COPY OF THIS DOCUMENT SHALL BE SUBMITTED WITH THE PERMIT APPLICATION

JOB ADDRESS  200 NAPLES          APPLICATION NO. _____  ADDENDUM NO. _____

OWNER NAME  PAT GALLAGHER          OWNER PHONE NO. (925) 325-3911

| 1: PROPERTY LOCATION | | | 3: PROPOSED CONSTRUCTION | YES | NO |
|---|---|---|---|---|---|
| EARTHQUAKE INDUCED LANDSLIDE AREA ON THE STATE OF CALIFORNIA DEPARTMENT OF CONSERVATION DIVISION OF MINES AND GEOLOGY (CDMG) SEISMIC HAZARD ZONES MAP FOR SAN FRANCISCO, RELEASED NOVEMBER 17, 2000. | YES ☐ | NO ☒ | CONSTRUCTION OF NEW BUILDING OR STRUCTURE HAVING OVER 1000 SQFT OF NEW PROJECTED ROOF AREA | ☐ | ☒ |
| | | | HORIZONTAL OR VERTICAL ADDITIONS HAVING OVER 500 SQFT OF NEW PROJECTED ROOF AREA | ☐ | ☒ |
| | | | SHORING | ☐ | ☒ |
| | | | UNDERPINNING | ☐ | ☒ |
| **2: AVERAGE SLOPE OF PROPERTY** | | | GRADING, INCLUDING EXCAVATION OR FILL, OF OVER 50 CUBIC YARDS OF EARTH MATERIAL | ☐ | ☒ |
| PROPERTY EXCEEDING AN AVERAGE SLOPE OF 4H:1V (25%) GRADE | YES ☒ | NO ☐ | CONSTRUCTION ACTIVITY LISTED BELOW DETERMINED BY THE BUILDING OFFICIAL THAT MAY HAVE A SUBSTANTIAL IMPACT ON THE SLOPE STABILITY: | | |
| *(APPLICANT WILL NEED TO INCLUDE PLANS ILLUSTRATING SLOPE OF THE PROPERTY AND/OR INCLUDE A SURVEY VERIFYING THE SLOPE OF THE PROPERTY)* | | | RETAINING WALL: | ☐ | ☒ |
| | | | OTHERS: _____ | ☐ | ☒ |

### SECTION 4: LICENSED DESIGN PROFESSIONAL, VERIFICATION AND SIGNATURES

Under penalty of perjury, I certify that the information provided on this form is based on my personal review of the building and its records, or review by others acting under my direct supervision, and is correct to the best of my knowledge.

Prepared by:  KATHRYN BRIGGS
              Engineer/Architect of Record

650-796-8290          katy@basedesigninc.com
Telephone             Email

[signature]            04/29/2019
Signature              Date

[Architect/Engineer stamp:
REGISTERED PROFESSIONAL ENGINEER
KATHRYN BRIGGS
S 5732
STRUCTURAL
STATE OF CALIFORNIA]

Technical Services Division
1660 Mission Street– San Francisco CA 94103
Office (415) 558-6205 – FAX (415) 558-6401 – www.sfdbi.org

---

**EXEMPTED:** Reports per Section E and Third Party Peer Review Not Required

☒ If the box in Section 1 "Property Location" **AND** the box in Section 2 "Average Slope of Property" are marked "No" **OR** if all the boxes in Section 3 "Proposed Construction" are marked "No", reports per Section E and Third Party Peer Review are exempted by the SSPA.

**TIER I:** Reports per Section E Required but Third Party Peer Review Not Required

☐ If the box in Section 2 "Average Slope of Property" **AND** the property does not lie within any areas of potential landslide hazard, DBI shall require mandatory submittal of reports per Section E only.

**TIER II:** Reports per Section E and Third Party Peer Review Required

☐ If the box in Section 2 "Average Slope of Property" **AND** any boxes in Section 3 "Proposed Construction" are marked "Yes" **AND** the property lies within the areas of potential landslide hazard, DBI shall require mandatory submittal of reports per Section E and require the permit application be subject to a third party peer review. At the discretion of the SSPA Review Committee, the peer review may be followed by the establishment of a Structural Advisory Committee (SAC) with the project reassigned to Tier III.

If the DBI Plan Review Engineer (or the SSPA Review Committee, if established), in their discretion, determines from the submitted documents that the project has a substantial impact on the slope stability of the site or creates a potential for earthquake induced landslide hazards, DBI may require that the third party peer review be followed by the establishment of a Structural Advisory Committee (SAC) and re-assigned the project to Tier III.

**TIER III:** Structural Advisory Committee (SAC) Review

☐ If the box in Section 1 "Property Location" **AND** any boxes in Section 3 "Proposed Construction" are marked "Yes", DBI shall require mandatory submittal of reports per Section E and require the permit application be subject to review by a Structural Advisory Committee (SAC), as defined by SFBC Section 105A.6.

Stephan Leung, DBI

Tier assigned by:  APR 29 2019          Phone: (415) 558-6403
                   DBI Plan Review Engineer

Comment: _____
         _____
         _____
         _____

Page | 2

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY



**1** SITE PLAN
SCALE 1/8" = 1' - 0"

AVALON AVE.

NAPLES AVE.



**2** 3rd FLOOR REFLECTED CEILING PLAN
SCALE 3/16" = 1' - 0"

AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS

**3** BUILDING SECTION 'A'
SCALE 3/16" = 1' - 0"

| ZONING & BUILDING DATA | | | |
|---|---|---|---|
| Parcel: 6006001 | Zoning District: RH-1 | | |
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. | | |
| C.B.C. Construction Type: V-B | Stories: 3 | | |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. | | |
| Climate Zone: Zone 12 | Flood Zone: none | | |
| Floor Areas (sq. ft.) | Existing | Proposed | Total |
| 1st Flr. (cover) Conditioned | 460.0 | no change | 460.0 |
| 2nd Flr. (middle) Conditioned | 700.0 | no change | 700.0 |
| 3rd Flr. (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |
| Setback/Height | Existing | Proposed | Minimum |
| Front Yard (max) | 9'-8" | no change | 15'-0" max. |
| Side Yard | 0'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | no change |

**CODES:**

A. The work shall comply with the following building code publications in effect
in the City of Clayton and Contra Costa County:

2016 California Building Code
2016 California Residential Code
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

### SHEET INDEX

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING
   SECTION, REFLECTED CEILING PLAN, GENERAL NOTES,
   BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS

2. EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.

3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS.

A. A-2009

### SCOPE OF WORK STATEMENT

1. LEGALIZE THE INSTALLATION OF WINDOWS THAT WERE NOT
   PREVIOUSLY APPROVED (5) TOTAL WINDOWS

2. DOCUMENT CHANGES TO INTERIOR STAIRS

3. EXISTING MECHANICAL CLOSET



DESIGN
COLLABORATIVE
ARCHITECTURAL / CIVIL DESIGN &
DRAFTING SERVICES
John Neal
468 Yosemite Way
Suisun City CA 94585
707-470-6100
jneal_dc@comcast.net

VICINITY MAP
NORTH                                              N.T.S.

PROJECT LOCATION

APPROVED
JUL 1 3 2021

David Jones, DBI
JUL 0 8 2021

Approved Planning Dept. Alex Westhoff  7/6/21

RECEIVED
JUL 0 2 2021

2021-0702-3726

PAT GALLAGHER
ADDITION &
RENOVATION
200 NAPLES ST, SAN
FRANCISCO CA 94112
PH: 925-325-5811

SITE PLAN, BUILDING DATA,
SHEET INDEX, REFLECTED
CEILING PLAN

| | |
|---|---|
| CHECKED BY | Checker |
| DRAWN BY | Jneal |
| SCALE | AS SHOWN |
| DATE | 06.23.21 |
| PROJECT NO. | 21023 |
| PHASE NO. | |

SHEET NO.
1    of



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

① EXISTING 1st FLOOR PLAN (LOWER)    SCALE 1/4" = 1' - 0"

② EXISTING 2nd FLOOR PLAN (MIDDLE)    SCALE 1/4" = 1' - 0"

③ EXISTING 3rd FLOOR PLAN (UPPER)    SCALE 1/4" = 1' - 0"

DESIGN
COLLABORATIVE

ARCHITECTURAL /CIVIL DESIGN &
DRAFTING SERVICES

John Neal
800 Yosemite Way
Sutter City CA 94685
707-470-6130
jneal_dc@comcast.net

PAT GALLAGHER
ADDITION &
RENOVATION
200 NAPLES ST. SAN
FRANCISCO, CA 94112
PH: 925-325-3911

APPROVED
Dept. of Building Inspection
City and County of
San Francisco
JUL 19 2021
DEPT OF BUILDING INSPECTION

RECEIVED
JUL 02 2021
David Jones, GBI
JUL 08 2021

EXISTING
FLOOR PLANS

CHECKED BY  Checker
DRAWN BY  Jneal
SCALE  AS SHOWN
DATE  06.23.21
PROJECT NO  21023
PHASE NO.
SHEET NO.
2

Approved Planning Dept, Alex Westfurt



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

4/4

RECEIVED
JUL 19 2021
David Jones, CBI
JUL 19 2021

APPROVED
JUL 19 2021

San Francisco Building Code AB-809

Doc # 2021108925

Recording Requested by and when Recorded Mail to:

City and County of San Francisco
Joaquin Torres, Assessor - Recorder

Director, San Francisco
Department of Building Inspection
49 South Van Ness Avenue
San Francisco, CA 94103-2414

| | 7/12/2021  11:54:28 AM | |
| --- | --- | --- |
| | Fees | $14.00 |
| Pages 1  Title 308  RE | Taxes | $0.00 |
| | Other | $0.00 |
| Customer D01 | OB2 Fees | $75.00 |
| | Paid | $89.00 |

## DECLARATION OF USE LIMITATION

I/We, __Patrick Gallagher__, owner/s of the herein described property Commonly known as __200 Naples St.__ in San Francisco, Assessor's Block No. __6008__, Lot No. __001__ hereby consent to the within described limitations that:

In the event that the property located at __576 Avenue Ave.__ commonly known as Block No. __6008__, Lot No. __4a__ is approved in such a matter that the openings in the building located at __200 Naples St.__ no longer comply with the San Francisco Building Code, then said openings shall be closed off or protected as required by the **Director of the Department of Building Inspection.**

The herein limitations shall be binding on me/us until amended by conforming to the San Francisco Building Code Requirements.

Signed: _____   __Patrick Gallagher__
OWNER/S

Date of Execution: __7/12/21__

## NOTARY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
County of __Contra Costa__

On __July 12, 2021__, before me, __Charles D. DeWitt-Nimphius__, _____
(insert name and title of the officer)

personally appeared __Patrick Gallagher__ _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHARLES D. DEWITT
Notary Public - California
Contra Costa County
Commission # 2288882
My Comm. Expires Mar 19, 2023

---

AB-009 ATTACHMENT A

## DEPARTMENT OF BUILDING INSPECTION
City and County of San Francisco
49 South Van Ness Ave, San Francisco, California 94103

### REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

DATE SUBMITTED _____    [Note: This form shall be recorded as part of the permanent construction records of the property]

If no permit application has been filed, a Preapplication Review Fee is required for review of a request for local equivalency or modification, per SFBC Table 1A-B, Item 5. Additional fees may be required by Fire Department and other City review agencies.

If a permit application has been filed, an additional fees are required for this review.

Permit Application # __2021-0702-5726__

Property Address: __200 Naples__

Block and Lot __6008 001__ Occupancy Group: __R3__ Type of Construction: __V__ No. of Stories: __2__

Describe Use of Building __Duplex__

Under the authority of the 2019 San Francisco Building Code, Sections 104A.2.7 and 104A.2.8; the 2019 San Francisco Mechanical Code, Section 302.2; the 2019 San Francisco Electrical Code, Section 89.117; and the 2019 San Francisco Plumbing Code, Section 301.2; the undersigned requests modifications of the provisions of these codes and/or approval of alternate materials, designs or methods of construction. Two copies of supporting documents, including plans showing the proposed modifications or alternate materials, design or methods of construction, are attached.

Regular Code Requirement (specify Code and Section)

__Openings in property line wall__
__not permitted per SFBC Section__
__705.8__

_____
Page | 1

---

AB-009 Attachment A:  REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

Proposed Modification or Alternate

__Install fixed 3/4 hr fire__
__resistance rated windows &__
__located more than 6' laterally__
__from any existing opening in adjacent__
__building__

Case-by-Case Basis of Request - Describe the practical difficulties presented in meeting the specific conditions of the code and how the proposed modification or alternate meets the intent of the code. A separate form should be filled for each requested modification or alternate. Attach copies of any Administrative Bulletin, Code Ruling, reference, test reports, expert opinions, etc., which support this request. The Department may require that an approved consultant be hired by the applicant to perform tests or analysis and to submit an evaluation report to the Department for consideration.

Requested By:   PROJECT SPONSOR          ARCHITECT/ENGINEER

✗ Print Name: __Patrick Gallagher__

✗ Signature: _____

✗ Telephone: __925-825-3811__

Page | 2

---

AB-009 Attachment A:  REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

PLAN REVIEWER COMMENTS:

RECOMMENDATIONS:   Approve ___  Approve with conditions ___  Disapprove ___
[signed affidavit by:]   David Jones, CBI

Plan Reviewer:                           JUL 19 2021

Division Manager: _____

for Director of Bldg. Inspection

for Fire Marshal:

CONDITIONS OF APPROVAL or OTHER COMMENTS

Page | 3

NOT FOR PUBLIC DISTRIBUTION
DEPARTMENT OF BUILDING INSPECTION
SAN FRANCISCO
FOR OFFICE USE ONLY
OFFICIAL COPY

NOT FOR PUBLIC DISTRIBUTION

SAN FRANCISCO

OFFICIAL COPY

DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY



**SITE PLAN**

AVALON AVE.

(E) SIDEWALK

CONC. CURB

PROPERTY CORNER

(E) CONC. SLAB

PLANTER

PROJECT LOCATION

(E) WOOD FENCE

PROPERTY LINE

(E) DWELLING

PROPOSED (N) DRIVEWAY

(E) YARD

Restore curb for existing Driveway. Under separate permit With DPW

(E) WOOD FENCE & PROPERTY LINE

SCALE 1/8" = 1'-0"

SHOW OLD DRIVEWAY

---



**3rd FLOOR REFLECTED CEILING PLAN**
SCALE 3/16" = 1'-0"

(N) 11 1/2 PITCH CLG over 8' TALL TYP.

STAIR WAY

(E) BATH #1

CLOSET

CLOSET

(N) BED RM #1
200.0 SQ. FT @ CLG +80%
30.5 SQ. FT SLOPED + 20%

(N) BED RM #2
186.0 SQ. FT @ CLG +80%
30.5 SQ. FT SLOPED + 20%

AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS

---



**BUILDING SECTION 'A'**
SCALE 3/16" = 1'-0"

(E) 11 1/2 PITCH ROOF
SHED DORMER ROOF @ 1/2 PITCH TYP.

CEILING JOIST

CLOSET WALLS BEYOND

CLOSET WALLS BEYOND

(N) WINDOW

EAVE BEYOND

FLOOR LINE

FLOOR JOIST

FLOOR LINE

FLOOR JOIST

(E) STUB WALL

(E) CONC.

(E) GRADE



---

### ZONING & BUILDING DATA

| | Existing | Proposed | Total |
|---|---|---|---|
| Parcel: 6006001 | Zoning District: RH-1 | | |
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. | | |
| C.B.C. Construction Type: V-B | Stories: 3 | | |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. | | |
| Climate Zone: Zone 12 | Flood Zone: none | | |

**Floor Areas (sq. ft.)**

| | Existing | Proposed | Total |
|---|---|---|---|
| BASEMENT (lower) Conditioned | 460.0 | no change | 460.0 |
| 1st FLR  (middle) Conditioned | 700.0 | no change | 700.0 |
| 2nd FLR (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

**Setbacks/Height**

| | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard | 9'-6" | no change | 15'-0" max |
| Side Yard | 4'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 6'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | |

### CODES:

A. The work shall comply with the following building code publications in effect in the City of Clayton and Contra Costa County:

2016 California Building Code
2016 California Residential Code
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 California Energy Efficiency Standards for Residential Buildings.

2019 Code Iterations    JULY 26


DEPARTMENT OF
BUILDING INSPECTION
Peter Tran - DBI MECH
November 09, 2022


DEPARTMENT OF
BUILDING INSPECTION
Mark Walls DBI - BLDG
November 09, 2022



---



VICINITY MAP
NORTH                    N.T.S.

### SHEET INDEX

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING SECTION, REFLECTED CEILING PLAN, GENERAL NOTES, BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS

2. EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.

3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS

### SCOPE OF WORK:

NEW ADU and (N) CURB CUT FOR
(E) DRIVEWAY ACCESS


PLANNING
November 8, 2022


PUBLIC UTILITIES
COMMISSION

Capacity Charges
Water: $0
Wastewater: $0
JP  11/09/22

Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way.


PUBLIC WORKS
Clinton Choy - PW BSM
November 10, 2022


PUBLIC WORKS
Sara Stacy - PW BUF
November 10, 2022

1. Gas vent terminations shall meet the requirements of CMC802.5 & SFMC 802.6
2. Combustion air shall meet the requirements of CMC chapter 7
3. Environmental air ducts shall terminate 3 ft from property line and 3 ft from Openings into the building per CMC 502.2.1 and provide back draft dampers per CMC 504.1.1
4. Domestic range hood vents shall meet the requirements of CMC 504.3 and comply With CMC Table 403.7
5. Upper cabinets shall be maximum 50 inches above cook top per CMC 921.5.3 provide The cooking appliances minimum clearance to combustible materials per CMC 921.3.3
6. All interior spaces intended for human occupancy shall be provided space heating per CMC 921.3.1
7. Clothes dryer exhaust shall be minimum 4 inches and terminate to the outside of the building Shall be equipped with back draft damper and meet the requirements of CMC 504.4.2
8. Direct vent appliances per CMC 802.7.4 (per manufacturers instructions) & SFMC 807.6.2
9. Lighting per CEC 150 (k)
10. Moisture rated appearance between dwelling units per CRC 420.5 penetrations through Horizontal assemblies shall comply with CRC 714.4 & 717.4


APPROVED
Dept. of Building Insp
San Francisco
January 10, 2023
2021080960049_DWG REV7
PATRICK RIORDAN
INTERIM DIRECTOR
DEPT OF BUILDING INSPECTION

PLAN REVISION
11/7/2022

---

### DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL DESIGN & DRAFTING SERVICES

John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net

| No. | Description | Date |
|---|---|---|
| 1 | Updated scope of work | 6/20/21 |

**2021080960049**    046

PAT GALLAGHER
NEW ADU
200 NAPLES ST. SAN
FRANCISCO CA 94112
PH 925-325-3911

NEW ADU - SITE PLAN,
BUILDING DATA, SHEET
INDEX,

| | |
|---|---|
| CHECKED BY | Checker |
| DRAWN BY | Jneal |
| SCALE | AS SHOWN |
| DATE | 06.23.21 |
| PROJECT NO | 21023-A |
| PHASE NO | |

SHEET NO

# 1A    of 3

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY
DEPARTMENT OF
BUILDING INSPECTION



**ZONING & BUILDING DATA**

| | Existing | Proposed | Total |
|---|---|---|---|
| Parcel: 6006007 | | Zoning District: RH-1 | |
| C.B.C. Occupancy Group: R-3/U | | Lot Area: 2,500 sq. ft. | |
| C.B.C. Construction Type: V-B | | Stories: 3 | |
| Seismic Zone: _ Zone _ | | Wind Exposure: 70 m.p.h. | |
| Climate Zone: _ Zone 12 | | Flood Zone: _ none | |

**Floor Areas (sq. ft.)**

| | Existing | Proposed | Total |
|---|---|---|---|
| 1st Flr. (lower) Conditioned | 450.0 | no change | 450.0 |
| 2nd Flr. (main) Conditioned | 700.0 | no change | 700.0 |
| 3rd Flr. (upper) Conditioned | 620.0 | no change | 620.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

**Setbacks/Height**

| | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard (mod set) | 9'-8" | no change | 15'-0" max. |
| Side Yard | 0'-0" | no change | _ |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 39'-0" |
| Parking | 0 spaces | no change | no change |

NOTES:
A. The work shall comply with the following building code publications in effect
in the City of Clayton and Contra Costa County:
2016 California Building Code
2015 California Residential Code
2019 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

**VICINITY MAP**
NORTH                                      N.T.S.

**SHEET INDEX**

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING
   SECTION, REFLECTED CEILING PLAN, GENERAL NOTES,
   BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS

2. EXISTING FLOOR PLAN & EXTERIOR ELEVATIONS.

3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS

4. ABOO1

**SCOPE OF WORK STATEMENT**

1. LEGALIZE THE INSTALLATION OF WINDOWS THAT WERE NOT
   PREVIOUSLY APPROVED (5) TOTAL WINDOWS

2. DOCUMENT CHANGES TO INTERIOR STAIRS

3. EXISTING MECHANICAL CLOSET

3 — 3rd FLOOR REFLECTED CEILING PLAN
SCALE 3/16" = 1'-0"

AREA CALCULATION PER C.B.C. SECTION 1208. INTERIOR SPACE DIMENSIONS

3 — BUILDING SECTION 'A'
SCALE 3/16" = 1'-0"

1 — SITE PLAN
SCALE 1/8" = 1'-0"

APPROVED
JUL 18 2021
David Jones, DBI

RECEIVED
JUL 02 2020

David Jones, DBI
JUL 0 8 2021

Approved Planning Dept. Alex Rodigou 7/6/21

DESIGN
COLLABORATIVE
ARCHITECTURAL, CIVIL, DESIGN &
DRAFTING SERVICES

John Neal
468 Yosemite Way
Susan City CA 94585
PH: 925-676-0130
jneal_dc@comcast.net

Scott R. Neal

| No. | Description | Date |
|---|---|---|
| 1 | Updated scope of work | 06/07 |

2021-0702-3726

PAT GALLAGHER
ADDITION &
RENOVATION
200 NAPLES ST. SAN
FRANCISCO CA 94112
PH: 925-325-5911

SITE PLAN, BUILDING DATA,
SHEET INDEX, REFLECTED
CEILING PLAN

| CHECKED BY | Checker |
|---|---|
| DRAWN BY | Jneal |
| SCALE | AS SHOWN |
| DATE | 06.23.21 |
| PROJECT NO | 21023 |

PHASE NO

SHEET NO
**1** OF

**For Reference Only**

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY



DESIGN
COLLABORATIVE

ARCHITECTURAL JOTOL DESIGN &
DRAFTING SERVICES

PAT GALLAGHER
ADDITION &
RENOVATION
200 NAPLES ST, SAN
FRANCISCO CA 94112
PH: 925-325-3911

① EXISTING 1st FLOOR PLAN (LOWER)    SCALE 1/4" = 1'-0"

② EXISTING 2nd FLOOR PLAN (MIDDLE)    SCALE 1/4" = 1'-0"

③ EXISTING 3rd FLOOR PLAN (UPPER)    SCALE 1/4" = 1'-0"

EXISTING
FLOOR PLANS

CHECKED BY: Checker
DRAWN BY: jhead
SCALE: AS SHOWN
DATE: 06.23.21
PROJECT NO: 21023
PHASE NO:

SHEET NO:
2

For Reference Only



NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY
OFFICIAL COPY

San Francisco Building Code AB-809

Doc # 2021108925

Recording Requested by and when Recorded Mail to

**City and County of San Francisco**
Joaquin Torres, Assessor-Recorder

| | | | |
|---|---|---|---|
| Disaster, San Francisco | 7/13/2021    11:54:28 AM | Fees | $14.00 |
| Department of Building Inspection | Pages   1   Title  DBI   02 | Taxes | $0.00 |
| 49 South Van Ness Avenue | | Other | $0.00 |
| San Francisco, CA 94103-2414 | Customer   DBI | O&S Fees | $75.00 |
| | | Paid | $89.00 |

## DECLARATION OF USE LIMITATION

I/We, _____, owner/s of the herein described property Commonly known as _200 NAPLES ST._, in San Francisco, Assessor's Block No. _6008_, Lot No. _001_ hereby consent to the under described limitations that

In the event that the property located at _538 NAPLES DR_, commonly known as Block No. _6008_, Lot No. _74_, as approved in such a matter that the openings in the building located at _200 NAPLES ST_, no longer comply with the San Francisco Building Code, then said openings shall be closed off or protected as required by the **Director of the Department of Building Inspection.**

This herein limitations shall be binding on me/us until amend by conforming to the San Francisco Building Code Requirements.

Signed, _____

OWNERS

Date of Execution: _7/12/21_

## NOTARY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
County of _SANTA CLARA_

On _July 13, 2021_ before me, _CHARLES D. DEWITT-NORFLEET_ (insert name and title of the officer)

personally appeared _PATRICK GALLAGHER_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)

---


APPROVED
JUL 7 2021

RECEIVED
JUL 19 2021

AB-030 ATTACHMENT A

**DEPARTMENT OF BUILDING INSPECTION**
City and County of San Francisco
49 South Van Ness Ave, San Francisco, California 94103

**REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION
OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION**

DATE SUBMITTED: _____

If no permit application has been filed, a Preapplication Review Fee is required for review at a request for local equivalency or modification, per §19-C Table 1A-B, Item 7. Additional fees may be required by Fire Department and state City review agencies.

If a permit application has been filed, no additional fees are required for this review

Permit Application #  _2021-0902-5736_

Property Address:  _200 NAPLES_

Block and Lot _6008/001_ Occupancy Group _R3_ Type of Construction _V_ No. of Stories _2_

Describe Use of Building  _DUPLEX_

Under the authority of the 2019 San Francisco Building Code, Sections 104.2.7 and 104.2.8, the 2019 San Francisco Mechanical Code, Section 90.2, the 2019 San Francisco Electrical Code, Section 89.117, and the 2019 San Francisco Plumbing Code, Section 301.2, the undersigned requests modifications of the provisions of these codes and/or approval of alternate materials, designs or methods of construction. Two copies of supporting documents, including plans showing the proposed modifications or alternate materials, design or methods of construction, are attached.

Resular Code Requirement (specify Code and Sections)

_OPENINGS IN PROPERTY LINE WALL_
_NOT PERMITTED PER SFBC SECTION_
_705.8_

Page | 1

---

AB-809 Attachment A    REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

Proposed Modifications or Alternate

_INSTALL FIXED, 3/4 HR FIRE_
_RESISTANCE RATED WINDOW /_
_COATED MORE THAN 6' LATERALLY_
_FROM ANY EXISTING OPENING IN ADJACENT_
_BUILDING_

Case-by-Case Basis of Request - Describe the practical difficulties presented in meeting the specific conditions of the code and how the proposed modification or alternate meets the intent of the code. A separate form should be filled for each requested modification or alternate. Attach copies of any and all Administrative Bulletins, Code reference, text reports, expert opinions, etc., which support this request. The Department may require that an approved consultant be hired by the applicant to perform tests or analysis and to submit an evaluation report to the Department for consideration.

Requested by: PROJECT SPONSOR    ARCHITECT/ENGINEER

X  Print Name: _PATRICK GALLAGHER_

X  Signature: _____

X  Telephone: _925-825-3911_

Page | 2

---

AB-809 Attachment A  -  REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

**PLAN REVIEWER COMMENTS:**

RECOMMENDATIONS:  Approved  Approved with conditions  Disapprove
(signed affiliated by )  David Jones, DBI
JUL 19 2023

Plan Reviewer: _____

Division Manager: _____

for Director of Bldg. Inspection

for Fire Marshal

CONDITIONS OF APPROVAL or OTHER COMMENTS

Page | 3


NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR REFERENCE INFORMATION
OFFICIAL COPY

NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY



Scope:
Revision  PA 2021 0702 3722
To show New detail to conv
existing window with acrylic stucco

Building:
TYPE II-B . 2 story . single family dwelling .

2022 0518 4575

200 Naples St

# Exhibit B

No. ZOZI·O7OZ·3726          1/21/22          20 _____

CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF BUILDING INSPECTION

# CORRECTION NOTICE
# AND REPORT

Location  200 NAPLES ST.

| Remarks: | Code Section |
|---|---|
| 1/ DOCUMENT CHANGES TO FRONT FACADE — WINDOW SIZES & BUILDING FINISHES. | |
| 2) WINDOWS AT UPSTAIRS BEDROOMS DO NOT MEET UPSTAIRS EGRESS | 1030.2·1 |
| 3/ PROPERTY LINE WINDOWS NEED TO COMPLY WITH AB009 & TBE APPLICATE ON APPROVEL PLANS — "FIXED 3/4 HR FIRE RESISENCE WINDOW | |
| 4/ FIRE UNDER SIDE OF STAIRS FROM 1ST — 2ND FLOOR. | |
| DOWN STAIR — BASEMENT 5/ CONSTRUCT LOWER LEVEL AS PER APPROVED PLANS — REMOVE KITCHEN & INSTALL LAUNDRY — | |
| 6/ REMOVE & CAP FURNACE PID PERMIT REQUIRED. | |
| 7/ DOCUMENT CEILING HEIGHT | 1207.2 |

Contact Inspector  KEVIN BIRMINGHAM
Div. PID , 1660 Mission Street or phone: 628-652-3606
Supervisor  MATT GREEN          Date 1/24/22

9003-M44 (Rev. 2/02)                    REP.-18 Correcion Notice

IBARRA BROTHERS PRINTING, SAN FRANCISCO, CA     4389212-14