1   DAVID CHIU, State Bar #189542
    City Attorney
2   JENNIFER E. CHOI, State Bar #184058
    Chief Trial Deputy
3   HUNTER W. SIMS III, State Bar #266039
    RENÉE E. ROSENBLIT, State Bar #304983
4   Deputy City Attorneys
    Fox Plaza
5   1390 Market Street, Sixth Floor
    San Francisco, California 94102-5408
6   Telephone:      (415) 554-4259 [Sims]
                    (415) 554-3853 [Rosenblit]
7   Facsimile:      (415) 554-3837
    E-Mail:         hunter.sims@sfcityatty.org
8                   renee.rosenblit@sfcityatty.org

9
    Attorneys for Defendants
10  CITY AND COUNTY OF SAN FRANCISCO;
    WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
11  (ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
    MAURICIO HERNANDEZ; and JOE DUFFY
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15  PATRICK GALLAGHER,                        Case No. 23-cv-03579-SI (JCS)

16          Plaintiff,                        **DECLARATION OF MARK LANGAN IN
                                              SUPPORT OF DEFENDANTS' MOTION FOR
17      vs.                                   SUMMARY JUDGMENT** (Fed. R. Civ. P. 56)

18  CITY AND COUNTY OF SAN                    Hearing Date:   December 5, 2025
    FRANCISCO, BERNARD CURRAN,                Time:           10:00 a.m.
19  RODRIGO SANTOS, WILLIAM HUGHEN,           Place:          Videoconference
    KEVIN BIRMINGHAM, NATALIA
20  KWAITKOWSKA, AND JOE DUFFY,               Trial Date:     February 17, 2026

21          Defendant.

22

23

24

25

26

27

28

1

**DECLARATION OF MARK LANGAN**

2     I, Mark Langan, declare as follows:

3     1.    I am a Senior Information Systems Analyst at San Francisco's Department of Building

4   Inspections ("DBI").  I have been a Senior Information Systems Analyst at DBI since September 2016.

5   I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and

6   would testify competently to the contents of this declaration.

7     2.    DBI stores all records of permit applications, permit plan reviews, and permit issuances

8   in a system call the Permit Tracking System ("PTS"). DBI's PTS system is searchable and can

9   determine actions such as scheduling, assigning and resulting building inspections.

10    3.    I conducted a search of DBI permit application number 201810183586 for 200 Naples

11  Street in San Francisco, California.

12    4.    Attached as exhibit A to this declaration is a true and correct copy of a spreadsheet

13  showing the search results I conducted for permit application number 201810183586.

14    5.    In order to create the spreadsheet attached as Exhibit A, I first searched for the

15  inspections associated with the permit in question. For those inspections, I queried our inspections

16  audit table (ISS.ISS_SECURITIES_AUDIT) for each of the tables in question for those inspections

17  based on internal key field values found in those tables.

18    6.    There are three primary tables in our database that are used for scheduling, assigning

19  and resulting building inspections – ISS_SCHEDULE_INSPECTIONS (used by our inhouse system,

20  inspector and customer web applications and our voice-activated inspection scheduling system to

21  request inspections, ISS_INSPECTOR_APPOINTMENTS (used by our inhouse system and inspector

22  web application to schedule the date and time of an inspection, and ISS_INSPECTION_ACTIVITIES

23  (used by our inhouse system and inspector web application to record the result of a completed

24  inspection).

25    7.    The "ACTION" column tells us when a particular record was inserted (INS) or

26  updated (UPD).

27    8.    The "ACTION USER" column tells us which user performed the action on a record –

28  SELECTRON indicates that a public user (e.g. contractor) using our voice-activated inspection

scheduling system to create or update the record, ONLINEINSP indicates that the record was created or updated by a user using the inspector web app, otherwise it's one of our inhouse users.

9.     The "COLUMN NAME" column tells us which database column in the table was affected.

10.     OLD DATA" tells us the original state of the database column, while "NEW DATA" tells us what the new state of the database column is.

11.     Based on the data presented in Exhibit A, Joe Duffy did not make any changes to the inspection that resulted in the CFC issued by Bernie Curran on 08/27/2020.

I declare under penalty of perjury under the laws of the United States that the preceding declaration is true, and that this declaration was executed on November 3, 2025, at San Francisco, California.

MARK LANGAN

# Exhibit A

**Permit 201810183586 at 200 Naples**
**Table/Inspector**

**Inspection performed by Peter Eisenbeiser on 07/25/2019**

| ISS_INSPECTOR_APPOINTMENTS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| | INS | SELECTRON | 6/14/2019 8:21 | | | |
| | UPD | KMCHUGH | 7/25/2019 6:29 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | KMCHUGH | 7/25/2019 6:29 | ISS_SCHEDULED_INSPECTIONS_ID | | 6886771 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | KMCHUGH | 7/25/2019 6:29 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 7/25/2019 11:31 | | | |

**Inspection performed by Phil Saunders on 11/14/2019**

| ISS_INSPECTOR_APPOINTMENTS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| | INS | SELECTRON | 10/4/2019 9:52 | | | |
| | UPD | SELECTRON | 11/12/2019 20:31 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | SELECTRON | 11/12/2019 20:31 | ISS_SCHEDULED_INSPECTIONS_ID | | 7203710 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | SELECTRON | 11/12/2019 20:31 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 11/14/2019 12:02 | | | |
| | UPD | ONLINEINSP | 11/14/2019 15:43 | ISS_INSPECTION_STATUS_ID | 3 | 14 |
| | UPD | ONLINEINSP | 11/14/2019 15:43 | DESCRIPTION | I a i'm aware of that special inspections for wood framing not performed roof framing not in compliance with approved plans | Corrections: repair all dry rot & damaged exterior siding on west side of property |

**Inspection performed by Bill Walsh on 01/30/2020**

| ISS_INSPECTOR_APPOINTMENTS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| | INS | MTESFAYE | 1/21/2020 10:09 | | | |
| | UPD | SELECTRON | 1/28/2020 16:21 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | SELECTRON | 1/28/2020 16:21 | ISS_SCHEDULED_INSPECTIONS_ID | | 7337673 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | SELECTRON | 1/28/2020 16:21 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 1/30/2020 11:05 | | | |

**Inspection performed by Bernie Curran on 08/27/2020**

| ISS_INSPECTOR_APPOINTMENTS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| | INS | ONLINEINSP | 8/27/2020 10:22 | | | |
| | UPD | ONLINEINSP | 8/27/2020 10:22 | ISS_APPOINTMENT_CODES_ID | | 166 |
| | UPD | ONLINEINSP | 8/27/2020 10:22 | ISS_SCHEDULED_INSPECTIONS_ID | | 7639484 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 8/27/2020 10:22 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 8/27/2020 12:43 | | | |

**Inspection performed by Thomas Keane on 05/17/2021**

| ISS_INSPECTOR_APPOINTMENTS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| | INS | AGEE | 5/10/2021 10:11 | | | |
| | UPD | ONLINEINSP | 5/17/2021 9:32 | ISS_APPOINTMENT_CODES_ID | | 166 |
| | UPD | ONLINEINSP | 5/17/2021 9:32 | ISS_SCHEDULED_INSPECTIONS_ID | | 7965783 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 5/17/2021 9:32 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 5/17/2021 9:55 | | | |