Patrick Gallagher
470 Coletas Way
Byron, CA 94514
(925) 325-2911
bigblockpat@gmail.com

Plaintiff, Self-Represented

FILED

NOV 07 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGER,<br><br>               Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>BERNARD CURRAN, RODRIGO SANTOS,<br>WILLIAM HUGEN, KEVIN BIRMINGHAM,<br>NATALIA KWAITKOWSKA, and JOE DUFFY,<br><br>               Defendant(s). | Case No.: 23-cv-03579-SI<br><br>NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56<br><br>Hearing Date: 12/12/2025<br>Hearing Time: 10 AM<br>Judge: ILLSTON<br>Place: 450 GOLDEN GATE AVE<br>16TH FLOOR<br>SF, CA 94102 |

TO THE HONORABLE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that on 12/12/25 at 10:00 AM, or as soon thereafter as this matter may be heard in the above-entitled Court located at 450 GOLDEN GATE AVE 16TH FL Patrick Gallagher, the Plaintiff in this case will move this Court for summary judgment, pursuant to Federal Rule of Civil Procedure 56. This motion is based on this notice, the memorandum of points and authorities filed herein, the declaration filed by

1

Plaintiff, the exhibits filed herein, the pleadings previously filed in this action, and any oral argument permitted at the hearing on this motion.

DATED: 09:36

                                              PATRICK GALLAGHER
                                              Self-Represented