# EXHIBIT A

EXHIBIT A

City and County of San Francisco

## Department of Building Inspection



# CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY

**LOCATION:** 200 Naples St. _(street)_     6008/001 _(block and lot)_

**Permit Application No.:** 201810183586   Type of Construction: V-B   Stories: 2   with cooking facilities: 0

**Occupancy Classification:** R-2   No. of Guestrooms: 0   Dwelling Units: 1

**Basements:** 0

**Description of Construction:** To Comply with NOV 2018 95472. Structural
safety beams to include removing + replacing floor framing,
repair (E) deimer field @ New dormers on each side.
New (E) Laundry a 2nd floor.

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109A of th *San Francisco Building Code.*

Any change in the use or occupancy of these premises—or any change to the building or premises—could cause the property to be in violation of the *Municipal Codes of the City and County of San Francisco and, thereby, would invalidate this Certificate of Final Completion and Occupancy.* A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes of the City and County of San Francisco.*

**This certificate is issued on:** 8/27/2020

by: _____
                                                        (Signature)        **Building Inspector**

_(signature)_ Patrick O'Riordan, Interim Director

for district
insp.

Bruno Carido        **Printed Name**

Copies: White (original to microfilm), Blue (to property owner), Yellow (to Building Inspector), Pink (to Housing Inspector)



City and County of San Francisco

## Department of Building Inspection

## *CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY*

LOCATION: *200 Naples St.*                                      *6008/001*
          (number)      (street)                                   (block and lot)

Permit Application No: *201810183586*  Type of Construction: *V-B*  Stories: *2*  Dwelling Units: *1*

Basements: *0*  Occupancy Classification: *R-3*  No. of Guestrooms: *0*  with cooking facilities: *✓*

Description of Construction: *To Comply with NOV 201895477. Structural Strengthening to include removing + replacing floor framing. Remove 1 (E) dormer. Add 2 New dormers on each Side. Demo (E) laundry @ 2nd floor.*

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109A of th *San Francisco Building Code.*

Any change in the use or occupancy of these premises--or any change to the building or premises--could cause the property to be in violation of the *Municipal Codes* of the City and County of Sn Francisco and, thereby, would invalidate this *Certificate of Final Completion and Occupancy.* A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes* of the City and County of San Francisco.

This certificate issued on: *8/27/2020*                              *for District Insp.*

                                                  by: _____
                                                  (Signature)   **Building Inspector**

**Patrick O'Riordan, Interim Director**
Copies: White (original to microfilm); Blue (to property owner); Yellow (to Building Inspector); Pink (to Housing Inspector)

                                                          **Printed Name**

# EXHIBIT B

EXHIBIT B

# NOTICE OF VIOLATION
### of the San Francisco Municipal Codes Regarding Unsafe, Substandard or Noncomplying Structure or Land or Occupancy



## DEPARTMENT OF BUILDING INSPECTION

City and County of San Francisco
49 South Van Ness Av Suite#400
San Francisco, CA 94103

☐ FIRST NOTICE
☐ SECOND NOTICE
☒ OTHER: __Amend__

**COMPLAINT NUMBER**
202175582

628 652-3246

**ADDRESS** 200 NAPLES ST          **DATE** 6/8/2021

**OCCUPANCY/USE** R-3          **BLOCK** ▓▓▓ **LOT** 001

**CONST. TYPE** ____          **STORIES** 3 ☐ BASEMENT

☒ if checked, this information is based upon site-observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

**OWNER / AGENT:** MADISON TRUST CO FBO PATRICK P /GALLAGHER     **PHONE#:**
PATRICK]

**MAILING ADDRESS:** PO BOX 523     **CITY** BYRON, CA     **ZIP** 94514

**PERSON CONTACTED @ SITE** ____     **PHONE#:**

## VIOLATION DESCRIPTION:

| | |
|---|---|
| ☒ WORK WITHOUT PERMIT (SFBC 103A); | ☒ ADDITIONAL WORK-PERMIT REQUIRED (SFBC 106.4.7); |
| ☐ EXPIRED PERMIT (SFBC 106A.4.4) | ☐ CANCELLED PERMIT (SFBC 106.3.7)   PA#: |
| ☐ UNSAFE BUILDING  (SFBC 102); | ☐ UNSAFE    ☐ SEE ATTACHMENTS    CODE / SECTION # |

This is to amend 1st NOV issued on 5/17/2021. A site visit on 6/3/21 identify the following deviations from approved PA 201810183586 and approved plans.

- Stairs leading to 3rd floor not installed to approved plans. Stairs have been built as a straight run. Plans called out for U-Shape detail.
- Stairs leading from 1st floor to 2nd floor was not constructed. A mechanical closet for furnace has been added on both floors modifying the existing and propose plans of having a communicating stairs from 1st floor to 2nd floor
- Windows have been replaced throughout
- 1st floor area has been converted to an ADU by adding a full kitchen with stove, sink and cabinets. Plans under PA201810183586 shows this area to be compose of a storage with dryer, washer and furnace.
- Plans for PA201810183586 show an existing ceiling height of 8ft and a propose height of 8ft on 1st floor level. Site conditions observed approx. 7ft in kitchen area (approved as storage area)
- Plans for PA201810183586 show an existing ceiling height of 8ft and a propose height of 8ft on 1st floor level. Site conditions observed approx. 7'3" in approved lower bedroom

SFBC106.4.7
SFBC103A

**MONTHLY MONITORING FEE Section 110A TABLE 1A-k**

BC – Building Code   HC – Housing Code   PC – Plumbing Code   [EC – Electrical Code]   MC – Mechanical Code

## CORRECTIVE ACTION:

## ☒ STOP ALL WORK SFBC 104.2.4

| | |
|---|---|
| I FILE BUILDING PERMIT APPLICATION WITHIN __30__ DAYS ☒ WITH PLANS) A Copy of This Notice Must Accompany the Permit Application. |
| I OBTAIN PERMIT WITHIN __60__ DAYS AND COMPLETE ALL WORK WITHIN __90__ DAYS, INCLUDING FINAL INSPECTION AND SIGNOFF. |
| CORRECTION VIOLATIONS WITHIN ____ DAYS.    ☐ NO PERMIT REQUIRED. |
| YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED ____ , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS. |
| FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDING TO BEGIN. SEE REVERSE SIDE FOR ADDITIONAL WARNINGS. |

1. Obtain a building permit with plans to legalize all work that deviated from the approved plans under PA201810183586. This will include any interior layout reconfiguration, faced changes, window replacemen and separating the 2 and 3rd floor from 1st floor. Plans must show preexisting conditions that predates the approval of PA201810183586. Plans will also require as built conditions and propose. City planning approval is requires

2. A separate permit will be required for the conversion of the 1st floor to an ADU
   File an application for a Building permit required to legalize the unit pursuant to Building Code Section

 Gmail

Pat mg <bigblockpat@gmail.com>

---

## 200 Naples Orders of Abatement
15 messages

---

**Greene, Matthew (DBI)** <matthew.greene@sfgov.org>                    Thu, Jun 8, 2023 at 4:38 PM
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

Mr. Gallagher,

In an effort to answer all your questions, I would like to present all the information you will need to move forward and complete your project at 200 Naples and have all recorded Orders against the property lifted.

First, please see attached the email I sent of you on March 9, 2023. At that time, I laid out the exact steps required to complete permit application # 202108096049 and receive a valid Certificate of Final Completion (CFC). If all those steps have been completed, we can schedule your Final Inspection.

Second, there are three Orders of Abatements recorded by the Department of Building Inspection against the property:

    a.   Order of Abatement # 110003-A   (for complaint # 201895477). Recorded on February 3, 2019.

    b.   Order of Abatement # 110438-A   (for complaint # 201721241). Recorded on July 3, 2019.

    c.   Order of Abatement # 201644272-A   (for complaint # 201644272). Recorded on February 3, 2019.

These Order will be lifted when all work is complete, the valid CFC is issued and all outstanding bills have been paid.

   **1.  Order of Abatement # 110438-A** (for complaint # 201721241) has an outstanding bill of **$2860.60** (bill attached).

            Make check out to: CCSF-DBI

            Mail to: Code Enforcement Section

            Department of Building Inspection

                49 South Van Ness Ave 4th Floor

                San Francisco, Ca 94103

   **2.  Order of Abatement # 201644272-A** (for complaint # 201644272) has an outstanding bill of **$3403.00.** (bill attached)

6/24/25, 10:21 PM                          Gmail - 200 Naples Orders of Abatement

Make check out to: CCSF-DBI


Mail to: Housing Inspection Services

Department of Building Inspection

49 South Van Ness Ave 4th Floor

San Francisco. Ca 94103


3.   There are no further assessments due for **Order of Abatement # 110003-A**


As I have said earlier, when the valid CFC for completion of work is issued <u>and</u> these bills are paid, the Department of Building Inspection will lift these recorded Orders.


I hope I was able to answer any questions you may have about reaching resolution to your concerns.


Thank you,


*Matt Greene*

*Acting Deputy Director*

*Inspection Services*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*



---------- Forwarded message ----------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
To: bigblockpat <bigblockpat@gmail.com>
Cc: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>, "Wong, Kelly (CPC)" <kelly.wong@sfgov.org>, "Czajkowski, Matt (DPW)" <matt.czajkowski@sfdpw.org>, "Pereira, Neville (DBI)" <neville.pereira@sfgov.org>
Bcc:
Date: Fri, 10 Mar 2023 00:15:13 +0000
Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

Mr. Gallagher


Per your request, please see the below for the specific requirements to receive final sign off for building permit application # 202108096049 (for a new ADU at 200 Naples).

1.  Sheet # 3 of the approved plans for permit application # 202108096049 call for the ceiling height for the ADU bedroom to 8 feet.



During the site visit on March 2, 2023. The ceiling height was measured to 7 foot 3 inches. San Francisco Building Code Section states that habitable space shall "have a ceiling height of not less than 7 feet 6 inches above the finished floor". The current conditions do not match the approved plans and do not meet the minimum requirements of the San Francisco Building Code. If it is impractical to increase the ceiling height of this bedroom, you may request a local equivalency through Administrative Bulleting AB-005. The purpose of this Administrative Bulletin is to detail the procedures to be used for the application and case-by-case review of requests for approval of equivalencies, when work is proposed which does not strictly comply with the provisions of the latest edition of the San Francisco Building Code. I have attached the form to request such an equivalency, and I have discussed your situation with the Deputy Director of Permit Services. I encourage you to take advantage of this possibility.

2.  Also on sheet # 3 f the approved plans for permit application # 202108096049 are the requirements for the bedroom's Emergency Escape and Rescue Opening (aka the bedroom window). There must be a 5 foot clear opening and the interior sill height cannot be higher than 44" above the finish floor:

6/24/25, 10:21 PM

Gmail - 200 Naples Orders of Abatement



During site visit on March 2, 2023, the sill height was measured to be 48" and not meeting the minimum requirements of the code. This sill height will need to be corrected.

3.  Obtain final sign off for electrical permit # EW 20230208798.

4.  Have the Department of Public Works- Bureau of Street Use and Mapping complete there required inspection of the Public Way. I would remind you that the Planning Department's approval for PA no. 202108096049 is to remove the existing curb cut. The Variance to request off-street parking and allow for this curb cut was denied. (Variance decision is attached)

5.  Have the Department of Public Works -Bureau of Urban Forestry inspect and approve the planting of the 4 required street trees and the required 42 square feet of landscaping.

I think this is a very clear concise list of requirements and hope that this explains your path forward to complete this project.

*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Thursday, March 9, 2023 11:02 AM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>
**Cc:** Buckley, Jeff (BOS) <jeff.buckley@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

i need it in writing....ive been lied to for two years now. and the whole time ive been told to be patient, dont argue.....

i was told i had to hire Santos.....its a 2 story house. i never needed a structural engineer. I was forced by Mauricio to apply for an adu....

i was forced to change windows by Kevin, which had been specd and approved 3 times by Cathleen Campbell. Then had to change them again because i was told i couldnt egress onto neighbors property.....wrong. had to anyway. 2 years of made up bullshit. one after the other.

Sent from my Verizon. Samsung Galaxy smartphone

------ Original message ------

From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Date: 3/9/23 10:23 AM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>

Cc: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

Unfortunately.  I'm running a little late.  Give me 10 minutes and I'll call.

My apologies,

*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*

6/24/25, 10:21 PM

**From:** Greene, Matthew (DBI)
**Sent:** Thursday, March 9, 2023 7:19 AM
**To:** bigblockpat <bigblockpat@gmail.com>
**Cc:** Buckley, Jeff (DBI) <jeff.buckley@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


I will call you today at 10AM


*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*


**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Wednesday, March 8, 2023 10:01 PM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>; Burke, Kenneth (DBI) <kenneth.burke@sfgov.org>; Clifton, Gary (DBI) <gary.clifton@sfgov.org>
**Cc:** Jusino, Mark (DBI) <mark.jusino@sfgov.org>; Howard, Brett (DBI) <brett.howard@sfgov.org>; Duffy, Joseph (DBI) <joseph.duffy@sfgov.org>; Birmingham, Kevin (DBI) <kevin.birmingham@sfgov.org>; Buckley, Jeff (BOS) <jeff.buckley@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


yes....any time....925 325 3911


Sent from my Verizon. Samsung Galaxy smartphone


------ Original message ------

From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Date: 3/8/23 1:08 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>, "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>, "Clifton, Gary (DBI)" <gary.clifton@sfgov.org>

Cc: "Jusino, Mark (DBI)" <mark.jusino@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>, "Birmingham, Kevin (DBI)" <kevin.birmingham@sfgov.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


Sorry for the delay. I've been discussing your situation with our Technical Services Division. I think we might have path forward.


Are you free for a phone call to discuss?


*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*


**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Wednesday, March 8, 2023 1:00 AM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>; Burke, Kenneth (DBI) <kenneth.burke@sfgov.org>; Clifton, Gary (DBI) <gary.clifton@sfgov.org>
**Cc:** Jusino, Mark (DBI) <mark.jusino@sfgov.org>; Howard, Brett (DBI) <brett.howard@sfgov.org>; Duffy, Joseph (DBI) <joseph.duffy@sfgov.org>; Birmingham, Kevin (DBI) <kevin.birmingham@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


really?  crickets guys?... you put me thru 2 years of hurdles and hoops....no reply?.....this is all you Joe Duffy


Sent from my Verizon, Samsung Galaxy smartphone


------- Original message -------

From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Date: 3/1/23 3:15 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>, "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>, "Clifton, Gary (DBI)" <gary.clifton@sfgov.org>

Cc: "Jusino, Mark (DBI)" <mark.jusino@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>, "Birmingham, Kevin (DBI)" <kevin.birmingham@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

Mr. Gallagher,

I can meet you on site tomorrow around 11. See you then.

Matt Greene

Chief Building Inspector

Building Inspection Division

Department of Building Inspection

49 South Van Ness Avenue, 4th Floor

San Francisco, CA 94103

(628) 652-3637

From: bigblockpat <bigblockpat@gmail.com>
Sent: Wednesday, March 1, 2023 1:28 PM
To: Greene, Matthew (DBI) <matthew.greene@sfgov.org>; Burke, Kenneth (DBI) <kenneth.burke@sfgov.org>; Clifton, Gary (DBI) <gary.clifton@sfgov.org>
Cc: Jusino, Mark (DBI) <mark.jusino@sfgov.org>; Howard, Brett (DBI) <brett.howard@sfgov.org>; Duffy, Joseph (DBI) <joseph.duffy@sfgov.org>; Birmingham, Kevin (DBI) <kevin.birmingham@sfgov.org>
Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

so tommorow aroun 10 30 or 11?

Sent from my Verizon, Samsung Galaxy smartphone

------- Original message -------

From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Date: 2/28/23 8:10 AM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>, "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>, "Clifton, Gary (DBI)" <gary.clifton@sfgov.org>

Cc: "Jusino, Mark (DBI)" <mark.jusino@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>, "Birmingham, Kevin (DBI)" <kevin.birmingham@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


Mr. Gallagher,


Can we meet on site either Thursday morning or Friday afternoon?  Unfortunately I do not have time available on Wednesday.


*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*


**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Monday, February 27, 2023 4:12 PM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>; Burke, Kenneth (DBI) <kenneth.burke@sfgov.org>; Clifton, Gary (DBI) <gary.clifton@sfgov.org>
**Cc:** Jusino, Mark (DBI) <mark.jusino@sfgov.org>; Howard, Brett (DBI) <brett.howard@sfgov.org>; Duffy, Joseph (DBI) <joseph.duffy@sfgov.org>; Birmingham, Kevin (DBI) <kevin.birmingham@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


yea...there been a few go backs for sure...but im pretty sure its all atraitened out now. id like final this wednesday. would that be ok?


Sent from my Verizon. Samsung Galaxy smartphone

6/24/25, 10:21 PM                                    Gmail - 200 Naples Orders of Abatement

------- Original message -------

From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Date: 2/27/23 2:21 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>, "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>, "Clifton, Gary (DBI)" <gary.clifton@sfgov.org>

Cc: "Jusino, Mark (DBI)" <mark.jusino@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>, "Birmingham, Kevin (DBI)" <kevin.birmingham@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


Mr. Gallagher,


I've been following the email chain.


I think it would be a good idea to meet you on site with one of the Senior Building Inspectors so that there are no further surprises moving forward.


If you are amenable, please let me know of a date that works for you.


Thank you,


*Matt Greene*

*Chief Building Inspector*

*Building Inspection Division*

*Department of Building Inspection*

*49 South Van Ness Avenue, 4th Floor*

*San Francisco, CA 94103*

*(628) 652-3637*


**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Wednesday, February 8, 2023 2:52 PM
**To:** Burke, Kenneth (DBI) <kenneth.burke@sfgov.org>; Clifton, Gary (DBI) <gary.clifton@sfgov.org>
**Cc:** Jusino, Mark (DBI) <mark.jusino@sfgov.org>; Howard, Brett (DBI) <brett.howard@sfgov.org>; Greene, Matthew (DBI) <matthew.greene@sfgov.org>; Duffy, Joseph (DBI) <joseph.duffy@sfgov.org>
**Subject:** RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit

6/24/25, 10:21 PM
Gmail - 200 Naples Orders of Abatement

great....thank you


Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------

From: "Burke, Kenneth (DBI)" <kenneth.burke@sfgov.org>

Date: 2/8/23 12:31 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>, "Clifton, Gary (DBI)" <gary.clifton@sfgov.org>

Cc: "Jusino, Mark (DBI)" <mark.jusino@sfgov.org>, "Howard, Brett (DBI)" <brett.howard@sfgov.org>, "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>, "Duffy, Joseph (DBI)" <joseph.duffy@sfgov.org>

Subject: RE: 200 Naples Street San Francisco Electrical Corrections for the ADU Unit


Mr. Gallagher,


Inspector Gary Clifton and Senior Electrical Inspector Mark Jusino are scheduled to inspect the electrical corrections at 200 Naples Friday February, 10th as requested.


Sincerely,


Ken Burke

Chief Electrical Inspector

Department of Building Inspection

49 South Van Ness Avenue, 4th Floor

San Francisco, CA 94103

Email: kenneth.burke@sfgov.org

Desk: (628)652-3620



From: bigblockpat <bigblockpat@gmail.com>
Sent: Wednesday, February 8, 2023 10:35 AM
To: Clifton, Gary (DBI) <gary.clifton@sfgov.org>



M Gmail

Pat mg <bigblockpat@gmail.com>

## RE: 200 Naples Notice Of Violation
31 messages

**O'Donnell, Cillian (DPW)** <cillian.odonnell@sfdpw.org>                    Mon, Mar 20, 2023 at 3:25 PM
To: "bigblockpat@gmail.com" <bigblockpat@gmail.com>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>

Good afternoon Patrick.

Please refer to the notice of violation attached for excavating without a permit.

Please apply for a Street Improvement permit at 49 Van Ness Ave 2nd floor or via email: bsmpermitdivision@sfdpw.org

Please let me know if you have any questions.



Cillian O Donnell

Street Inspector

Bureau of Street Use & Mapping    Public Works    City and County of San Francisco

49 S Van Ness Ave 3rd Floor | San Francisco, CA 94103    (628) 271-2039



---

4 attachments



NOV Photo.jpg
771K



NOV photo posted2.jpg
942K



Unpermitted Curb Cut.jpg
1177K



unpermitted Curb Cut2.jpg
1194K

---

**bigblockpat** <bigblockpat@gmail.com>                                    Mon, Mar 20, 2023 at 3:45 PM
To: "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>

i have a permit....and have been mandated to plant street trees and sidewalk gardens. the driveway access is also permitted.
see 202108096049


Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

---

**Salamy, Jessica (DPW)** <jessica.salamy@sfdpw.org>                       Mon, Mar 20, 2023 at 3:57 PM
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

Hi Patrick,

Although you have permit # 202108096049 from DBI this doesn't allow you to do work within the public right of way and should not have been issued to you.  Any work done on the sidewalk or curb will require a separate SFPW excavation permit.




**JESSICA SALAMY**
Street Inspection Supervisor
Bureau of Street Use & Mapping    Public Works    City and County of San Francisco

49 South Van Ness Suite 300| San Francisco, CA 94103  |  (628) 271-2041

Front Desk: (628) 271-2000

sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Monday, March 20, 2023 3:45 PM
**To:** O'Donnell, Cillian (DPW) <cillian.odonnell@sfdpw.org>
**Cc:** NovoaBarahona, Mario (DPW) <mario.novoa@sfdpw.org>; Shami, George (DPW) <George.Shami@sfdpw.org>; Salamy, Jessica (DPW) <jessica.salamy@sfdpw.org>
**Subject:** RE: 200 Naples Notice Of Violation


This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Mon, Mar 20, 2023 at 5:03 PM
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

thats not what i was told at the time....ill send you the approvals. by dpw and puc. BOF also approved street trees and gardens over a year ago.
who told you to go there and issue a NOV?
[Quoted text hidden]

---

 Screenshot_20230217-174243_Messages.jpg
215K

NovoaBarahona, Mario (DPW) <mario.novoa@sfdpw.org>                                                    Tue, Mar 21, 2023 at 6:15 AM
To: bigblockpat <bigblockpat@gmail.com>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "Shami, George (DPW)" <George.Shami@sfdpw.org>

Good morning Patrick

Those stamps are for you to apply for the permit, we currently do not have any SFPW permit on file for 200 Naples.

Please apply to obtain the Street Improvement permit over at 49 Van Ness Ave 2nd floor, or via email bsmpermitdivision@sfdpw.org

Please note the violation accrues daily.

 Mario Novoa

SENIOR STREET INSPECTOR

DIVISION OF INSPECTION & ENFORCEMENT

Bureau of Street Use and Mapping | San Francisco Public Works | City and County of San Francisco

49 South Van Ness Suite 300 | San Francisco, CA 94103 | Office: (628) 271-2064 | Front Desk (628) 271-2000 | sfpublicworks.org · twitter.com/sfpublicworks

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Cillian O Donnell

Street Inspector

Bureau of Street Use & Mapping    Public Works    City and County of San Francisco

49 S Van Ness Ave 3rd Floor | San Francisco, CA 94103    (628) 271-2039

 Please cut down on printing before printing this e-mail

 image001.jpg
10K

bigblockpat <bigblockpat@gmail.com>                                                    Tue, Mar 21, 2023 at 11:44 AM
To: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>

No...they are not. they are approval for the work done....maybe you should get ahold of Mark Wall over at permit processing or Hai Pham. I did everything by the book
[Quoted text hidden]

bigblockpat <bigblockpat@gmail.com>                                                    Tue, Mar 21, 2023 at 12:45 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

[Quoted text hidden]



**Screenshot_20230217-174243_Messages.jpg**
215K

---

Pat mg <bigblockpat@gmail.com>                                    Tue, Mar 21, 2023 at 4:46 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

[Quoted text hidden]



**landscape application 001.jpg**
337K

---

Pat mg <bigblockpat@gmail.com>                                    Tue, Mar 21, 2023 at 4:47 PM
To: "O'Donnell, Cillian" <cillian.odonnell@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

[Quoted text hidden]



**landscape application 001.jpg**
337K

---

NovoaBarahona, Mario (DPW) <mario.novoa@sfdpw.org>
To: Pat mg <bigblockpat@gmail.com>
Cc: "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BO

Patrick,

Please visit 49 VanNess Ave 2nd Floor or inquire via email: bsmpermitdivision@sfdpw.org so they can explain to you the process.

Please note the violation accrues daily.

- Mario Novoa, SFPW-BSM
  Senior Street Inspector

    On Mar 21, 2023, at 4:48 PM, Pat mg <bigblockpat@gmail.com> wrote:

    [Quoted text hidden]



**Urban Forestry**

urbanforestry@sfdpw.org  |  T. 628.652.8733  |  49 South Van Ness Ave. Suite

# APPLICATION FOR PERMEABLE SIDEWALK-

DATE_____          APPLICATION#_____

Application is hereby made under provision of Article 16 of the Public Works Code
sidewalk adjacent to the premises located at

## SITE INFORMATION

Site Address: 200 NAPLES SF.

Cross Street: AVALON

Owner Name: PATRICK GAL

Phone: 95-325-391 E-Mail: _

## APPLICANT /AUTHORIZED AGENT INFORMATION

Company Name: MADISON TRUST

Applicant Name: PATRICK G4

Address: 470 COLETAS

City: BYNCON                    Sta

Phone: _____          E-Mail: _

## PROJECT INFORMATION

Provide a to-scale site plan drawing indicating the proposed changes to the sidewalk area und
property boundary, curb and location of existing street trees, utilities, light poles, street signs a
of new planting s. location of new trees, and permeable surfaces.

I am submitting this application in response to a Notice to Repair (NTR) from SF Public Works .

NTR# _____          City Inspector's Name_



**landscape application 001.jpg**
337K

Wed, Mar 22, 2023 at 11:54 AM

**bigblockpat** <bigblockpat@gmail.com>
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

this is b.s.....it really is

Sent from my Verizon, Samsung Galaxy smartphone

——— Original message ———
From: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

Wed, Mar 22

**Salamy, Jessica (DPW)** <jessica.salamy@sfdpw.org>
To: Pat mg <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)"
<George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

Cc: "Tse, Bernie (DPW)" <bernie.tse@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>

Pat,

The curb curt was installed illegally and is not permitted nor was it permitted when it was installed. Department of Building Inspection cannot issue a permit for a driveway to be installed in the way. Per PTS for your DBI permit 202108096049 DPW only approved the ADU. See below screen shot from PTS and from our permit database.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 24 | DPW-BSM | 11/9/22 | 11/18/22 | | 11:19/22 | CHOY CLINTON | Approved "revision" 11/18/22. Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way (removing curb cut) -DO |

>>>>> [Search] [Reset] <<<<<  0 record(s) found!

**Number of records to show:**
⦿ Results in one screen   ○ Results in many screens
**How to open the permit:**
⦿ Open in New Window   ○ Open in Current Window
**How to show the records (top 100 addresses shown on map):**
⦿ Data  ○ Map

>>>>>Select/Type Criteria for Permit Search

| Permit Type | ⌄ | Permit Number | | Plan Checker | ⌄ |
|---|---|---|---|---|---|
| Permit Status | ⌄ | Approval Date From | | Approval Date To | |
| Inspector | ⌄ | Received Date From | | Received Date To | |
| Street Number | 200 | Picked Up Date From | | Picked Up Date To | |
| Street Name | naples st   Get Streets -> | Street Segment | | | ⌄ |
| Block Number | | Lot Number | | | |
| Agent | | Edit Agent | | | |
| Project | ⌄ View All ✓ Show Active Projects Only | | | | |

**Go to Advanced Search Screen**          **Go to Emergency Search Screen**

>>>>>Search Results (click on Cell Header to Sort Ascending or Descending)
Export to Excel

[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

Cillian O Donnell

[Quoted text hidden]

bigblockpat <bigblockpat@gmail.com>                                          Thu, Mar 23, 2023 at 12:34 AM
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
Cc: "Tse, Bernie (DPW)" <bernie.tse@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>

ive sent you all the approvals
[Quoted text hidden]

bigblockpat <bigblockpat@gmail.com>                                          Thu, Mar 23, 2023 at 1:34 AM
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
Cc: "Tse, Bernie (DPW)" <bernie.tse@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>

dinton choy made a comment....let me repeat....a comment Nov of 22. permit was issued Jan of 23.
What the hell are you people doing????. who told you to hang me up?

Sent from my Verizon, Samsung Galaxy smartphone

—— Original message ——
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Date: 3/22/23 1:04 PM (GMT-08:00)
To: Pat rng <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
Cc: "Tse, Bernie (DPW)" <bernie.tse@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

---

**Salamy, Jessica (DPW)** <jessica.salamy@sfdpw.org>                                    Thu, Mar 23, 2023 at 2:56 PM
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
Cc: "Tse, Bernie (DPW)" <bernie.tse@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfgov.org>, "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>

Pat,

Please note: Refusal to remove the illegal curb cut will only result in a delay in your final inspection.

[Quoted text hidden]

---

**Buckley, Jeff (BOS)** <jeff.buckley@sfgov.org>                                    Wed, Mar 29, 2023 at 10:56 AM
To: bigblockpat <bigblockpat@gmail.com>

Pat,

They are claiming the curb cut needs to be filled in. The note below shows the approval but with a note that a final sign off will not happen unless you restore the curb.

So what's your next step? DPW is pretty clear with you about what you have to do next.

Jeff

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Wed, Mar 29, 2023 at 11:37 AM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

the job card was issued. the driveway access is clearly shown on the drawings. the inspectors dont get to reverse the whole approval process. they are to inspect.....period
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Wed, Mar 29, 2023 at 11:37 AM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

can you call me please
925 325 3911

Sent from my Verizon, Samsung Galaxy smartphone

—— Original message ——
From: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Wed, Mar 29, 2023 at 4:41 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

the city has been sued over retaliation like this before. a case just settled in feb for 1.8mil.

Sent from my Verizon, Samsung Galaxy smartphone

—— Original message ——
From: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Wed, Mar 29, 2023 at 4:50 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

Jeff,
cant you just call Matt and tell him what hes doing is illegal and call off the cogs?

Sent from my Verizon, Samsung Galaxy smartphone

―――― Original message ――――
From: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

---

**Buckley, Jeff (BOS)** <jeff.buckley@sfgov.org>                                      Wed, Mar 29, 2023 at 6:41 PM
To: bigblockpat <bigblockpat@gmail.com>

Pat,

I can only ask them to follow the law. If you think there has been a violation please point it
Out.
I am working remotely this week and will be on vacation until Monday but can follow up then.

Jeff

Sent from my iPhone

> On Mar 29, 2023, at 4:51 PM, bigblockpat <bigblockpat@gmail.com> wrote:

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                              Wed, Mar 29, 2023 at 6:50 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

i have done that Jeff. i sent over all the approvals. i sent the job card and the drawings as well. i sent before and after pics.
Ive also filed a law suit and it will hit the papers shortly
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                              Wed, Mar 29, 2023 at 7:16 PM
To: "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>

i think your boss needs to get directly involved here. is he going to go to bat for his constituents or isnt he.....
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                              Wed, Apr 5, 2023 at 12:52 PM
To: "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>

so is this still pending?. i sent you the sidewalk permit. job card, etc.

Sent from my Verizon, Samsung Galaxy smartphone

―――― Original message ――――
From: "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Date: 3/20/23 3:25 PM (GMT-08:00)
To: bigblockpat@gmail.com
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Subject: RE: 200 Naples Notice Of Violation

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                              Fri, Apr 14, 2023 at 11:19 AM
To: "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>, "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>

so i spoke with michael lennon....also recieved notice of a hearing for may 10....why are you people making this so difficult?
[Quoted text hidden]

---

**Salamy, Jessica (DPW)** <jessica.salamy@sfdpw.org>                                  Fri, Apr 14, 2023 at 12:05 PM
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

Pat,

I wanted to follow up with you regarding the permit that was provided earlier. I just wanted to clarify that it is actually a Building Department permit, not a Public Works permit. Additionally, Clinton Choy (PW Plan Checker) has noted that the curb cut needs to be removed as per the snip below. Therefore, in order to remove the illegal curb cut, you will need to apply for a Public Works permit. Currently, we have not received a permit application for Public Works.

I understand that there's a hearing scheduled for 5/10/23, but I wanted to remind you that you are still responsible for pulling a permit.

Please let me know if you have any questions or concerns.

+Michael Lennon to this thread.

6/20/25, 1:22 AM                                Gmail - RE: 200 Naples Notice Of Violation

| 24 | DPW-BSM | 11/7/22 | 11/10/22 | | 11/10/22 | CHOY, CLINTON | Approved "revision" 11/10/22. Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way (removing curb cut) -CC |
|---|---|---|---|---|---|---|---|



**JESSICA SALAMY**
Street Inspection Supervisor
Bureau of Street Use & Mapping   Public Works   City and County of San Francisco
49 South Van Ness Suite 300| San Francisco, CA 94103 |  (628) 271-2041

Front Desk: (628) 271-2000

sfpublicworks.org · twitter.com/sfpublicworks

 Please consider the environment before printing this e-mail.

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Friday, April 14, 2023 11:20 AM
**To:** O'Donnell, Cillian (DPW) <cillian.odonnell@sfdpw.org>
**Cc:** NovoaBarahona, Mario (DPW) <mario.novoa@sfdpw.org>; Shami, George (DPW) <George.Shami@sfdpw.org>; Salamy, Jessica (DPW) <jessica.salamy@sfdpw.org>
**Subject:** RE: 200 Naples Notice Of Violation

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

so i spoke with michael lennon....also recieved notice of a hearing for may 10.....why are you people making this so difficult?

[Quoted text hidden]

---

Fri, Apr 14, 2023 at 12:28 PM
**bigblockpat** <bigblockpat@gmail.com>
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

i called and left a message
925 325 3911

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

---

Fri, Apr 14, 2023 at 12:36 PM
**bigblockpat** <bigblockpat@gmail.com>
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

mark walls handled the processing of the permit as well as anh hai pham. i did everything that was asked of me at that time. if theres a permit i still need to pull, please let me know.
clinton was talking about a " right of way " obligation.....i pulled a sidewalk permit for the gardens and trees.

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Date: 4/14/23 12:06 PM (GMT-08:00)
To: bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

---

Fri, Apr 14, 2023 at 12:52 PM
**bigblockpat** <bigblockpat@gmail.com>
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

i have been jumping tru every hoop and hurdle for 5 years now

6/20/25, 1:22 AM

Gmail - RE: 200 Naples Notice Of Violation

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Date: 4/14/23 12:06 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                                                     Fri, Apr 14, 2023 at 1:58 PM
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Date: 4/14/23 12:06 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]



20230217_203631.jpg
3402K

---

**bigblockpat** <bigblockpat@gmail.com>                                                                     Fri, Apr 14, 2023 at 2:01 PM
To: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
Cc: "NovoaBarahona, Mario (DPW)" <mario.novoa@sfdpw.org>, "Shami, George (DPW)" <George.Shami@sfdpw.org>

he made that comment about right of way in nov of 22. the permit was issued in january 23, and then we restored the driveway. the driveway was still filled in in november

Sent from my Verizon, Samsung Galaxy smartphone

------ Original message ------
From: "Salamy, Jessica (DPW)" <jessica.salamy@sfdpw.org>
Date: 4/14/23 12:06 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>, "O'Donnell, Cillian (DPW)" <cillian.odonnell@sfdpw.org>, "Lennon, Michael (DPW)" <Michael.Lennon@sfdpw.org>
[Quoted text hidden]
[Quoted text hidden]

**Permit Details Report**

**Report Date:** 2/24/2024 2:48:38 AM

**Application Number:** 202108096049
**Form Number:** 3
**Address(es):** 6008 / 001 / 0   200   NAPLES                    ST
**Description:** TO COMPLY WITH NOV #202175602: This proposal is for a new ADU in a single family residence , within the existing envelope. Restoration of existing curb cut per scope of work on
**Cost:** $33,599.56
**Occupancy Code:** R-3
**Building Use:** 28 - 2 FAMILY DWELLING

**Disposition / Stage:**

| Action Date | Stage | Comments |
|---|---|---|
| 8/9/2021 | TRIAGE | |
| 8/9/2021 | FILING | |
| 8/9/2021 | FILED | |
| 1/10/2023 | APPROVED | |
| 1/10/2023 | ISSUED | |

**Contact Details:**
**Contractor Details:**

**Addenda Details:**
**Description:**

| Station | Rev# | Arrive | Start | In Hold | Out Hold | Finish | Checked By | Review Result | Hold Description |
|---|---|---|---|---|---|---|---|---|---|
| CP-GEN | | 8/9/21 | 8/9/21 | 8/9/21 | 8/11/21 | 8/11/21 | BAEZA ROGELIO | | PLANNING PERMIT INTAKE. Please contact rogelio.baeza@sfgov.org for any questions. 8/11/2021: APPLICATION ACCEPTED; INVITE SENT TO APPLICANT & AGENCIES TO JOIN BLUEBEAM SESSION. 8/9/2021: AWAITING PAYMENT. |
| HIS | | 8/11/21 | 8/9/22 | | | 8/9/22 | LUTON MATT | | |
| BID-INSP | | 8/11/21 | 8/17/21 | | | 8/17/21 | MCHUGH KEVIN | | no penalty |
| CES | | 8/11/21 | 8/14/21 | | | 8/14/21 | GREENE EDWARD | | ok to process eg |
| EID-INSP | | 11/18/22 | 11/18/22 | | | 11/18/22 | BURKE KENNETH | | ok to process |
| CP-ZOC | | 8/11/21 | 8/31/21 | 9/7/21 | 11/7/22 | 11/7/22 | KWIATKOWSKA NATALIA | | 11/7/22: Approved 1 ADU per State program in an existing single-family home. No other work under this permit - NK. 9/29/22: project on-hold pending response to comments (curb cut and off-street parking must be removed to align with Variance and Appeal decisions) - NK. 1/4/22: project on-hold pending Variance; contact natalia.kwiatkowska@sfgov.org - NK. 9/7/21: Placed in hold pending comments. will.hughen@sfgov.org 8/26/21: assign to planner; contact will.hughen@sfgov.org - NK. |
| BLDG | | 8/11/21 | 9/14/21 | 9/14/21 | | 9/29/22 | HERNANDEZ HECTOR | | Customer has yet to respond to comments as provided, reminded customer that the application form 3 loaded on to bluebeam has no referenced number. conversation via-phone. original comments issued 9/14/2021 via pdf. RE-ASSIGNED TO SUPERVISOR, SPECIAL PROJECT. MGW |

2/24/24, 2:52 AM

Department of Building Inspection

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BLDG | 9/29/22 | 9/29/22 | 9/29/22 | | 10/26/22 | WALLS MARK | SPOKE TO PROJECT SPONSOR, AWAITING FOR RETURN CORRESPONDENCE. 9/14/22-MGW PROJECT SPONSOR HAS NOT PROVIDED A REQUESTED DESIGN PROFESSIONAL NOR HAVE THE REQUESTED PLANS FOR THE ADU BEEN UPLOADED TO BB. *** APPLICATION *** CANCELLATION PROCESS (106A.3.7 SFBC) TO BEGIN. 10/12/22-MGW *** APPROVED BY M. WALLS, 10/26/22, TO PPC. |
| MECH | 8/11/21 | 9/1/21 | 9/1/21 | 9/27/22 | 9/27/22 | TAN (PETER) JIA JIAN | 9/27/2022: Approved 9/9/2022: Issued comments in Blue Beam Session 251-188-191. Awaiting for the applicant's response. 8/26/2022: Issued comments in Blue Beam Session. 251-188-191. Awaiting for the applicant's response. 9/1/2021: Placed in Hold pending comments |
| DPW-BSM | 8/11/21 | 8/18/21 | 8/18/21 | | 9/12/22 | CHOY CLINTON | Approved *revision* 9/12/22: Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way. (adding new curb cut) -CC On hold (EPR -, revision). 8/29/22: Applicant did not address original comment (see below). -CC On hold (EPR - revision). 1/19/22: Applicant did not address original comment (see below). -CC On hold (EPR). 8/18/21: BSM comment on Bluebeam regarding curb cut language and need to be modified on REV-1 upload. -CC |
| DPW-BUF | 8/11/21 | 8/23/21 | | | 9/17/21 | STACY SARA | BUF approves release. The site plan needs sent to Bluebeam. |
| SFPUC | 8/11/21 | 9/14/21 | 9/14/21 | 1/7/22 | 1/7/22 | FONG JEFFREY | Released hold. Approved. Capacity Charge not applicable. No change in meter size, not enough fixtures added to warrant a larger meter. jfong@sfwater.org. Note: EPR is currently not allowing FORM 3 to be marked up. 01/07/22. Note: EPR is currently not allowing FORM 3 to be marked up. On hold based on comments. jfong@sfwater.org 09/14/21. |
| DPW-BUF | 8/26/22 | 10/24/22 | | | 10/27/22 | STACY SARA | Restamped |
| SFPUC | 8/26/22 | 8/30/22 | | | 8/30/22 | FONG JEFFREY | Re-stamped REV2. Approved. Capacity Charge not applicable. No change in meter size, not enough fixtures added to warrant a larger meter. jfong@sfwater.org. 08/30/22. |
| DPW-BSM | 9/29/22 | 10/3/22 | | | 10/3/22 | CHOY CLINTON | Approved *revision* 10/3/22: Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way. (adding new curb cut) -CC |
| SFPUC | 9/29/22 | 9/29/22 | | | 9/29/22 | FONG JEFFREY | Re-stamped REV4. Approved. Capacity Charge not applicable. No change in meter size, not enough fixtures added to warrant a larger meter. jfong@sfwater.org. 09/29/22. |
| MECH | 10/21/22 | 10/21/22 | | | 10/21/22 | TAN (PETER) JIA JIAN | Re-stamped |

 Gmail

Pat mg <bigblockpat@gmail.com>

## FW: Re: 200 Naples St - Street Improvement Application for curb cut establishment
1 message

**bigblockpat** <bigblockpat@gmail.com>
To: Pat mg <bigblockpat@gmail.com>

Thu, Feb 22, 2024 at 10:04 PM

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Choy, Clinton (DPW)" <Clinton.Choy@sfdpw.org>
Date: 5/26/21 12:38 PM (GMT-08:00)
To: Patrick Gallagher <bigblockpat@gmail.com>
Subject: Re: 200 Naples St - Street Improvement Application for curb cut establishment

Hi Patrick,

Please send the application and the required materials to the email address on the application. Also, you would need to provide a building permit number for my colleagues to triage, process and invoice properly.

Thanks.



Clinton Choy
Junior Engineer
San Francisco Public Works
City and County of San Francisco
Bureau of Street-Use and Mapping
(MOVED) 49 South Van Ness Avenue, Suite #360
San Francisco, CA 94103
Work: (628) 271-2008
**Working remote: Email is best.**

--Track your Building Permit applications: http://dbiweb.sfgov.org/dbipts/
--DBI refund form: https://sfdbi.org/sites/default/files/Request%20for%20Refund%20Form.pdf
--Public Works Permits (Main): http://sfpublicworks.org/services/permits
--Public Works Applications: http://www.sfpublicworks.org/services/permits/application-forms
--Public Works Subdivision (Map Research): https://www.sfpublicworks.org/services/subdivisions-and-mapping
--Tree/Sidewalk Landscaping info: http://sfpublicworks.org/permits-type/neighborhood-beautification
--Standard Specs & Plans: http://www.sfpublicworks.org/services/standards-specifications-and-plans
--SFMTA (Traffic) applications: http://www.sfmta.com/services/streets-sidewalks/construction-regulations
--SFPort Parking Permits: http://sfport.com/parking#To Dedicate Parking Stalls
--SFPlanning Property Map: https://sfplanninggis.org/pim/
--Caltrans Encroachment Permits: http://www.dot.ca.gov/trafficops/ep/

2/22/24, 11:21 PM
Case 3:23-cv-03579-SI   Document 109-2   Filed 11/07/25   Page 31 of 40
Gmail - FW: Re: 200 Naples St - Street Improvement Application for curb cut establishment

**From:** Patrick Gallagher <bigblockpat@gmail.com>
**Sent:** Wednesday, May 26, 2021 11:59 AM
**To:** Choy, Clinton (DPW) <Clinton.Choy@sfdpw.org>
**Subject:** Re: 200 Naples St - Street Improvement Application for curb cut establishment

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

got it thanks. ill send it to you with the drawing. so, there are no dimensions for the drive way because i figured you guys would tell me what size to make it. and im dealing with the notice of violation. apparently the c.o.c. was never entered into the computer. so that's being taken care of

 Virus-free. www.avg.com

On Tue, May 25, 2021 at 12:51 PM Choy, Clinton (DPW) <Clinton.Choy@sfdpw.org> wrote:

Hi Patrick,

Here's the correct form as we spoke at my public counter today. https://sfpublicworks.org/sites/default/files/Application_for_Street_Improvement_Permit.pdf



Clinton Choy
Junior Engineer
San Francisco Public Works
City and County of San Francisco
Bureau of Street-Use and Mapping
(MOVED) 49 South Van Ness Avenue, Suite #360
San Francisco, CA 94103
Work: (628) 271-2008
**Working remote: Email is best.**

--Track your Building Permit applications: https://avanan.url-protection.com/v1/url?o=http%3A//dbiweb.sfgov.org/dbipts/&g=YzEONDExMGYxN2NmNzFmZg==&h=NmE5ZGQ4NTNiNjljZGY4YWYxZjNkYjUwYzEzMjhjY2Y1OTNlYjA3NzJhOWY3ZjI3MjFiZjM1ZjE5ZTY3YWIzYw==&p=YXAzOnNmZHQyOmF2YW5hbjpvOjY4OTExZjczMzMzMTQ0YWUzMzU2ZmYxNjk2ODZlNjY1OnYx
--DBI refund form: https://avanan.url-protection.com/v1/url?o=https%3A//sfdbi.org/sites/default/files/Request%2520for%2520Refund%2520Form.pdf&g=NTBhNTNhMzMwNWM2MGFiNQ==&h=NzhlZTgyMzk5Y2ZlNjgzZTc1YzVI1NTRmMTRkYTA1M2U1MmVhY2Q1MzRkOWY0MTAzYThmYTViNTI2OTZhMjZlNA==&p=YXAzOnNmZHQyOmF2YW5hbjpvOjY4OTExZjczMzMzMTQ0YWUzMzU2ZmYxNjk2ODZlNjY1OnYx
--Public Works Permits (Main): https://avanan.url-protection.com/v1/url?o=http%3A//sfpublicworks.org/services/permits&g=YTU1Njc2OTUxN2MwNjc4MQ==&h=YJJiMDk5MTk4MmQxOGZlN2RiYzI4NTM2OTIyOTM3ZjIyNDUyMzc2NmU5MDY2OTdmYmZkZmViZTAyMDU2OGYzZQ==&p=YXAzOnNmZHQyOmF2YW5hbjpvOjY4OTExZjczMzMzMTQ0YWUzMzU2ZmYxNjk2ODZlNjY1OnYx
--Public Works Applications: https://avanan.url-protection.com/v1/url?o=http%3A//www.sfpublicworks.org/services/permits/application-forms&g=YjY0M2EyZjgwYTRkOWIwZA==&h=MDNmYjlmNjQ2MTFkNDRIN2I0ZGE5YTZjZjhjMzk2NzVkMTZmOTNiYzg4MmRmZWM2M2Y0YTM2OGRmY2MwOGJJNA==&p=YXAzOnNmZHQyOmF2YW5hbjpvOjY4OTExZjczMzMzMTQ0YWUzMzU2ZmYxNjk2ODZlNjY1OnYx
--Public Works Subdivision (Map Research): https://avanan.url-protection.com/v1/url?o=https%3A//www.sfpublicworks.org/services/subdivisions-and-mapping&g=NDJkMzM5YmFIZmI3N2QzNQ==&h=NDk0YmY5M2JkZThmNTZIODZINTA1Zj

Applicant Name: patrick gallagher       Company Name: verticle concrete inc

Email: bigblockpat@gmail.com       Contact Number: 5105146468

Driver's License of State ID Number: C1257523       Contractor License Number: 1016023

The permittee by acceptance of a permit agrees to comply with the liability, indemnity, insurance, tax possessory interest as set forth in Sec. 2.4.23, Article 2.4 of the PWC and to comply with special condition as may be specified on the permit. Failure to comply with the stated conditions will render the permit null and void.

patrick gallagher                                             9/14/2024

Print Name            Signature of Applicant/Authorized Agent            Date

---

### COMPLETE AND SUBMIT THE APPLICATION EITHER IN PERSON OR THROUGH EMAIL



**IN PERSON**
San Francisco Public Works, **Permit Center**, Bureau of Street-Use & Mapping, 49 South Van Ness Ave. Suite 200
Processing Hours: Please visit https://sf.gov/location/permit-center
for operating hours of the Permit Center. Closed on official holidays



**EMAIL**
Electronic copies (PDF) of the application materials may be sent to: streetspace@sfdpw.org

---

STANDARDS/CODES REFERENCED:

- **Section 204.04** Slope: The finished surface of the walk shall rise 1/5 inch per foot from curb to the property line.
- **Section 706**: Owners of frontage responsible for repair – Liability for unsafe conditions
- **Section 724**: Street space permit required for occupying any part of the street or sidewalk for building construction operations or for any other purpose and shall be granted only to the owner or lessee of the premises fronting thereon or his or her authorized agent.

DIAGRAM: *AS DIRECTED W/ Nicolas Nufa. Please Expedite*

[Diagram showing work areas with legend: "Work allowed under this permit" and "Work not allowed under this permit". Labels include: SITE ADDRESS, Property line, (N) Water, WM, Sidewalk, Curb, Street, Street Tree (BUF), (N) Sewer, Sidewalk, Curb Cut, Street, Curb]

NOTE: A separate SF Public Works Street Improvement permit is required for curb, driveway curb cut, curb ramp/curb return work.

A separate SF Public Works General Excavation permit is required for excavation and restoration of sidewalk and/or roadway pavement within the public right-of-way to install, repair, or replace a utility facility servicing an individual property.

A separate SF Public Works Bureau of Urban Forestry permit is required for new tree planting.

xceptions

4CN-00140

| reet ame | From St | To St | Message | Job | Contact | Dates |
|------|---------|-------|---------|-----|---------|-------|
| PLES ST | | | | | | |
| | AVALON AVE | EXCELSIOR AVE - | Conflict with existing Street Use Permit. | 12ECN-0862 | 800-743-5000 - 800-743-5000 | Aug 14 2012- |
| | AVALON AVE | EXCELSIOR AVE - | Conflict with existing Street Use Permit. | 14ECN-1374 | 800-743-5000 - 800-743-5000 | Dec 16 2014- |
| | AVALON AVE | EXCELSIOR AVE - | Conflict with existing Street Use Permit. | 23CN-00068 | 858-349-2049 - 858-349-2049 | |
| | AVALON AVE | EXCELSIOR AVE - | Sidewalk Paving to be done by SIRP Process | SIRP Work Order | LC General - | |

IPROVING THE QUALITY OF LIFE IN SAN FRANCISCO" We are dedicated individuals committed to teamwork, customer service and continuous improvement in partnership with the community.

Customer Service                    Teamwork                    Continuous Improvement

Page 5 of 6

# NOTICE TO REPAIR SIDEWALK
# WITHIN 15 DAYS

No #:  **1228141**

RFA#:  **21491472**     Provides and RFA only to the Enforcement Unit Case 3/19-cv ...

## NOTICE TO REPAIR, RECONSTRUCT, IMPROVE SIDEWALKS WITHIN 15 DAYS

City and County of San Francisco
San Francisco Public Works, Bureau of Street-Use and Mapping
49 South Van Ness Ave, Suite 300, San Francisco, CA 94103
Tel. (628) 271-2000

First Notice: 10/05/2022      **Second Notice : 5/24/2023**

MADISON TRUST CO FBO PATRICK P
PO BOX 523
BYRON CA, 94514
GALLAGHER PATRICK

**Block:**   6008

**Lot:**      001

YOU ARE HEREBY NOTIFIED and required to repair, reconstruct, or improve forthwith that portion of the sidewalk fronting: **200 NAPLES ST Zip: 94112** of which you are the owner, agent, tenant or occupant. And you are further notified that the manner of doing such work, and the materials that shall be used in said repair, reconstruction, or improvement must be in accordance with the *Standard Specifications of San Francisco Public Works, Bureau of Engineering, of the City and County of San Francisco, for said kind of work and improvement required to be done thereat as shown below.

YOU ARE FURTHER NOTIFIED that unless said repair, reconstruction, or improvement be commenced within 15 DAYS AFTER SERVICE OF THIS NOTICE and diligently and without interruption prosecuted to completion, the Director of Public Works, in accordance with Section 706 to 706.8 of the San Francisco Public Works Code, is entitled to cause such repair to be made, and all costs shall be a lien on the subject property.

**Please call your Inspector for assistance
or upon completion of work.**

**Inspector: Lifang Zhang
Telephone: (628) 271-2085
Email: Lifang.Zhang@sfdpw.org**

THE CONDITIONS IDENTIFIED BELOW MUST BE REPAIRED:

**DEFECT:**

Other--See 'Remarks' Other--See 'Remarks'
Driveway curb / wing(s)(8)

Sunken/Uneven Sunken/Uneven Raised or
Sunken Squares > .5"(30)

**LOCATION:**

NAPLES ST: AVALON AVE to EXCELSIOR AVE (200 - 299)

NAPLES ST: AVALON AVE to EXCELSIOR AVE (200 - 299)

**Remarks:**      **Restore Unpermitted Driveway curb cut to standard height.**

Approximate Square footage of Sidewalk repairs Required: 30

Approximate Linear Footage of Curb Repairs Required: 8

Street Improvement / Street Space permits* required; please contact the Permit Section of the Bureau of Street-Use and Mapping, 49 South Van Ness Ave., Suite 200, San Francisco, CA 94103, Tel. (628) 271-2000

The inspector serving this notice is available at the above telephone number on weekdays.

(1) Section(s) with minor defect(s) may be patched, filled or ground, and is subject to be accepted by the Inspector upon re-inspection. If City is required to make repairs, the defective section(s) will be replaced.
*See back of Notice for excerpts from the Standard Specifications of the San Francisco Public Works for sidewalk repairs and important permit information.
**See back of Notice for information on sub-sidewalk basements and related sub-structures.
***Street trees are protected by City ordinance, and violations are subject to fines. For tree-related matters, or to obtain a Landscape permit, please visit _____ or call the Bureau of Urban Forestry at (628) 652-8733, weekdays, 8:00 AM to 4:00 PM.

(rev. 03/28/23)

 **Gmail**

Pat mg <bigblockpat@gmail.com>

---

## ISSUED: 200 NAPLES ST, PA# 202108096049, BB# 808-983-690.

2 messages

---

**Chan, Cheng (DBI)** <cheng.chan@sfgov.org>                    Tue, Jan 10, 2023 at 12:12 PM
To: bigblockpat <bigblockpat@gmail.com>

Dear Applicant,

The following permit has been approved and issued:

**200 NAPLES ST**

**PA# 202108096049**

**BB# 808-983-690**

*"TO COMPLY WITH NOV #202175602: This proposal is for a new ADU in a single family residence , within the existing envelope. Restoration of existing curb cut per scope of work on plans."*

Please see underlined attached job card.

For approved document, please visit:

https://studio.bluebeam.com/share/pamxed

For approved drawing, please visit:

https://studio.bluebeam.com/share/5nbygr

Please download and print out all files, as they are not being stored in Bluebeam permanently.

Best Regards,



**CHENG CHAN**

Permit Technician — Electronic Plan Review

**Permit Services - Department of Building Inspection**

**City and County of San Francisco**

49 S. Van Ness Ave.

San Francisco | CA 94103

cheng.chan@sfgov.org

www.sf.gov/dbi

 **202108096049_JOBCARD.pdf**
1433K

**bigblockpat** <bigblockpat@gmail.com>                          Tue, Jan 17, 2023 at 11:06 AM
To: charles.quan@corcoranicon.com

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

**202108096049_JOBCARD.pdf**
1433K





VICINITY MAP
NORTH                                              N.T.S.

## SHEET INDEX

SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING
SECTION, REFLECTED CEILING PLAN, GENERAL NOTES,
BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS

EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.

PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS

## SCOPE OF WORK:
restore
NEW ADU AND (R) CURB CUT FOR
(E) DRIVEWAY ACCESS

City and County of San Francisco

## DEPARTMENT OF BUILDING INSPECTION

# JOB CARD



OFFICE HOURS: THE BUILDING INSPECTION IS OPEN DAILY, MONDAY THRU FRIDAY
FROM 8:00 a.m. TO 5:00 p.m.

REQUESTS FOR INSPECTIONS ARE TAKEN 24 HOURS A DAY, 7 DAYS A WEEK
BY CALLING (628) 652-3400

202108096049                                                    ISSUED

216 NAPLES ST                                    BLOCK

TO COMPLY WITH NOV #202125592. This proposal is for a new ADU
a single family residence  within the existing envelope. Restoration of existing with the approval

01/05/2024

