

In order for us to approve the ADU plans, you'll need to modify the drawings not to show the rear setback yard, which is the last 30% of your lot depth (with regards to 30 feet).

Thank you and stay well.

Natalia Kwiatkowska, Principal Planner

Flex Team & Historic Preservation

SF Planning

## APPLICATION FOR PERMEABLE SIDEWALK LANDSCAPING PERMIT

**SITE INFORMATION**

**APPLICANT (AUTHORIZED AGENT) INFORMATION**

**PROJECT INFORMATION**



**Street-Use and Mapping**

T. 628.271.2000  |  49 South Van Ness Ave. 3rd Floor, San Francisco, CA 94103

# APPLICATION FOR STREET IMPROVEMENT PERMIT

BLDG. PERMIT APPLICATION #  **202108096049**

BSM PERMIT#
For Official Use Only

## SITE INFORMATION

Site Address: **200 Naples st**

Cross Street: **Avalon**　　　　　　　　　　　Block: **6008**　　　Lot: **001**

Owner Name: **patrick gallagher**

Phone: **925-325-3911**　　　　　　　E-Mail: **bigblockpat@gmail.com**

## APPLICANT/AUTHORIZED AGENT INFORMATION

NOTE: If you are *not* applying as the property owner, you MUST complete the Certificate of Authorized Agent section at the end of this form in order for Public Works to begin reviewing your application.

Name: _____    Company Name: _____

Address: _____    City: _____    State: _____    Zip: _____

Phone: _____    E-Mail: _____

### REQUIRED APPLICANT INFORMATION

☒ **Individual Applicant:** Driver's License or State ID Number  *C 125 > 5 2 3*

☐ **Business Applicant:** San Francisco Business Account Number _____

*OR* State License Number _____    ☐ Architect    ☐ Engineer    ☐ Contractor

## PROJECT INFORMATION

Brief Description of Proposed Work:

reswtore driveway access as per approved plans per job card 2021 0809 6049 dated 01/10/23

_____

_____

_____

SITE ADDRESS: 200 naples st

BSM PERMIT#

_____
For Official Use Only.

**Please complete the following only if this is an in-kind, voluntary repair not required by a building permit:**

Street Space required?  ☐ YES   ☑ NO      If yes, how many parking spaces? _____

Excavation Total SF: Asphalt none          Concrete 12 cubic ft

Proposed Start Date: 4/17/23              End Date: 4/17/23

| Days of Operation: | M ☐ | T ☐ | W ☐ | TH ☐ | F ☐ | SA ☐ | SU ☐ |
|---|---|---|---|---|---|---|---|
| Hours: | AM ☐ | PM ☐ | to | AM ☐ | PM ☐ | | |

**ADDITIONAL APPLICATION REQUIREMENTS**

☐ Non-Refundable Fee (See Fee Schedule)

☐ Excavation Bond $ _____

☐ Set of Plans. Plan requirements are available here. In most cases, photos may be submitted in lieu
   of plans for voluntary requests described above.

patrick gallagher                                          4/17/23
_____          _____          _____
Print Name                Signature of Applicant/Authorized Agent        Date

**STREET IMPROVEMENT PERMIT INFORMATION**

A revocable San Francisco Public Works order and/or a revocable street improvement permit is required
for any contractor to construct improvements in the public right-of-way.

This permit, if granted, is contingent upon the applicant complying with the following conditions:

1. Non-refundable payment fee to cover the cost of investigating and processing the permit application.
   (See Fee Schedule)

2. Provision of an excavation bond, in the amount of the improvement value, which shall remain in full force
   for three (3) years following completion of said improvements on an accepted City right-of-way per Article 8
   and/or a performance bond, in the amount of the improvement value which shall remain in full force during
   the construction of said improvements on an unaccepted City street per Article 9 or the Public Works Code.
   The Director, at his or her discretion, may waive or reduce the amount of the bond.

3. If any associated encroachment permits are required, these additional permits must be issued and recorded
   as necessary prior to the issuance of the Street Improvement Permit.

**SITE ADDRESS:** 200 naples st

BSM PERMITS

For Official Use Only

**The application shall be submitted with the following:**

1. Include a site plan showing all property lines, dimensions and elevations of sidewalks, curbs, gutters, parking strips, curb cuts. Clearly label all street frontages. Also show all vault lids, street lights, fire hydrants, mailboxes, bus shelters, trees, trash receptacles; as well as all catch basins, manholes, sewers, culverts, storm drains, sanitary sewer, AWSS pipelines and other underground utility lines. Incomplete plans will result in the delay of permit issuance.

2. Please submit one (1) copy of the architectural site plan and elevation drawings.

3. The plans shall include a site plan showing information such as: paving, curbs, gutters, parking strips, sidewalks, catch basins, manholes, sewers, culverts, storm drains, sanitary sewers, AWSS pipelines and other utilities, street lights, fire hydrants, property lines. For a more complete list of information required on the plans refer to the Sample Street Improvement Plan and Street Improvement Permit Checklist.

**The San Francisco Public Works shall make referrals to the**

- ☒ San Francisco Municipal Transportation Agency (SFMTA)
- ☒ San Francisco Public Utilities Commission (SFPUC) / Bureau of Light, Heat and Power
- ☒ Public Works/Bureau of Engineering – Hydraulics Section and Mechanical Engineering Section
- ☒ Any other appropriate City agency

The applicant shall be responsible for submitting any fees, documents, reports and other information to the various City agencies as required.



**EMAIL**
Electronic copies (PDF) of the application materials may be sent to: BSMPermitDivision@sfdpw.org

**Further information regarding street improvement permits, contact the Bureau of Street-Use and Mapping at (628) 271-2000.**



**Street-Use and Mapping**

T. 628.271.2000  |  49 South Van Ness Ave. 3rd Floor, San Francisco, CA 94103

# CERTIFICATION OF AUTHORIZED AGENT

6008     001

[Project Address]      [Block]     [Lot]    [Zip Code]

Public Works Permit Number (s) _____

Building Permit Application (BPA) Number _____

I/We, _____, hereby certify for the purpose of
     **[Name of Property Owner(s) – Print]**

completing and submitting an application for street/sidewalk-use permit(s) with San Francisco

Public Works, Bureau of Street-Use and Mapping, and for the completion of any form related

to the San Francisco Public Works Code and/or to any City and County Ordinances and

regulations, or State Codes, I/we are authorizing

_____ to sign all documents
     **[Name of Agent(s) – Print]**

connected with this application(s) or permit(s).

I/We also acknowledge that certain permits for encroachments within the public right of way

incur annual assessment fees and will be recorded against property title for life of encroachment.

_____      _____
[Authorized Agent Signature]        [Phone Number]

                                         4/17/23

_____      _____
[CA Contractor, Driver's or SF Business License number]      [Date]

925-325-3911      4/17/23

[Property Owner Signature]      [Phone Number]      [Date]





# EXHIBIT C

EXHIBIT C

# EXHIBIT D

EXHIBIT D

EXHIBIT D

Exhibit D is especially important. Joe Duffy has claimed since 2021 that the certificate of completion was never filed correctly and then expired…All lies.

The tax assessors office follows all building permits and takes careful note on when a permit is completed. They use what they call a " WORK SHEET". its comprised of sever points of data. Square footage. latest homes sold in the area. level of detail and quality of construction. and most important to this case….When the certificate of completion was filed. In this case it was. correctly. on 8/27/2020. They pull these records from the building dept records and are notified by the building dept when a permit is completed.

Joe duffy went into building dept records and changed my permit status from completed to expired. This is something he can do with building dept records….but not with the tax assessors records. I have included copies of the tax assessors records in exhibit D.

This clearly shows that building dept records were falsified in retaliation for Bernie getting indicted in 2021

This is absolute evidence they deleted my c.o.c.    the s.f. tax assessors office used sfdbi records to reassess Naples in sept of 2020. Dbi records show completion of permit on 8/27/2020...The certificate I have in hand shows the same date.

Joe Duffy has claimed that it was never filed...or filed incorrectly....a complete lie. It also shows that county records were altered and deleted. This is a felony....to alter or delete official records.....it also shows motive and malice with intent. Why would someone do that and lie about it?....why would someone do that in the first place? And everyone in dbi fell right into place and followed his lead....did what they were told. There are only 2 people who had that power in dbi.....Patrick O'Riordan and Joe Duffy. Patrick O'Riordan was the other signature on the c.o.c. along with Bernie Curran.

This shows conspiracy to commit fraud...no two ways about it.....it proves the motive to conspire against me for Bernie Curran getting jail time.

That's why Mauricio told me, back in 21," we know who you've been talking to." He meant the FBI....
I also have evidence that they changed the approved drawings back in 21....it was Kevin Birmingham.....I have the evidence of that as well.

This is BIG Jonny. This is a federal crime...its not a, I said.... they said... thing anymore. Ive had pretty good evidence the whole thing was a farce from day one. But being able to prove they deleted my C.O.C.....it's a whole different story now. Its not a 2mil or 3mil suit now.....it's a federal offence.

Talk to the partners. I think we should refile in lieu of new evidence, which has taken me over 2 years to get. But I finally got it. The nail in the coffin. the smoking gun, the guy on the grassy knowl. I really want to go after these guys Jonny....I want them in jail!

The last time I talked to the FBI...I think was before I hired Callahan and Blain. Not sure....but they asked me if I had an attorney, and I said yes. I think it was Scott Emblidge with Moscone Law at that time. He handled the Richards case and got him 1.8 back in 2021. After the settlement he wasn't able to pursue my case....part of the settlement...that's when I found you guys. Anyway...the last I talked to the FBI, they insisted that if I had an attorney, he should file the complaint. So that's what I think we should do. FBI. D.A., maybe states attorneys office...theyre the office that prosecuted Bernie Curran. It started at the city attorneys office and they referred it to the state attorneys office for prosecution. The city attorney knows all this...

Lets get the house sold....I think I owe you guys about 60k....probably more than that. Charles can get it done quickly.

I want these guys in jail for what they've done to me. We have them over a barrel now....No more bending over to buf or dpw or Kevin Birmingham or Joe Duffy.

I have no idea if we go to the judge with this information or not....that's your department....Proof they altered documents changes everything....

City and County of San Francisco

## Department of Building Inspection

# CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY

LOCATION: _200 Naples St._
(number)          (street)

_6003/001_
(block and lot)

Permit Application No. _201810163586_  Type of Construction: _VB_  Stories: _2_  Dwelling Units: _1_

Basements: _Ø_  Occupancy Classification: _R-3_  No. of Guestrooms: _Ø_  with cooking facilities: _Ø_

Description of Construction: _To comply with NOV 201825411. Structural_
_repair, to include replacing flour framing,_
_replace (E) sewer lateral of non-compliance or code & extr._
_none (E) laundry in first floor._

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109A of th *San Francisco Building Code.*

Any change in the use or occupancy of these premises--or any change to the building or premises--could cause the property to be in violation of the *Municipal Codes* of the City and County of San Francisco and, thereby, would invalidate this *Certificate of Final Completion and Occupancy.* A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes* of the City and County of San Francisco.

This certificate issued on: _8/21/2020_          by: _____
                                                        (Signature)   Building Inspector

_Patrick O'Riordan, Interim Director_          _Certha Garrison_
( Copie. White (original to microfilm), Blue (to property owner), Yellow (to Building Inspector), Pink (to Housing Inspector)          Printed Name

Subject was purchased on 8/1/2018 by G C Block Investments COM LLC on 8/1/2018 for $785K.

-Property was listed on MLS on 9/3/2020 for $1,388,000 on 10/13/2020 was revised to $1,2888,000. The listing expired on 12/31/2020.

-Assessor used the 9/3/2020 listing date as the completion date of construction.

-It is currently listed again on 3/13/2021 for $1,250,000. It is marketed as a duplex with an in-law studio on G/F.

-In the plans, the existing floor plans do no represent the condition/layout of property before construction. See existing tab which includes MLS listings showing condition of property prior to NC.

## Welcome to our Permit / Compliant Tracking System!

### Permit Details Report

**Report Date:** 3/22/2021 10:46:13 AM

**Application Number:** 201802107553
**Form Number:** 0
**Address(es):** 5008 1301 13 200 NAPLES ST
**Description:** KITCHEN & BATH CABINETS, PAINT, DRYWALL, FLOORING AND TO COMPLY WITH ROW
**Cost:** 207 12/240  $30,000.00
**Occupancy Code:** R-3
**Building Use:** 2Y-1 FAMILY DWELLINGS

**Disposition / Stage:**

| ACTION DATE | STAGE | Comments |
| --- | --- | --- |
| 8/10/2018 | TRIAGE | |
| 8/10/2018 | FILING | |
| 5/10/2018 | FILLED | |
| 5/11/2018 | APPROVED | |
| 5/11/2018 | ISSUED | |
| 8/27/2020 | COMPLETE | 55/15/2021 final inspection/Approved |

**Contact Details:**
**Contractor Details:**
**License Number:** OWN
**Name:** OWNER OWNER
**Company Name:** OWNER
**Address:** OWNER - OWNER GA 00630-0000
**Phone:**

5/17/2020



**City & County of San Francisco**
José Cisneros, Treasurer
David Augustine, Tax Collector
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019 through June 30, 2020

1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco, CA 94102
www.sftreasurer.org

| Vol | Block | Lot | Bill No | Mail Date | Property Location |
|-----|-------|-----|---------|-----------|-------------------|
| 36 | 6008 | 001 | 20191695160 | October   16, 2019 | 200 NAPLES ST |

Assessed on January 1, 2019 at 12:01am
To: NAME WITHHELD PER CA AB 2238

**ADDRESS INFORMATION
NOT AVAILABLE ONLINE**

| ► TOTAL DUE | | $11,620.88 |
|---|---|---|
| 1st Installment | | 2nd Installment |
| $5,810.44 | | $5,810.44 |
| Due 12/10/2019 | | Due 05/15/2020 |

| Assessed Value | |
|---|---|
| Description | Full Value |
| Land | $706,500 |
| Structure | $78,500 |
| Fixtures | |
| Personal Property | |
| Gross Taxable Value | $785,000 |
| Less HO Exemption | $0 |
| Less Other Exemption | $0 |
| Net Taxable Value | $785,000 |

| Tax Amount | $9,263.78 |
|---|---|

| Important Messages |
|---|
| TAX DEFAULTED |

| Direct Charges and Special Assessments | | |
|---|---|---|
| Type | Telephone | Amount Due |
| 45 - Living Wage for Educators 2018 Tax | (415) 355-2203 | $309.52 |
| 46 - San Francisco Bay Restoration Authority | (888) 508-8157 | $12.00 |
| 55 - Building Inspection | (415) 558-6088 | $1,636.60 |
| 89 - SFUSD Facility Dist | (415) 355-2203 | $38.28 |
| 91 - SFCCD Parcel Tax | (415) 487-2400 | $99.00 |
| 98 - SFUSD Teacher Support | (415) 355-2203 | $261.70 |
| **Total Direct Charges and Special Assessments** | | **$2,357.10** |

Keep this portion for your records. See back of bill for payment options and additional information.

---



**City & County of San Francisco**
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019  through June 30, 2020

Pay online at www.sftreasurer.org

| Vol | Block | Lot | Bill No | Property Location |
|-----|-------|-----|---------|-------------------|
| 36 | 6008 | 001 | 20191695160 | 200 NAPLES ST |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Detach stub and return with your payment.
Write your block and lot on your check.
2nd installment cannot be accepted unless 1st is paid.

**2**

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA  94120-7426

| 2nd Installment Due | |
|---|---|
| Pay by      May 15, 2020 | $5,810.44 |
| If paid after    May 15, 2020
includes 10% penalty and
applicable fees | $6,436.48 |
| Paid 05/29/2020 | |

---



**City & County of San Francisco**
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019  through June 30, 2020

Pay online at www.sftreasurer.org

| Vol | Block | Lot | Bill No | Property Location |
|-----|-------|-----|---------|-------------------|
| 36 | 6008 | 001 | 20191695160 | 200 NAPLES ST |

☐ Check if contribution to Arts Fund is enclosed.
For other donation opportunities go to www.Give2SF.org

Detach stub and return with your payment.
Write your block and lot on your check.
If property has been sold, please forward bill to new owner.

**1**

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA  94120-7426

| 1st Installment Due | |
|---|---|
| Pay by      December 10, 2019 | $5,810.44 |
| If paid after December 10, 2019
includes 10% penalty | $6,391.48 |
| Paid 01/16/2020 | |

 Gmail

Pat mg <bigblockpat@gmail.com>

## Here's some recent communication re releases for City of SF
2 messages

MacKenzie, Kathy <KMacKenzie@ortc.com>                              Mon, Sep 9, 2024 at 12:54 PM
To: Patrick Gallagher <bigblockpat@gmail.com>

On **8/1/2024** at **2:46 PM**, **CSD-CPU\egoveia** posted (WT) (and emailed DLeath@ortc.com; kmackenzie@ortc.com on 8/1/2024 at 2:46 PM):
REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT DOC#2018-K642319, 2019-K730948, 2019-K90683 AND 2016-K290398
& 2019-K778900: Received email stating "The lien that were attached only reflected the amounts due that got assessed thru the property taxes. 200
Naples has multiple complaints open and in order to abate the case all Notice of violations with HIS and CES must be corrected with approved final
sign off, a Final Bill (FB) will not be generated until the corrections have been completed. Until the Final Bill is generated and paid, we will not remove
the Order of Abatement. If you would like to speak to someone please feel free to contact me or CES at 628-652-3430" Tasks complete.

On **8/1/2024** at **9:18 AM**, **CSD-CPU\egoveia** posted (WT): REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT
DOC#2018-K642319, 2019-K730948, 2019-K90683: Sent request to email E:dbi.codeenforcement@sfgov.org via Internal Docs. P:(628) 652-3430.
Tasked to follow up 8/5.

On **8/1/2024** at **8:56 AM**, **CSD-CPU\egoveia** posted (WT): REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT
DOC#2016-K290398 & 2019-K778900: Sent request to email E:dbi.codeenforcement@sfgov.org via Internal Docs. P:(628) 652-3430. Tasked to follow
up 8/5.

*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*

### ORTC LICENSE #2560-01

T: (916) 984-1380 EXT #5    |  Fax: (916) 221-9005 |  Shoretel: 42406

1180 Iron Point Road, #190 | Folsom, CA 95630

  **BEWARE! WIRE FRAUD IS ON THE RISE.**
**Accepting wire and disbursement instructions via email can be dangerous,**
**especially changes to those instructions. Always verify by calling the originator**
**of the email using previously known contact information prior to sending funds.**

Important Notice: The information contained in this e-mail is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an
agency of the recipient(s), then you have received this email in error and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you
have received this email in error, please notify the sender by email immediately. If you are the proper recipient and it is email contains "protected health information", you must abide
by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.

Pat mg <bigblockpat@gmail.com>                                     Mon, Oct 7, 2024 at 12:39 PM
To: "Jonny W. Hornberger" <jhornberger@callahan-law.com>

abatements....code enforcement can cancell these at any time
[Quoted text hidden]

 Gmail

Pat mg <bigblockpat@gmail.com>

---

## REVISED Building Permit Application# 202108096049 Invoice

1 message

---

**DBIONLINESERVICES@sfgov.org** <DBIONLINESERVICES@sfgov.org>
To: BIGBLOCKPAT@gmail.com

Wed, Dec 28, 2022 at 11:12 AM

---

Dear Permit Applicant,

Your permit is ready for issuance. Your invoice below was generated by Cheng Hong Chan.

## INVOICE

| Project: | 200 NAPLES ST | Application#: | 202108096049 |
|---|---|---|---|
| Invoice Number: | 20221214-122RL1 | Invoice Date: | 12/28/2022 |
| Total Due: | $2,248.67 | Due Date: | Upon Receipt |

| FEE CODE | DESCRIPTION | FEE AMOUNT |
|---|---|---|
| BLDGSTD-I | | |

| | | |
|---|---|---|
| Bldg Stds Admin Spec Revolv Fund | | $1.00 |
| REC RET-I | Records Retention Fee DBI (Issuing) | $10.00 |
| BLDG-I | Bldg Permit Insp Fee (Issue) | $324.82 |
| DCP-I | DCP Plan Check (Issue) | $1,061.89 |
| CURB | Curb DPW | $180.00 |
| DBI BOAS-I | DBI Board of Appeals Surcharge (Issue) | $22.50 |
| STRG MO-I | Strong Motion Instrumentation Fee | $4.37 |
| PLAN REV-I | Plan Review (Issue) DBI | $612.59 |
| DPW BOAS-I | DPW Board of Appeals Surcharge (Issue) | $9.00 |
| DCP BOAS-I | DCP Board of Appeals Surcharge (Issue) | $22.50 |

Click here to pay your fees online. Please note that online payments are subject to a 2.5% convenience fee for credit card payments (minimum $2.00). There is no convenience fee when paying by eCheck.
**For ADU applications:** Please submit payment online. Please refer to the separate email you received from Planning staff for additional information and contact CPC.ADU@sfgov.org if you have any questions.

 Gmail

Pat mg <bigblockpat@gmail.com>

## REVISED Building Permit Application# 202108096049 Invoice
1 message

**DBIONLINESERVICES@sfgov.org** <DBIONLINESERVICES@sfgov.org>
To: BIGBLOCKPAT@gmail.com

Wed, Dec 28, 2022 at 11:12 AM

Dear Permit Applicant,

Your permit is ready for issuance. Your invoice below was generated by Cheng Hong Chan.

### INVOICE

| Project: | 200 NAPLES ST | Application#: | 202108096049 |
|---|---|---|---|
| Invoice Number: | 20221214-122RL1 | Invoice Date: | 12/28/2022 |
| Total Due: | $2,248.67 | Due Date: | Upon Receipt |

| FEE CODE | DESCRIPTION | FEE AMOUNT |
|---|---|---|
| BLDGSTD-i | | |

| Bldg Stds Admin Spec Revolv Fund | | $1.00 |
|---|---|---|
| REC RET-I | Records Retention Fee DBI (issuing) | $10.00 |
| BLDG-I | Bldg Permit Insp Fee (issue) | $324.82 |
| DCP-I | DCP Plan Check (issue) | $1,061.89 |
| CURB | Curb DPW | $180.00 |
| DBI BOAS-I | DBI Board of Appeals Surcharge (issue) | $22.50 |
| STRG MO-I | Strong Motion Instrumentation Fee | $4.37 |
| PLAN REV-i | Plan Review (issue) DBI | $612.59 |
| DPW BOAS-i | DPW Board of Appeals Surcharge (issue) | $9.00 |
| DCP BOAS-i | DCP Board of Appeals Surcharge (issue) | $22.50 |

So what this shows ...as of the issueance
Of 6049, there were no outstanding abatemeᵉ
If there were...they would have been due
And payable before issuing the permit
Which was jan of 2023

Click here to pay your fees online. Please note that online payments are subject to a 2.5% convenience fee for credit card payments (minimum $2.00). There is no convenience fee when paying by eCheck.
**For ADU applications:** Please submit payment online. Please refer to the separate email you received from Planning staff for additional information and contact CPC.ADU@sfgov.org if you have any questions.

A, 2:52 AM

Department of Building Inspector

**Permit Details Report**

**Report Date:** 2/24/2024 2:48:38 AM

Application Number: 202108096049
Form Number: 3
Address(es): 6008 / 001 / 0   200   NAPLES   ST
Description: TO COMPLY WITH NOV #202175602: This proposal is for a new ADU in a single family residence, within the existing envelope. Restoration of existing curb cut per scope of work on
Cost: $33,599.56
Occupancy Code: R-3
Building Use: 28 - 2 FAMILY DWELLING

**Disposition / Stage:**

| Action Date | Stage | Comments |
|---|---|---|
| 8/9/2021 | TRIAGE | |
| 8/9/2021 | FILING | |
| 8/9/2021 | FILED | |
| 1/10/2023 | APPROVED | |
| 1/10/2023 | ISSUED | |

Contact Details:
Contractor Details:

**Addenda Details:**

Description:

| Station | Rev# | Arrive | Start | In Hold | Out Hold | Finish | Checked By | Review Result | Hold Description |
|---|---|---|---|---|---|---|---|---|---|
| CP-GEN | | 8/9/21 | 8/9/21 | 8/9/21 | 8/11/21 | 8/11/21 | BAEZA ROGELIO | | PLANNING PERMIT. Please contact rogelio.baeza@sfgov.c with any questions. 8/11/21: APPLICATION ACCEP INVITE SENT TO AB & AGENCIES TO JOI BLUEBEAM SESSION 8/9/2021: AWAITING PAYMENT. |
| HIS | | 8/11/21 | 8/9/22 | | | 8/9/22 | LLTON MATT | | no penalty |
| BID-INSP | | 8/11/21 | 8/11/21 | | | 8/17/21 | MCHUGH KEVIN | | ok to process eg |
| CES | | 8/11/21 | 8/11/21 | | | 8/14/22 | GREENE EDWARD | | ok to process |
| EID-INSP | | 11/18/22 | 11/18/22 | | | 11/18/22 | BURKE KENNETH | | |
| CP-ZOC | | 8/11/21 | 8/31/21 | 9/7/21 | 11/7/22 | 11/7/22 | KWIATKOWSKA NATALIA | | 11/7/22: Approved t State program in ap single-family home. work under this perm 9/29/22: project #cu pending response to c must be removed to a Variance and Appea - NK. 1/4/22: projec pending Variance: cor natalia.kwiatkowska@ - NK. 9/7/21: Placed pending comments. will.hughen@sfgov.or 8/26/21: assign to pla contact will.hughen@ - NK |
| BLDG | | 8/11/21 | 9/14/21 | 9/14/21 | | 9/29/22 | HERNANDEZ HECTOR | | Customer has yet to i comments as provide reminded customer application form 3 i bluebeam has to ret number. conversatio phone. original comm issued 9/14/2021 via ASSIGNED TO SUP SPECIAL PROJECT |

https://dbiweb02.sfgov.org/chins/default.aspx?page=PermitDetails

# SAN FRANCISCO ASSESSOR NEW CONSTRUCTION WORKSHEET

**ASR INFORMATION:**

| | |
|---|---|
| PROPERTY ADDRESS: | 200 Naples St |
| ASSESSORS PARCEL NUMBER: | 6008 001 |
| PERMIT APPLICATION NUMBER: | 201810183586 & 201801C7063 |
| PERCENTAGE COMPLETE: | 100% |
| DATE OF VALUATION: | September 3, 2020 |
| VALUED BY APPRAISER: | Barry Kwan |

**DBI INFORMATION:**

| | |
|---|---|
| PERMIT COST: | $100,000 |
| STATED COST: | |
| DESCRIPTION: | To comply with nov 201895477 (bid). Structural strengthening include removing & replacing the floor framing. Remove 1 (e) dormer, add 2 (n) dormers on each side, demo (e) laundry at 2nd floor. |

*Instructions: Fill in non-shaded areas*

**Additions to Square Footage / Value Added**

| Description of Work | Width (H) Feet | Inches | Length (V) Feet | Inches | Total | | | $ PSF | Peter Daly Quality | Level | Value Added |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **G/F** | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 2020 PD Bsmt Conversion - In Law Unit | | x | | = | 280.00 | sq.ft. | x | $ 115.00 | Econ | Med | $   32,200 |
| *In-law is a studio used Econ/Med quality | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 2020 PD Add Interior Stairs | | x | | = | 54.00 | sq.ft. | x | $ 428.00 | Econ | Med | $   23,112 |
| *Used Econ quality because straight stairs | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **2/F** | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 2020 PD Major Kitchen & Bath Remodel - Chng Flr Plan | | x | | = | 326.00 | sq.ft. | x | $ 326.00 | Econ | High | $  106,276 |
| *Used Econ/High due to smaller size and bath | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| is not a full bath | | x | | = | | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **3/F** | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 2020 PD Attic Conversion with dormers | | x | | = | 629.00 | sq.ft. | x | $ 436.00 | Stan | Med | $  274,244 |
| *Includes stairs, room, and bath | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **Property Becomes:** | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| G/F: 1 Total Room, 1 Bath -370sf | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 2/F: 3 Total Rooms, 1/2 Bath - 748sf | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| 3/F: 2 Total Rooms, 2 Beds, 1 Bath - 629sf | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| Total: 6 Total Rooms, 3 Beds, 2.5 Baths -1747sf | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **Lump Sum Adjustments** | | | | | | | | | | | $    - |
| | | | | | | | | | | | $    - |

| TOTAL VALUE ADDITION | Construction area: | 1,289 sq.ft. | $  435,832 |
|---|---|---|---|

**Subtractions to Square Footage / Assessed Value**

| Description of Work | Width Feet | Inches | Length Feet | Inches | Total | | | $ PSF | Peter Daly Quality | Level | Value Subtracted |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Credit to existing GLA on G/F with 10 years life | | x | | = | 280.00 | sq.ft. | x | $ 23.00 | | | $   6,440 |
| Credit to existing Interior stairs on G/F w 10 years life | | x | | = | 54.00 | sq.ft. | x | $ 85.60 | | | $   4,622 |
| Credit to existing kit,bath on 2/F with 10 years life | | x | | = | 326.00 | sq.ft. | x | $ 65.20 | | | $  21,255 |
| Credit to existing GLA in attic with 10 years life | | x | | = | 629.00 | sq.ft. | x | $ 87.20 | | | $  54,849 |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| | | x | | = | 0.00 | sq.ft. | x | | | | $    - |
| **Lump Sum Credits** | | | | | | | | | | | $    - |
| | | | | | | | | | | | $    - |

| TOTAL VALUE DEDUCTION | 1289.00 sq.ft. | $  87,166 |
|---|---|---|

| **TOTAL VALUE** | 0 sq.ft. | $  348,666 |
|---|---|---|

| **IN PROGRESS CALCULATION (If applicable)** | % COMPLETE | 100% | $  349,000 |
|---|---|---|---|

# SAN FRANCISCO ASSESSOR NEW CONSTRUCTION WORKSHEET

**ASR INFORMATION**

| | |
|---|---|
| PROPERTY ADDRESS: | 200 Naples St |
| ASSESSORS PARCEL NUMBER: | 6008 001 |
| PERMIT APPLICATION NUMBER: | 201810183586 & 201808107063 |
| PERCENTAGE COMPLETE: | 100% |
| DATE OF VALUATION: | September 3, 2020 |
| VALUED BY APPRAISER: | Barry Kwan |

**DBI INFORMATION**

| | |
|---|---|
| PERMIT COST: | $100,000 |
| STATED COST: | |
| DESCRIPTION: | To comply with nov 201895477 (bid). Structural strengthening include removing & replacing the floor framing. Remove 1 (e) dormer, add 2 (n) dormers on each side, demo (e) laundry at 2nd floor. |

*Instructions: Fill in non-shaded areas*

## Additions to Square Footage / Value Added

| Description of Work | Width (H) Feet Inches | Length (V) Feet Inches | Total | | $ PSF | Quality | Level | Value Added |
|---|---|---|---|---|---|---|---|---|
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| **G/F** | x | = | 0.00 sq.ft. | x | | | | $ - |
| 2020 PD Bsmt Conversion - In Law Unit | x | = | 280.00 sq.ft. | x  $ | 115.00 | Econ | Med | $ 32,200 |
| *In-law is a studio used Econ/Med quality | | | 0.00 sq.ft. | | | | | |
| 2020 PD Add Interior Stairs | x | = | 54.00 sq.ft. | x  $ | 428.00 | Econ | Med | $ 23,112 |
| *Used Econ quality because straight stairs | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| **2/F** | x | = | 0.00 sq.ft. | x | | | | $ - |
| 2020 PD Major Kitchen & Bath Remodel - Chng Flr Plan | x | = | 326.00 sq.ft. | x  $ | 326.00 | Econ | High | $ 106,276 |
| *Used Econ/High due to smaller size and bath | x | = | 0.00 sq.ft. | x | | | | $ - |
| is not a full bath | x | = | sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| **3/F** | x | = | 0.00 sq.ft. | x | | | | $ - |
| 2020 PD Attic Conversion with dormers | x | = | 629.00 sq.ft. | x  $ | 436.00 | Stan | Med | $ 274,244 |
| *Includes stairs, room, and bath | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| **Property Becomes:** | x | = | 0.00 sq.ft. | x | | | | $ - |
| G/F: 1 Total Room, 1 Bath -370sf | x | = | 0.00 sq.ft. | x | | | | $ - |
| 2/F: 3 Total Rooms, 1/2 Bath - 748sf | x | = | 0.00 sq.ft. | x | | | | $ - |
| 3/F: 2 Total Rooms, 2 Beds, 1 Bath - 629sf | x | = | 0.00 sq.ft. | x | | | | $ - |
| Total: 6 Total Rooms, 3 Beds, 2.5 Baths -1747sf | x | = | 0.00 sq.ft. | x | | | | $ - |
| **Lump Sum Adjustments** | | | | | | | | $ - |
| | | | | | | | | $ - |

**TOTAL VALUE ADDITION**  Construction area: 1,289 sq.ft.  $ 435,832

## Subtractions to Square Footage / Assessed Value

| Description of Work | Width Feet Inches | Length Feet Inches | Total | | $ PSF | Quality | Level | Value Subtracted |
|---|---|---|---|---|---|---|---|---|
| Credit to existing GLA on G/F with 10 years life | x | = | 280.00 sq.ft. | x  $ | 23.00 | | | $ 6,440 |
| Credit to existing Interior stairs on G/F w 10 years life | x | = | 54.00 sq.ft. | x  $ | 85.60 | | | $ 4,622 |
| Credit to existing kit.bath on 2/F with 10 years life | x | = | 326.00 sq.ft. | x  $ | 65.20 | | | $ 21,255 |
| Credit to existing GLA in attic with 10 years life | x | = | 629.00 sq.ft. | x  $ | 87.20 | | | $ 54,849 |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| | x | = | 0.00 sq.ft. | x | | | | $ - |
| **Lump Sum Credits** | | | | | | | | $ - |
| | | | | | | | | $ - |

**TOTAL VALUE DEDUCTION**  1289.00 sq.ft.  $ 87,166

| **TOTAL VALUE** | 0 sq.ft. | $ 348,666 |
|---|---|---|

| **IN-PROGRESS CALCULATION (if applicable)** | % COMPLETE | **100%** | $ 349,000 |
|---|---|---|---|

Note: This information request is for active construction projects as of JANUARY 1, 2025. As such, please respond ONLY with information pertaining to permits for rows below beginning 1/1/2025. Rows beginning with earlier years (e.g. 1/1/2024) are historical, and DO NOT require a response with information.

| | |
|---|---|
| 1/1/2019 | PERMIT #: 201808107063 - KITCHEN & BATH CABINETS PAINT DRYWALL FLOORING AND TO COMPLY WITH NOV 201721245 |
| 1/1/2020 | PERMIT #: 201810183586 - TO COMPLY WITH NOV 201895477 (BID).  STRUCTURAL STRENGTHENING INCLUDE REMOVING & REPLACING THE FLOOR FRAMING. REMOVE 1 (E) DORMER, ADD 2 (N) DORMERS ON EACH SIDE, DEMO (E) LAU |
| 1/1/2020 | PERMIT #: 201808107063 - KITCHEN & BATH CABINETS, PAINT, DRYWALL, FLOORING, AND TO COMPLY WITH NOV 201721244 |
| 1/1/2021 | PERMIT #: 201810183586 - TO COMPLY WITH NOV 201895477 (BID).  STRUCTURAL STRENGTHENING INCLUDE REMOVING & REPLACING THE FLOOR |
| 1/1/2022 | PERMIT #: 202107023726 - TO PARTIALLY COMPLY WITH NOV 202175602 DRAWINGS REVISON DOCUMENT ALL CHANGES PA 201810185586 LEGALIZ |
| 1/1/2024 | PERMIT #: 202108096049 - TO COMPLY WITH NOV #202175602: THIS PROPOSAL IS FOR A NEW ADU IN A SINGLE FAMILY RESIDENCE . WITHIN |
| 1/1/2025 | PERMIT #: 202108096049 - TO COMPLY WITH NOV #202175602: THIS PROPOSAL IS FOR A NEW ADU IN A SINGLE FAMILY RESIDENCE . WITHIN |



# City & County of San Francisco
## 49 South Van Ness Avenue, San Francisco CA 94103-1226

Date: October  14, 2021
Property Address: 200  NAPLES ST

To :
MADISON TRUST CO FBO PATRIC
GALLAGHER PATRICK
PO BOX 523
BYRON CA, 94514

Block: 6008  Lot: 001   Seq.: 00
Director's Order Number:   201644272   - A

**FINAL BILL- Assessment of Costs**
**Code Violations Outstanding**

Dear Property Owner(s):

Our records show that all required work has  been completed to abate the code enforcement case referenced above. Before the Director's Order of Abatement referenced above can be lifted the final accrual of Assessment of Costs must be paid.

Failure to correct the violations associated with this Director's Order.  prior to the  **DIRECTOR'S HEARING AND RECORDED ORDER OF ABATEMENT** resulted in the accrual of  "ASSESSMENT OF COSTS" pursuant to 102A.3 & 102A.17 of the San Francisco Building Code.  Said Code requires that this Department's "cost of preparation for and appearance at the hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner. Said violations will not  be deemed legally abated until the property owner makes full payment of the assessment..."

**The final Assessment of Cost  AMOUNT accrued to date NOW DUE AND PAYABLE is : $3,043**

Payment must be by cashiers's check or money order & must be accompanied by this original letter.
Please tender payment by mail (or in person during regular business hours) to the address indicated below:

Assessment of Costs Payment
Department of Building Inspection
Housing Inspection Services
49 South Van Ness Ave. Suite 400
San Francisco, CA 94103-1226

Please make all checks payable to City and County of San Francisco Department of Building Inspection or CCSF-DBI.

**TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT PROPERTY TAX BILL.** it is necessary for you to tender  payment  immediately.

The Complaint of the Director of the Department of Building Inspection  will  be lifted, and  the structure cited above brought into compliance with the applicable sections of the San Francisco Building and  Housing Codes related to this complaint UPON PAYMENT OF ALL ASSESSMENT OF COSTS now due.

Please note that this Assessment of Costs does not include costs incurred by the Department as a result of litigation which may be filed by the City against the property owner to compel code compliance. If such litigation is filed by the City, the property owner may be responsible for litigation costs that include, but are not limited to the staff time necessary for trial discovery, depositions, trial, attorney's fees. and civil penalties as provided for by state law & the San Francisco Housing Code.

Housing Inspection Services can be reached at (628) 652-3700 should you have any questions.

Your prompt cooperation on this matter is appreciated.

Patrick O'Riordan, Interim Director
Department of Building Inspection

**By: James Lawrie**
**Housing Inspector**

cc:    HIS File

This was after Bernie was indicted and After they red tagged me for "expired permit" When they actually deleted it



BLDG. FORM 3/8

APPROVED FOR ISSUANCE

APPLICATION NUMBER 2021-0702-3726

OSHA APPROVAL REQ'D / APPROVAL NUMBER

APPROVED Dept. of Building Insp. San Francisco - JUL 19 2021

2X 15,000

DEPARTMENT COPY

202175602 BID NOV-P
CES NOV-NP
201895477 CES NOV-P 202178568 BID
202178566 EID 201644272 HIS

PATRICK O'RIORDAN
INTERIM DIRECTOR

# APPLICATION FOR BUILDING PERMIT ADDITIONS, ALTERATIONS OR REPAIRS

OBR

FORM 3 ☐ OTHER AGENCIES REVIEW REQUIRED

FORM 8 ☒ OVER-THE-COUNTER ISSUANCE

2 NUMBER OF PLAN SETS

DCP FEE

## CITY AND COUNTY OF SAN FRANCISCO
## DEPARTMENT OF BUILDING INSPECTION

APPLICATION IS HEREBY MADE TO THE DEPARTMENT OF BUILDING INSPECTION OF SAN FRANCISCO FOR PERMISSION TO BUILD IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS SUBMITTED HEREWITH AND ACCORDING TO THE DESCRIPTION AND FOR THE PURPOSE HEREINAFTER SET FORTH.

▼ DO NOT WRITE ABOVE THIS LINE ▼

| DATE FILED | FILING FEE RECEIPT NO. | (1) STREET ADDRESS OF JOB | BLOCK & LOT |
|---|---|---|---|
| 7/2/2021 | | 200 NAPLES ST | 6008/001 |
| PERMIT NO. 1541994 | ISSUED JUL 19 2021 | (2A) ESTIMATED COST OF JOB 1,000 | (2B) REVISED COST: $15,000 BY: DATE: 12/7/2021 |

## INFORMATION TO BE FURNISHED BY ALL APPLICANTS

### LEGAL DESCRIPTION OF EXISTING BUILDING

| (4A) TYPE OF CONSTR. | (5A) NO. OF STORIES OF OCCUPANCY: | (6A) NO. OF BASEMENTS AND CELLARS: | (7A) PRESENT USE: | (8A) OCCUP. CLASS | (9A) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| WOOD 5 | 2 | | SINGLE FAMILY | R3 | 1 |

### DESCRIPTION OF BUILDING AFTER PROPOSED ALTERATION

| (4) TYPE OF CONSTR. | (5) NO. OF STORIES OF OCCUPANCY: | (6) NO. OF BASEMENTS AND CELLARS: | (7) PROPOSED USE (LEGAL USE) | (8) OCCUP. CLASS | (9) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| 5 | 2 | | Single family | R3 | 1 |

| (10) IS AUTO RUNWAY TO BE CONSTRUCTED OR ALTERED? YES ☐ NO ☐ | (11) WILL STREET SPACE BE USED DURING CONSTRUCTION? YES ☐ NO ☐ | (12) ELECTRICAL WORK TO BE PERFORMED? YES ☐ NO ☐ | (13) PLUMBING WORK TO BE PERFORMED? YES ☐ NO ☐ |
|---|---|---|---|

(14) GENERAL CONTRACTOR: OWNER BUILDER — ADDRESS — ZIP — PHONE — CALIF. LIC. NO. — EXPIRATION DATE

(15) OWNER - LESSEE (CROSS OUT ONE): PATRICK GALLAGHER — ADDRESS: 200 Naples — ZIP: 94112 — STRC# — PHONE (FOR CONTACT BY DEPT.): 925-325-3911

(16) WRITE IN DESCRIPTION OF ALL WORK TO BE PERFORMED UNDER THIS APPLICATION (REFERENCE TO PLANS IS NOT SUFFICIENT)

(To partially comply with NOV 202175602) Drawing Revision
Document all changes PA 201810185586
Legalize new windows plus. Show existing (5)
Document change to Spark way clarify volume
Show existing mech. closet seismic retrofit

ADDITIONAL INFORMATION Per PA 2018-1018-3586

| (17) DOES THIS ALTERATION CREATE ADDITIONAL HEIGHT OR STORY TO BUILDING? YES ☐ NO ☒ | (18) IF (17) IS YES, STATE NEW HEIGHT AT CENTER LINE OF FRONT | (19) DOES THIS ALTERATION CREATE DECK OR HORIZ EXTENSION TO BUILDING? YES ☐ NO ☒ | (20) IF (19) IS YES, STATE NEW GROUND FLOOR AREA SQ. FT. |
|---|---|---|---|
| (21) WILL SIDEWALK OVER SUB-SIDEWALK SPACE BE REPAIRED OR ALTERED? YES ☐ NO ☒ | (22) WILL BUILDING EXTEND BEYOND PROPERTY LINE? YES ☐ NO ☒ | (23) ANY OTHER EXISTING BLDG. ON LOT? (IF YES, SHOW ON PLOT PLAN) YES ☐ NO ☐ | (24) DOES THIS ALTERATION CONSTITUTE A CHANGE OF OCCUPANCY? YES ☐ NO ☒ |

(25) ARCHITECT OR ENGINEER (DESIGN ☐ CONSTRUCTION ☐) — ADDRESS — CALIF. CERTIFICATE NO.

(26) CONSTRUCTION LENDER (ENTER NAME AND BRANCH DESIGNATION IF ANY. IF THERE IS NO KNOWN CONSTRUCTION LENDER, ENTER "UNKNOWN") — ADDRESS

### IMPORTANT NOTICES

No change shall be made in the character of the occupancy or use without first obtaining a Building Permit authorizing such change. See San Francisco Building Code and San Francisco Housing Code.

No portion of building or structure or scaffolding used during construction is to be closer than 6'0" to any wire containing more than 750 volts. See Sec 385. California Penal Code.

Pursuant to San Francisco Building Code, the building permit shall be posted on the job. The owner is responsible for approved plans and application being kept at building site.

Grade lines as shown on drawings accompanying this application are assumed to be correct. If actual grade lines are not the same as shown, revised drawings showing correct grade lines, cuts and fills, and complete details of retaining walls and wall footings must be submitted to this department for approval.

ANY STIPULATION REQUIRED HEREIN OR BY CODE MAY BE APPEALED.

BUILDING NOT TO BE OCCUPIED UNTIL CERTIFICATE OF FINAL COMPLETION IS POSTED ON THE BUILDING OR PERMIT OF OCCUPANCY GRANTED, WHEN REQUIRED.

APPROVAL OF THIS APPLICATION DOES NOT CONSTITUTE AN APPROVAL FOR THE ELECTRICAL WIRING OR PLUMBING INSTALLATIONS. A SEPARATE PERMIT FOR THE WIRING AND PLUMBING MUST BE OBTAINED. SEPARATE PERMITS ARE REQUIRED IF ANSWER IS "YES" TO ANY OF ABOVE QUESTIONS (10) (11) (12) (13) (22) OR (24).

THIS IS NOT A BUILDING PERMIT. NO WORK SHALL BE STARTED UNTIL A BUILDING PERMIT IS ISSUED.

In dwellings, all insulating materials must have a clearance of not less than two inches from all electrical wires or equipment.

CHECK APPROPRIATE BOX
☒ OWNER ☐ LESSEE ☐ CONTRACTOR ☐ ARCHITECT ☐ AGENT ☐ ENGINEER

### APPLICANT'S CERTIFICATION

I HEREBY CERTIFY AND AGREE THAT IF A PERMIT IS ISSUED FOR THE CONSTRUCTION DESCRIBED IN THIS APPLICATION, ALL THE PROVISIONS OF THE PERMIT AND ALL LAWS AND ORDINANCES THERETO WILL BE COMPLIED WITH.

REV 06/13

### NOTICE TO APPLICANT

HOLD HARMLESS CLAUSE. The permittee(s) by acceptance of the permit, agree(s) to indemnify and hold harmless the City and County of San Francisco from and against any and all claims, demands and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco, and to assume the defense of the City and County of San Francisco against all such claims, demands or actions.

In conformity with the provisions of Section 3800 of the Labor Code of the State of California, the applicant shall have worker's compensation coverage under (I) or (II) designated below, or shall indicate item (III), (IV), or (V), whichever is applicable. If however item (V) is checked, item (IV) must be checked as well. Mark the appropriate method of compliance below.

I hereby affirm under penalty of perjury one of the following declarations:

( ) I. I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) II. I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier ______
Policy Number ______

( ) III. The cost of the work to be done is $100 or less.

(✓) IV. I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California. I further acknowledge that I understand that in the event that I should become subject to the worker's compensation provisions of the Labor Code of California and fail to comply forthwith with the provisions of Section 3800 of the Labor Code, that the permit herein applied for shall be deemed revoked.

(PG) V. I certify as the owner (or the agent for the owner) that in the performance of the work for which this permit is issued, I will employ a contractor who complies with the worker's compensation laws of California and who, prior to the commencement of any work, will file a completed copy of this form with the Central Permit Bureau.

Signature of Applicant or Agent ______ Date ______

OFFICE COPY

2016442722

11/1/ 202175602

OFFICIAL COPY

# City & County of San Francisco
## 49 South Van Ness Avenue, San Francisco CA 94103-1226

Date: October 14, 2021
Property Address: 200 NAPLES ST

Block: 6008  Lot: 001   Seq.: 00
Director's Order Number:  **201644272**   - A

FINAL BILL- Assessment of Costs
Code Violations Outstanding

To:
MADISON TRUST CO FBO PATRIC
GALLAGHER PATRICK
PO BOX 523
BYRON CA, 94514

Dear Property Owner(s):

Our records show that all required work has been completed to abate the code enforcement case referenced above. Before the Director's Order of Abatement referenced above can be lifted the final accrual of Assessment of Costs must be paid.

Failure to correct the violations associated with this Director's Order, prior to the **DIRECTOR'S HEARING AND RECORDED ORDER OF ABATEMENT** resulted in the accrual of "ASSESSMENT OF COSTS" pursuant to 102A.3 & 102A.17 of the San Francisco Building Code. Said Code requires that this Department's "cost of preparation for and appearance at the hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner. Said violations will not be deemed legally abated until the property owner makes full payment of the assessment..."

**The final Assessment of Cost AMOUNT accrued to date NOW DUE AND PAYABLE is : $3,043**

Payment must be by cashier's check or money order & must be accompanied by this original letter.
Please tender payment by mail (or in person during regular business hours) to the address indicated below:

Assessment of Costs Payment
Department of Building Inspection
Housing Inspection Services
49 South Van Ness Ave. Suite 400
San Francisco, CA 94103-1226

Please make all checks payable to City and County of San Francisco Department of Building Inspection or CCSF-DBI.

**TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT PROPERTY TAX BILL**, it is necessary for you to tender payment immediately.

The Complaint of the Director of the Department of Building Inspection will be lifted, and the structure cited above brought into compliance with the applicable sections of the San Francisco Building and Housing Codes related to this complaint UPON PAYMENT OF ALL ASSESSMENT OF COSTS now due.

Please note that this Assessment of Costs does not include costs incurred by the Department as a result of litigation which may be filed by the City against the property owner to compel code compliance. If such litigation is filed by the City, the property owner may be responsible for litigation costs that include, but are not limited to the staff time necessary for trial discovery, depositions, trial, attorney's fees, and civil penalties as provided for by state law & the San Francisco Housing Code.

Housing Inspection Services can be reached at (628) 652-3700 should you have any questions.

Your prompt cooperation on this matter is appreciated,

Patrick O'Riordan, Interim Director
Department of Building Inspection

**By: James Lawrie**
**Housing Inspector**

cc:   HIS File

This was after Bernie was indicted and
After they red tagged me for "expired permit"
When they actually deleted it

BLDG. FORM 3/8

APPROVED FOR ISSUANCE

APPLICATION NUMBER 2021-0702-3726

OSHA APPROVAL REQ'D ☐ APPROVAL NUMBER

201644272

APPROVED Dept. of Building Insp. San Francisco - JUL 19 2021

2X 15,000

202175602 BFD NOV-P
CES NOV-NP
201898477 CES NOV-P 202178568 PID
202178566 EID 201644272 HIS

PATRICK O'RIORDAN INTERIM DIRECTOR

DEPARTMENT OF
OFFICIAL COPY

# APPLICATION FOR BUILDING PERMIT ADDITIONS, ALTERATIONS OR REPAIRS

OBR

FORM 3 ☐ OTHER AGENCIES REVIEW REQUIRED

FORM 8 ☒ OVER-THE-COUNTER ISSUANCE

2 NUMBER OF PLAN SETS

## CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION

APPLICATION IS HEREBY MADE TO THE DEPARTMENT OF BUILDING INSPECTION OF SAN FRANCISCO FOR PERMISSION TO BUILD IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS SUBMITTED HEREWITH AND ACCORDING TO THE DESCRIPTION AND FOR THE PURPOSE HEREINAFTER SET FORTH.

DCP FEE WK

▼ DO NOT WRITE ABOVE THIS LINE ▼

| DATE FILED | FILING FEE RECEIPT NO. | (1) STREET ADDRESS OF JOB | BLOCK & LOT |
|---|---|---|---|
| 7/2/2021 | | 200 NAPLES ST | 6008 / 001 |
| PERMIT NO. 1541994 | ISSUED JUL 19 2021 | (2A) ESTIMATED COST OF JOB 1,000 BD | (2B) REVISED COST: $15,000 BY: DATE: 7/19/2021 |

## INFORMATION TO BE FURNISHED BY ALL APPLICANTS

### LEGAL DESCRIPTION OF EXISTING BUILDING

| (4A) TYPE OF CONSTR. | (5A) NO. OF STORIES OF OCCUPANCY: | (6A) NO. OF BASEMENTS AND CELLARS: | (7A) PRESENT USE: | (8A) OCCUP. CLASS | (9A) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| WOOD 5 | 2 | | Single Family | R3 | 1 |

### DESCRIPTION OF BUILDING AFTER PROPOSED ALTERATION

| (4) TYPE OF CONSTR. | (5) NO. OF STORIES OF OCCUPANCY: | (6) NO. OF BASEMENTS AND CELLARS: | (7) PROPOSED USE (LEGAL USE) | (8) OCCUP. CLASS | (9) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| 5B | 2 | | Single Family | R3 | 1 |

| (10) IS AUTO RUNWAY TO BE CONSTRUCTED OR ALTERED? | (11) WILL STREET SPACE BE USED DURING CONSTRUCTION? | (12) ELECTRICAL WORK TO BE PERFORMED? | (13) PLUMBING WORK TO BE PERFORMED? |
|---|---|---|---|
| YES ☐ NO ☐ | YES ☐ NO ☐ | YES ☐ NO ☐ | YES ☐ NO ☐ |

(14) GENERAL CONTRACTOR: OWNER BUILDER — ADDRESS — ZIP — PHONE — CALIF. LIC. NO. — EXPIRATION DATE

(15) ~~OWNER~~ - LESSEE (CROSS OUT ONE): PATRICK GALLAGHER — ADDRESS: 200 NAPLES — ZIP: 94112 — BTRC# — PHONE (FOR CONTACT BY DEPT.): 925-325-3911

(16) WRITE IN DESCRIPTION OF ALL WORK TO BE PERFORMED UNDER THIS APPLICATION (REFERENCE TO PLANS IS NOT SUFFICIENT):
(To partially comply with NOV 202175602) DRAWING REVISION: DOCUMENT ALL CHANGES TO PA 201810183586 LEGALIZE NEW WINDOWS PREV. SHOWN EXISTING (5) DOCUMENT CHANGE TO STAIRWAY CLARIFY VOLUNTARY SHOW EXISTING MECH. CLOSET SEISMIC RETROFIT per PA 2018-1018-3586

### ADDITIONAL INFORMATION

| | | | |
|---|---|---|---|
| (17) DOES THIS ALTERATION CREATE ADDITIONAL HEIGHT OR STORY TO BUILDING? YES ☐ NO ☒ | (18) IF (17) IS YES, STATE NEW HEIGHT AT CENTER LINE OF FRONT | (19) DOES THIS ALTERATION CREATE DECK OR HORIZ. EXTENSION TO BUILDING? YES ☐ NO ☒ | (20) IF (19) IS YES, STATE NEW GROUND FLOOR AREA SQ. FT. |
| (21) WILL SIDEWALK OVER SUB-SIDEWALK SPACE BE REPAIRED OR ALTERED? YES ☐ NO ☒ | (22) WILL BUILDING EXTEND BEYOND PROPERTY LINE? YES ☐ NO ☒ | (23) ANY OTHER EXISTING BLDG. ON LOT? (IF YES, SHOW ON PLOT PLAN) YES ☐ NO ☐ | (24) DOES THIS ALTERATION CONSTITUTE A CHANGE OF OCCUPANCY? YES ☐ NO ☒ |

(25) ARCHITECT OR ENGINEER (DESIGN ☐ CONSTRUCTION ☐) — ADDRESS — CALIF. CERTIFICATE NO.

(26) CONSTRUCTION LENDER (ENTER NAME AND BRANCH DESIGNATION IF ANY. IF THERE IS NO KNOWN CONSTRUCTION LENDER, ENTER "UNKNOWN") — ADDRESS

## IMPORTANT NOTICES

No change shall be made in the character of the occupancy or use without first obtaining a Building Permit authorizing such change. See San Francisco Building Code and San Francisco Housing Code.

No portion of building or structure or scaffolding used during construction is to be closer than 6'0" to any wire containing more than 750 volts. See Sec 385, California Penal Code.

Pursuant to San Francisco Building Code, the building permit shall be posted on the job. The owner is responsible for approved plans and application being kept at building site.

Grade lines as shown on drawings accompanying this application are assumed to be correct. If actual grade lines are not the same as shown, revised drawings showing correct grade lines, cuts and fills, and complete details of retaining walls and wall footings must be submitted to this department for approval.

ANY STIPULATION REQUIRED HEREIN OR BY CODE MAY BE APPEALED.

BUILDING NOT TO BE OCCUPIED UNTIL CERTIFICATE OF FINAL COMPLETION IS POSTED ON THE BUILDING OR PERMIT OF OCCUPANCY GRANTED, WHEN REQUIRED.

APPROVAL OF THIS APPLICATION DOES NOT CONSTITUTE AN APPROVAL FOR THE ELECTRICAL WIRING OR PLUMBING INSTALLATIONS. A SEPARATE PERMIT FOR THE WIRING AND PLUMBING MUST BE OBTAINED. SEPARATE PERMITS ARE REQUIRED IF ANSWER IS "YES" TO ANY OF ABOVE QUESTIONS (10) (11) (12) (13) (22) OR (24).

THIS IS NOT A BUILDING PERMIT. NO WORK SHALL BE STARTED UNTIL A BUILDING PERMIT IS ISSUED.

In dwellings, all insulating materials must have a clearance of not less than two inches from all electrical wires or equipment.

CHECK APPROPRIATE BOX
☒ OWNER ☐ LESSEE ☐ CONTRACTOR ☐ ARCHITECT ☐ AGENT ☐ ENGINEER

## APPLICANT'S CERTIFICATION

I HEREBY CERTIFY AND AGREE THAT IF A PERMIT IS ISSUED FOR THE CONSTRUCTION DESCRIBED IN THIS APPLICATION, ALL THE PROVISIONS OF THE PERMIT AND ALL LAWS AND ORDINANCES THERETO WILL BE COMPLIED WITH.

REV 06/13

## NOTICE TO APPLICANT

HOLD HARMLESS CLAUSE. The permittee(s) by acceptance of the permit, agree(s) to indemnify and hold harmless the City and County of San Francisco from and against any and all claims, demands and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco, and to assume the defense of the City and County of San Francisco against all such claims, demands or actions.

In conformity with the provisions of Section 3800 of the Labor Code of the State of California, the applicant shall have worker's compensation coverage under (I) or (II) designated below, or shall indicate item (III), (IV), or (V), whichever is applicable. If however item (V) is checked, item (IV) must be checked as well. Mark the appropriate method of compliance below.

I hereby affirm under penalty of perjury one of the following declarations:

( ) I. I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) II. I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier ____________________
Policy Number ____________________

( ) III. The cost of the work to be done is $100 or less.

(✓) IV. I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California. I further acknowledge that I understand that in the event that I should become subject to the worker's compensation provisions of the Labor Code of California and fail to comply forthwith with the provisions of Section 3800 of the Labor Code, that the permit herein applied for shall be deemed revoked.

(✓) V. I certify as the owner (or the agent for the owner) that in the performance of the work for which this permit is issued, I will employ a contractor who complies with the worker's compensation laws of California and who, prior to the commencement of any work, will file a completed copy of this form with the Central Permit Bureau.

Signature of Applicant or Agent ____________________ Date ____________

OFFICE COPY

5/9/24  11:55 AM

Department of Building Inspection

| | | | | | |
|---|---|---|---|---|---|
| 03/09/18 | GENERAL MAINTENANCE Lawrie | CASE UPDATE | Reviewed with senior for DH referral. | James Lawrie 09-MAR-18 | HIS |
| 03/09/18 | GENERAL MAINTENANCE Lawrie | REFER TO DIRECTOR'S HEARING | DH scheduled 4-19-2018 | James Lawrie 09-MAR-18 | HIS |
| 04/04/18 | GENERAL MAINTENANCE Lawrie | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 05-APR-18 | HIS |
| 04/13/18 | GENERAL MAINTENANCE Lawrie | TELEPHONE CALLS | Spoke with previous owner's lawyer, mailed NOV and Notice of Hearing to new owner. | James Lawrie 13-APR-18 | HIS |
| 04/20/18 | GENERAL MAINTENANCE Lopez | DIRECTOR'S HEARING DECISION | The property owner was represented at the Director's Hearing. A 30 Continuance was issued. | Jose Lopez 24-APR-18 | HIS |
| 05/17/18 | GENERAL MAINTENANCE Lawrie | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 17-MAY-18 | HIS |
| 05/31/18 | GENERAL MAINTENANCE Karos | DIRECTOR'S HEARING DECISION | Owner/Agent "No Show" – day Order issued | Andrew Karos 04-JUN-18 | HIS |
| 06/25/18 | GENERAL MAINTENANCE Lawrie | ORDER OF ABATEMENT POSTED | | James Lawrie 25-JUN-18 | HIS |
| 08/22/18 | GENERAL MAINTENANCE Lawrie | CASE UPDATE | Generated initial bill, forwarded to clerical staff | James Lawrie 22-AUG-18 | HIS |
| 09/29/21 | GENERAL MAINTENANCE Vos | REINSPECTION 3 | Inspector Prasad performed a reinspection at the subject property and found that the items identified on the Notice of Violation were corrected. BPA 201808107075 issued to comply with this NOV finaled 8/27/2020. | Avery Vos 29-SEP-21 | HIS |
| 10/01/21 | GENERAL MAINTENANCE Vos | CASE UPDATE | Generated final bill. | Avery Vos 01-OCT-21 | HIS |

COMPLAINT ACTION BY DIVISION

NOV (HIS):    09/11/17                    NOV (BID):

Inspector Contact Information

Online Permit and Complaint Tracking home page.

**Technical Support for Online Services**
If you need help or have a question about this service, please visit our FAQ area.

Contact SFGov  Accessibility    Policies
City and County of San Francisco © 2024

# EXHIBIT E

**EXHIBIT E**

5/9/24, 11:55 AM                              Department of Building Inspection

| 03/09/18 | GENERAL MAINTENANCE | Lawrie | CASE UPDATE | Reviewed with senior for DH referral. | James Lawrie 09-MAR-18 | HIS |
|---|---|---|---|---|---|---|
| 03/09/18 | GENERAL MAINTENANCE | Lawrie | REFER TO DIRECTOR'S HEARING | DH scheduekd 4-19-2018 | James Lawrie 09-MAR-18 | HIS |
| 04/04/18 | GENERAL MAINTENANCE | Lawrie | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 05-APR-18 | HIS |
| 04/13/18 | GENERAL MAINTENANCE | Lawrie | TELEPHONE CALLS | Spoke with previous owner's lawyer. mailed NOV and Notice of Hearing to new owner. | James Lawrie 13-APR-18 | HIS |
| 04/20/18 | GENERAL MAINTENANCE | Lopez | DIRECTOR'S HEARING DECISION | The property owner was represented at the Director's Hearing. A 30 Continuance was issued. | Jose Lopez 24-APR-18 | HIS |
| 05/17/18 | GENERAL MAINTENANCE | Lawrie | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 17-MAY-18 | HIS |
| 05/31/18 | GENERAL MAINTENANCE | Kares | DIRECTOR'S HEARING DECISION | Owner/Agent "No Show" 7 day Order issued | Andrew Kares 04-JUN-18 | HIS |
| 06/25/18 | GENERAL MAINTENANCE | Lawrie | ORDER OF ABATEMENT POSTED | | James Lawrie 25-JUN-18 | HIS |
| 08/22/18 | GENERAL MAINTENANCE | Lawrie | CASE UPDATE | Generated initial bill, forwarded to calerical staff | James Lawrie 22-AUG-18 | HIS |
| 09/29/21 | GENERAL MAINTENANCE | Vos | REINSPECTION 3 | Inspector Prasad performed a reinspection at the subject property and found that the items identified on the Notice of Violation were corrected. BPA 201808107075 issued to comply with this NOV finaled 8/27/2020. | Avery Vos 29-SEP-21 | HIS |
| 10/01/21 | GENERAL MAINTENANCE | Vos | CASE UPDATE | Generated final bill. | Avery Vos 01-OCT-21 | HIS |

COMPLAINT ACTION BY DIVISION

NOV (HIS):   09/11/17                          NOV (BID):

Inspector Contact Information

Online Permit and Complaint Tracking home page.

**Technical Support for Online Services**
If you need help or have a question about this service. please visit our FAQ area.

Contact SFGov  Accessibility    Policies
City and County of San Francisco © 2024

$\mathcal{E}$

DAMAGES FROM BERNIE

1. The first was stopping progress in 2018 on 200 Naples st and insisting I hire Santos. This was going to be a 10 week project at the most. Adding Santos to the project cost 13k initially. 3k in cash up front. and then 140,000 to the project in seismic retrofit and 8 mos. In delays. Santos never did get me a working set of drawings. so I had to fire him and hire base design for another 3,000 dollars and more delays. The delays at that time were 6k a month…So from May of 2018 to august of 2020…total damages were over $318,000. So on 8 27 2020 I finally received my c.o.c. and we were fully into covid lockdown and I had to take out a hard money loan to weather the storm until may of 2021, at which time we were in escrow for approximately 1.18 mil. In 2019 it would have been around 1.6 mil. So 420k loss there. and then Bernie gets arrested……and they red tag my home 4 days before it was supposed to close. Now comes the retaliation….

2. So had Bernie not been involved at all, none of this would have never happened. i would have finished the project in 10 weeks with an honest inspector, if there was one, sold the home in 2019, and retired. But because of Bernie getting involved, when he shouldn't have been at all, it turned into 7 years instead of 10 weeks.

3. So now came the retaliation for Bernie. And i had to take out more hard money loans to cover the erroneous changes being forced upon me by Joe Duffy and his merry band of followers. All my principle was gone, ended up with $800,000 in loans on Naples and my residence. Had to spend all of my savings on hundreds of trips in s.f.. Had to sell 2 vintage corvettes, 2 boats. a very rare 1975 f250 highboy pick-up truck, and stop all my projects I had going at the time. Everything was 200 Naples. No vacation since 2019 up to today. The holding costs averaged about $7,000 a month for the last 7+ years….590k. In summary
Holding costs-590k
Corvettes-63k
Boats-35k
Truck24k
Mothers inheritance-35k
Miscellaneous- 50k

4. Had to start taking my carpenters pension early….this will cos$700 a month for the rest of my life.

5. Loss of income on principle…was averaging 300k per year before Naples st. very low estimate of $ 2.1 mil in the last 7 years and counting…

TOTAL MONATARY….3,633,000 DOLLARS

PUNATIVE DAMAGES

1. Was going to sell my place in 2019 and buy place in Santa Rosa and move my mother in with me. We lost her in Jan 2022.

2. No enjoyment of retirement for 7 years and counting. No vacations. no hobbies. no anything but 200 Naples st. and  counting

3. Nothing but stress and anxiety for the last 7 years and counting. Loss of hair. Psoriasis gone nuts. very little sleep, high blood pressure, stomach problems. etc

- o Hiring Base Design after firing Santos: $3,000
- o Delay costs ($6,000/month, May 2018 – Aug 2020): $318,000

**Totaling: $477,000**

## 2. Lost Sale Value

- o Home would have sold for ~$1.6M in 2019, instead sold in 2021 for ~$1.18M
- o Loss: $420,000

**Totaling: $420,000**

## 3. Loans & Retaliation Costs

- o Hard money loans on Naples & residence: $800,000
- o Holding costs (~$7,000/month for 7+ years): $590,000

**Totaling: $1,390,000**

## 4. Loss of Income

- o Pre-Naples average income ~$300,000/year
- o 7 years lost: $2,100,000

**Totaling: $2,100,000**

**Summation of Monetary Damages**: [$477,000 – $420,000 + $1,390,000 + $2,100,000]

**TOTAL: $4,387,000**

--

Very truly yours,
Christopher Brainard

Tel: (310) 266-4115   Email: christopherbrainard@gmail.com

PRIVILEGED AND CONFIDENTIAL

Notice: The information contained in this message may be privileged, confidential, and protected from disclosure. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this message, and then delete it from your computer.

**2 attachments**

**Revised Motion for Default Judgment.doc**
123K

# Fidelity National Title Company
2365 Iron Point Road . Suite 150, Folsom, CA 95630
Phone: (916)984-4170

## ESTIMATED SELLER'S STATEMENT

**Settlement Date:** April 30, 2025
**Disbursement Date:** April 30, 2025

**Escrow Number:** FSSE-4022401426
**Escrow Officer:** Denise Leath
**Email:** Denise.Leath@fnf.com

**Borrower:** Qi Huan Hu

**Borrower:** Qi Jiu Hu

**Borrower:** Qi Yong Hu

**Seller:** Madison Trust Co., fbo Patrick P. Gallagher, IRA, Acct #7527846263
470 Coletas Way
Byron, CA 94514

**Property:** 200 Naples Street
San Francisco, CA 94112
Parcel ID(s): Lot 001, Block 6008

| | $ DEBITS $ | CREDITS |
|---|---:|---:|
| **FINANCIAL CONSIDERATION** | | |
| Sale Price of Property | | 998,000.00 |
| **COMMISSIONS** | | |
| Commission - Listing Broker  Homes by Delia  $998,000.00 @ 2.5000% = $24,950.00 | 24,950.00 | |
| per Patrick | | |
| Commission - Selling Broker - Seller Paid  Golden River Realty  $998,000.00 @ 2.5000% = $24,950.00 | 24,950.00 | |
| **TITLE & ESCROW CHARGES** | | |
| Title - CALFIRPTA Processing Fee  Fidelity National Title Company | 45.00 | |
| Title - Escrow Fee  Fidelity National Title Company | 905.50 | |
| Title - Mobile Signing Fee | 175.00 | |
| Title - Owner's Title Insurance 50/50  Fidelity National Title Company | 2,632.00 | |
| Policies to be issued:  Owners Policy  Coverage: $998,000.00  Premium: $2,632.00  Version: ALTA Owner's Policy 2021 | | |
| **GOVERNMENT CHARGES** | | |
| San Francisco County Transfer Tax ($6,786.40)  Fidelity National Title Company | 6,786.40 | |
| **PAYOFFS** | | |
| Payoff of First Mortgage Loan  Iron Oak Home Loans fbo SUTTER REV TRUST | 644,692.47 | |
| Principal Balance | 600,000.00 | |
| Interest To | 37,979.67 | |
| Lates | 4,045.50 | |
| unpaid charges | 2,427.30 | |
| other fees | 240.00 | |
| Payoff of Second Mortgage Loan  Iron Oak Home Loans fbo Baggin Management | 141,165.58 | |

7/12/25, 1:04 AM                    Gmail - 200 naples St. SF - LIENS WE NEED REMOVED

 Gmail                                    Pat mg <bigblockpat@gmail.com>

## 200 naples St, SF - LIENS WE NEED REMOVED
22 messages

MacKenzie, Kathy <KMacKenzie@ortc.com>                    Fri, May 12, 2023 at 11:37 AM
To: bigblockpat <bigblockpat@gmail.com>
Cc: "chaska.berger@sfgov.org" <chaska.berger@sfgov.org>, "Kelly.wong@sfgov.org" <Kelly.wong@sfgov.org>

Hello all!

The attached items appear on our title report which we need to have cleared prior to transferring title to purchaser.    We'd like a demand from you to state amount due to pay in full, with notation that upon receipt of said amount you will either have releases recorded, or will send us the original releases and we can record in escrow.


Thanks!!


*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*




T: (916) 984-1380 EXT #5    |  Fax:  (916) 221-9005 |  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1180 Iron Point Road. #190 | Folsom, CA  95630




 **BEWARE! WIRE FRAUD IS ON THE RISE.**
**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**


Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.