**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Thursday, May 11, 2023 5:19 PM
**To:** MacKenzie, Kathy <KMacKenzie@ortc.com>
**Subject:** [EXTERNAL] FW: RE: 200 naples

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Berger, Chaska (CPC)" <chaska.berger@sfgov.org>

Date: 5/11/23 5:12 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>

Cc: "Wong, Kelly (CPC)" <kelly.wong@sfgov.org>, "Jones, Dario (CPC)" <dario.jones@sfgov.org>, "Chen, Josephine (CPC)" <josephine.chen@sfgov.org>

Subject: RE: 200 naples

Hi Pat,

in Kelly Wong's absence, I can respond to your email. I have moved Audrey to bcc, but if we need to add her again, we can do so.

With regard to the new legislation and generally speaking, once a violation is abated and penalties and fees are paid, Planning can issue a Notice of Compliance which cancels the Order of Abatement.

If you have specific questions about the subject property, please contact Dario Jones, cc'd here.

Thank you,

Chaska

**Chaska Berger, Senior Planner**

**Current Planning Division**

San Francisco Planning

49 South Van Ness Avenue, Suite 1400, San Francisco, CA 94103

Direct: 628-652-7402 | www.sfplanning.org

San Francisco Property Information Map

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Thursday, May 11, 2023 2:44 PM
**To:** Merlone, Audrey (CPC) <audrey.merlone@sfgov.org>
**Cc:** Wong, Kelly (CPC) <kelly.wong@sfgov.org>; Berger, Chaska (CPC) <chaska.berger@sfgov.org>
**Subject:** Re: 200 naples

great...thank you very much

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Merlone, Audrey (CPC)" <audrey.merlone@sfgov.org>

Date: 5/11/23 2:37 PM (GMT-08:00)

To: bigblockpat <bigblockpat@gmail.com>

Cc: "Wong, Kelly (CPC)" <kelly.wong@sfgov.org>, "Berger, Chaska (CPC)" <chaska.berger@sfgov.org>

Subject: Re: 200 naples

Hi Pat,

I'm presuming you're referring to the newly active Penalties for Code Enforcement legislation. I'm going to refer you to Kelly Wong (and as she is out until Monday, also Chaska Berger) to answer your question in relation to any outstanding enforcement action at 200 Naples.

Audrey Merlone, Senior Planner

Legislative Affairs / Office of Executive Programs

San Francisco Planning
49 South Van Ness Avenue, Suite 1400, San Francisco CA 94103
Direct: 628.652.7534 | www.sfplanning.org
San Francisco Property Information Map

---

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Thursday, May 11, 2023 2:12 PM
**To:** Merlone, Audrey (CPC) <audrey.merlone@sfgov.org>
**Subject:** 200 naples

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

hi Audry...so regarding outstang balances on abatement orders.....will these be removed once payment is made?

Sent from my Verizon, Samsung Galaxy smartphone

---

**3 attachments**

📎 **Naples no 7.pdf**
175K

📎 **Naples no 8.pdf**
60K

📎 **Naples no 9.pdf**
61K

---

**Berger, Chaska (CPC)** <chaska.berger@sfgov.org>
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>, bigblockpat <bigblockpat@gmail.com>
Cc: "Wong, Kelly (CPC)" <kelly.wong@sfgov.org>, "Jones, Dario (CPC)" <dario.jones@sfgov.org>

Fri, May 12, 2023 at 11:56 AM

Hi Kathy,

Thank you for your email. Please note that the attached Order of Abatements are prepared by the Department of Building Inspection (DBI). DBI has a process for their complaints which is separate from Planning's. Please contact DBI directly regarding their process to abate violations. You may consider reaching out to Senior Inspector Mauricio Hernandez mauricio.hernandez@sfgov.org

[Quoted text hidden]

**3 attachments**

📎 **Naples no 7.pdf**
175K

**Naples no 8.pdf**
60K

**Naples no 9.pdf**
61K

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>
To: "mauricio.hernandez@sfgov.org" <mauricio.hernandez@sfgov.org>
Cc: Patrick Gallagher <bigblockpat@gmail.com>

Fri, May 12, 2023 at 12:00 PM

Hello!

See request below regarding the attached Abatement items.


*athy MacKenzie,  Escrow Officer*

*Denise Leath Team*


**From:** Berger, Chaska (CPC) <chaska.berger@sfgov.org>
**Sent:** Friday, May 12, 2023 11:56 AM
**To:** MacKenzie, Kathy <KMacKenzie@ortc.com>; bigblockpat <bigblockpat@gmail.com>
**Cc:** Wong, Kelly (CPC) <kelly.wong@sfgov.org>; Jones, Dario (CPC) <dario.jones@sfgov.org>
**Subject:** [EXTERNAL] RE: 200 naples St. SF - LIENS WE NEED REMOVED


Thank you for your email. Please note that the attached Order of Abatements are prepared by the Department of Building Inspection (DBI). DBI has a process for their complaints which is separate from Planning's.  Please contact DBI directly regarding their process to abate violations. You may consider reaching out to Senior Inspector Mauricio Hernandez mauricio.hernandez@sfgov.org


Thank you,

Chaska


**Chaska Berger, Senior Planner**

**Current Planning Division**



**From:** MacKenzie, Kathy <KMacKenzie@ortc.com>

[Quoted text hidden]

[Quoted text hidden]

---

**3 attachments**

**Naples no 7.pdf**
175K

📎 **Naples no 8.pdf**
60K

📎 **Naples no 9.pdf**
61K

---

**Pat mg** <bigblockpat@gmail.com> Fri, May 12, 2023 at 12:21 PM
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>, Kathy MacKenzie <KMacKenzie@orfc.com>

can you please confirm that when balances are paid, these will be removed mauricio, you know personally all the work
has been done and signed off

[Quoted text hidden]

**3 attachments**

📎 **Naples no 7.pdf**
175K

📎 **Naples no 8.pdf**
60K

📎 **Naples no 9.pdf**
61K

---

**Pat mg** <bigblockpat@gmail.com> Fri, May 12, 2023 at 12:22 PM
To: Charles Quan <charles.quan@corcoranicon.com>

[Quoted text hidden]

**3 attachments**

📎 **Naples no 7.pdf**
175K

📎 **Naples no 8.pdf**
60K

📎 **Naples no 9.pdf**
61K

---

**bigblockpat** <bigblockpat@gmail.com> Mon, May 15, 2023 at 7:50 AM
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Pat mg <bigblockpat@gmail.com>
Date: 5/12/23 12:21 PM (GMT-08:00)
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>, Kathy MacKenzie <KMacKenzie@orfc.com>

[Quoted text hidden]
[Quoted text hidden]

**3 attachments**

📎 **Naples no 7.pdf**
175K

**Naples no 8.pdf**
60K

**Naples no 9.pdf**
61K

---

**Hernandez, Mauricio (DBI)** <mauricio.hernandez@sfgov.org>
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KMacKenzie@ortc.com" <KMacKenzie@ortc.com>

Mon, May 15, 2023 at 9:26 AM

Hello Mr. Gallagher,

Per our email communication last week I explained to you that I'm no longer part of code enforcement section and I have no authority to abate or close cases within that department. Since April of 2022 I was transfer to Building inspection division as a senior inspector. I also advised you that you need to work with the Chief inspector john Hinchion and his team in CES to close these abatements **John Hinchion Acting Chief Building Inspector** 628-652-3413 John.Hinchion@sfgov.org

Thank you,

Mauricio Hernandez

Senior Building Inspector

49 South Van Ness Ave SF 94103

Direct 628 652 3440

[Quoted text hidden]

**RE_ naples.pdf**
209K

---

**bigblockpat** <bigblockpat@gmail.com>
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>
Cc: "KMacKenzie@ortc.com" <KMacKenzie@ortc.com>

Mon, May 15, 2023 at 9:33 AM

he keeps claiming that he needs a final on the adu to clear these abatements from years ago. these have nothing to do with that. these were cleared up years ago. i just need acknowlegement from building the work was done
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>
Cc: "KMacKenzie@ortc.com" <KMacKenzie@ortc.com>

Mon, May 15, 2023 at 12:32 PM

just spoke with code enforcement, they sent me to bid. am here now

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>

[Quoted text hidden]

[Quoted text hidden]

---

**Pat mg** <bigblockpat@gmail.com>                                 Mon, May 15, 2023 at 3:22 PM
To: "Hernandez, Mauricio (DBI)" <mauricio.hernandez@sfgov.org>
Cc: "KMacKenzie@ortc.com" <KMacKenzie@ortc.com>

hello all. so these were all signed off almost two years ago

[Quoted text hidden]

**2 attachments**

📄 **3237.pdf**
66K

📄 **3237-1.pdf**
228K

---

**bigblockpat** <bigblockpat@gmail.com>                             Tue, May 30, 2023 at 9:13 AM
To: christine.gasparac@sfgov.org, Kathy MacKenzie <kmackenzie@ortc.com>, Charles Quan
<charles.quan@corcoranicon.com>

200 naples.....no one will lift a finger ti simply send demand for this

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Date: 5/12/23 11:37 AM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: chaska.berger@sfgov.org, Kelly.wong@sfgov.org
Subject: 200 naples St, SF - LIENS WE NEED REMOVED

[Quoted text hidden]

**3 attachments**

📄 **Naples no 7.pdf**
175K

📄 **Naples no 8.pdf**
60K

📄 **Naples no 9.pdf**
61K

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                         Tue, May 30, 2023 at 9:33 AM
To: bigblockpat <bigblockpat@gmail.com>, "christine.gasparac@sfgov.org" <christine.gasparac@sfgov.org>, Charles Quan
<charles.quan@corcoranicon.com>

We understand the items need to clear these items have been completed, and the demand/release is what we need to
close our escrow.   Please submit a demand with any amount due, stating upon payment of said amount a release will
either be recorded by  SF or sent to us for recording.   Time is of the essence.

Thank you!

[Quoted text hidden]

3 attachments

📎 **Naples no 7.pdf**
175K

📎 **Naples no 8.pdf**
60K

📎 **Naples no 9.pdf**
61K

---

**Gasparac, Christine (DBI)** <christine.gasparac@sfgov.org>
To: bigblockpat <bigblockpat@gmail.com>                          Tue, May 30, 2023 at 4:36 PM

Hi Pat:

I got your VM and this email—it looks like you're working with Planning on this.  Is there something specific you need from DBI?  I can see there was a building permit issued earlier this year to address the NOV on the property.

Regards,

Christine

Christine Gasparac

Assistant Director

**Department of Building Inspection**

49 South Van Ness Avenue, Suite 500

San Francisco, CA 94103

Desk: 628-652-3539

DBI | Protecting Building & Life Safety

Subscribe for customer updates or visit our website for the latest information.

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Tuesday, May 30, 2023 9:13 AM

[Quoted text hidden]

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>
To: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>

Tue, May 30, 2023 at 4:55 PM

all i need is for them to follow the law. escrow senr a demand for qbatements that just popped up from 6. 7, 9 years ago. everything has been inspected and approved.
Matt Greene and Bret Howard are instructing dpw to red tag my driveway. also bret seems to think cieling height is measured off the carpet. Joe Duffy and Mauricio both approved 7'5". i called for final, bret wont approve now and wants to take away my driveway
[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>
To: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>

Tue, May 30, 2023 at 5:22 PM

this has be going on 5 years now

Sent from my Verizon. Samsung Galaxy smartphone

-------- Original message --------
From: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>
To: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>

Wed, May 31, 2023 at 8:57 AM

any way to get the demand today?

Sent from my Verizon. Samsung Galaxy smartphone

-------- Original message --------
From: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>
To: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>

Thu, Jun 1, 2023 at 10:52 AM

crikets again.....

Sent from my Verizon. Samsung Galaxy smartphone

-------- Original message --------
From: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>
[Quoted text hidden]
[Quoted text hidden]

**Gasparac, Christine (DBI)** <christine.gasparac@sfgov.org>
To: bigblockpat <bigblockpat@gmail.com>

Thu, Jun 1, 2023 at 11:19 AM

I have been looking into this, but don't have an answer yet.

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>                                      Thu, Jun 1, 2023 at 11:30 AM
To: "Gasparac, Christine (DBI)" <christine.gasparac@sfgov.org>

these are all 5,6, 9 years old. before i owned the place. garbage in the side yard, boarded up window, a broken gutter.
these were all addressed when i rebuilt the place. ive sent all the docs to john hincion and thomas moyer. and they
refuse, unlawfully, to send the demand to title

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>                                      Thu, Jun 1, 2023 at 11:38 AM
To: Charles Quan <charles.quan@corcoranicon.com>, Kathy MacKenzie <kmackenzie@ortc.com>

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>                                      Fri, Jun 2, 2023 at 2:57 PM
To: Kathy MacKenzie <kmackenzie@ortc.com>

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>                                      Wed, Jun 7, 2023 at 2:29 PM
To: "Jonny W. Hornberger" <jhornberger@callahan-law.com>

[Quoted text hidden]

**3 attachments**

📄 **Naples no 7.pdf**
175K

📄 **Naples no 8.pdf**
60K

📄 **Naples no 9.pdf**
61K

M Gmail

Pat mg <bigblockpat@gmail.com>

---

## message
9 messages

---

**Mustapha, Monique (DBI)** <monique.mustapha@sfgov.org>                    Tue, Jun 6, 2023 at 11:02 AM
To: "Hinchion, John (DBI)" <john.hinchion@sfgov.org>, "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>
Cc: "bigblockpat@gmail.com" <bigblockpat@gmail.com>

Hello,

I received a call from Patrick Gallagher regarding 3 complaint #: 201895477, 201721241, 201644272.

Mr. Gallagher says he has been requesting the 'demand' for the 3 complaints but has received no information and is ready to file an appeal.

He says the complaints are from before he purchased the property (200 Naples).

Please contact Mr. Gallagher at the following: 925-325-3911. I have copied the customer on this email per his request.

*Thank you,*

*Monique*

Monique Mustapha

Assistant Secretary

Building Inspection Commission

City & County of San Francisco

Department of Building Inspection

49 South Van Ness Avenue, 5th Floor

San Francisco, CA 94103

628-652-3529  Phone

Email: Monique.Mustapha@sfgov.org | Web: www.sfdbi.org

DBI Staff Phone & Email  Directory



---

**Pat mg** <bigblockpat@gmail.com>                                    Tue, Jun 6, 2023 at 11:17 AM
To: Kathy MacKenzie <KMacKenzie@ortc.com>. Charles Quan <charles.quan@corcoranicon.com>

[Quoted text hidden]

---

**Luton, Matthew (DBI)** <matthew.luton@sfgov.org>                    Tue, Jun 6, 2023 at 1:26 PM
To: "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>. "Hinchion, John (DBI)" <john.hinchion@sfgov.org>
Cc: "bigblockpat@gmail.com" <bigblockpat@gmail.com>

Good afternoon,


Please find the attached Final Bill for Complaint #201644272. Once the Final Bill is paid, we can prepare the Revocation
documents and have them recorded.


If you have any questions about this complaint feel free to reach out.


Thank you,


Matt Luton

Housing Inspection Services

49 So. Van Ness Ave. Suite 400

San Francisco CA. 94103

(628) 652-3373



**From:** Mustapha, Monique (DBI) <monique.mustapha@sfgov.org>
**Sent:** Tuesday, June 6, 2023 11:03 AM
**To:** Hinchion, John (DBI) <john.hinchion@sfgov.org>; Luton, Matthew (DBI) <matthew.luton@sfgov.org>
**Cc:** bigblockpat@gmail.com
**Subject:** message

[Quoted text hidden]

📄 **Final Bill 201644272.pdf**
   76K

---

**bigblockpat** <bigblockpat@gmail.com>                               Tue, Jun 6, 2023 at 1:38 PM
To: Kathy MacKenzie <kmackenzie@ortc.com>, charles.quan@corcoranicon.com


Sent from my Verizon. Samsung Galaxy smartphone
[Quoted text hidden]

📎 Final Bill 201644272.pdf
76K

---

**bigblockpat** <bigblockpat@gmail.com>    Tue, Jun 6, 2023 at 2:06 PM
To: "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>, "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>, "Hinchion, John (DBI)" <john.hinchion@sfgov.org>

thank you but what about the other 2? did they get waived? is there an amount for those?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>
Date: 6/6/23 1:26 PM (GMT-08:00)
To: "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>, "Hinchion, John (DBI)" <john.hinchion@sfgov.org>
Cc: bigblockpat@gmail.com
Subject: RE: message

[Quoted text hidden]

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>    Tue, Jun 6, 2023 at 2:38 PM
To: bigblockpat <bigblockpat@gmail.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

That takes care of item #7.    2 more to go!


*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*



T: (916) 984-1380 EXT #5    I  Fax:  (916) 221-9005 I  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1180 Iron Point Road, #190 I Folsom, CA  95630



 **BEWARE! WIRE FRAUD IS ON THE RISE.**
**Accepting wire and disbursement instructions via email can be dangerous,**
**especially changes to those instructions. Always verify by calling the originator**
**of the email using previously known contact information prior to sending funds.**


Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this

transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.

[Quoted text hidden]

[Quoted text hidden]

📄 **Naples no 7.pdf**
175K

---

**bigblockpat** <bigblockpat@gmail.com>                                                    Tue, Jun 6, 2023 at 3:08 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

im waiting on this girl heather to send me the other 2. she said she would

[Quoted text hidden]

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                                                Tue, Jun 6, 2023 at 4:48 PM
To: bigblockpat <bigblockpat@gmail.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

AHHHHHHHHHHHHHHH!!!!!!!!!!!!!!!!!!!!!!!!!!!    PLEASE HEATHER PLEASE!!!!!!!!!!!!!!

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                                    Tue, Jun 6, 2023 at 5:40 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

she did read them off to me. the 2018 was paid out of 2019 lien and has no balance

[Quoted text hidden]

Gmail - message

Gmail

Pat mg <bigblockpat@gmail.com>

## message
9 messages

**Mustapha, Monique (DBI) <monique.mustapha@sfgov.org>**          Tue, Jun 6, 2023 at 11:02 AM
To: "Hinchion, John (DBI)" <john.hinchion@sfgov.org>, "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>
Cc: "bigblockpat@gmail.com" <bigblockpat@gmail.com>

Hello,

I received a call from Patrick Gallagher regarding 3 complaint #: 201895477, 201721241, 201644272.

Mr. Gallagher says he has been requesting the 'demand' for the 3 complaints but has received no information and is ready to file an appeal.

He says the complaints are from before he purchased the property (200 Naples).

Please contact Mr. Gallagher at the following: 925-325-3911. I have copied the customer on this email per his request.

*Thank you,*

*Monique*

Monique Mustapha

Assistant Secretary

Building Inspection Commission

City & County of San Francisco

Department of Building Inspection

49 South Van Ness Avenue, 5th Floor

San Francisco, CA 94103

628-652-3529  Phone

Email: Monique.Mustapha@sfgov.org I Web: www.sfdbi.org

DBI Staff Phone & Email  Directory



---

**Pat mg** <bigblockpat@gmail.com>        Tue, Jun 6, 2023 at 11:17 AM
To: Kathy MacKenzie <KMacKenzie@ortc.com>, Charles Quan <charles.quan@corcoranicon.com>

[Quoted text hidden]

---

**Luton, Matthew (DBI)** <matthew.luton@sfgov.org>        Tue, Jun 6, 2023 at 1:26 PM
To: "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>, "Hinchion, John (DBI)" <john.hinchion@sfgov.org>
Cc: "bigblockpat@gmail.com" <bigblockpat@gmail.com>

Good afternoon,

Please find the attached Final Bill for Complaint #201644272. Once the Final Bill is paid, we can prepare the Revocation documents and have them recorded.

If you have any questions about this complaint feel free to reach out.

Thank you,

Matt Luton

Housing Inspection Services

49 So. Van Ness Ave., Suite 400

San Francisco CA. 94103

(628) 652-3373

**From:** Mustapha, Monique (DBI) <monique.mustapha@sfgov.org>
**Sent:** Tuesday, June 6, 2023 11:03 AM
**To:** Hinchion, John (DBI) <john.hinchion@sfgov.org>; Luton, Matthew (DBI) <matthew.luton@sfgov.org>
**Cc:** bigblockpat@gmail.com
**Subject:** message

[Quoted text hidden]

📄 **Final Bill 201644272.pdf**
76K

---

**bigblockpat** <bigblockpat@gmail.com>        Tue, Jun 6, 2023 at 1:38 PM
To: Kathy MacKenzie <kmackenzie@ortc.com>, charles.quan@corcoranicon.com

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

 Final Bill 201644272.pdf
76K

---

**bigblockpat** <bigblockpat@gmail.com>                                    Tue, Jun 6, 2023 at 2:06 PM
To: "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>, "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>,
"Hinchion, John (DBI)" <john.hinchion@sfgov.org>

thank you but what about the other 2? did they get waived? is there an amount for those?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Luton, Matthew (DBI)" <matthew.luton@sfgov.org>
Date: 6/6/23 1:26 PM (GMT-08:00)
To: "Mustapha, Monique (DBI)" <monique.mustapha@sfgov.org>, "Hinchion, John (DBI)" <john.hinchion@sfgov.org>
Cc: bigblockpat@gmail.com
Subject: RE: message

[Quoted text hidden]

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                                 Tue, Jun 6, 2023 at 2:38 PM
To: bigblockpat <bigblockpat@gmail.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

That takes care of item #7.   2 more to go!

*Kathy MacKenzie,  Escrow Officer*

*Denise Leath Team*

T: (916) 984-1380 EXT #5     I  Fax:  (916) 221-9005 I  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1180 Iron Point Road, #190 I Folsom, CA  95630

 **BEWARE! WIRE FRAUD IS ON THE RISE.**
Accepting wire and disbursement instructions via email can be dangerous,
especially changes to those instructions. Always verify by calling the originator
of the email using previously known contact information prior to sending funds.

Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this

transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.

[Quoted text hidden]

[Quoted text hidden]

**Naples no 7.pdf**
175K

**bigblockpat** <bigblockpat@gmail.com>                                          Tue, Jun 6, 2023 at 3:08 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

im waiting on this girl heather to send me the other 2. she said she would

[Quoted text hidden]

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                                        Tue, Jun 6, 2023 at 4:48 PM
To: bigblockpat <bigblockpat@gmail.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

AHHHHHHHHHHHHHH!!!!!!!!!!!!!!!!!!!!!!!!!!    PLEASE HEATHER PLEASE!!!!!!!!!!!!!!!

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>                                          Tue, Jun 6, 2023 at 5:40 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

she did read them off to me. the 2018 was paid out of 2019 lien and has no balance

[Quoted text hidden]

Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>,
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

again....under what authority di you have, matt, to negate an official dicument issued to me..and Patrick ORiordan still
works for sfdbi. actually hes the head of sfdbi, and he has never claimed the cfc he and Bernie issued was improper
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Tue, Jun 13, 2023 at 11:04 AM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>. "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

i have follwed the plans to the letter. ... which clearly show the driveway restored, and the ADU with a ceiling at 7'5". And
you keep insisting it calls out 8'....which is not whats on the plans. and you want my driveway filled for Lord knows what
reason
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Tue, Jun 13, 2023 at 11:10 AM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

your only path forward is your personal prefernce that the driveway be filed in and the ADU be removed. in other
words....delete my permit
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                    Tue, Jun 13, 2023 at 11:20 PM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>.
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

the cfc was issued by Patrick O Riordan and Bernie Curran. you have no authority to negate it what so ever. and
furthermore, it was sent to treasury and my taxes went up by 50%. no....its a legal dicument that you or Joe Duffy cannot
take back. In addition, the BOS has said the same

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/13/23 8:03 AM (GMT-08:00)
[Quoted text hidden]
[Quoted text hidden]

 Gmail

Pat mg <bigblockpat@gmail.com>

---

## Naples 2019 Tax Bill
6 messages

---

MacKenzie, Kathy <KMacKenzie@ortc.com>                      Wed, Jun 7, 2023 at 4:28 PM
To: Patrick Gallagher <bigblockpat@gmail.com>

This may be the one??

*Kathy MacKenzie,  Escrow Officer*

*Denise Leath Team*

T: (916) 984-1380 EXT #5    | Fax:  (916) 221-9005 |  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1160 Iron Point Road. #190 | Folsom. CA  95630



BEWARE! WIRE FRAUD IS ON THE RISE.
**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**

Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.

📄 **Naples 2019 tax.pdf**
1012K

---

bigblockpat <bigblockpat@gmail.com>                      Wed, Jun 7, 2023 at 4:40 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

yes it is

Sent from my Verizon, Samsung Galaxy smartphone
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                                      Wed, Jun 7, 2023 at 4:41 PM
To: "Jonny W. Hornberger" <jhornberger@callahan-law.com>

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Date: 6/7/23 4:28 PM (GMT-08:00)
To: Patrick Gallagher <bigblockpat@gmail.com>
Subject: Naples 2019 Tax Bill

[Quoted text hidden]

📎 **Naples 2019 tax.pdf**
1012K

---

**bigblockpat** <bigblockpat@gmail.com>                                                      Wed, Jun 7, 2023 at 4:48 PM
To: "MacKenzie. Kathy" <KMacKenzie@ortc.com>

when my attorney looked it up, it said violation for not providing elevator access

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Date: 6/7/23 4:28 PM (GMT-08:00)
To: Patrick Gallagher <bigblockpat@gmail.com>
Subject: Naples 2019 Tax Bill

[Quoted text hidden]

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                                                   Thu, Jun 8, 2023 at 8:16 AM
To: bigblockpat <bigblockpat@gmail.com>

Good grief

*athy **MacKenzie**, Escrow Officer*

*Denise Leath Team*

T: (916) 984-1380 EXT #5    |  Fax:  (916) 221-9005 |  Shoretel: 42406

DIRECT LINE: (916) 787-3972

1180 Iron Point Road, #190 | Folsom, CA 95630



# BEWARE! WIRE FRAUD IS ON THE RISE.

**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**

CALL TO VERIFY!

Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                        Thu, Jun 8, 2023 at 10:28 AM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

i know, right
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                        Thu, Jun 8, 2023 at 4:05 PM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

i dont think theyre going to send the 2017 abatement. they dont answer the phone or return calls

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Date: 6/8/23 8:16 AM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                                        Mon, Jun 12, 2023 at 10:13 AM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>

can we close today Kath?

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "MacKenzie, Kathy" <KMacKenzie@ortc.com>
Date: 6/8/23 8:16 AM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
[Quoted text hidden]
[Quoted text hidden]

📑 **OA # 110003A Complaint # 201895477.pdf**
132K

📑 **OA # 110438_A compalint # 201721241.pdf**
147K

📑 **OA # 201644272A.pdf**
405K

---

**bigblockpat** <bigblockpat@gmail.com>                                                                      Mon, Jun 12, 2023 at 3:02 PM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

just want make sure i understand....so i have a valid permit and approved drawings for an ADU and a driveway. but for
you to sign off on it, You want me to remove the ADU and the driveway?????

Sent from my Verizon, Samsung Galaxy smartphone

------- Original message -------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/8/23 4:39 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, charles.quan@corcoranicon.com
Subject: 200 Naples Orders of Abatement

[Quoted text hidden]

---

**MacKenzie, Kathy** <KMacKenzie@ortc.com>                                                                 Mon, Jun 12, 2023 at 4:34 PM
To: bigblockpat <bigblockpat@gmail.com>, "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>,
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

We have a copy of the Certificate of Final Completion Occupancy dated 2020, which was after the Abatements recorded,
did this not confirm all had been done at that time?

*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*

T: (916) 984-1380 EXT #5     I   Fax: (916) 221-9005 I   Shoretel: 42406

DIRECT LINE: (916) 787-3972

1180 Iron Point Road, #190 I Folsom, CA 95630

📄 **OA # 110003A Complaint # 201895477.pdf**
132K

📄 **OA # 110438_A compalint # 201721241.pdf**
147K

📄 **OA # 201644272A.pdf**
405K

---

bigblockpat <bigblockpat@gmail.com>                                    Mon, Jun 12, 2023 at 3:02 PM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>. "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

just want make sure i understand....so i have a valid permit and approved drawings for an ADU and a driveway. but for
you to sign off on it, You want me to remove the ADU and the driveway?????


Sent from my Verizon, Samsung Galaxy smartphone


------- Original message -------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/8/23 4:39 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, charles.quan@corcoranicon.com
Subject: 200 Naples Orders of Abatement

[Quoted text hidden]

---

MacKenzie, Kathy <KMacKenzie@ortc.com>                                Mon, Jun 12, 2023 at 4:34 PM
To: bigblockpat <bigblockpat@gmail.com>, "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>,
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

We have a copy of the Certificate of Final Completion Occupancy dated 2020, which was after the Abatements recorded,
did this not confirm all had been done at that time?


*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*



T: (916) 984-1380 EXT #5   |  Fax:  (916) 221-9005 |  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1180 Iron Point Road. #190 | Folsom, CA. 95630

BEWARE! WIRE FRAUD IS ON THE RISE.
**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**
CALL TO VERIFY!

Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.
[Quoted text hidden]

**Naples Certificate of Final Competion Occupancy from 2020.jpg**
3386K

---

**bigblockpat** <bigblockpat@gmail.com> Tue, Jun 13, 2023 at 3:02 AM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

i guess ill have to ask everyone again......what authority does matt greene have to cancel my permit?
i have a valid permit and approved drawings for a driveway and ADU.....but im being told by matt greene to remove them.......anyone?????

Sent from my verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/8/23 4:39 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, charles.quan@corcoranicon.com
Subject: 200 Naples Orders of Abatement

[Quoted text hidden]

---

**Greene, Matthew (DBI)** <matthew.greene@sfgov.org> Tue, Jun 13, 2023 at 7:57 AM
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

Mr. Gallagher,

Your assertion is inaccurate. As you know, you decided not to build according the approved plans. I have gave you a detailed path forward. I presented this list of items in good faith and in the hope that you wanted to complete your project.

Matt Greene

Acting Deputy Director

Inspection Services

Department of Building Inspection

49 South Van Ness Avenue, 4th Floor

San Francisco, CA 94103

(628) 652-3637

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Monday, June 12, 2023 3:02 PM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>
**Cc:** KAPLA, ROBB (CAT) <Robb.Kapla@sfcityatty.org>; Buckley, Jeff (BOS) <jeff.buckley@sfgov.org>; MacKenzie, Kathy <KMacKenzie@ortc.com>; charles.quan@corcoranicon.com
**Subject:** RE: 200 Naples Orders of Abatement

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

---

**Greene, Matthew (DBI)** <matthew.greene@sfgov.org>                    Tue, Jun 13, 2023 at 8:02 AM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>, bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

Ms. MacKenzie,

The Certificate of Final Completion that you reference was issued improperly. The CFC was issued prior to any work being completed. The Building Inspector who presented this CFC to MR. Gallagher is no longer employed by the City and County of San Francisco.

Mr. Gallagher is aware that this CFC is invalid and has been aware for quite some time.

Matt Greene

OA # 110003A Complaint # 201895477.pdf
132K

OA # 110438_A compalint # 201721241.pdf
147K

OA # 201644272A.pdf
405K

bigblockpat <bigblockpat@gmail.com>                                    Mon, Jun 12, 2023 at 3:02 PM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

just want make sure i understand....so i have a valid permit and approved drawings for an ADU and a driveway. but for
you to sign off on it, You want me to remove the ADU and the driveway?????


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/8/23 4:39 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie,
Kathy" <KMacKenzie@ortc.com>, charles.quan@corcoranicon.com
Subject: 200 Naples Orders of Abatement

[Quoted text hidden]


MacKenzie, Kathy <KMacKenzie@ortc.com>                                Mon, Jun 12, 2023 at 4:34 PM
To: bigblockpat <bigblockpat@gmail.com>, "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>,
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

We have a copy of the Certificate of Final Completion Occupancy dated 2020, which was after the Abatements recorded,
did this not confirm all had been done at that time?


Kathy MacKenzie, Escrow Officer

Denise Leath Team



T: (916) 984-1380 EXT #5    I  Fax:  (916) 221-9005 I  Shoretel: 42406

DIRECT LINE:  (916) 787-3972

1180 Iron Point Road, #190 I Folsom, CA  95630



BEWARE! WIRE FRAUD IS ON THE RISE.
**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**

Important Notice: The information contained in this email is private and confidential. It is intended only for the recipient(s) named above. If you are not named above or are not an agency of the recipient(s), then you have received this email in error, and to review, distribute or copy this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error, please notify the sender by email immediately. If you are the proper recipient and this email contains "protected health information", you must abide by the rules of the HIPAA and other privacy laws that apply. Thank you for your attention to this notice.
[Quoted text hidden]



**Naples Certificate of Final Competion Occupancy from 2020.jpg**
3386K

---

**bigblockpat** <bigblockpat@gmail.com>     Tue, Jun 13, 2023 at 3:02 AM
To: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

i guess ill have to ask everyone again......what authority does matt greene have to cancel my permit?
i have a valid permit and approved drawings for a driveway and ADU.....but im being told by matt greene to remove them.......anyone?????

Sent from my verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Greene, Matthew (DBI)" <matthew.greene@sfgov.org>
Date: 6/8/23 4:39 PM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, charles.quan@corcoranicon.com
Subject: 200 Naples Orders of Abatement

[Quoted text hidden]

---

**Greene, Matthew (DBI)** <matthew.greene@sfgov.org>     Tue, Jun 13, 2023 at 7:57 AM
To: bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>, "MacKenzie, Kathy" <KMacKenzie@ortc.com>, "charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>

Mr. Gallagher,

Your assertion is inaccurate. As you know, you decided not to build according the approved plans. I have gave you a detailed path forward. I presented this list of items in good faith and in the hope that you wanted to complete your project.


Matt Greene

Acting Deputy Director

Inspection Services

Department of Building Inspection

49 South Van Ness Avenue, 4th Floor

San Francisco, CA 94103

(628) 652-3637


**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Monday, June 12, 2023 3:02 PM
**To:** Greene, Matthew (DBI) <matthew.greene@sfgov.org>
**Cc:** KAPLA, ROBB (CAT) <Robb.Kapla@sfcityatty.org>; Buckley, Jeff (BOS) <jeff.buckley@sfgov.org>; MacKenzie, Kathy <KMacKenzie@ortc.com>; charles.quan@corcoranicon.com
**Subject:** RE: 200 Naples Orders of Abatement


This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

---

**Greene, Matthew (DBI)** <matthew.greene@sfgov.org>                                    Tue, Jun 13, 2023 at 8:02 AM
To: "MacKenzie, Kathy" <KMacKenzie@ortc.com>, bigblockpat <bigblockpat@gmail.com>
Cc: "KAPLA, ROBB (CAT)" <Robb.Kapla@sfcityatty.org>, "Buckley, Jeff (BOS)" <jeff.buckley@sfgov.org>,
"charles.quan@corcoranicon.com" <charles.quan@corcoranicon.com>


Ms. MacKenzie,


The Certificate of Final Completion that you reference was issued improperly. The CFC was issued prior to any work being completed. The Building Inspector who presented this CFC to MR. Gallagher is no longer employed by the City and County of San Francisco.

Mr. Galagher is aware that this CFC is invalid and has been aware for quite some time.


Matt Greene

M Gmail                    Search mail

Compose



S! CRD
to me

We are having problems with our efiling right now.   If

Respectfully yours,

Mail

Chat

Meet

Inbox              1,188

Starred

Snoozed

Important

Sent

Drafts                23

Purchases          45

Social                6

Updates            834

Forums               3

Promotions       1,996

More

① Upgrade          →



**Esther Chung**

Courtroom Deputy to the Hon. Susan Ills

450 Golden Gate Avenue, 16th Floor

San Francisco, CA 94102

United States District Court

Northern District of California

https://cand.uscourts.gov

Esther_Chung@cand.uscourts.gov

Office: (415) 522-2028

---

**From:** Pat mg <bigblockpat@gmail.com>
**Sent:** Thursday, October 23, 2025 2:27 PM