PATRICK GALLAGHER
(925) 325-3911
THE UPS STORE #4580
STE 302
8877 N 107TH AVE
PEORIA AZ 85345-0900

1.3 LBS LTR
SHP WT: 2 LBS
DATE: 06 NOV 2025

SHIP ESTHER CHUNG
TO:  FL 16
     450 GOLDEN GATE AVE

SAN FRANCISCO CA 94102-3426

CA 941 9-32

UPS EARLY                                        1+
TRACKING #: 1Z 2E7 458 15 0340 0732

BILLING: P/P

MMBYJ4F6J94TV ISH 13.00C BIXOLON S 42.5V 10/2025

U.S. MARSHALS SERVICE
NOV 0 7 2025
INSPECTED BY