# ** *FREE LEGAL HELP IN FEDERAL COURT* **

## Legal Help Center

### To schedule a phone or in-person appointment, please email fedpro@sfbar.org or call (415) 782-8982

If you **do not have a lawyer** and have (or are thinking about filing) a civil case in federal court, you may schedule an appointment to speak with a lawyer **for free**. The lawyer may:

- help you understand federal court procedures;
- explain court orders and other paperwork;
- give you templates and forms; and
- answer your legal questions.

<u>The lawyer at the Legal Help Center will *not* be your lawyer. You will still represent yourself.</u>

**We do not help with criminal or state court matters.** Email fedpro@sfbar.org or call (415) 782-8982. If you need an interpreter, please let us know.

<u>The Legal Help Centers – Some Drop-In Appointments Are Available</u>
San Francisco: 450 Golden Gate Avenue, 15th Floor, Room 2796
Oakland: 1301 Clay Street, 4th Floor, Room 470 S



*Rev. 3/2024*