DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4259
Facsimile:      (415) 554-3837
E-Mail:         hunter.sims@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>  Defendant. | Case No. 23-cv-03579-SI (JCS)<br> **AMENDED**<br>**DECLARATION OF MATTHEW GREENE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56)**<br><br>Hearing Date:    December 5, 2025<br>Time:             10:00 a.m.<br>Place:            Videoconference<br><br>Trial Date:       February 17, 2026 |

1

**DECLARATION OF MATTHEW GREENE**

2          I, Matthew Greene, declare as follows:

3          1.      I am over the age of eighteen and I have personal knowledge of the matters stated in

4    this declaration, unless otherwise stated. If called upon to testify, I could and would testify

5    competently to the contents of this declaration.

6          2.      I am currently employed by the San Francisco Department of Building Inspection

7    ("DBI"), a department of the City and County of San Francisco ("City"). I have been employed by

8    DBI since 1998. My current title at DBI is Deputy Director of Inspection Services. I have held this

9    position since April 2023.

10         3.      DBI has both a proactive and reactive complaint and inspection system. The proactive

11   system typically occurs after a permit application is submitted to DBI to perform construction in the

12   City. Once the permit is approved, the work is periodically inspected by DBI inspectors. The reactive

13   system typically involves complaints DBI receives from the public regarding the condition of

14   properties throughout the City and when a permit holder requests inspection by DBI. The latter

15   category typically occurs within 48 hours of the requested inspection.

16         4.      DBI inspection services divides the City into districts. DBI inspectors are assigned to

17   each district. The district inspectors are responsible for performing inspections within their districts

18   and responding to complaints.

19         5.      I am familiar with how DBI stores and manages it records pertaining to building

20   permits received from the public and how information and documents pertaining to DBI's inspection

21   services are managed and stored. I am authorized to certify records maintained by the Department in

22   the regular course of its business.

23         6.      DBI is the official agency responsible for administering and enforcing the San Franciso

24   Building Code, including the issuance of building permits, inspection reports and Notices of Violation

25   ("NOVs").

26         7.      The records described below are true and accurate copies of records kept by DBI in the

27   ordinary course of business. It is the regular practice of DBI to create, receive, and maintain such

28

1    records at or near the time the acts, events or conditions they document, by personnel with knowledge

2    of those matters.

3        8.      The records are maintained electronically under the supervision of DBI's records

4    division and are available to the public through DBI's website.

5        9.      Once DBI receives a permit application or a complaint it creates a data entry system for

6    every permit application and complaint. Every time an DBI employee works on either a permit

7    application, permit or complaint, the employee is required to enter a summary of their work into DBIs

8    database. When an employee enters information into the database the employee's name is reflected

9    next to the entry. The date and time of the entry is also reflected. Data entries may be edited only with

10    approval from DBI's management information system division. In addition, if another DBI employee

11    changes, edits or alters the data entry of another DBI employee, that change is reflected in the

12    database.

13        10.     Attached hereto as Exhibit A is a true and correct copy of NOV number 201644272 and

14    the corresponding data entries from DBI's internal Complaint Tracking System. Based on my review

15    of DBI's internal complaint tracking system NOV 201644272 was issued by DBI inspector James

16    Lawrie on September 11, 2017. The nature of the NOV was related to a dilapidated roof, a lack of

17    weather proofing and trash in the front yard. DBI issued an Order of Abatement for NOV 201644272

18    on May 31, 2018. NOV 201644272 was finally abated on October 23, 2024

19        11.     Attached hereto as Exhibit B is a true and correct copy of NOV number 201721241 and

20    the corresponding data entries from DBI's internal Complaint Tracking System. Based on my review

21    of DBI's internal complaint tracking system NOV 201721241 was issued by DBI inspector Carl

22    Weaver on January 5, 2018. The nature of the NOV was an unsafe building condition related to a lack

23    of guardrails and weatherization on the rear deck. DBI issued an Order of Abatement for NOV

24    201721241 on May 29, 2019. NOV 201721241 was finally abated on October 24, 2024

25        12.     Attached hereto as Exhibit C is a true and correct copy of PA number 201808107075.

26    This PA was approved by DBI on August 10, 2018. The work described in PA number 201808107075

27    was to replace the roof, the gutters and to comply with NOV 201644272, referenced above.

28

1    13.    Attached hereto as Exhibit D is a true and correct copy of PA number 201808107063.

2  This PA was approved by DBI on August 10, 2018. The work described in PA number 201808107063

3  was to replace the "kitchen and bath cabinets, paint, drywall, flooring and to comply with violation

4  notice 201721241," referenced above.

5    14.    Attached hereto as Exhibit E is a true and correct copy of NOV number 201895477 and

6  the corresponding data entries from DBI's internal Complaint Tracking System. Based on my review

7  of DBI's internal complaint tracking system NOV 201895477 was issued by DBI inspector Philip

8  Saunders on October 3, 2018. The nature of the NOV was that the building was undergoing significant

9  construction without a permit. The work observed at the property was beyond Permit Applications

10  ("PA") 201808107075 and 201808107063. The NOV also noted significant amounts of trash in the

11  backyard and that the work conducted at the Property required approval from the Planning

12  Department, which had not been given. DBI issued an Order of Abatement for NOV 201895477 on

13  January 8, 2019. NOV 201895477 was finally abated on October 24, 2024.

14    15.    I have reviewed DBI's internal tracking system related to NOV 201895477. DBI

15  internal tracking system indicates when a change has been made in the system and by whom. Based on

16  my review of DBI's internal tracking system, there are no entries made by Defendant Joe Duffy

17  related to DBI's internal tracking system.

18    16.    Attached hereto as Exhibit F is a true and correct copy of the data entries from DBI's

19  internal Complaint Tracking System for complaint number 201897941. Complaint number 201897941

20  was received by DBI on October 12, 2018. Based on my review of DBI's internal complaint tracking

21  system complaint number 201897941 was described as follows: "Customer suspects contractors

22  working at this address do not have proper permits and have a dumpster truck parked partially on

23  sidewalk and is blocking pedestrian ROW. The dumpster also nearly sideswiped parked vehicles. The

24  contractors have been working here for three months and are constantly in violation or causing some

25  sort of disturbance - working before 5am, parking per sonal vehicles on the street without permits, etc

26  (311 SR 9642900) Lot of noise and garbage debris in the air. Nails found on grounds dirty. Workers

27  start early and finish up late evenings. Neighbor hood is complaining." This complaint did not result in

28  an NOV but was investigated by DBI. The matter was closed on October 16, 2018.

1     17.    Attached hereto as Exhibit G is a true and correct copy of PA number 201810183586.

2 This PA was approved by DBI on October 25, 2018. The work described in PA number

3 201810183586 was to comply with NOV 201895477, structural strengthening including removing and

4 replacing the floor framing, remove one dormer and add two dormers on each side, and to perform

5 demolition inside the second floor laundry room.

6     18.    Attached hereto as Exhibit H is a true and correct copy of DBI's internal permit details

7 report of PA number 201810183586. DBI permit details report indicates when a change has been

8 made in the system and by whom. Based on my review of DBI's internal tracking system, Curran

9 entered that he conducted a "pre-final" inspection at the Property on August 27, 2020. There have

10 been no changes to this entry since it was made by Curran since August 27, 2020. There are no entries

11 made by Defendant Joe Duffy on the internal permit details report of PA number 201810183586

12 related to inspections or any other matter related to PA number 201810183586.

13     19.    I have reviewed what was marked as Exhibit 10 to the deposition of Patrick Gallagher,

14 which is a Certificate of Final Completion and Occupancy purportedly signed by Bernie Curran on

15 August 27, 2020. The purported Certificate of Completion and Occupancy was never registered into

16 the internal DBI system. Notably, as is shown in Exhibit E, the only entry for the Certificate of Final

17 Completion on August 27, 2020 in DBI's internal complaint tracking system is for a "pre-final"

18 inspection. For these reasons, Exhibit 10 was never recognized by DBI as a valid Certificate of Final

19 Completion. Even if it were so recognized, this Certificate would only cover work done to abate NOV

20 201895477 and not any of the other NOVs outlined above or below.

21     20.    Attached hereto as Exhibit I is a true and correct copy of the data entries from DBI's

22 internal Complaint Tracking System for complaint number 201803286. Complaint number 201803286

23 was received by DBI on November 5, 2018. Based on my review of DBI's internal complaint tracking

24 system complaint number 201803286 was described as follows: "WORK BEYOND SCOPE OF

25 PERMIT; WORK BEING DONE IN DANGEROUS MANNER; additional information: Sign on

26 building from building inspector stats (sp) "Stop Work." Workers observed working on home.

27 Workers (sp)parking truck on sidewalk. Truck wheels not chocked (sp), truck could roll down hill. Its

28 a danger to the residents on the block. Dumpster blocking sidewalk. I have photos." This complaint

1   did not result in an NOV but was investigated by DBI. The matter was closed due to a referral to the

2   City's Department of Public Works on November 5, 2018.

3         21.    Attached hereto as Exhibit J is a true and correct copy of the data entries from DBI's

4   internal Complaint Tracking System for complaint number 201807621. Complaint number

5   201807621was received by DBI on November 27, 2018. Based on my review of DBI's internal

6   complaint tracking system complaint number 201807621was described as follows: "customer reports

7   construction activity all through the night at this location, states that it has been happening for several

8   months. Customer also states that all material from project is tossed in back yard and in debris box in

9   front of property that has not been emptied in over one month. (311 SR 9828959)." This complaint did

10  not result in an NOV but was investigated by DBI. The matter was closed on November 28, 2018

11  when DBI inspector Phillip Saunders found the debris on the construction site had been substantially

12  removed.

13        22.    Attached hereto as Exhibit K is a true and correct copy of NOV number 202175602 and

14  the corresponding data entries from DBI's internal Complaint Tracking System. Based on my review

15  of DBI's internal complaint tracking system NOV 202175602 was issued by DBI inspector Thomas

16  Keane on May 17, 2021. The nature of the NOV was that operative permit of the construction work

17  occurring at the property, PA 201810183586, had expired.

18        23.    NOV number 202175602 was amended on June 8, 2021 following an inspection on

19  June 3, 2021. Attached hereto as Exhibit L is a true and correct copy of amended NOV number

20  202175602. The amended NOV number 202175602 added several items to be addressed by Plaintiff

21  that deviated from the plans submitted in support of PA 201810183586 in the following ways: 1) the

22  stairs leading to the third floor did not comply with the submitted plans 2) the stairs from the first floor

23  to the second floor shown in PA 201810183586 were not constructed, 3) the first floor had been

24  converted to an ADU when PA 201810183586 show the area was to be for laundry and 4) the ceiling

25  height in PA 201810183586 proposed 8 feet when the measured height was approximately 7 feet.

26  NOV 202175602 was abated on October 22, 2024.

27

28

1    I declare under penalty of perjury under the laws of the United States that the foregoing is true

2  and correct.

3    Executed this 4ᵗʰ day of ~~October~~ November 2025, at San Francisco, California.

4

5                              MATTHEW GREENE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit A

**City and County of San Francisco**
**Department of Building Inspection**
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER : 201644272

**OWNER/AGENT:** HILLSTOCK LOUIS & IDA
HILLSTOCK LOUIS & IDA

200 NAPLES ST
SAN FRANCISCO CA

94112

**OWNER'S PHONE**
**CONTACT NAME** ********
**CONTACT PHONE** ********

**COMPLAINANT:** ********
******** ********

******** 

**COMPLAINANT'S PHONE** ********

**DATE FILED:** 31-OCT-16
**LOCATION:** 200    NAPLES      ST
**BLOCK:** 6008    **LOT:** 001
**SITE:**
**RATING:**                   **OCCUPANCY CODE** R-3
**RECEIVED BY:** Bernedette Perez  **DIVISION:** HIS
**COMPLAINT SOURCE:** WEB FORM

**ASSIGNED TO DIVISION:** HIS

**DESCRIPTION:** date last observed: 18-OCT-16;   time last observed: 8am;   floor: First;   exact location: Main Bldg;   building type: Residence/Dwelling   ABANDONED/DERELICT STRUCTURE; DAMAGED WALLS; DILAPIDATED STRUCTURE; ; additional information: Broken and boarded up windows for years need to be addressed.  Serious blight.
**INSTRUCTIONS:** Referred by BID

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|----------|-----------|-----|----------|----------|
| HIS | **LEPE** | 6240 | 18 | |

## REFFERAL INFORMATION

| DATE | REFERRED BY | TO | COMMENT |
|------|-------------|-----|---------|
| | | | |

## COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 31-OCT-16 | CASE OPENED | J LAWRIE | CASE RECEIVED | | Bernedette Perez 31-OCT-16 | HIS |
| 01-NOV-16 | GENERAL MAINTENANCE | J LAWRIE | TELEPHONE CALLS | Inspector Lawrie left message for complainant | James Lawrie 01-NOV-16 | HIS |
| 02-NOV-16 | GENERAL MAINTENANCE | J LAWRIE | INSPECTION OF PREMISES MADE | Spoke with occupant about complaint. | James Lawrie 02-NOV-16 | HIS |
| 07-SEP-17 | GENERAL MAINTENANCE | J LAWRIE | INSPECTION OF PREMISES MADE | Inspector Lawrie investigated the complaint and observed violations of the San Francisco Housing Code which are delineated within the Notice of Violation issued on this date identified by Complaint Tracking #201644272 | James Lawrie 11-SEP-17 | HIS |
| 11-SEP-17 | GENERAL MAINTENANCE | J LAWRIE | FIRST NOV SENT | | James Lawrie 11-SEP-17 | HIS |



**City and County of San Francisco**
**Department of Building Inspection**

**49 South Van Ness Ave, Suite 400**
**San Francisco, CA 94103-1226**

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER :  201644272

*COMPLAINT STATUS AND COMMENTS*

FOR OFFICE USE ONLY

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 11-SEP-17 | GENERAL MAINTENANCE | J LAWRIE | BLDG POSTED & TENANTS NOTIFIED AS PER NOTIFICATION REQMNTS | | James Lawrie 11-SEP-17 | HIS |
| 12-OCT-17 | GENERAL MAINTENANCE | J LAWRIE | REINSPECTION 1 | Inspector Lawrie performed a reinspection at the subject property and found the items identified on the Notice of Violation were outstanding. | James Lawrie 12-OCT-17 | HIS |
| 12-OCT-17 | GENERAL MAINTENANCE | J LAWRIE | FINAL WARNING LETTER SENT | | James Lawrie 12-OCT-17 | HIS |
| 07-MAR-18 | GENERAL MAINTENANCE | J LAWRIE | REINSPECTION 2 | Inspector Lawrie performed a reinspection at the subject property and found the items identified on the Notice of Violation were: outstanding, Item 3; partially corrected, Item 2(structure at front door was removed, however no building permit was obtained); corrected, Item 4. | James Lawrie 09-MAR-18 | HIS |
| 09-MAR-18 | GENERAL MAINTENANCE | J LAWRIE | CASE UPDATE | Reviewed with senior for DH referral. | James Lawrie 09-MAR-18 | HIS |
| 09-MAR-18 | GENERAL MAINTENANCE | J LAWRIE | REFER TO DIRECTOR'S HEARING | DH scheduekd 4-19-2018 | James Lawrie 09-MAR-18 | HIS |
| 04-APR-18 | GENERAL MAINTENANCE | J LAWRIE | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 05-APR-18 | HIS |
| 13-APR-18 | GENERAL MAINTENANCE | J LAWRIE | TELEPHONE CALLS | Spoke with previous owner's lawyer, mailed NOV and Notice of Hearing to new owner. | James Lawrie 13-APR-18 | HIS |
| 20-APR-18 | GENERAL MAINTENANCE | J LOPEZ | DIRECTOR'S HEARING DECISION | The property owner was represented at the Director's Hearing. A 30 Continuance was issued. | Jose Lopez 24-APR-18 | HIS |
| 17-MAY-18 | GENERAL MAINTENANCE | J LAWRIE | DIRECTOR HEARING NOTICE POSTED | | James Lawrie 17-MAY-18 | HIS |
| 31-MAY-18 | GENERAL MAINTENANCE | A KARCS | DIRECTOR'S HEARING DECISION | Owner/Agent "No Show" 7 day Order issued | Andrew Karcs 04-JUN-18 | HIS |
| 25-JUN-18 | GENERAL MAINTENANCE | J LAWRIE | ORDER OF ABATEMENT POSTED | | James Lawrie 25-JUN-18 | HIS |
| 22-AUG-18 | GENERAL MAINTENANCE | J LAWRIE | CASE UPDATE | Generated initial bill, forwarded to calerical staff | James Lawrie 22-AUG-18 | HIS |

City and County of San Francisco
Department of Building Inspection
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :** 201644272

## COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 29-SEP-21 | GENERAL MAINTENANCE | A VOS | REINSPECTION 3 | Inspector Prasad performed a reinspection at the subject property and found that the items identified on the Notice of Violation were corrected. <br><br> BPA 201808107075 Issued to comply with this NOV finaled 8/27/2020. | Avery Vos 29-SEP-21 | HIS |
| 01-OCT-21 | GENERAL MAINTENANCE | A VOS | CASE UPDATE | Generated final bill. | Avery Vos 01-OCT-21 | HIS |
| 23-OCT-24 | GENERAL MAINTENANCE | A DAVISON | CASE ABATED | All work complete. CFC # 202410042355 issued on 10/22/24. All outstanding fees waived per settlement agreement made by Deputy Director Matthew Greene in US District Court ". | Alan Davison 23-OCT-24 | HIS |

## COMPLAINT ACTION BY DIVISION

| DIVISION | DATE | DESCRIPTION | ACTION COMMENT |
|----------|------|-------------|----------------|
| | | | |

| NOV (HIS) | NOV (BID) |
|-----------|-----------|
| 11-SEP-17 | |

**DEPARTMENT OF BUILDING INSPECTION**

Housing Inspection Services Division
City and County of San Francisco
49 South Van Ness Ave, Suite 400 San Francisco, CA 94103-1226
(628) 652-3700 Fax: (628) 652-3709 Email: DBI.HID.Complaints@sfgov.org
Website: www.sfdbi.org

Date: 10/12/2017

HILLSTOCK LOUIS & IDA
HILLSTOCK LOUIS & IDA
200 NAPLES ST
SAN FRANCISCO CA

94112
--

Property Address:
Block: 6008    Lot: 001
200 NAPLES ST

Number: 201644272

# NOTICE OF VIOLATION FINAL WARNING

Dear Property Owner(s):

**NOTICE OF VIOLATION OUTSTANDING:**
On 09/11/2017 your property was inspected and a Notice of Violation was issued informing you of required code abatement, and warnings for failure to comply.  The time period to correct all cited code violations indicated in this Notice has passed, and the Department records indicate that the required code abatement work remains outstanding.

**ASSESSMENT OF COSTS NOW IMPOSED:**
Therefore, pursuant to Section 102A.3 of the San Francisco Building Code you will be assessed costs arising from department time accrued pertaining but not limited to: (1) site inspections and reinspections, (2) case management, update, and data entry, (3) case inquiries (meetings, office visits, phone calls, emails, response to correspondence etc), (4) permit history research, (5) notice/hearing preparation, (6) staff appearances/reports at hearings, (7) case referrals, and (8) monthly violation monitoring.

**AVOID FURTHER ASSESSMENT:**
To keep the assessment of costs at a minimum, and avoid the accrual of further time spent on the actions above such as administrative hearing preparation, and monthly violation monitoring, etc.,  please complete all work within thirty (30) days of the initial reinspection date delineated on the Notice of Violation referenced above, and call Housing Inspector James Lawrie at 628-652-3372   to schedule a site inspection to verify all requisite repairs have been completed within this time frame.

**IF PERMITS ARE REQUIRED:**
Please note that you must  also obtain all necessary  building, plumbing, and/or electrical permits and obtain final sign-off from the Building, Plumbing, and/or Electrical Inspector(s) assigned the job card for your issued permit(s) before the required work will be considered completed.

**CASE WILL BE CLOSED WHEN ALL WORK & ASSESSMENT OF COSTS PAID:**
This case will not be closed and assessment of costs will continue to accrue until  (1) all required repairs are completed as verified by site inspection of the assigned Housing Inspector, (2) final sign-offs are obtained for all required permits, and (3) all assessment of costs are paid by cashiers check or money order.

**YOUR PROMPT ACTION IS REQUESTED & APPRECIATED!**

# DEPARTMENT OF BUILDING INSPECTION

**Housing Inspection Services Division**
**City and County of San Francisco**
49 South Van Ness Avenue, San Francisco, California 94103-1226
(628) 652-3700 Fax: (628) 652-3709 Email: DBI.HID.Complaints@sfgov.org Website: www.sfdbi.org

## NOTICE OF VIOLATION

**COMPLAINT:** **201644272**

**OWNER/AGENT:** HILLSTOCK LOUIS & IDA

**MAILING**

**DATE:** 11-SEP-17

**ADDRESS:**   HILLSTOCK LOUIS & IDA

200 NAPLES ST

SAN FRANCISCO CA

94112

**LOCATION:** **200  NAPLES ST**

**BLOCK:**  6008    **LOT :** 001

**NOTICE TYPE:** ROUTINE

**BUILDING TYPE:**   NA                 **USE TYPE:**   R3

## YOU ARE HEREBY ORDERED TO COMPLY WITH THE FOLLOWING REQUIREMENTS:

| ITEM | DESCRIPTION |
|---|---|
| 1    THIS NOTICE INCLUDES VIOLATIONS FOR THE AREAS NOTED. | This Notice of Violation describes violations found at the subject property at 200 Naples Street. |
| 2    REPAIR ROOF OVER FRONT DOOR (1001(b)(13) HC) | The roof structure over front door has rotting timber and is pulling away from the house, constituting a hazard.  Obtain a building permit and repair or replace the structure. **A BUILDING PERMIT IS REQUIRED FOR THIS REPAIR** |
| 3    REPAIR WEATHER PROOFING AT ROOF (1001(h),703 HC) | The gutters and downspouts are missing at the Naples street side and south side at yard.  Repair or replace as required. |
| 4    REMOVE RUBBISH OR TRASH (1306,1307 HC) | Remove trash at the front yard at left and right side of front door. |
| 5    INSPECTOR COMMENTS | It is the property owner's responsibility to be present or direct his/her representative to attend the reinspection as scheduled on this Notice of Violation for the purpose of providing entry to the Inspector of those areas not accessed during the initial inspection as specified, and/or to provide access to all areas cited within this Notice. If the property owner cannot attend the scheduled reinspection (as specified on this Notice) it is his/her responsibility to secure a different inspection time/date with the Inspector, and provide all tenants with notification as required by California Civil Code Section 1954 (San Francisco Housing Code Section 303(b)), if any dwellings, apartment units or guest rooms are to be accessed during the reinspection. |

**ALL ITEMS MUST BE COMPLETED WITHIN** 30 **DAYS.   REINSPECTION DATE :** 12 October 2017 11:00 AM

**IT IS RECOMMENDED THAT THE OWNER/OWNERS REPRESENTATIVE CONFIRM REINSPECTION DATE/TIME.**

**CONTACT HOUSING INSPECTOR :** James Lawrie AT  628-652-3372

FOR EVERY INSPECTION AFTER THE INITIAL RE-INSPECTION, A $405.00 FEE WILL BE CHARGED UNTIL THE VIOLATIONS ARE ABATED. SFBC 108.8

**Page  1**

# DEPARTMENT OF BUILDING INSPECTION

**Housing Inspection Services Division**
**City and County of San Francisco**
49 South Van Ness Avenue, San Francisco, California 94103-1226
(628) 652-3700 Fax: (628) 652-3709 Email: DBI.HID.Complaints@sfgov.org Website: www.sfdbi.org

## NOTICE OF VIOLATION WARNINGS!

**TO THE PROPERTY OWNER(S), THEIR SUCCESSORS, AND ALL OTHER PERSONS HAVING ANY INTEREST IN THE ABOVE DESCRIBED PROPERTY LOCATED IN THE CITY AND COUNTY OF SAN FRANCISCO PLEASE TAKE NOTICE:**

**COMPLIANCE WITHIN SPECIFIED TIME FRAME REQUIRED:**  The described premises were inspected by inspector(s) of the Department of Building Inspection.  As a result of the inspection(s), violations were found to exist and were listed in the Notice of Violation mailed to the property owner(s).  ACCORDINGLY, the owner(s) of the above described property are required, within the time frame set forth in this Notice, to make application (if required) for the necessary permits, to correct the conditions diligently and expeditiously, and to complete the work within the specified time on the attached NOTICE(S), to be verified by the appropriate Inspector through site inspection.

**COST OF CODE ENFORCEMENT WILL BE BORNE BY THE PROPERTY OWNER:**  Section 102A.3 of the San Francisco Building Code provides that in addition to the civil penalties described therein, the property owner shall be assessed all attendant, administrative, and inspection's costs incurred by the Department of Building Inspection for the property owner's failure to comply with this Notice. These costs arise from department time accrued pertaining but not limited to: (1) monthly violation monitoring, (2) case inquiries (phone calls, counter visits, response to correspondence, etc.), (3) case management,  (4) permit history research, (5) notice/hearing preparation, (6) inspections, (7) staff appearances/reports at hearings, and (8) case referrals.

Assessment of Costs will accrue when the property owner fails to comply with this Notice through: (1) a monthly violation monitoring fee of $149.00, and (2) an hourly rate of $226.00 for case management/administration, and $405.00 for inspections, as provided for in Sections 102A.3, 102A.17, and  Section 110A, Tables IA-G, IA-J and IA-K of the San Francisco Building Code. The property owner will be notified by letter of the accrued Assessment of Costs following failure to comply with this Notice.  Failure to pay the Assessment of Costs shall result in: (1) the case not being legally abated until all assessments are paid, and (2) tax lien proceedings against the property owner pursuant to Sections 102A.3, 102A.16, 102A.17,102A.18 et seq., 102A.19 et seq.,and 102A.20 of the San Francisco Building Code.

**REFERRAL TO STATE FRANCHISE TAX BOARD:**  Section 17274 and 24436.5 of the Revenue and Taxation Code provide, interalia, that a taxpayer who derives rental income from housing determined by the local regulatory agency to be substandard by reason of violation of state or local codes dealing with housing, building, health and/or safety, cannot deduct from state personal income tax and bank and corporate income tax, deductions for interest, depreciation of taxes attributable to such substandard structure where substandard conditions are not corrected within six (6) months after Notice of Violation by the regulatory agency.  If corrections are not completed or being diligently and expeditiously and continuously performed after six (6) months from the date of this Notice of Violation, notification will be sent to the Franchise Tax Board as provided in Section 17274(c) of the Revenue and Taxation Code.

**Page 1 of 2**

NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO
FILED
COPY

**NOTICE OF VIOLATION WARNINGS! (Continued from page 1)**

**PUBLIC NUISANCES & MISDEMEANORS:** Section 102A of the San Francisco Building Code and Sections 204, 401 and 1001(d) of the San Francisco Housing Code provide that structures maintained in violation of the Municipal Code are public nuisances and as such are subject to the code enforcement action delineated therein. Section 204 of the Housing Code provides that any person, the owner(s) or his authorized agent who violates, disobeys, omits, neglects or refuses to comply with the Housing Code, or any order of the Director, made pursuant to this Code, shall be guilty of a misdemeanor, upon conviction thereof punishable by a fine not exceeding $1,000.00, or by imprisonment not exceeding six (6) months, or by both fine and imprisonment, and shall be deemed guilty of a separate offense for every day such violations continue.

**PERMIT REQUIREMENTS:** Any required permit application must be applied for within the time limit set forth in the attached Notice(s). Permit applications are to be filed with the requisite plans, drawings, and specifications at the Central Permit Bureau, Department of Building Inspection, at 49 South Van Ness Ave, 2nd Floor. A post card will be mailed to you by the Central Permit Bureau when the building permit is ready to be picked up. Pursuant to Sections 107A.5, and 110A, Table 1A-K of the San Francisco Building Code investigation fees, are charged for work begun or performed without permits or for work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance at 49 South Van Ness Ave, Room 1475 at (628) 652-1150.

**NOTIFICATION TO BUILDING TENANTS:** Pursuant to Sections 17980.1 and 17980.6 of the California Health & Safety Code, and Section 102A.3 of the San Francisco Building Code, when issuing a Notice of Violation the local jurisdiction shall post a copy of the Notice in a conspicuous place on the property and make available a copy to each tenant thereof.

**PROPERTY OWNER/LESSOR MAY NOT RETALIATE AGAINST TENANT/LESSEE FOR MAKING A COMPLAINT:** Pursuant to Section 17980.6 of the California Health & Safety Code, the property owner may not retaliate against the tenant/lessee for exercising rights under the Section 1942.5 of the California Civil Code.

**REINSPECTION FEES:** For every inspection, after the initial re-inspection, a $405.00 fee will be charged until the violations are abated pursuant to Sections 108A.8 and 110A, Table IA-G of the San Francisco Building Code.

**VIOLATIONS OF WORK PRACTICES FOR LEAD-BASED PAINT DISTURBANCE:**
Section 327 of the San Francisco Existing Building Code regulates work that disturbs or removes lead paint. Failure to comply with these requirements may result in a penalty not to exceed $500.00 per day plus administrative costs as provided by Section 327.8.1 of this Code.

Upon completion of all required work, you must contact the designated Housing Inspector for a final inspection, unless otherwise specified. Please contact the Housing Inspection Services Division if you have any questions. If you want more information on the overall code enforcement process you may request a copy of the Department brochure entitled What You Should Know About the Department of Building Inspection Code Enforcement Process or download the document from the Department website.

P:\Notice of Violation Warningss\NOV Warning Sheet.docx (updated 09/01/2025)

**Page 2 of 2**

Exhibit B

**City and County of San Francisco**
**Department of Building Inspection**
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :**    **201721241**

**OWNER/AGENT:**   HILLSTOCK LOUIS & IDA
HILLSTOCK LOUIS & IDA

200 NAPLES ST
SAN FRANCISCO CA

94112

**OWNER'S PHONE**
**CONTACT NAME** ********
**CONTACT PHONE** ********

**COMPLAINANT:** ********
******** ********

******** 

**COMPLAINANT'S PHONE** ********

**DATE FILED:** 27-NOV-17

**LOCATION:** 200    NAPLES        ST

**BLOCK:** 6008    **LOT:** 001

**SITE:**

**RATING:**                **OCCUPANCY CODE**

**RECEIVED BY:** Marcella Fields **DIVISION:** CES

**COMPLAINT SOURCE:** WEB FORM

**ASSIGNED TO DIVISION:** CES

**DESCRIPTION:** VACANT BUILDING - Abandoned building, falling apart, all boarded up. Building is a blight to the neighborhood.
**INSTRUCTIONS:**

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|---|---|---|---|---|
| CES | **HINCHION** | 1125 | | |

## *REFFERAL INFORMATION*

| DATE | REFERRED BY | TO | COMMENT |
|---|---|---|---|
| 14-DEC-17 | Catherine Byrd | BID | Per Gunnell, has permit |
| 22-MAR-19 | Olive Huang | CES | per J. Barnes |

## *COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 27-NOV-17 | CASE OPENED | M GUNNELL | CASE RECEIVED | | Marcella Fields 27-NOV-17 | INS |
| 29-NOV-17 | ABANDONED BUILDING | M GUNNELL | CASE UPDATE | site visit; house is being worked on without the benefit of permit; Dump truck in rear yard full of construction debris; refer to BID | Michael Gunnell 13-DEC-17 | BID |
| 14-DEC-17 | GENERAL MAINTENANCE | M GUNNELL | REFERRED TO OTHER DIV | tranfer to div BID | Catherine Byrd 14-DEC-17 | CES |
| 29-DEC-17 | OTHER BLDG/HOUSING VIOLATION | C WEAVER | CASE UPDATE | Case review permit research. C Weaver | Carl Weaver 29-DEC-17 | BID |
| 02-JAN-18 | OTHER BLDG/HOUSING VIOLATION | C WEAVER | CASE UPDATE | Site visit no entry left three day notice. C Weaver | Carl Weaver 02-JAN-18 | BID |

**PAGE 1 OF 4**



**City and County of San Francisco**
**Department of Building Inspection**
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :** 201721241

*COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 04-JAN-18 | OTHER BLDG/HOUSING VIOLATION | C WEAVER | FIRST NOV SENT | A notice of violation was issued for an unsafe building. C Weaver | JingJing Lu 05-JAN-18 | IPR |
| 05-JAN-18 | OTHER BLDG/HOUSING VIOLATION | C WEAVER | CASE UPDATE | copy of 1st nov mailed by jj | JingJing Lu 05-JAN-18 | IPR |
| 18-MAR-19 | OTHER BLDG/HOUSING VIOLATION | C WEAVER | FINAL WARNING LETTER SENT | Refer to CES for non compliance 30 days to complete permit see 201810183586, & 201901220848 only filed | Jeffrey Barnes 18-MAR-19 | PVS |
| 22-MAR-19 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | Final Warning Letter mailed; oh | Olive Huang 22-MAR-19 | INS |
| 22-MAR-19 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | Transferred to CES; oh | Olive Huang 22-MAR-19 | INS |
| 22-MAR-19 | GENERAL MAINTENANCE | T KEANE | REFERRED TO OTHER DIV | tranfer to div CES | Olive Huang 22-MAR-19 | INS |
| 27-MAR-19 | GENERAL MAINTENANCE | J HINCHION | CASE RECEIVED | cbs | Catherine Byrd 27-MAR-19 | CES |
| 18-APR-19 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | CASE UPDATE | Process case for DH on 5/18/19 | Norman Gutierrez 18-APR-19 | CES |
| 07-MAY-19 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | DIRECTOR HEARING NOTICE POSTED | DH Posting | Norman Gutierrez 07-MAY-19 | CES |
| 28-MAY-19 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | ORDER OF ABATEMENT ISSUED | O of A Issued | Norman Gutierrez 29-MAY-19 | CES |
| 28-MAY-19 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | ASSESSMENTS DUE | 16MMF 2/4/18 to 6/4/19 | Norman Gutierrez 29-MAY-19 | CES |
| 10-JUN-19 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | ORDER OF ABATEMENT POSTED | O of A Posting | Norman Gutierrez 10-JUN-19 | CES |
| 22-MAY-20 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | CASE UPDATE | Active Violation | | |
| 22-MAY-20 | OTHER BLDG/HOUSING VIOLATION | N GUTIERREZ | CASE UPDATE | | John Hinchion 14-DEC-21 | CES |
| 19-AUG-21 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | Sent previous bills for Initial and 16MMF. - complaint remains open and final fees or release of OOA can't be generated until the complaint is complied with.. | Catherine Byrd 19-AUG-21 | CES |
| 14-DEC-21 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | ASSESSMENTS DUE | ok to Abate once all CES fees are paid - per Pa #201808107063 and 201808107075. Jh | | |

City and County of San Francisco
Department of Building Inspection
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER :  201721241

### *COMPLAINT STATUS AND COMMENTS*
### FOR OFFICE USE ONLY

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 14-DEC-21 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | MMF 12 months (7/1/19 to 3/1/20) | John Hinchion 14-DEC-21 | CES |
| 17-DEC-21 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | revoke OOA -cp (once CES fees are paid)CTS update perfomr by MH on 1/13/22MH | Mauricio Hernandez 13-JAN-22 | BID |
| 31-JAN-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | site visit with BID , a correction notice was issued. 1-document change of window size visible from street,2- upstairs bedroom windows do not meet egress req., 3-property line windows approved under AB 009 do not meet req. need to be fixed and 45min rated, 4- Fire rate under side of stairs leading to 2nd floor, 5- construct lower level a per approve plans, remove kitchen, 6- remove and cap services to furnace lower level, 7 document ceiling height lower level. Owner was advise that will need to correct all permits and pay CES outstanding fees to revoke OOA. Mh | John Hinchion 04-MAY-23 | CES |
| 11-FEB-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | Office visit by owner. Plans were reviewed with owner and senior inspector KB. MH advise owner to review requirements of AB-009 and work with plans check in regards concerns with 45m rated windows on property line. ground floor scope of work was also reviewed and propose that if owner wishes to continue to pursue the ADU permit, then scope of PA  202107023726 can be final in conjunction with ADU PA202108096049. Or owner can work on correction notice provided by senior KB to correct all items and comply with Pa202107023726 and remove and return kitchen area to storage, correct windows under Ab-009 and obtain plumbing permits for all pluming work required to be corrected to convert ground floor to approved conditions under PA20180183586. Mh | | |
| 24-OCT-24 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE ABATED | All work complete. CFC # 202410042355 issued on 10/22/24.  All outstanding fees waived per settlement agreement made by Deputy Director Matthew Greene in US District Court. Revocation sent to Assessor Recorder's Office. | Charles Robinson 24-OCT-24 | CES |

**City and County of San Francisco**
**Department of Building Inspection**
**49 South Van Ness Ave, Suite 400**
**San Francisco, CA 94103-1226**

## COMPLAINT DATA SHEET

**COMPLAINT NUMBER :**   **201721241**

*COMPLAINT ACTION BY DIVISION*

**DIVISION DATE    DESCRIPTION**                              **ACTION COMMENT**

---

NOV (HIS)        NOV (BID)

04-JAN-18

# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**     **NOTICE:** 1                    **NUMBER:** 201721241

City and County of San Francisco                                              **DATE:** 04-JAN-18
49 South Van Ness Ave, Suite 400 San Francisco, CA

**ADDRESS:** 200 NAPLES ST

**OCCUPANCY/USE:** ()                                      **BLOCK:** 6008    **LOT:** 001

☐ If checked, this information is based upons site-observation only. Further research may indicate that legal use is different. If so, a revised Notice of Violation will be issued.

**OWNER/AGENT:** HILLSTOCK LOUIS & IDA                      **PHONE #:** --

**MAILING**          HILLSTOCK LOUIS & IDA
**ADDRESS**          200 NAPLES ST
                     SAN FRANCISCO CA
                            94112

**PERSON CONTACTED @ SITE:** HILLSTOCK LOUIS & IDA          **PHONE #:** --

## VIOLATION DESCRIPTION:

|  |  | CODE/SECTION# |
|---|---|---|
| ☐ **WORK WITHOUT PERMIT** | | 103A 106A.1 |
| ☐ **ADDITIONAL WORK-PERMIT REQUIRED** | | 106.4.7 |
| ☐ **EXPIRED OR** ☐ **CANCELLED PERMIT  PA#:** | | 106A.4.4 |
| ☑ **UNSAFE BUILDING**   ☐ **SEE ATTACHMENTS** | | 102A |

A complaint investigation revealed a building without proper weatherization and no guardrail at rear deck.
Code sec: 102A

## CORRECTIVE ACTION:

☑ **STOP ALL WORK SFBC 104A.2.4**
                                                    628-652-3636

☑ **FILE BUILDING PERMIT WITHIN 7 DAYS**        ☐ **(WITH PLANS)** A copy of This Notice Must Accompany the Permit Application

☑ **OBTAIN PERMIT WITHIN 14 DAYS AND COMPLETE ALL WORK WITHIN** 30 **DAYS, INCLUDING FINAL INSPECTION AND SIGN OFF.**

☐ **CORRECT VIOLATIONS WITHIN  DAYS.**          ☐ **NO PERMIT REQUIRED**

☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED  , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

● **FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.**
   **SEE ATTACHMENT FOR ADDITIONAL WARNINGS.**

Obtain a building permit with Planning Department approval to mitigate unsafe conditions.

**INVESTIGATION FEE OR OTHER FEE WILL APPLY**

☐ 9x FEE (WORK W/O PERMIT AFTER  9/1/60)     ☐ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)

☐ OTHER:                                      ☐ REINSPECTION FEE $          ☑ NO PENALTY
                                                                              (WORK W/O PERMIT PRIOR TO 9/1/60)

**APPROX. DATE OF WORK W/O PERMIT**          **VALUE OF WORK PERFORMED W/O PERMITS $**

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECT**

CONTACT INSPECTOR: Carl W Weaver

PHONE #  628-652-3636          DIVISION:  BID          DISTRICT :

By:(Inspectors's Signature) _____

# NOTICE OF VIOLATION

### of the San Francisco Municipal Codes Regarding Unsafe, Substandard or Noncomplying Structure or Land or Occupancy

Pursuant to SFBC 107.5 and 106.4.7 investigation fees are charged for work begun or performed without permits or for Work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance, at 49 South Van Ness Ave., Suite 1475 (14th Floor). (628) 652-1150

**WARNING:** Failure to take immediate action as required to correct the above violations will result in abatement proceedings by the Department of Building Inspection. **If an Order of Abatement is recorded against this property, the owner will be billed or the property will be liened for all costs incurred in the code enforcement process from the posting of the first "Notice of Violation" until all costs are paid, SFBC 102.2 & 110.**

**WARNING:** Section 204 of the San Francisco Housing Code provides for immediate fines of $100 for each instance of initial non-compliance, followed by $200 fines per violation for the second instance of non-compliance, up to a maximum of $7,500 per building. This section also provides for issuance of a criminal charge as a misdemeanor for each violation, resulting in fines of not less than $1,000 per day or six months' imprisonment or both.

**WARNING:** Anyone who derives rental income from housing determined by the Department of Building Inspection to be substandard cannot deduct from state personal income tax and bank and corporate income tax interest, depreciation or taxes attributable to such substandard structure. If correction work is not completed or being diligently, expeditiously and continuously prosecuted after six (6) months from the date of this notice, notification will be sent to the Franchise Tax Board as provided in Section 17264(6) of the Revenue and Taxation Code.

**WARNING:** Section 103 of the San Francisco Building Code provides for civil fines of up to $500 per day for any person who violates, disobeys, omits, neglects or refuses to comply with or opposes the execution of any provisions of this code. This section also provides for misdemeanor fines, if convicted, of up to $500 and/or imprisonment up to six months for each separate offense for every day such offense occurs.

De acuerdo a las Secciones 107.5 y 106.4.7 del Código de Construcción de Edificios de San Francisco, gastos de investigación serán cobrados por trabajo empezado o realizado sin los debidos permisos o por trabajo que exceda el límite estipulado en los permisos. Dichos cobros pueden ser apelados ante la Junta de Apelaciones de Peimisos (Board of Permit Appeals) dentro de los primeros quince días de haberse obtenido el permiso. Las apelaciones se hacen en el 49 South Van Ness Ave., Suite 1475 (14th Floor), telefono (628) 652-1150.

**ADVERTENCIA:** Si no cumple con las acciones immediatas requeridas para corregir las infracciones, el Departamento de Inspección de Edificios tendra el derecho de iniciar el proceso de mitigación. Si una Orden de Mitigación es registrada contra dicha propiedad, los gastos incurridos durante el proceso de aplicación del código, desde la primera puesta del Aviso de Infracción hasta que todos los gastos esten pagados, se le cobraran al dueno del edificio o la propiedad sera embargada para recuperar dichos gastos. Referencia a la Sección 102.2 y 110 del Código de Construcción de Edificios.

**ADVERTENCIA:** La Sección 204 del Código de Vivienda de San Francisco permite que se multe inmediatamente $100 por cada primer caso de inconformidad, seguida por una multa. de $200 por cada segunda infracción de inconformidad, aumentando hasta un maximo de $7,500 por cada edificio. Esta Sección tambien permite obtener cargos criminales como delito menor, resultando en multas de no menos de $1,000 diarios ó 6 meses de encarcelamiento o ambas sanciones.

**ADVERTENCIA:** Cualquier persona que reciba renta por una vivienda que haya sido declarada que no satisface las normas requeridas por el Departamento de Inspección de Edificios, no puede deducir del estado ingresos personales, de banco o empresa, depreciación o taxes atribuidos sobre dicha estructura. Si el trabajo de reparación no se termina o esta diligentemente, rapidamente y contua.mente acusado despues de seis(c) meses de la fecha de este aviso, se le enviara una notificación a la Junta de Concesión de Impuestos (Franchise Tax Board) de acuerdo a la Sección 1264(c) del Código de Ingresos e Impuestos (Revenue and Taxation Code).

**ADVERTENCIA:** La Sección 103 del Código de Edicios de San Francisco impone multas civiles hasta de $500 por cada dia a cualquier persona que infrinja, desobedezca, omita, descuide, rehusa cumplir, resiste o se opone a la ejecución de las provisiones de este código. Esta sección tambien impone multas per delito menor, si es declarado culpable, de hasta $500 o encarcelamiento de hasta 6 meses, o ambas sanciones, por cada una de Jas ofensas y por cada dfa que dicha ofensa occura.

根据《三藩市建築法規》（简称 SFBC）第 107.5 項和106.4.7項徵收的规定。對有許可証但已開始的工程或違正在进行的工程。或者超過許可範圍的工程，將收取調查費。當事人可以在許可証發出日後 15 天之内，剛立查可以向仰可上訴委員会提出上訴。致委員会 地址在 South Van Ness 街 49 號14 樓。電話：(628) 652-1150。

警告：如不按照要求立即采取行動、以纠正上述違修行为。將導致建築檢査局針對制糾正程序的執行。倘有此房地產設置的强制制定程序令一惡在市政備案，則自迫查通知強肤日起的各项費用此正程序令有關的費用，將向房地產業主收、或聞房地產扣押，直至付済各項費用。請參閱《三藩市理築法規》第 102.2 項和第 110 項條款。

警告：《三藩市房屋法规》（即 SFHC）第 204(b) 項條款规定：對每一違案初思皂立即罰款 100 元。二次重犯則罰款 200 元，每幢建字的最高罰款可達 7,500 元。此法规还规定對每一違案惡罪者可提出刑事控告，每日最高罰款可達 1,000 元，或/和监察六個月。

警告：任何人透過出租房屋将取得收入、而该房屋已被建築監査局定义为低於规定標準者。不能就加州個人所得稅、銀行和公司所得稅利息、以及與该低於规定標準的损益有關的折舊或稅款中扣除税款。如果在此屬告公布六個月後、改正工程没有完成，或者没有積怨、迅速而始地進事行，我們将根據《國家稅收法规》（即 Revenue & Taxation Code）第 1264 (c) 項條欲，通知加州稅務委員会 (The Franchise Tax Board)。

警告：《三藩市逗築法規》第 103 項條欲规定：對於任何違反、不服從、疏忽、忽畧、或拒絕或惡照此法規者，或者拒絕、反對執施此法規中的任何條款的個人，將付最高 500 元的民事罰款。此法規還规定刑罰违法者，如果被定罪。對每天所發生的、每一單獨的犯法行為，將付下不高過 500 元的罰款，和/或监察监察六個月。

Exhibit C

NOT FOR PUBLIC DI...
SAN FRANCISC...
OFFICIAL COPY
DEPARTMENT OF
BUILDING INSPEC...
FOR OFFICE ...

**APPROVED**
Dept. of Building Insp.

AUG 10 2018

HHS Tom C. Hui
TOM C. HUI, S.E.
DIRECTOR
DEPT OR BUILDING INSP...

**BLDG.**
**FORM 3/8**

*APPROVED FOR ISSUANCE*

**REROOFING**
PLEASE CALL THE INSPECTION SERVICES AT 575-6955 FOR A FINAL INSPECTION APPOINTMENT. NEW OR REPLACEMENT SHEATING AND SKYLIGHTS REQUIRES A SEPARATE BUILDING PERMIT.

B10   2017212141

APPLICATION NUMBER
201808107...

OSHA APPROVAL REQ'D □

APPROVAL NUMBER

**APPLICATION FOR BUILDING PERMIT**
**ADDITIONS, ALTERATIONS OR REPAIRS**

**CITY AND COUNTY OF SAN FRANCISCO**
**DEPARTMENT OF BUILDING INSPECTION**

APPLICATION IS HEREBY MADE TO THE DEPARTMENT OF BUILDING INSPECTION OF SAN FRANCISCO FOR PERMISSION TO BUILD IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS SUBMITTED HEREWITH AND ACCORDING TO THE DESCRIPTION AND FOR THE PURPOSE HEREINAFTER SET FORTH.

FORM 3 □ OTHER AGENCIES REVIEW REQUIRED

FORM 8 ☑ OVER-THE-COUNTER ISSUANCE

NUMBER OF PLAN SETS  62½

▼ DO NOT WRITE ABOVE THIS LINE ▼

| DATE FILED | FILING FEE RECEIPT NO. | (1) STREET ADDRESS OF JOB | 600 BLOCK & LOT 001 |
|---|---|---|---|

200 Naples SF.

| PERMIT NO. | ISSUED | (2) ESTIMATED COST OF JOB | (50) REVISED COST: |
|---|---|---|---|
| 147095 | 08/10/2018 | 8,000 00 | BY: 8000 W Doan DATE: 8/10/18 |

**INFORMATION TO BE FURNISHED BY ALL APPLICANTS**

**LEGAL DESCRIPTION OF EXISTING BUILDING**

| (4A) TYPE OF CONSTR. | (5A) NO. OF STORIES OF OCCUPANCY: | (6A) NO. OF BASEMENTS AND CELLARS: | (7A) PRESENT USE: | (8A) OCCUP. CLASS | (9A) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| TYPE V | 2 | | Single Family RES | R3 | 1 |

**DESCRIPTION OF BUILDING AFTER PROPOSED ALTERATION**

| (4) TYPE OF CONSTR. | (5) NO. OF STORIES OF OCCUPANCY: | (6) NO. OF BASEMENTS AND CELLARS: | (7) PROPOSED USE (LEGAL USE) | (8) OCCUP. CLASS | (9) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| | 2 | | Single Family RES | R3 | 1 |

| (10) IS AUTO RUNWAY TO BE CONSTRUCTED OR ALTERED? | YES ☑ NO □ | (11) WILL STREET SPACE BE USED DURING CONSTRUCTION? | YES ☑ NO □ | (12) ELECTRICAL WORK TO BE PERFORMED? | YES ☑ NO □ | (13) PLUMBING WORK TO BE PERFORMED? | YES ☑ NO □ |
|---|---|---|---|---|---|---|---|

| (14) GENERAL CONTRACTOR | ADDRESS | ZIP | PHONE | CALIF. LIC. NO. | EXPIRATION DATE |
|---|---|---|---|---|---|
| OWNER BUILDER | | | | | |

| (15) OWNER - LESSEE (CROSS OUT ONE) | ADDRESS | ZIP | BTRC# | PHONE FOR CONTACT BY DEPT.) |
|---|---|---|---|---|
| G.C. Block Inv. Corp. | PO Box 523 Byron 84514 | | | 925-385-3911 |

(16) WRITE IN DESCRIPTION OF ALL WORK TO BE PERFORMED UNDER THIS APPLICATION (REFERENCE TO PLANS IS NOT SUFFICIENT)

RE ROOF + GUTTERS
AND TO COMPLY WITH VIOLATION 201644272

**ADDITIONAL INFORMATION**

| (17) DOES THIS ALTERATION CREATE ADDITIONAL HEIGHT OR STORY TO BUILDING? | YES □ NO ☑ | (18) IF (17) IS YES, STATE NEW HEIGHT AT CENTER LINE OF FRONT | (19) DOES THIS ALTERATION CREATE DECK OR HORIZ. EXTENSION TO BUILDING? | YES □ NO ☑ | (20) IF (19) IS YES, STATE NEW GROUND FLOOR AREA | 1250 | SQ. FT. |
|---|---|---|---|---|---|---|---|

| (21) WILL SIDEWALK OVER SUB-SIDEWALK SPACE BE REPAIRED OR ALTERED? | YES □ NO ☑ | (22) WILL BUILDING EXTEND BEYOND PROPERTY LINE? | YES □ NO ☑ | (23) ANY OTHER EXISTING BLDG. ON LOT? (IF YES, SHOW ON PLOT PLAN) | YES □ NO ☑ | (24) DOES THIS ALTERATION CONSTITUTE A CHANGE OF OCCUPANCY? | YES □ NO ☑ |
|---|---|---|---|---|---|---|---|

| (25) ARCHITECT OR ENGINEER (DESIGN □ CONSTRUCTION □) | ADDRESS | CALIF. CERTIFICATE NO. |
|---|---|---|

(26) CONSTRUCTION LENDER (ENTER NAME AND BRANCH DESIGNATION IF ANY. IF THERE IS NO KNOWN CONSTRUCTION LENDER, ENTER "UNKNOWN") | ADDRESS

**IMPORTANT NOTICES**

No change shall be made in the character of the occupancy or use without first obtaining a Building Permit authorizing such change. See San Francisco Building Code and San Francisco Housing Code.

No portion of building or structure or scaffolding used during construction is to be closer than 6'0" to any wire containing more than 750 volts. See Sec 385, California Penal Code.

Pursuant to San Francisco Building Code, the building permit shall be posted on the job. The owner is responsible for approved plans and application being kept at building site.

Grade lines as shown on drawings accompanying this application are assumed to be correct. If actual grade lines are not the same as shown, revised drawings showing correct grade lines, cuts and fills, and complete details of retaining walls and wall footings must be submitted to this department for approval.

ANY STIPULATION REQUIRED HEREIN OR BY CODE MAY BE APPEALED.

BUILDING NOT TO BE OCCUPIED UNTIL CERTIFICATE OF FINAL COMPLETION IS POSTED ON THE BUILDING OR PERMIT OF OCCUPANCY GRANTED, WHEN REQUIRED.

APPROVAL OF THIS APPLICATION DOES NOT CONSTITUTE AN APPROVAL FOR THE ELECTRICAL WIRING OR PLUMBING INSTALLATIONS. A SEPARATE PERMIT FOR THE WIRING AND PLUMBING MUST BE OBTAINED. SEPARATE PERMITS ARE REQUIRED IF ANSWER IS "YES" TO ANY IF ABOVE QUESTIONS (10) (11) (12) (13) (22) OR (24).

THIS IS NOT A BUILDING PERMIT. NO WORK SHALL BE STARTED UNTIL A BUILDING PERMIT IS ISSUED.

In dwellings, all insulating materials must have a clearance of not less than two inches from all electrical wires or equipment.

CHECK APPROPRIATE BOX
□ OWNER    □ ARCHITECT
□ LESSEE    □ AGENT
□ CONTRACTOR    □ ENGINEER

**APPLICANT'S CERTIFICATION**
I HEREBY CERTIFY AND AGREE THAT IF A PERMIT IS ISSUED FOR THE CONSTRUCTION DESCRIBED IN THIS APPLICATION, ALL THE PROVISIONS OF THE PERMIT AND ALL LAWS AND ORDINANCES THERETO WILL BE COMPLIED WITH.

REV 06/13

**NOTICE TO APPLICANT**

HOLD HARMLESS CLAUSE. The permittee(s) by acceptance of the permit, agree(s) to indemnify and hold harmless the City and County of San Francisco from and against any and all claims, demands and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco, and to assume the defense of the City and County of San Francisco in such claims, demands or actions.

In conformity with the provisions of Section 3800 of the Labor Code of the State of California, the applicant shall have worker's compensation coverage under (I) or (II) designated below, or shall indicate item (III), (IV), or (V), whichever is applicable. If however item (V) is checked, item (IV) must be checked as well. Mark the appropriate method of compliance below.

I hereby affirm under penalty of perjury of the following declarations:

( ) I.   I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) II.  I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier
Policy Number

( ) III. The cost of the work to be done is $100 or less.

( ) IV.  I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California. I further acknowledge that I understand that in the event that I should become subject to the worker's compensation provisions of the Labor Code of California and fail to comply forthwith with the provisions of Section 3800 of the Labor Code, that the permit herein applied for shall be deemed revoked.

(✗) V.   I certify as the owner (or the agent for the owner) that in the performance of the work for which this permit is issued, I will employ a contractor who complies with the worker's compensation laws of California and who, prior to the commencement of any work, will file a completed copy of this form with the Central Permit Bureau.

Signature of Applicant or Agent                    Date

OFFICE COPY

NOT FOR PUBLIC DISCLOSURE

SAN FRANCISCO

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

OFFICIAL COPY

## CONDITIONS AND STIPULATIONS

| REFER TO: | APPROVED: | DATE: |
|---|---|---|
| | *Matthew Ralls, DBI* | REASON: |
| | AUG 1 0 2018 | |
| | BUILDING INSPECTOR, DEPT. OF BLDG. INSP. | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | N/A | REASON: |
| | DEPARTMENT OF CITY PLANNING | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | BUREAU OF FIRE PREVENTION & PUBLIC SAFETY | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | MECHANICAL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | CIVIL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | BUREAU OF ENGINEERING | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | DEPARTMENT OF PUBLIC HEALTH | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | | REASON: |
| | REDEVELOPMENT AGENCY | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: |
| | FOR WORK STATED ONLY | REASON: |
| | 8/10/18 | |
| | HOUSING INSPECTION DIVISION | NOTIFIED MR. |

HOLD SECTION - NOTE DATES AND NAMES OF ALL PERSONS NOTIFIED DURING PROCESSING

I agree to comply with all conditions or stipulations of the various bureaus or departments noted on this application, and attached statements of conditions or stipulations, which are hereby made a part of this application.

Number of attachments ☐

OWNER'S AUTHORIZED AGENT

NOT FOR PUBLIC DISCLOSURE
OFFICIAL COPY
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY



**City and County of San Francisco**
**Department of Building Inspection**

**Mark Farrell, Mayor**
**Tom C. Hui, S.E., C.B.O., Director**

# PROPERTY OWNER'S PACKAGE

## Disclosures & Forms for Owner-Builders Applying for Construction Permits

*IMPORTANT!* NOTICE TO PROPERTY OWNER

Dear Property Owner:

An application for a building permit has been submitted in your name listing yourself as the builder of the property improvements specified at ____ *200 Naples St, SF* ____

We are providing you with an Owner-Builder Acknowledgment and Information Verification Form to make you aware of your responsibilities and possible risk you may incur by having this permit issued in your name as the Owner-Builder. **We will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form to us at our official address indicated.** An agent of the owner cannot execute this notice unless you, the property owner, obtain the prior approval of the permitting authority.

## OWNER'S ACKNOWLEDGMENT AND VERIFICATION OF INFORMATION

*DIRECTIONS: Read and initial each statement below to signify you understand or verify this information.*

____1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an "OwnerBuilder" building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

____2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

____3. I understand as an "Owner-Builder" I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

____4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

____5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

____6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

____7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

NOT FOR PUBLIC DISCLOSURE
SAN FRANCISCO
OFFICIAL COPY
FOR OFFICE USE ONLY

____8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

____9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

____10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

____11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

____12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**Before a building permit can be issued, this form must be completed and signed by the property owner and returned to the agency responsible for issuing the permit.** *Note: A copy of the property owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Signature of property owner _____    Date: 8/10/18

*Note: The following Authorization Form is required to be completed by the property owner only when designating an agent of the property owner to apply for a construction permit for the Owner-Builder.*

### AUTHORIZATION OF AGENT TO ACT ON PROPERTY OWNER'S BEHALF

Excluding the Notice to Property Owner, the execution of which I understand is my personal responsibility, I hereby authorize the following person(s) to act as my agent(s) to apply for, sign, and file the documents necessary to obtain an Owner-Builder Permit for my project.
Scope of Construction Project (or Description of Work): _____
Project Location or Address: _____
Name of Authorized Agent: _____ Tel No. _____
Address of Authorized Agent: _____

I declare under penalty of perjury that I am the property owner for the address listed above and I personally filled out the above information and certify its accuracy. *Note: A copy of the owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Property Owner's Signature: _____    Date: _____

**1660 Mission Street – San Francisco CA 94103**
**Office (415) 558-6088 – FAX (415) 558-6401**
**Website: www.sfdbi.org**

# Exhibit D

NOT FOR PUBLIC DISCLOSURE
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE

**APPROVED**
Dept. of Building Insp.

AUG 10 2013

*Tom C. Hui*
TOM C. HUI, S.E.
DIRECTOR
DEPT. OF BUILDING INSPECTION

BLDG.
FORM **3/8**

APPROVED FOR ISSUANCE

APPLICATION NUMBER
2018020007043

OSHA APPROVAL REC'D ☐
APPROVAL NUMBER

20164427[2], 2017 ...

## APPLICATION FOR BUILDING PERMIT
## ADDITIONS, ALTERATIONS OR REPAIRS

FORM 3 ☐ OTHER AGENCIES REVIEW REQUIRED
FORM 8 ☑ OVER-THE-COUNTER ISSUANCE
☑
NUMBER OF PLAN SETS

### CITY AND COUNTY OF SAN FRANCISCO
### DEPARTMENT OF BUILDING INSPECTION

APPLICATION IS HEREBY MADE TO THE DEPARTMENT OF BUILDING INSPECTION OF SAN FRANCISCO FOR PERMISSION TO BUILD IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS SUBMITTED HEREWITH AND ACCORDING TO THE DESCRIPTION AND FOR THE PURPOSE HEREINAFTER SET FORTH.

▼ DO NOT WRITE ABOVE THIS LINE ▼

| DATE FILED | FILING FEE RECEIPT NO. | (1) STREET ADDRESS OF JOB | BLOCK | LOT |
|---|---|---|---|---|
| | | 200 NAPLES ST. | 6000 | 001 |

| PERMIT NO. | ISSUED | (2A) ESTIMATED COST OF JOB | (2B) REVISED COST: |
|---|---|---|---|
| 9471086 | 08/10/2018 | 25,000 | BY $36,000 all done 8/10/18 |

### INFORMATION TO BE FURNISHED BY ALL APPLICANTS
### LEGAL DESCRIPTION OF EXISTING BUILDING

| (4A) TYPE OF CONSTR. | (5A) NO. OF STORIES OF OCCUPANCY: | (6A) NO. OF BASEMENTS AND CELLARS: | (7A) PRESENT USE: | (8A) OCCUP. CLASS | (9A) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| V | 2 | 1 | RESIDENTIAL SINGLE | R3 | 1 |

### DESCRIPTION OF BUILDING AFTER PROPOSED ALTERATION

| (4) TYPE OR CONSTR. | (5) NO. OF STORIES OF OCCUPANCY: | (6) NO. OF BASEMENTS AND CELLARS: | (7) PROPOSED USE (LEGAL USE) | (8) OCCUP. CLASS | (9) NO. OF DWELLING UNITS: |
|---|---|---|---|---|---|
| V | 2 | 1 | SINGLE FAMILY RES. | R3 | 1 |

| (10) IS AUTO RUNWAY TO BE CONSTRUCTED OR ALTERED? | YES ☐ NO ☐ | (11) WILL STREET SPACE BE USED DURING CONSTRUCTION? | YES ☐ NO ☑ | (12) ELECTRICAL WORK TO BE PERFORMED? | YES ☑ NO ☐ | (13) PLUMBING WORK TO BE PERFORMED? | YES ☑ NO ☐ |

| (14) GENERAL CONTRACTOR | ADDRESS | | PHONE | CALIF. LIC. NO. | EXPIRATION DATE |
|---|---|---|---|---|---|
| OWNER BUILDER | | | | | |

| (15) OWNER - LESSEE (CROSS OUT ONE) | ADDRESS | ZIP | BTRC# | PHONE (FOR CONTACT BY DEPT.) |
|---|---|---|---|---|
| G.L. BLOCK INV. COV. | PO BOX 523 BYRON 94514 | | | 925-325-3811 |

(16) WRITE IN DESCRIPTION OF ALL WORK TO BE PERFORMED UNDER THIS APPLICATION (REFERENCE TO PLANS IS NOT SUFFICIENT)

KITCHEN & BATH CABINETS, PAINT, DRYWALL, FLOORING
AND TO COMPLY WITH VIOLATION NOTICE 20172[24]5

### ADDITIONAL INFORMATION

| (17) DOES THIS ALTERATION CREATE ADDITIONAL HEIGHT OR STORY TO BUILDING? | YES ☐ NO ☑ | (18) IF (17) IS YES, STATE NEW HEIGHT AT CENTER LINE OF FRONT | (19) DOES THIS ALTERATION CREATE OR CH. HORIZ. EXTENSION TO BUILDING? | YES ☐ NO ☑ | (20) IF (19) IS YES, STATE NEW GROUND FLOOR AREA | 050 SQ. FT. |
|---|---|---|---|---|---|---|
| (21) WILL SIDEWALK OVER SUB-SIDEWALK SPACE BE REPAIRED OR ALTERED? | YES ☐ NO ☑ | (22) WILL BUILDING EXTEND BEYOND PROPERTY LINE? | (23) ANY OTHER EXISTING BLDG. ON LOT? (IF YES, SHOW ON PLOT PLAN) | YES ☐ NO ☑ | (24) DOES THIS ALTERATION CONSTITUTE A CHANGE OF OCCUPANCY? | YES ☐ NO ☑ |
| (25) ARCHITECT or ENGINEER (DESIGN ☐ CONSTRUCTION ☐) | ADDRESS | | CALIF. CERTIFICATE NO. | | | |

(26) CONSTRUCTION LENDER (ENTER NAME AND BRANCH DESIGNATION IF ANY. IF THERE IS NO KNOWN CONSTRUCTION LENDER, ENTER "UNKNOWN")    ADDRESS

### IMPORTANT NOTICES

No change shall be made in the character of the occupancy or use without first obtaining a Building Permit authorizing such change.  See San Francisco Building Code and San Francisco Housing Code.

No portion of building or structure or scaffolding used during construction is to be closer than 6'0" to any wire containing more than 750 volts.  See Sec 385, California Penal Code.

Pursuant to San Francisco Building Code, the building permit shall be posted on the job.  The owner is responsible for approved plans and application being kept at building site.

Grade lines are shown on drawings accompanying this application are assumed to be correct.  If actual grade lines are not the same as shown, revised drawings showing correct grade lines, cuts and fills, and complete details of retaining walls and wall footings must be submitted to this department for approval.

ANY STIPULATION REQUIRED HEREIN OR BY CODE MAY BE APPEALED.

BUILDING NOT TO BE OCCUPIED UNTIL CERTIFICATE OF FINAL COMPLETION IS POSTED ON THE BUILDING OR PERMIT OF OCCUPANCY GRANTED, WHEN REQUIRED.

APPROVAL OF THIS APPLICATION DOES NOT CONSTITUTE AN APPROVAL FOR THE ELECTRICAL WIRING OR PLUMBING INSTALLATIONS. A SEPARATE PERMIT FOR THE WIRING AND PLUMBING MUST BE OBTAINED. SEPARATE PERMITS ARE REQUIRED IF ANSWER IS "YES" TO ANY OF ABOVE QUESTIONS (10) (11), (12) (13) (22) OR (24).

THIS IS NOT A BUILDING PERMIT. NO WORK SHALL BE STARTED UNTIL A BUILDING PERMIT IS ISSUED.

In dwellings, all insulating materials must have a clearance of not less than two inches from all electrical wires or equipment.

CHECK APPROPRIATE BOX
☐ OWNER          ☐ ARCHITECT
☐ LESSEE          ☐ AGENT
☐ CONTRACTOR    ☐ ENGINEER

### NOTICE TO APPLICANT

HOLD HARMLESS CLAUSE.  The permittee(s) by acceptance of the permit, agree(s) to indemnify and hold harmless the City and County of San Francisco from and against any and all claims, demands and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco, and to assume the defense of the City and County of San Francisco against all such claims, demands or actions.

In conformity with the provisions of Section 3800 of the Labor Code of the State of California, the applicant shall have worker's compensation coverage under (I) or (II) designated below, or shall indicate item (III), (IV), or (V), whichever is applicable.  If however item (V) is checked, item (IV) must be checked as well.  Mark the appropriate method of compliance below.

I hereby affirm under penalty of perjury one of the following declarations.

( ) I.   I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) II.  I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.  My worker's compensation insurance carrier and policy number are:

Carrier _____
Policy Number _____

( ) III. The cost of the work to be done is $100 or less.

( ) IV.  I certify that in the performance of work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California. I further acknowledge that I understand that in the event that I should become subject to the worker's compensation provisions of the Labor Code of California and fail to comply forthwith with the provisions of Section 3800 of the Labor Code, that the permit herein applied for shall be deemed revoked.

(✓) V.   I certify as the owner (or the agent for the owner) that in the performance of the work for which this permit is issued, I will employ a contractor who complies with the worker's compensation laws of California and who, prior to the commencement of any work, will file a completed copy of this form with the Central Permit Bureau.

Signature of Applicant or Agent _____    Date _____

### APPLICANT'S CERTIFICATION

I HEREBY CERTIFY AND AGREE THAT IF A PERMIT IS ISSUED FOR THE CONSTRUCTION DESCRIBED IN THIS APPLICATION, ALL THE PROVISIONS OF THE PERMIT AND ALL LAWS AND ORDINANCES THERETO WILL BE COMPLIED WITH.

REV 06/13

OFFICE COPY

## CONDITIONS AND STIPULATIONS

NOT FOR PUBLIC DISCLOSURE
SAN FRANCISCO
OFFICIAL COPY
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

| REFER TO: | APPROVED: | | DATE: AUG 1 0 2018 |
|---|---|---|---|
| | Matthew Ralls, DBI | | REASON: |
| | AUG 1 0 2018 | | OK To process |
| | | BUILDING INSPECTOR, DEPT. OF BLDG. INSP. | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | DEPARTMENT OF CITY PLANNING | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | BUREAU OF FIRE PREVENTION & PUBLIC SAFETY | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | MECHANICAL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | CIVIL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | BUREAU OF ENGINEERING | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | DEPARTMENT OF PUBLIC HEALTH | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | | | REASON: |
| | | REDEVELOPMENT AGENCY | NOTIFIED MR. |

| | APPROVED: | | DATE: |
|---|---|---|---|
| ☐ | FOR WORK STATED ONLY | 8/10/18 | REASON: |
| | | HOUSING INSPECTION DIVISION | NOTIFIED MR. |

HOLD SECTION - NOTE DATES AND NAMES OF ALL PERSONS NOTIFIED DURING PROCESSING

I agree to comply with all conditions or stipulations of the various bureaus or departments noted on this application, and attached statements of conditions or stipulations, which are hereby made a part of this application.

Number of attachments ☐

_____
OWNER'S AUTHORIZED AGENT

NOT FOR PUBLIC DISCLOSURE

OFFICIAL COPY

DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

**City and County of San Francisco**
**Department of Building Inspection**



**Mark Farrell, Mayor**
**Tom C. Hui, S.E., C.B.O., Director**

# PROPERTY OWNER'S PACKAGE
## Disclosures & Forms for Owner-Builders Applying for Construction Permits

*IMPORTANT!* NOTICE TO PROPERTY OWNER

Dear Property Owner:

An application for a building permit has been submitted in your name listing yourself as the builder of the property improvements specified at _____ 200 NAPLES ST. SF _____.

We are providing you with an Owner-Builder Acknowledgment and Information Verification Form to make you aware of your responsibilities and possible risk you may incur by having this permit issued in your name as the Owner-Builder. **We will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form to us at our official address indicated.** An agent of the owner cannot execute this notice unless you, the property owner, obtain the prior approval of the permitting authority.

## OWNER'S ACKNOWLEDGMENT AND VERIFICATION OF INFORMATION
*DIRECTIONS: Read and initial each statement below to signify you understand or verify this information.*

_____1. I understand a frequent practice of unlicensed persons is to have the property owner obtain an "OwnerBuilder" building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

_____2. I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

_____3. I understand as an "Owner-Builder" I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

_____4. I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

_____5. I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

_____6. I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

_____7. I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

**1660 Mission Street – San Francisco CA 94103**
**Office (415) 558-6088 – FAX (415) 558-6401**
**Website: www.sfdbi.org**

NOT FOR PUBLIC DISCLOSURE
SAN FRANCISCO
OFFICIAL COPY

_____8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

_____9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

_____10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

_____11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

_____12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**Before a building permit can be issued, this form must be completed and signed by the property owner and returned to the agency responsible for issuing the permit.** *Note: A copy of the property owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Signature of property owner _____    Date: _8/10/19_

*Note: The following Authorization Form is required to be completed by the property owner only when designating an agent of the property owner to apply for a construction permit for the Owner-Builder.*

## AUTHORIZATION OF AGENT TO ACT ON PROPERTY OWNER'S BEHALF

Excluding the Notice to Property Owner, the execution of which I understand is my personal responsibility, I hereby authorize the following person(s) to act as my agent(s) to apply for, sign, and file the documents necessary to obtain an Owner-Builder Permit for my project.

Scope of Construction Project (or Description of Work): _____

Project Location or Address: _____

Name of Authorized Agent: _____  Tel No. _____

Address of Authorized Agent: _____

I declare under penalty of perjury that I am the property owner for the address listed above and I personally filled out the above information and certify its accuracy. *Note: A copy of the owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Property Owner's Signature: _____  Date: _____

Exhibit E

**City and County of San Francisc**
**Department of Building Inspection**
**49 South Van Ness Ave, Suite 400**
**San Francisco, CA 94103-1226**

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER : 201895477

OWNER/AGENT:   LAU FRANCIS
LAU FRANCIS

1023 GILMAN DR
DALY CITY CA

94015

**DATE FILED:** 01-OCT-18

**LOCATION:** 200   NAPLES        ST

**BLOCK:** 6008    **LOT:** 001

**SITE:**

**RATING:**                    **OCCUPANCY CODE**

**RECEIVED BY:** OHUANG **DIVISION:** BID

**COMPLAINT SOURCE:** WEB FORM

**ASSIGNED TO DIVISION:** CES

OWNER'S PHONE
CONTACT NAME ********
CONTACT PHONE ********

COMPLAINANT: ********
******** ********

******** 

COMPLAINANT'S PHONE ********

**DESCRIPTION:**   date last observed: 30-SEP-18;   time last observed: 10:00am;   exact location: Main Bldg;   building type: Residence/Dwelling   WORK W/O PERMIT; WORK BEYOND SCOPE OF PERMIT; ;   additional information: A few new structure with windows at roof. ;
**INSTRUCTIONS:**

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|---|---|---|---|---|
| CES | HINCHION | 1125 | | |

## *REFFERAL INFORMATION*

| DATE | REFERRED BY | TO | COMMENT |
|---|---|---|---|
| 19-OCT-18 | Suzanna Wong | CES | Referred to CES per Philip Saunders. |

## *COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 01-OCT-18 | CASE OPENED | P SAUNDERS | CASE RECEIVED | | Olive Huang 01-OCT-18 | INS |
| 01-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | Case reviewed, to be investigated by district inspector. cm/oh | Olive Huang 01-OCT-18 | INS |
| 02-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | site investigation revealed extensive work beyond scope of permit, notice of violation to follow. | Philip Saunders 02-OCT-18 | BID |
| 03-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | FIRST NOV SENT | 1st NOV issued per P.Saunders. slw | Suzanna Wong 03-OCT-18 | BID |
| 03-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | 1st NOV mailed and cc'd EID and PID per PSaunders. slw | Suzanna Wong 03-OCT-18 | BID |

**City and County of San Francisco**
**Department of Building Inspection**
**49 South Van Ness Ave, Suite 400**
**San Francisco, CA 94103-1226**

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER :  201895477

*COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 03-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | made site visit and gave NOV to workers onsite, obtained access and observed additional extensive interior demolition and construction beyond scope of permit. | Philip Saunders 03-OCT-18 | BID |
| 18-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | FINAL WARNING LETTER SENT | advise ced of new owner | Philip Saunders 18-OCT-18 | BID |
| 19-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | Final warning send to owner per property profile. Also send to new owner. Refer to CED. Advise of new ownership. | Suzanna Wong 19-OCT-18 | BID |
| 19-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | Final Warning letter mailed to owner on property profile. Also sent to new owner new owner: Patrick Gallagher/GC Block Investment - P.O.Box 523, Byron, CA 94514 per P. Saunders. slw | Suzanna Wong 19-OCT-18 | BID |
| 19-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | REFERRED TO OTHER DIV | Referred to CES per P.Saunders. slw | Suzanna Wong 19-OCT-18 | BID |
| 22-OCT-18 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE RECEIVED | Case to be review by CES Sr. Inspector - AKW | Melissa Reyes 22-OCT-18 | CES |
| 25-OCT-18 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | REFER TO DIRECTOR'S HEARING | Scheduled for DH on 11/20/2018 | Mike Chung 25-OCT-18 | CES |
| 29-OCT-18 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | Prep DH package and cert mail DH package-jp | Jennie Pham 30-OCT-18 | CES |
| 31-OCT-18 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | DIRECTOR HEARING NOTICE POSTED | Posted Notice of DH | Mike Chung 01-NOV-18 | CES |
| 20-NOV-18 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | CASE CONTINUED | Case continued per Email on 11/16/2018 | Mike Chung 20-NOV-18 | CES |
| 06-DEC-18 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | Prep contd DH notice and mailed-jp | Jennie Pham 06-DEC-18 | CES |
| 08-JAN-19 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | CASE UPDATE | MMF 10/03/2018 to 01/08/2019 (3 months) | Mike Chung 09-JAN-19 | CES |
| 08-JAN-19 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | ORDER OF ABATEMENT ISSUED | Issue O of A | Mike Chung 09-JAN-19 | CES |
| 11-JAN-19 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | Prep OOA initial, 3mmf-jp | Jennie Pham 11-JAN-19 | CES |

City and County of San Francisc
Department of Building Inspection
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :   201895477**

*COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 14-JAN-19 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE UPDATE | Cert mail OOA initial, mmf-jp | Jennie Pham 14-JAN-19 | CES |
| 16-JAN-19 | OTHER BLDG/HOUSING VIOLATION | M CHUNG | ORDER OF ABATEMENT POSTED | O of A posted | Mike Chung 16-JAN-19 | CES |
| 01-APR-19 | OTHER BLDG/HOUSING VIOLATION | E GREENE | CASE UPDATE | posted 5 day lien notice eg | Edward Greene 01-APR-19 | CES |
| 31-JAN-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | site visit with BID , a correction notice was issued. 1-document change of window size visible from street,2- upstairs bedroom windows do not meet egress req., 3- property line windows approved under AB 009 do not meet req. need to be fixed and 45min rated, 4- Fire rate under side of stairs leading to 2nd floor, 5- construct lower level a per approve plans, remove kitchen, 6- remove and cap services to furnace lower level, 7 document ceiling height lower level. Owner was advised that NOV's will remain open until all permits are corrected and final.MH | | |
| 11-FEB-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | Office visit by owner. Plans were reviewed with owner and senior inspector KB. MH advise owner to review requirements of AB-009 and work with plans check in regards concerns with 45m rated windows on property line. ground floor scope of work was also reviewed and propose that if owner wishes to continue to pursue the ADU permit, then scope of PA  202107023726 can be final in conjunction with ADU PA202108096049. Or owner can work on correction notice provided by senior KB to correct all items and comply with Pa202107023726 and remove and return kitchen area to storage, correct windows under Ab-009 and obtain plumbing permits for all pluming work required to be corrected to convert ground floor to approved conditions under PA20180183586. Mh | | |
| 24-OCT-24 | OTHER BLDG/HOUSING VIOLATION | J HINCHION | CASE ABATED | All work complete. CFC # 202410042355 issued on 10/22/24.  All outstanding fees waived per settlement agreement made by Deputy Director Matthew Greene in US District Court. Revocation sent to Assessor Recorder's Office. | Charles Robinson 24-OCT-24 | CES |

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :**   **201895477**

## *COMPLAINT ACTION BY DIVISION*

| DIVISION DATE | DESCRIPTION | ACTION COMMENT |
|---|---|---|

| NOV (HIS) | NOV (BID) |
|---|---|
| | 03-OCT-18 |

# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**     **NOTICE:** 1     **NUMBER:** 201895477
City and County of San Francisco                                              **DATE:** 03-OCT-18
49 South Van Ness Ave, Suite 400 San Francisco, CA
FOR OFFICE USE ONLY
**ADDRESS:** 200 NAPLES ST
**OCCUPANCY/USE:** R-3 (RESIDENTIAL- 1 & 2 UNIT DWELLINGS,TOWNHOUSES **BLOCK:** 6008     **LOT:** 001

☐ If checked, this information is based upons site-observation only.  Further research may indicate that legal use is different.  If so, a revised Notice of Violation
will be issued.

**OWNER/AGENT:** LAU FRANCIS                                         **PHONE #:** --
**MAILING**          LAU FRANCIS
**ADDRESS**          1023 GILMAN DR
                     DALY CITY CA
                                      94015

**PERSON CONTACTED @ SITE:** LAU FRANCIS                         **PHONE #:** --

# VIOLATION DESCRIPTION:

|  | CODE/SECTION# |
|---|---|
| ☐ **WORK WITHOUT PERMIT** | 103A 106A.1 |
| ☑ **ADDITIONAL WORK-PERMIT REQUIRED** | 106A.4.7 |
| ☐ **EXPIRED OR** ☐ **CANCELLED PERMIT  PA#:** | 106A.4.4 |
| ☑ **UNSAFE BUILDING**    ☐ **SEE ATTACHMENTS** | 102A |

Site investigation revealed that building has been gutted and construction in progress of multiple dormers without proper permits and
inspections. Work is beyond scope of PA201808107075, 201808107063 and does not have Planning Dept approval. Debris pile in
backyard is leaning on neighbor's building. Code/Section: SFBC 106A.4.7, 102A

# CORRECTIVE ACTION:

☑ **STOP ALL WORK SFBC 104A.2.4**                                    628-652-3608

☑ **FILE BUILDING PERMIT WITHIN 5 DAYS**       ☑ **(WITH PLANS)** A copy of This Notice Must Accompany the Permit Application
☑ **OBTAIN PERMIT WITHIN 10 DAYS AND COMPLETE ALL WORK WITHIN 90 DAYS, INCLUDING FINAL INSPECTION
AND SIGN OFF.**
☑ **CORRECT VIOLATIONS WITHIN 90 DAYS.**          ☐ **NO PERMIT REQUIRED**
☐ YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED  , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.

● **FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.**
   **SEE ATTACHMENT FOR ADDITIONAL WARNINGS.**

Obtain permits and inspections for all work for which permits are required including corresponding Plumbing and Electrical permits.
Obtain Planning Dept approval for work. Remove debris from site and secure properly.
**INVESTIGATION FEE OR OTHER FEE WILL APPLY**
☐ 9x FEE (WORK W/O PERMIT AFTER  9/1/60)      ☑ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)
                                                                         ☐ NO PENALTY
☐ OTHER:                                ☐ REINSPECTION FEE $              (WORK W/O PERMIT PRIOR TO 9/1/60)
**APPROX. DATE OF WORK W/O PERMIT**           **VALUE OF WORK PERFORMED W/O PERMITS $**

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECT**
CONTACT INSPECTOR:  Philip  Saunders
PHONE #  628-652-3608               DIVISION:  BID          DISTRICT : 12
By:(Inspectors's Signature) _____

# NOTICE OF VIOLATION

### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy

Pursuant to SFBC 107.5 and 106.4.7 investigation fees are charged for work begun or performed without permits or for Work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance, at 49 South Van Ness Ave., Suite 1475 (14th Floor). (628) 652-1150

**WARNING:** Failure to take immediate action as required to correct the above violations will result in abatement proceedings by the Department of Building Inspection. **If an Order of Abatement is recorded against this property, the owner will be billed or the property will be liened for all costs incurred in the code enforcement process from the posting of the first "Notice of Violation" until all costs are paid,** SFBC 102.2 & 110.

**WARNING:** Section 204 of the San Francisco Housing Code provides for immediate fines of $100 for each instance of initial non-compliance, followed by $200 fines per violation for the second instance of non-compliance, up to a maximum of $7,500 per building. This section also provides for issuance of a criminal charge as a misdemeanor for each violation, resulting in fines of not less than $1,000 per day or six months' imprisonment or both.

**WARNING:** Anyone who derives rental income from housing determined by the Department of Building Inspection to be substandard cannot deduct from state personal income tax and bank and corporate income tax interest, depreciation or taxes attributable to such substandard structure. If correction work is not completed or being diligently, expeditiously and continuously prosecuted after six (6) months from the date of this notice, notification will be sent to the Franchise Tax Board as provided in Section 17264(6) of the Revenue and Taxation Code.

**WARNING:** Section 103 of the San Francisco Building Code provides for civil fines of up to $500 per day for any person who violates, disobeys, omits, neglects or refuses to comply with or opposes the execution of any provisions of this code. This section also provides for misdemeanor fines, if convicted, of up to $500 and/or imprisonment up to six months for each separate offense for every day such offense occurs.

De acuerdo a las Secciones 107.5 y 106.4.7 del Código de Construcción de Edificios de San Francisco, gastos de investigación serán cobrados por trabajo empezado o realizado sin los debidos permisos o por trabajo que exceda el límite estipulado en los permisos. Dichos cobros pueden ser apelados ante la Junta de Apelaciones de Peimisos (Board of Permit Appeals) dentro de los primeros quince días de haberse obtenido el permiso. Las apelaciones se hacen en el 49 South Van Ness Ave., Suite 1475 (14th Floor), telefono (628) 652-1150.

ADVERTENCIA: Si no cumple con las acciones immediatas requeridas para corregir las infracciones, el Departamento de Inspección de Edificios tendra el derecho de iniciar el proceso de mitigación. Si una Orden de Mitigación es registrada contra dicha propiedad, los gastos incurridos durante el proceso de aplicación del código, desde la primera puesta del Aviso de Infracción hasta que todos los gastos esten pagados, se le cobraran al dueno del edificio o la propiedad sera embargada para recuperar dichos gastos. Referencia a la Sección 102.2 y 110 del Código de Construcción de Edificios.

ADVERTENCIA: La Sección 204 del Código de Vivienda de San Francisco permite que se multe inmediatamente $100 por cada primer caso de inconformidad, seguida por una multa de $200 por cada segunda infracción de inconformidad, aumentando hasta un maximo de $7,500 por cada edificio. Esta Sección tambien permite obtener cargos criminales como delito menor, resultando en multas de no menos de $1,000 diarios ó 6 meses de encarcelamiento o ambas sanciones.

ADVERTENCIA: La Sección tambien recibe renta:por una vivienda que haya sido declarada que no satisface las normas requeridas por el Departamento de Inspección de.Edificios, no puede deducir del estado intereses personales, de banco o empresa, depreciación o taxes atribuidos sobre dicha estructura. Si el trabajo de reparación no se termina o esta diligentemente, rapidamente y contua.mente acusado despues de seis(c) meses de la fecha de este aviso, se le enviara una notificación a la Junta de Concesión de Impuestos (Franchise Tax Board) de acuerdo a la Sección 1264(c) del Código de Ingresos e Impuestos (Revenue and Taxation Code).

ADVERTENCIA: La Sección 103 del Código de Edicios de San Francisco impone multas civiles hasta de $500 porcada dia a cualquier persona que infrinja, desobedezca, omita, descuide, rehusa cumplir, resiste o se opone a la ejecución de las provisiones de este código. Esta sección tambien impone multas per delito menor, si es declarado culpable, de hasta $500 o encarcelamiento de hasta 6 meses, o ambas sanciones, por cada una de Jas ofensas y por cada día que dicha ofensa occura.

根據《三藩市建築法規》(簡稱 SFBC) 第 107.5 項和106.4.7項條款的約定。對沒有許可証就已開始的工程而改正在進行的工程、或者超過許可範圍的工程，將收取投資費。當事人可以在許可証發出日起 15 天之內，向建築可以向辦可上訴委員會提出上訴。該委員會 地址在 South Van Ness 街 49 號14 樓。電話：(628) 652-1150。

警告：如不按照要求立即來取行動、以糾正上述違反行為，將導致屋宇檢查局針對到到糾制正程序的執行。倘對此房地產設置的強制糾正程序令一經在市府備案，則自追查通知强點日期的各項目此証正程序令有關的費用，將向屋地產主索賠，或將採地產扣押，直至付清各項費用。請參閱《三藩市建築法規》第 102.2 項和第 110 項條款。

警告：《三藩市房屋法規》(即 SFHC) 第204(b) 項條款規定：對每一違章初犯者立即即課罰款 100 元。二次違犯者罰款 200 元，每幢房宇的最高罰款可達 7,500 元。此項法規還規定對每一違章惯罪者可提出刑事控告，每日最高罰款可達 1,000 元，或/和監禁六個月。

警告：任何人須通過出租房維持收入、而該房屋已被建築署查局定為低於規定標準者。不能使加州個人所得稅、銀行和公司所得利息、以及與該低於規定標準的結構有關的折扣或抵款中扣除損稅。如果在此屬告公布六個月後、改正工程沒有完成，或者沒有積極、迅速而地道繼續行，我們將根據《國家稅收法規》(即 Revenue & Taxation Code) 第 1264 (c) 項條款，向加州税務委員會 (The Franchise Tax Board)。

警告：《三藩市建築法規》第 103 項條款規定：對於任何違反、不服從、疏忽、忽畧、或拒絕遵照此法規者，或者抵制、反對實施此法規中的任何條款的個人，將付最高 500 元的民事間款。此法規還規定對違法違者，如果被定罪，對每天所發生的、每一早獨的犯法行為，將付下高達 500 元的罰款，和/或者監禁六個月。

Exhibit F

**City and County of San Francisco**
**Department of Building Inspection**
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :  201897941**

OWNER/AGENT:  LAU FRANCIS
LAU FRANCIS

1023 GILMAN DR
DALY CITY CA

94015

OWNER'S PHONE
CONTACT NAME  ********
CONTACT PHONE  ********

COMPLAINANT:  ********
******** ********

******** 

COMPLAINANT'S PHONE  ********

**DATE FILED:** 12-OCT-18

**LOCATION:** 200  NAPLES      ST

**BLOCK:** 6008    **LOT:** 001

**SITE:**

**RATING:**                    **OCCUPANCY CODE**

**RECEIVED BY:** Bonnie Kim  **DIVISION:** BID

**COMPLAINT SOURCE:** 311 INTERNET REFERRAL

**ASSIGNED TO DIVISION:** BID

**DESCRIPTION:** Correct address should be 200 Naples instead of 218 Naples. Customer suspects contractors working at this address do not have proper permits and have a dumpster truck parked partially on sidewalk and is blocking pedestrian ROW. The dumpster also nearly sideswiped parked vehicles. The contractors have been working here for three months and are constantly in violation or causing some sort of disturbance - working before 5am, parking per sonal vehicles on the street without permits, etc  (311 SR 9642900) Lot of noise and garbage debris in the air. Nails found on grounds dirty. Workers start early and finish up late evenings. Neighbor hood is complaining. (311 SR 964920)
**INSTRUCTIONS:** reference: CTS 201897582

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|----------|-----------|-----|----------|----------|
| BID | SAUNDERS | 6344 | 12 | |

## REFFERAL INFORMATION

| DATE | REFERRED BY | TO | COMMENT |
|------|-------------|-----|---------|
| | | | |

## COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 12-OCT-18 | CASE OPENED | T KEANE | CASE RECEIVED | | Bonnie Kim 12-OCT-18 | BID |
| 12-OCT-18 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | case reviewed, assigned to complaint team. Address should be 200 Naples instead of 218 Naples as stated on 311. bk for mh | Bonnie Kim 12-OCT-18 | BID |
| 12-OCT-18 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | Refer to district inspector. PA's 201808107075 and 201808107063 have been issued. tdk. | Thomas Keane 12-OCT-18 | BID |
| 15-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | Case referred to district inspector per TKD. slw | Suzanna Wong 15-OCT-18 | BID |

City and County of San Francisco
Department of Building Inspection
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER :   201897941

*COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 16-OCT-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE CLOSED | permits issued. | Michael Gunnell 16-OCT-18 | BID |

*COMPLAINT ACTION BY DIVISION*

| DIVISION | DATE | DESCRIPTION | ACTION COMMENT |
|----------|------|-------------|----------------|

NOV (HIS)       NOV (BID)

# Exhibit G



NOT FOR PUBLIC DISCLOSURE
SAN FRANCISCO
DEPARTMENT OF BUILDING INSPECTION
OFFICIAL COPY
FOR OFFICIAL USE ONLY

APPROVED
Dept. of Building Inspection
JUN 11 2019

JUN 07 2019 — APPROVED FOR ISSUANCE

BLDG. FORM 3/8

APPLICATION NUMBER 2018-1019-3536

OSHA APPROVAL NUMBER
APPROVAL REC'D NUMBER

2018 96161 EID
2018 95477 BID
2017 1241 BID
2016 44272 HIS

## APPLICATION FOR BUILDING PERMIT
### ADDITIONS, ALTERATIONS OR REPAIRS

FORM 3 ☐ OTHER AGENCIES REVIEW REQUIRED

FORM 8 ☑ OVER-THE-COUNTER ISSUANCE

_2_ NUMBER OF PLAN SETS

### CITY AND COUNTY OF SAN FRANCISCO
### DEPARTMENT OF BUILDING INSPECTION

APPLICATION IS HEREBY MADE TO THE DEPARTMENT OF BUILDING INSPECTION OF SAN FRANCISCO FOR PERMISSION TO BUILD IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS SUBMITTED HEREWITH AND ACCORDING TO THE DESCRIPTION AND FOR THE PURPOSE HEREINAFTER SET FORTH.

▼ DO NOT WRITE ABOVE THIS LINE ▼

| DATE FILED 10/25/18 | FILING FEE RECEIPT # 18/096 26 | (1) STREET ADDRESS OF JOB 200 NAPLES ST | BLOCK & LOT 6008 / 001 |
| PERMIT NO. 1502025 | ISSUED JUN 11 2019 | (27) ESTIMATED COST OF JOB $4,005 | (28) REVISED COST: $100,000 8/6 |

### INFORMATION TO BE FURNISHED BY ALL APPLICANTS

#### LEGAL DESCRIPTION OF EXISTING BUILDING

| (4A) TYPE OF CONSTR. FLEWOOD | (5A) NO. OF STORIES OF OCCUPANCY: 2 | (6A) NO. OF BASEMENTS AND CELLARS: 1 | (7A) PRESENT USE: RESIDENTIAL SFD | (8A) OCCUP. CLASS DWLG FM | (9A) NO. OF DWELLING UNITS 1 |

#### DESCRIPTION OF BUILDING AFTER PROPOSED ALTERATION

| (4) TYPE OF CONSTR. 5 | (5) NO. OF STORIES OF OCCUPANCY: 2 | (6) NO. OF BASEMENTS AND CELLARS: 1 | (7) PROPOSED USE (LEGAL USE) SFD | (8) OCCUP. CLASS R3 | (9) NO. OF DWELLING UNITS 1 |

| (10) IS AUTO RUNWAY TO BE CONSTRUCTED OR ALTERED? YES ☐ NO ☑ | (11) WILL STREET SPACE BE USED DURING CONSTRUCTION? YES ☐ NO ☑ | (12) ELECTRICAL WORK TO BE PERFORMED? YES ☐ NO ☑ | (13) PLUMBING WORK TO BE PERFORMED? YES ☐ NO ☑ |

| (14) GENERAL CONTRACTOR OWNER | ADDRESS | ZIP | PHONE | CALIF. LIC. NO. | EXPIRATION DATE |

| (15) OWNER - LESSEE (CROSS OUT ONE) A.L. BLOCK TRU. | ADDRESS PO BOX 573 | ZIP BYRON 94514 | BTRC# | PHONE (FOR CONTACT BY DEPT.) 925-325-3911 |

(16) WRITE IN DESCRIPTION OF ALL WORK TO BE PERFORMED UNDER THIS APPLICATION (REFERENCE TO PLANS IS NOT SUFFICIENT)
To comply with NOV 201895477
— remodel 4 dormers and 2 to effect SIDE
— STRUCTURAL STRENGTHENING INCLUDE REMOVAL & REPLACING THE
— DEMO EXISTING LAUNDRY — @ 2 nd FLOOR FLOOR FRAMING

### ADDITIONAL INFORMATION

| (17) DOES THIS ALTERATION CREATE ADDITIONAL HEIGHT OR STORY TO BUILDING? YES ☐ NO ☑ | (18) IF (17) IS YES, STATE NEW HEIGHT AT CENTER LINE OF FRONT | (19) DOES THIS ALTERATION CREATE OR CHANGE EXTENSION TO BUILDING? YES ☐ NO ☑ | (20) IF (19) IS YES, STATE NEW GROUND FLOOR AREA SQ. FT. |
| (21) WILL SIDEWALK OVER SUB-SIDEWALK SPACE BE REPAIRED OR ALTERED? YES ☐ NO ☑ | (22) WILL BUILDING EXTEND BEYOND PROPERTY LINE? YES ☐ NO ☑ | (23) ANY OTHER EXISTING BLDG. ON LOT? IF YES, SHOW ON PLOT PLAN YES ☐ NO ☑ | (24) DOES THIS ALTERATION CONSTITUTE A CHANGE OF OCCUPANCY? YES ☐ NO ☑ |

| (25) ARCHITECT OR ENGINEER (DESIGN ☐ CONSTRUCTION ☐) BILL MACPHEE | ADDRESS | CALIF. CERTIFICATE NO. |

(26) CONSTRUCTION LENDER (ENTER NAME AND BRANCH DESIGNATION IF ANY.    ADDRESS
IF THERE IS NO KNOWN CONSTRUCTION LENDER, ENTER "UNKNOWN")

#### IMPORTANT NOTICES

No change shall be made in the character of the occupancy or use without first obtaining a Building Permit authorizing such change. See San Francisco Building Code and San Francisco Housing Code.

No portion of building or structure or scaffolding used during construction is to be closer than 6'0" to any wire containing more than 750 volts. See Sec 385, California Penal Code.

Pursuant to San Francisco Building Code, the building permit shall be posted on the job. The owner is responsible for approved plans and application being kept at building site.

Grade lines as shown on drawings accompanying this application are assumed to be correct. If actual grade lines are not the same as shown, revised drawings showing correct grade lines, cuts and fills, and complete details of retaining walls and wall footings must be submitted to this department for approval.

ANY STIPULATION REQUIRED HEREIN OR BY ORDER OF CODE MAY BE APPEALED.

BUILDING NOT TO BE OCCUPIED UNTIL CERTIFICATE OF FINAL COMPLETION IS POSTED ON THE BUILDING OR PERMIT OF OCCUPANCY GRANTED, WHEN REQUIRED.

APPROVAL OF THIS APPLICATION DOES NOT CONSTITUTE AN APPROVAL FOR THE ELECTRICAL WIRING OR PLUMBING INSTALLATIONS. A SEPARATE PERMIT FOR THE WIRING AND PLUMBING MUST BE OBTAINED. SEPARATE PERMITS ARE REQUIRED IF ANSWER IS "YES" TO ANY OF ABOVE QUESTIONS (10) (11) (12) (13) (22) OR (24).

THIS IS NOT A BUILDING PERMIT. NO WORK SHALL BE STARTED UNTIL A BUILDING PERMIT IS ISSUED.

In dwellings, all insulating materials must have a clearance of not less than two inches from all electrical wires or equipment.

CHECK APPROPRIATE BOX
☒ OWNER    ☐ ARCHITECT
☐ LESSEE    ☐ AGENT
☐ CONTRACTOR    ☐ ENGINEER

#### APPLICANT'S CERTIFICATION

I HEREBY CERTIFY AND AGREE THAT IF A PERMIT IS ISSUED FOR THE CONSTRUCTION DESCRIBED IN THIS APPLICATION, ALL THE PROVISIONS OF THE PERMIT AND ALL LAWS AND ORDINANCES THERETO WILL BE COMPLIED WITH.

#### NOTICE TO APPLICANT

HOLD HARMLESS CLAUSE. The permittee(s) by acceptance of the permit, agree(s) to indemnify and hold harmless the City and County of San Francisco from and against any and all claims, demands and actions for damages resulting from operations under this permit, regardless of negligence of the City and County of San Francisco, and to assume the defense of the City and County of San Francisco against all such claims, demands or actions.

In conformity with the provisions of Section 3800 of the Labor Code of the State of California, the applicant shall have worker's compensation coverage under (I) or (II) designated below, or shall indicate item (III), (IV), or (V), whichever is applicable. If however item (V) is checked, item (IV) must be checked as well. Mark the appropriate method of compliance below.

I hereby affirm under penalty of perjury one of the following declarations:

( ) I.    I have and will maintain a certificate of consent to self-insure for worker's compensation, as provided by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued.

( ) II.    I have and will maintain worker's compensation insurance, as required by Section 3700 of the Labor Code, for the performance of the work for which this permit is issued. My worker's compensation insurance carrier and policy number are:

Carrier _____
Policy Number _____

( ) III.    The cost of the work to be done is $100 or less.

( ) IV.    I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the worker's compensation laws of California. I further acknowledge that I understand that in the event that I should become subject to the worker's compensation provisions of the Labor Code of California and fail to comply forthwith with the provisions of Section 3800 of the Labor Code, that the permit herein applied for shall be deemed revoked.

( ) V.    I certify as the owner (or the agent for the owner) that in the performance of the work for which this permit is issued, I will employ a contractor who complies with the worker's compensation laws of California and who, prior to the commencement of any work, will file a completed copy of this form with the Central Permit Bureau.

Signature of Applicant or Agent _____    Date _____

REV 06/13

OFFICE COPY

## CONDITIONS AND STIPULATIONS

NOT FOR PUBLIC DI...
OFFICIAL COPY
SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION
FOR OFFICE USE ONLY

| REFER TO: | APPROVED: | DATE: OCT 1 8 2019 |
|---|---|---|
| | Stephan Leung, DBI | REASON: BLD. OK TO PROCESS OK TO PROCESS PER EOD 18/18 |
| | MAY 23 2019 | |
| | BUILDING INSPECTOR, DEPT. OF BLDG. INSP. | NOTIFIED MR. |
| ☐ | APPROVED: APPROVED DORMERS AND NEW FIBREX COMPOSITE WINDOWS | DATE: _____ REASON: |
| | APR 1 8 2019 | |
| | DEPARTMENT OF CITY PLANNING Dept. Cathleen Campbell | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: _____ REASON: |
| | BUREAU OF FIRE PREVENTION & PUBLIC SAFETY | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: _____ REASON: |
| | MECHANICAL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |
| ☐ | APPROVED: Stephan Leung, DBI MAY 23 2019 | DATE: _____ REASON: |
| | CIVIL ENGINEER, DEPT. OF BLDG. INSPECTION | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: _____ REASON: |
| | BUREAU OF ENGINEERING | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: _____ REASON: |
| | DEPARTMENT OF PUBLIC HEALTH | NOTIFIED MR. |
| ☐ | APPROVED: | DATE: _____ REASON: |
| | REDEVELOPMENT AGENCY | NOTIFIED MR. |
| ☐ | APPROVED: HIS records indicate R3 unit FOR WORK STATED ONLY Andrew Kaus 10/818 | DATE: _____ REASON: |
| | HOUSING INSPECTION DIVISION | NOTIFIED MR. |

HOLD SECTION - NOTE DATES AND NAMES OF ALL PERSONS NOTIFIED DURING PROCESSING

I agree to comply with all conditions or stipulations of the various bureaus or departments noted on this application, and attached statements of conditions or stipulations, which are hereby made a part of this application.

Number of attachments ☐

OWNER'S AUTHORIZED AGENT

NOT FOR
OFFICIAL
COPY
SAN
DEPARTMENT OF
BUILDING INSPECTION
FOR INFORMATION ONLY

Department of Building Inspection
City & County of San Francisco
1660 Mission Street, San Francisco, CA 94103-2414

Page 1



**Receipt for Filing Fees Paid (Plancheck Receipt)**     **Receipt No: 18109626**

| Application Number | Address |
|---|---|
| 201810183586 | 200 NAPLES ST |

**Filing Fees based on Estimated Cost:**          $     4000.00

| Fee Code | Description | Fee Amount |
|---|---|---|
| DCP-F | DCP Plan Check (F) | 395.00 |
| BLDGSTD-F | Bldg Stds Admin Spec Revolv Fund | 1.00 |
| PLAN REV-F | Plan Review (filing) DBI | 224.34 |
| | **Total Filing Fees** | **620.34** |

**Payments**

| Payment Stage | Type | Paid By | Pay Date | Receipt # | Rec By | Payment Amount |
|---|---|---|---|---|---|---|
| FILING | CHECK | G.C. BLOCK INV. LLC 925-325-3911 P.O. BOX 523 BYRON CA 94514 | 10/25/2018 | 18109626 | NGUTIERR | 620.34 |

          **Total Payments**          **620.34**

Printed on:   10/25/2018

NOT FOR PUBLIC DISCLOSURE

OFFICIAL COPY

DEPARTMENT OF
BUILDING INSPECTION

**Attachment A**



| | **SAN FRANCISCO UNIFIED SCHOOL DISTRICT** |
|---|---|
| SFUSD  SAN FRANCISCO PUBLIC SCHOOLS | **CERTIFICATION OF PAYMENT OF SCHOOL FACILITY FEES** |
| | **FORM 100**  (415) 241-6090  (See Other Side for Instructions) |

**I.  APPLICANT (Completed by Applicant)**                                    DBI FEE PAYMENT STAMP

Developer/Owner: _PATRICK GALLAGHER_  Phone: _925-325-3911_

Or DBA: _____  Phone: _____

Mailing Address: _PO BOX 523 Byron CA_  Zip: _94514_

Contact Name: _PATRICK GALLAGHER_  Phone: _____

Email: _BIGBLOCKPAT@GMAIL.COM_ (Use N/A when no email is available)

**II.  SITE INFORMATION (Completed by Applicant)**

Permit Application No(s): _2018-1018-3586_

Project Site Address or Legal Description: _200 Naples Street_

**III.  AREA/SQUARE FOOTAGE (Completed by Plan Checker)**

Plan Checker's Name (Print): _Stephen Leung_  Tel. No: (415) _558-6495_

Email: _Stephen.Leung_@sfgov.org

| | **Residential Construction** | Total Area Square Feet | DBI Initials | SFUSD Fee |
|---|---|---|---|---|
| 1 | Total Habitable Space - New Construction, Additions and Conversions (Space in a structure used for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage or utility space and similar areas are not considered habitable space). | | | $ |
| 2 | Exemption from fees - additions & alterations with 500 sq.ft. or less of new habitable space, taking into account any decrease in existing habitable space that results from the construction. (If the addition exceeds 500 sq. ft., fees are charged on the entire addition.) | 88 ft² | SL | NO SCHOOL FEE |
| 3 | New Senior Citizen Housing (Used exclusively for the housing of senior citizens) | | | $ |
| | **Commercial/Industrial Construction** New Construction and Additions | | | |
| 1 | Office (See DBI Information Sheet | | | $ |
| 2 | Hotel/Motel No.G-11 for use descriptions) | | | $ |
| 3 | Retail and Services | | | $ |
| 4 | Research and Development | | | $ |
| 5 | Industrial/Warehouse/Manufacturing | | | $ |
| | Total Fees Due (SFUSD Signature/Date) | | $ | |

**IV.  Signed by Developer/Owner or authorized agent at time of Fee Payment.  The undersigned agrees that:**

1.  The above information is correct and true to the best of my knowledge and that I will file an amended certification of payment and pay the additional fee if I request an increase in the square footage after the building permit has been issued or if the initial determination of the square footage is found to be incorrect.

2.  I am the Developer/Owner of the above described project(s) or I am authorized to sign on their behalf.

Name: _____  Organization: _____

Signature: _____  Title: _____  Date: _____

J:/Common/School Fees-SFUSD/Attachment to IS G-11 Certification of Payment Form 100 revised 01-19-2018

NOT FOR PUBLIC DIS...
OFFICIAL COPY
SAN FRANCISCO
DEPARTMENT OF
FOR OFFICE USE ONLY.

**Attachment A**

# SCHOOL FACILITY FEE PAYMENT PROCEDURE
Process at:  San Francisco Department of Building Inspection, 1660 Mission Street, S.F. CA 94103

## CERTIFICATION OF PAYMENT OF SCHOOL FACILITY FEES FORM

1. **New Construction, additions, conversions and alteration projects** - This Certification of Payment of School Facility Fee Form 100 is always required, without exceptions.

2. **Statutory Exemptions (Section III(2)- Residential Additions of 500 Square Feet or Less)** – For projects that conform, school fee payment is not required.  However, this Form 100 is required to document the exemption status of conforming projects.  On the front of Form 100, Plan Checker shall state the Total Area Square Feet, initial, and write NO SCHOOL FEE under the SFUSD Fee column.  Developer/Owner/authorized agent shall complete Sections I and II, but does not need to sign Section IV.  The form submittal process follows steps outlined in accordance with item 1 or 2 below, whichever is applicable.  However, there is no fee payment to be collected.

3. **Other Statutory Exemptions listed on Form 100A** - For projects that conform, school fee payment is not required.  However, both this Form 100 and SFUSD Certification of Statutory Exemption-Form 100A are required to document exempt status of conforming projects.  The Developer/Owner and Plan Checker shall both complete Form 100.  Property owner shall complete and sign Form 100A.  Both forms 100 & 100A shall then be submitted to SFUSD for review and approval, following the applicable submittal process of step 1 or 2 below.

## WHEN SCHOOL FACILITY FEE PAYMENT IS REQUIRED

1. **Submitted Plan Review** - Applicant completes Sections I & II of this Form 100 and submits to Central Permit Bureau (CPB) clerk in addition to the submittal documents and plans.  Under plan review, Plan Checker completes Part III, staples a copy with the application and places the completed form in the Plan Review Section's (PRS) 2nd floor SFUSD collection box.  The forms will be delivered to 1st floor CPB for emailing to SFUSD for fee calculation and approval.

2. **Over-the-Counter Plan Review (OTC)** - Applicant completes Sections I & II and submits to the OTC Plan Checker.  During plan review, Plan Checker completes Section III, staples a copy with the application and places another copy in the OTC 5th floor SFUSD collection box. The forms will be delivered to 1st floor CPB for emailing to SFUSD.  The applicant retains the submittal documents and completes the review process with the appropriate review stations and agencies.  Even if all agency approvals are secured, applicant cannot pay for the permit until the form has been processed and approved by SFUSD.

3. **Approval of SFUSD Form** – SFUSD calculates the fee, approves the form and emails it back to CPB.  CPB will then update the Permit Tracking System (PTS) school fee payment status under the Permit Application No. (PA#).

4. **Status Check for School Fee Calculation** - Applicant may call CPB at 415/558-6070 to verify the status of the SFUSD school fee payment approval process.  Alternatively, applicant can check the status on the Permit Tracking System (PTS) at www.sfdbi.org.  To conduct the web search the Building Permit Application No. will be required for input.

5. **Payment of School Fee for Submitted Plan Review** - School fees will be collected by CPB as part of the building permit payment process.  At time of fee payment, applicant signs Form 100, Section IV.

6. **Payment of School Fee for OTC Plan Review** - Applicant can go to 1st floor CPB to get a copy of the SFUSD approved Form 100 after SFUSD has returned the form to CPB (see item 4 above).  Applicant takes Form 100 and the approved permit documents, which have been in applicant's possession, to the 5th floor OTC cashier.  School fees will be collected as part of the building permit payment process.  At time of fee payment, applicant signs Form 100, Section IV.

7. **Disagreements over Area Calculation for Submitted Plan Reviews** - Disagreements and disputes shall be addressed prior to payment of the building permit fees.  When plans have already been routed to CPB for permit issuance, request that the permit documents be re-routed from CPB to the Permit Processing Center (PPC) located on the 2nd floor.  Contact the Plan Checker for a re-check appointment to review the area calculations.  If no resolution is reached, applicant may make an appointment with the Technical Services Division (TSD) on the 1st floor to request a 2nd opinion.  All permit documents shall remain in the possession of DBI staff.  PRS will internally route plans to TSD for review.

8. **Disagreements over Area Calculation for OTC Reviews** - Disagreements and disputes for OTC projects shall be addressed with the Plan Checker.  Applicant may request a 2nd opinion from an OTC supervisor on the 5th floor.

9. **Refund of School Fee** – If a refund is required because the project is cancelled or the project scope and calculated area is reduced, CPB shall e-mail the revised FORM 100 to SFUSD.  SFUSD will confirm that payment has been received prior to issuing a refund.  Applicant may call San Francisco Unified School District, Real Estate & Permit office at (415) 241-6090 to check the refund status.

10. **Additional School Fee for Commercial/Industrial Projects**– Projects that increase the calculated area after permit issuance will pay additional School Fees for the added area only.  Applicant and Plan Checker shall complete a new Form 100.  CPB shall e-mail the new FORM 100 and supporting documentation to SFUSD for approval (see #3 above).  CPB will collect the additional fee as part of the building permit payment process.

11. **Additional School Fee for Residential Projects:**
    a. **Exceeding 500 Sq. Ft. of habitable area originally** – Projects that increase the calculated habitable area after permit issuance shall pay additional School Fees for the added habitable area only.  Applicant and Plan Checker shall complete a new Form 100.  CPB shall e-mail the new FORM 100 to SFUSD for approval (see #3 above).  CPB will collect the additional fee as part of the building permit payment process
    b. **Not Exceeding 500 Sq. Ft. of habitable area originally (statutory exemption)** - Projects that increase the calculated habitable area after permit issuance shall pay School Fees for the total habitable area (once it exceeds 500 Sq. Ft. & it no longer qualifies for statutory exempt status).  In cases when the original plus added calculated habitable area together still does not exceed 500 Sq. Ft. they continue to qualify for statutory exempt status and no fee will be collected.  In call cases, a new Form 100 shall be completed by applicant and Plan Checker and processed by SFUSD.  CPB will collect the School Fee only when applicable.

NOT FOR PUBLIC DISCLOSURE

SAN FRANCISCO

OFFICIAL COPY

DEPARTMENT OF
BUILDING INSPECTION

FOR OFFICE USE ONLY

City and County of San Francisco
Department of Building Inspection



London N. Breed, Mayor
Tom C. Hui, S.E. C.B.B., Director

PERMIT APPLICATION #: 201810183586

# PROPERTY OWNER'S PACKAGE
## Disclosures & Forms for Owner-Builders Applying for Construction Permits

**IMPORTANT! NOTICE TO PROPERTY OWNER**

An application for a building permit has been submitted in your name listing yourself as the builder of the property improvements specified at _____
We are providing you with an Owner-Builder Acknowledgment and Information Verification Form to make you aware of your responsibilities and possible risk you may incur by having this permit issued in your name as the Owner-Builder. **We will not issue a building permit until you have read, initialed your understanding of each provision, signed, and returned this form to us at our official address indicated.** An agent of the owner cannot execute this notice unless you, the property owner, obtain the prior approval of the permitting authority.

**OWNER'S ACKNOWLEDGMENT AND VERIFICATION OF INFORMATION**
*DIRECTIONS: Read and initial each statement below to signify you understand or verify this information.*

**1.** I understand a frequent practice of unlicensed persons is to have the property owner obtain an "Owner-Builder" building permit that erroneously implies that the property owner is providing his or her own labor and material personally. I, as an Owner-Builder, may be held liable and subject to serious financial risk for any injuries sustained by an unlicensed person and his or her employees while working on my property. My homeowner's insurance may not provide coverage for those injuries. I am willfully acting as an Owner-Builder and am aware of the limits of my insurance coverage for injuries to workers on my property.

**2.** I understand building permits are not required to be signed by property owners unless they are *responsible* for the construction and are not hiring a licensed Contractor to assume this responsibility.

**3.** I understand as an "Owner-Builder" I am the responsible party of record on the permit. I understand that I may protect myself from potential financial risk by hiring a licensed Contractor and having the permit filed in his or her name instead of my own.

**4.** I understand Contractors are required by law to be licensed and bonded in California and to list their license numbers on permits and contracts.

**5.** I understand if I employ or otherwise engage any persons, other than California licensed Contractors, and the total value of my construction is at least five hundred dollars ($500), including labor and materials, I may be considered an "employer" under state and federal law.

**6.** I understand if I am considered an "employer" under state and federal law, I must register with the state and federal government, withhold payroll taxes, provide workers' compensation disability insurance, and contribute to unemployment compensation for each "employee." I also understand my failure to abide by these laws may subject me to serious financial risk.

**7.** I understand under California Contractors' State License Law, an Owner-Builder who builds single-family residential structures cannot legally build them with the intent to offer them for sale, unless *all* work is performed by licensed subcontractors and the number of structures does not exceed four within any calendar year, or all of the work is performed under contract with a licensed general building Contractor.

**1660 Mission Street – San Francisco CA 94103**
**Office (415) 558-6088 – FAX (415) 558-6401**
**Website: www.sfdbi.org**

NOT FOR PUBLIC DIS...
SAN FRANCISCO
OFFICIAL COPY

8. I understand as an Owner-Builder if I sell the property for which this permit is issued, I may be held liable for any financial or personal injuries sustained by any subsequent owner(s) that result from any latent construction defects in the workmanship or materials.

9. I understand I may obtain more information regarding my obligations as an "employer" from the Internal Revenue Service, the United States Small Business Administration, the California Department of Benefit Payments, and the California Division of Industrial Accidents. I also understand I may contact the California Contractors' State License Board (CSLB) at 1-800-321-CSLB (2752) or www.cslb.ca.gov for more information about licensed contractors.

10. I am aware of and consent to an Owner-Builder building permit applied for in my name, and understand that I am the party legally and financially responsible for proposed construction activity at the following address:

r 260 Naples St.

11. I agree that, as the party legally and financially responsible for this proposed construction activity, I will abide by all applicable laws and requirements that govern Owner-Builders as well as employers.

12. I agree to notify the issuer of this form immediately of any additions, deletions, or changes to any of the information I have provided on this form. Licensed contractors are regulated by laws designed to protect the public. If you contract with someone who does not have a license, the Contractors' State License Board may be unable to assist you with any financial loss you may sustain as a result of a complaint. Your only remedy against unlicensed Contractors may be in civil court. It is also important for you to understand that if an unlicensed Contractor or employee of that individual or firm is injured while working on your property, you may be held liable for damages. If you obtain a permit as Owner-Builder and wish to hire Contractors, you will be responsible for verifying whether or not those Contractors are properly licensed and the status of their workers' compensation insurance coverage.

**Before a building permit can be issued, this form must be completed and signed by the property owner and returned to the agency responsible for issuing the permit.** *Note: A copy of the property owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Property Owner's Signature: _____    Date: 6/11/19

*Note: The following Authorization Form is required to be completed by the property owner only when designating an agent of the property owner to apply for a construction permit for the Owner-Builder.*

## AUTHORIZATION OF AGENT TO ACT ON PROPERTY OWNER'S BEHALF

Excluding the Notice to Property Owner, the execution of which I understand is my personal responsibility, I hereby authorize the following person(s) to act as my agent(s) to apply for, sign, and file the documents necessary to obtain an Owner-Builder Permit for my project.
Scope of Construction Project (or Description of Work): _____

Project Location or Address: _____

Name of Authorized Agent: _____    Phone: (___)_____

Address of Authorized Agent: _____
I declare under penalty of perjury that I am the property owner for the address listed above and I personally filled out the above information and certify its accuracy. *Note: A copy of the owner's driver's license, form notarization, or other verification acceptable to the agency is required to be presented when the permit is issued to verify the property owner's signature.*

Property Owner's Signature: _____    Date: _____

Exhibit H




# Department of Building Inspection

City & County of San Francisco
49 South Van Ness Ave, Suite 400 San Francisco, CA 94103-1226

## Building Inspection History

**Printed On: 10/07/2025 04:14:32 PM**

| Application Number | 201810183586 | Block/Lot | 6008 / 001 | Address | 200 NAPLES ST |
|---|---|---|---|---|---|

**Description** TO COMPLY WITH NOV 201895477 (BID).  STRUCTURAL STRENGTHENING INCLUDE REMOVING & REPLACING THE FLOOR FRAMING. REMOVE 1 (E) DORMER, ADD 2 (N) DORMERS ON EACH SIDE, DEMO (E) LAUNDRY AT 2ND FLOOR.

| Owner Name | | Form # | Job Cost | Disposition | Disposition Date |
|---|---|---|---|---|---|
| HU QI HUAN | | 3 | $100,000.00 | EXPIRED | 05/17/2021 |

| Owner Phone | # of Plans | # of Units | # of Stories | Occupancy | Bldg Use | Expiration Date | Penalty |
|---|---|---|---|---|---|---|---|
| (925) 325-3911 | 2 | 1 | 2 | R-3 | 27 | 06/18/2020 | 2 |

| Inspector Name | Activity Date | Status Code | Status Description | Comments |
|---|---|---|---|---|
| Keane, Thomas | 05/17/2021 | 105 | EXPIRE | Permit expired without obtaining all necessary sign offs to complete permit. tdk. |
| Curran, Bernard | 08/27/2020 | 142 | PRE-FINAL | OK toOK to final pending installation of grippable handrail |
| Walsh, William | 01/30/2020 | 103 | REINSPECT REQUIRED | No moisture resistant drywall on lids, and use correct drywall  screwS on wood framing: 103 . Failed. |
| Saunders, Philip | 11/14/2019 | 114 | CORRECTION REQUIRED | Corrections: repair all dry rot & damaged exterior siding on west side of property |
| Eisenbeiser, Peter | 07/25/2019 | 123 | OK TO POUR | Per eor approval ok to pour @ grade beam & slab |

# Exhibit I

**City and County of San Francisco**
**Department of Building Inspection**
**49 South Van Ness Ave, Suite 400**
**San Francisco, CA 94103-1226**

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :**   **201803286**

**OWNER/AGENT:**   LAU FRANCIS
LAU FRANCIS

1023 GILMAN DR
DALY CITY CA

94015

**OWNER'S PHONE**
**CONTACT NAME** ********
**CONTACT PHONE** ********

**COMPLAINANT:** ********
******** ********

******** 

**COMPLAINANT'S PHONE** ********

**DATE FILED:** 05-NOV-18

**LOCATION:** 200   NAPLES    ST

**BLOCK:** 6008   **LOT:** 001

**SITE:**

**RATING:**                    **OCCUPANCY CODE**

**RECEIVED BY:** OHUANG   **DIVISION:** BID

**COMPLAINT SOURCE:** WEB FORM

**ASSIGNED TO DIVISION:** BID

**DESCRIPTION:**   date last observed: 04-NOV-18;   time last observed: 1pm;   exact location: Main Bldg;   building type: Residence/Dwelling   WORK BEYOND SCOPE OF PERMIT; WORK BEING DONE IN DANGEROUS MANNER; ;   additional information: Sign on building from building inspector stats "Stop Work." Workers observed working on home. Workers parking truck on sidewalk. Truck wheels not chocked, truck could roll down hill. Its a danger to the residents on the block. Dumpster blocking sidewalk. I have photos. ;

**INSTRUCTIONS:**

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|----------|-----------|-----|----------|----------|
| BID | **SAUNDERS** | 6344 | 12 | |

## *REFFERAL INFORMATION*

| DATE | REFERRED BY | TO | COMMENT |
|------|-------------|-----|---------|

## *COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 05-NOV-18 | CASE OPENED | P SAUNDERS | CASE RECEIVED | | Olive Huang 05-NOV-18 | INS |
| 05-NOV-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE CLOSED | Case reviewed, to be referred to DPW. mh/oh | Olive Huang 05-NOV-18 | INS |

## *COMPLAINT ACTION BY DIVISION*

| DIVISION | DATE | DESCRIPTION | ACTION COMMENT |
|----------|------|-------------|----------------|

**NOV (HIS)**     **NOV (BID)**

Exhibit J

**City and County of San Francisco**
**Department of Building Inspection**
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER : 201807621

OWNER/AGENT: LAU FRANCIS
LAU FRANCIS

1023 GILMAN DR
DALY CITY CA

94015

OWNER'S PHONE
CONTACT NAME ********
CONTACT PHONE ********

COMPLAINANT: ********
******** ********

******** 

COMPLAINANT'S PHONE ********

**DATE FILED:** 27-NOV-18
**LOCATION:** 200  NAPLES  ST
**BLOCK:** 6008   **LOT:** 001
**SITE:**
**RATING:**                    OCCUPANCY CODE
**RECEIVED BY:** Bonnie Kim   **DIVISION:** BID
**COMPLAINT SOURCE:** 311 INTERNET REFERRAL

**ASSIGNED TO DIVISION:** BID

**DESCRIPTION:** 200 Naples --- Customer reports construction activity all through the night at this location, states that it has been happening for several months. Customer also states that all material from project is tossed in back yard and in debris box in front of property that has not been emptied in over one month.  (311 SR 9828959)
**INSTRUCTIONS:**

## INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|---|---|---|---|---|
| BID | SAUNDERS | 6344 | 12 | |

## REFFERAL INFORMATION

| DATE | REFERRED BY | TO | COMMENT |
|---|---|---|---|
| | | | |

## COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 27-NOV-18 | CASE OPENED | P SAUNDERS | CASE RECEIVED | | Bonnie Kim 27-NOV-18 | BID |
| 27-NOV-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE UPDATE | case reviewed, assigned to district inspector. bk for mh | Bonnie Kim 27-NOV-18 | BID |
| 28-NOV-18 | OTHER BLDG/HOUSING VIOLATION | P SAUNDERS | CASE ABATED | Site visit revealed yard debris substantially removed, dumpster removed and work stopped per nov/complaint 201895477 | Philip Saunders 28-NOV-18 | BID |

## COMPLAINT ACTION BY DIVISION

| DIVISION | DATE | DESCRIPTION | ACTION COMMENT |
|---|---|---|---|
| | | | |

NOV (HIS)        NOV (BID)

PAGE 1 OF 1

Exhibit K

**City and County of San Francisco**
**Department of Building Inspection**

49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :** **202175602**

**OWNER/AGENT:** MADISON TRUST CO FBO PATRICK P
MADISON TRUST CO FBO PATRIC

GALLAGHER PATRICK
PO BOX 523
BYRON CA
94514

**OWNER'S PHONE**
**CONTACT NAME** ********
**CONTACT PHONE** ********

**COMPLAINANT:** ********
******** ********

******** 

**COMPLAINANT'S PHONE** ********

**DATE FILED:** 19-APR-21

**LOCATION:** 200    NAPLES    ST

**BLOCK:** 6008    **LOT:** 001

**SITE:**

**RATING:**    **OCCUPANCY CODE**

**RECEIVED BY:** AGEE **DIVISION:** BID

**COMPLAINT SOURCE:** WEB FORM

**ASSIGNED TO DIVISION:** CES

**DESCRIPTION:**  date last observed: 17-APR-21;  time last observed: 7:45am;  exact location: In-Law Unit;  building type: Residence/Dwelling  ILLEGAL UNIT; WORK W/O PERMIT; WORK BEYOND SCOPE OF PERMIT; ILLEGAL CHANGE OF USE; ;  additional information: https://www.zillow.com/homedetails/200-Naples-St-San-Francisco-CA-94112/15169239_zpid/;
**INSTRUCTIONS:**

### INSPECTOR CURRENTLY ASSIGNED

| DIVISION | INSPECTOR | ID | DISTRICT | PRIORITY |
|---|---|---|---|---|
| CES | **NG** | 6339 | | |

### REFFERAL INFORMATION

| DATE | REFERRED BY | TO | COMMENT |
|---|---|---|---|
| 11-SEP-24 | Jackie Tran | CES | referred to CES per P Matthews-jt |

### COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|---|---|---|---|---|---|---|
| 19-APR-21 | CASE OPENED | W WALSH | CASE RECEIVED | | Audrey Gee 19-APR-21 | INS |
| 19-APR-21 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | CASE UPDATE | Case reviewed and assigned to complaint investigation team per MH; ag | Audrey Gee 19-APR-21 | INS |
| 21-APR-21 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | CASE UPDATE | No entry . left contact info. tdk. | Thomas Keane 07-MAY-21 | BID |
| 07-MAY-21 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | CASE UPDATE | Permit research. tdk. | | |
| 17-MAY-21 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | FIRST NOV SENT | Issued and posted 1st nov. tdk | William Strom 18-MAY-21 | IPR |

City and County of San Francisc
Department of Building Inspection

49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

## COMPLAINT NUMBER : 202175602

### COMPLAINT STATUS AND COMMENTS

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|-----------|----------|
| 18-MAY-21 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | 1st NOV mailed; WS | William Strom 18-MAY-21 | IPR |
| 01-JUN-21 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | Spoke to permit holder regarding complaint investigation process. Permit holder was advise that in order to fully provide a corrective action to take, a site visit needs to be schedule to verify the complaint. Per pictures of real state webiste the property has two kitchens and is also listed as two units. Under property profile this proeprty is a single family home.Permit holder stated that would like to contact deputy director regarding the matter. MH | Mauricio Hernandez 01-JUN-21 | BID |
| 03-JUN-21 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | Site visit on 6/3/21 by MH and DK. permit reserach required | Mauricio Hernandez 04-JUN-21 | BID |
| 08-JUN-21 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | Posted amended Nov. tdk | | |
| 08-JUN-21 | OTHER BLDG/HOUSING VIOLATION | T KEANE | ADDENDUM TO NOV | 1st NOV amended per MH; ag | Audrey Gee 08-JUN-21 | INS |
| 08-JUN-21 | OTHER BLDG/HOUSING VIOLATION | T KEANE | CASE UPDATE | Amended 1st NOV mailed; cc DCP, EID, PID; ag | Audrey Gee 08-JUN-21 | INS |
| 31-JAN-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | site visit with BID, a correction notice was issued. 1-document change of window size visible from street,2- upstairs bedroom windows do not meet egress req., 3- property line windows approved under AB 009 do not meet req. need to be fixed and 45min rated, 4- Fire rate under side of stairs leading to 2nd floor, 5- construct lower level a per approve plans, remove kitchen, 6- remove and cap services to furnace lower level, 7 document ceiling height lower level. Owner was provided this information under a correction notice. MH | | |

City and County of San Francisc
Department of Building Inspection

49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :   202175602**

*COMPLAINT STATUS AND COMMENTS*

| DATE | TYPE | INSPECTOR | STATUS | COMMENT | UPDATED BY | DIVISION |
|------|------|-----------|--------|---------|------------|----------|
| 11-FEB-22 | OTHER BLDG/HOUSING VIOLATION | M HERNANDEZ | CASE UPDATE | Office visit by owner. Plans were reviewed with owner and senior inspector KB. MH advise owner to review requirements of AB-009 and work with plans check in regards concerns with 45m rated windows on property line. ground floor scope of work was also reviewed and propose that if owner wishes to continue to pursue the ADU permit, then scope of PA 202107023726 can be final in conjunction with ADU PA202108096049. Or owner can work on correction notice provided by senior KB to correct all items and comply with Pa202107023726 and remove and return kitchen area to storage, correct windows under Ab-009 and obtain plumbing permits for all pluming work required to be corrected to convert ground floor to approved conditions under PA20180183586. Mh | Mauricio Hernandez 11-FEB-22 | BID |
| 24-JUN-22 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | CASE UPDATE | Referred to district inspector pa. 202107023726 and pa.202205184515  have been issued. tdk. | | |
| 24-JUN-22 | OTHER BLDG/HOUSIN G VIOLATION | T KEANE | CASE UPDATE | Referred to district inspector pa. 202107023726 and pa.202205184515  have been issued. tdk. | | |
| 24-JUN-22 | OTHER BLDG/HOUSIN G VIOLATION | M CHAN | CASE UPDATE | case reviewed, reassigned to district inspector. TDK/tt | Thu Ha Thi Truong 24-JUN-22 | INS |
| 12-AUG-24 | OTHER BLDG/HOUSIN G VIOLATION | J NG | CASE RECEIVED | Case received n CES-tm | Thomas Moyer 11-SEP-24 | CES |
| 10-SEP-24 | OTHER BLDG/HOUSIN G VIOLATION | M CHAN | FINAL WARNING LETTER ISSUED | PA# 202205184515 last inspection on 05/25/2022, PA# 202108096049 last inspection on 03/02/2023, 202107023726 last inspection 01/31/2022 - pm | Paul Matthews 10-SEP-24 | BID |
| 11-SEP-24 | OTHER BLDG/HOUSIN G VIOLATION | P MATTHEWS | CASE UPDATE | FWL mailed and referred to CES per P Matthews-jt | Jackie Tran 11-SEP-24 | INS |
| 11-SEP-24 | GENERAL MAINTENANCE | P MATTHEWS | REFERRED TO OTHER DIV | tranfer to div CES | Jackie Tran 11-SEP-24 | INS |
| 23-OCT-24 | OTHER BLDG/HOUSIN G VIOLATION | J NG | CASE ABATED | All work complete. CFC # 202410042355 issued on 10/22/24.  All outstanding fees waived per settlement agreement made by Deputy Director Matthew Greene in US District Court. Reference M. Greene's email dated 10/23/2024. -jn | Joe Ng 23-OCT-24 | CES |

City and County of San Francisco
Department of Building Inspection
49 South Van Ness Ave, Suite 400
San Francisco, CA 94103-1226

# COMPLAINT DATA SHEET

**COMPLAINT NUMBER :**   **202175602**

*COMPLAINT ACTION BY DIVISION*

| DIVISION DATE | DESCRIPTION | ACTION COMMENT |
| --- | --- | --- |

| NOV (HIS) | NOV (BID) |
| --- | --- |
|  | 08-JUN-21 |
|  | 17-MAY-21 |

# NOTICE OF VIOLATION

of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**   **NOTICE:** 1

**NUMBER:** 202175602

**DATE:** 17-MAY-21

City and County of San Francisco
49 South Van Ness Ave, Suite 400 San Francisco, CA

FOR OFFICE USE ONLY

**ADDRESS:** 200 NAPLES ST

**OCCUPANCY/USE:** R-3 (RESIDENTIAL- 1 & 2 UNIT DWELLINGS,TOWNHOUSES  **BLOCK:** 6008   **LOT:** 001

☐ If checked, this information is based upons site-observation only.  Further research may indicate that legal use is different.  If so, a revised Notice of Violation will be issued.

**OWNER/AGENT:**   MADISON TRUST CO FBO PATRICK   **PHONE #:** --

**MAILING ADDRESS**   MADISON TRUST CO FBO PATRIC
GALLAGHER PATRICK
PO BOX 523
BYRON CA                    94514

**PERSON CONTACTED @ SITE:**  MADISON TRUST CO FBO PATRICK P   **PHONE #:** --

## VIOLATION DESCRIPTION:

| | CODE/SECTION# |
|---|---|
| ☐ **WORK WITHOUT PERMIT** | 103A 106A.1 |
| ☐ **ADDITIONAL WORK-PERMIT REQUIRED** | 106A.7 |
| ☑ **EXPIRED OR** ☐ **CANCELLED PERMIT  PA#:** | 106A.4.4 |
| ☐ **UNSAFE BUILDING**   ☐ **SEE ATTACHMENTS** | 102A |

Research in response to a complaint for the above addres has revealed that P.A. 201810183586 has expired without obtaining all the necessary sign offs to complete the permit.
Code/section SFBC 106A.4.4

Monthly monitoring fee applies.
Code/Section: SFBC 110A, Table 1A-K

## CORRECTIVE ACTION:

☐ **STOP ALL WORK SFBC 104A.2.4**

628-652-3447

☑ **FILE BUILDING PERMIT WITHIN 15 DAYS**   ☐ **(WITH PLANS)** A copy of This Notice Must Accompany the Permit Application

☑ **OBTAIN PERMIT WITHIN 15 DAYS AND COMPLETE ALL WORK WITHIN 90 DAYS, INCLUDING FINAL INSPECTION AND SIGN OFF.**

☐ **CORRECT VIOLATIONS WITHIN  DAYS.**   ☐ **NO PERMIT REQUIRED**

☐ **YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.**

● **FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.**
 **SEE ATTACHMENT FOR ADDITIONAL WARNINGS.**

Obtain a building permit to renew P.A. 201810183586. Obtain all necessary sign offs from District inspector to complete permit. At time of inspection building inspector to investigate remainder of complaint-illegal change of use. State on P.A. to comply with NOV 202175602.

**INVESTIGATION FEE OR OTHER FEE WILL APPLY**

☐ 9x FEE (WORK W/O PERMIT AFTER  9/1/60)   ☐ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)

☐ OTHER:   ☐ REINSPECTION FEE $   ☐ NO PENALTY (WORK W/O PERMIT PRIOR TO 9/1/60)

**APPROX. DATE OF WORK W/O PERMIT**   **VALUE OF WORK PERFORMED W/O PERMITS $**

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECT**

CONTACT INSPECTOR:  Thomas D Keane
PHONE # 628-652-3447   DIVISION:  BID   DISTRICT :
By:(Inspectors's Signature) _____

# NOTICE OF VIOLATION

### of the San Francisco Municipal Codes Regarding Unsafe, Substandard or Noncomplying Structure or Land or Occupancy

Pursuant to SFBC 107.5 and 106.4.7 investigation fees are charged for work begun or performed without permits or for Work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance, at 49 South Van Ness Ave., Suite 1475 (14th Floor). (628) 652-1150

**WARNING:** Failure to take immediate action as required to correct the above violations will result in abatement proceedings by the Department of Building Inspection. **If an Order of Abatement is recorded against this property, the owner will be billed or the property will be liened for all costs incurred in the code enforcement process from the posting of the first "Notice of Violation" until all costs are paid,** SFBC 102.2 & 110.

**WARNING:** Section 204 of the San Francisco Housing Code provides for immediate fines of $100 for each instance of initial non-compliance, followed by $200 fines per violation for the second instance of non-compliance, up to a maximum of $7,500 per building. This section also provides for issuance of a criminal charge as a misdemeanor for each violation, resulting in fines of not less than $1,000 per day or six months' imprisonment or both.

**WARNING:** Anyone who derives rental income from housing determined by the Department of Building Inspection to be substandard cannot deduct from state personal income tax and bank and corporate income tax interest, depreciation or taxes attributable to such substandard structure. If correction work is not completed or being diligently, expeditiously and continuously prosecuted after six (6) months from the date of this notice, notification will be sent to the Franchise Tax Board as provided in Section 17264(6) of the Revenue and Taxation Code.

**WARNING:** Section 103 of the San Francisco Building Code provides for civil fines of up to $500 per day for any person who violates, disobeys, omits, neglects or refuses to comply with or opposes the execution of any provisions of this code. This section also provides for misdemeanor fines, if convicted, of up to $500 and/or imprisonment up to six months for each separate offense for every day such offense occurs.

De acuerdo a las Secciones 107.5 y 106.4.7 el Código de Construcción de Edificios de San Francisco, gastos de investigación serán cobrados por trabajo empezado o realizado sin los debidos permisos o por trabajo que exceda el límite estipulado en los permisos. Dichos cobros pueden ser apelados ante la Junta de Apelaciones de Peimisos (Board of Permit Appeals) dentro de los primeros quince días de haberse obtenido el permiso. Las apelaciones se hacen en el 49 South Van Ness Ave., Suite 1475 (14th Floor), telefono (628) 652-1150.

**ADVERTENCIA:** Si no cumple con las acciones immediatas requeridas para corregir las infracciones, el Departamento de Inspección de Edificios tendra el derecho de iniciar el proceso de mitigación. Si una Orden de Mitigación es registrada contra dicha propiedad, los gastos incurridos durante el proceso de aplicación del código, desde la primera puesta del Aviso de Infracción hasta que todos los gastos esten pagados, se le cobraran al dueno del edificio o la propiedad sera embargada para recuperar dichos gastos. Referencia a la Sección 102.2 o 110 del Código de Construcción de Edificios.

**ADVERTENCIA:** La Sección 204 del Código de Vivienda de San Francisco permite que se multe inmediatamente $100 por cada primer caso de inconformidad, seguida por una multa. de $200 por cada segunda infracción de inconformidad, aumentando hasta un maximo de $7,500 por cada edificio. Esta Sección tambien permite obtener cargos criminales como delito menor, resultando en multas de no menos de $1,000 diarios ó 6 meses de encarcelamiento o ambas sanciones.

**ADVERTENCIA:** Cualquier persona que reciba renta:por una vivienda que haya sido declarada que no satisfacе las normas requeridas por el Departamento de Inspección de.Edificios, no puede deducir del estado intereses personales, de banco o empresa, depreciación o taxes atribuidos sobre dicha estructura. Si el trabajo de reparación no se termina o esta diligentemente, rapidamente y contua.mente acusado despues de seis(c) meses de la fecha de este aviso, se le enviara una notificación a la Junta de Concesión de Impuestos (Franchise Tax Board) de acuerdo a la Sección 1264(c) del Código de Ingresos e Impuestos (Revenue and Taxation Code).

**ADVERTENCIA:** La Sección 103 del Código de Edicios de San Francisco impone multas civiles hasta de $500 porcada dia a cualquier persona que infrinja, desobedezca, omita, descuide, rehusa cumplir, resiste o se opone a la ejecución de las provisiones de este código. Esta sección tambien impone multas per delito menor, si es declarado culpable, de hasta $500 o encarcelamiento de hasta 6 meses, o ambas sanciones, por cada una de Jas ofensas y por cada dfa que dicha ofensa occurra.

根据《三藩市建造法规》（简称 SFBC）第 107.5 项和106.4.7项徵收的规定。对没有许可証就已開始的工程或虽正在进行的工程。或者超过许可証的工程。將收取该些费用。當事人可以在许可証發出日后 15 天之内。同该收可以向非可上诉委员会提出上诉。該委员会 位 地址在 South Van Ness 街 49 號 14 楼。T電话：(628) 652-1150。

警告：如不按照要求立即采取行动。以纠正上述违例行为。將导致该局建築检验局制订纠正程序的执行。倘司此房地產因接受强制纠正程序令一經在市府備案。則自追查通知張贴日期的各项目此证正程序令有關的费用。將向房地產业主收。該房屋房地產扣押。直至付清该项费用。請参阅《三藩市建造法规》第 102.2 项和第 110 项条款。

警告：《三藩市房屋法规》（即 SFHC）第 204(b) 项条款规定：对每一违章初犯可立即罚款 100 元。二次违章则徵款 200 元。每幢楼宇的最高罚款可達 7,500 元。此项法规还规定对每一违章犯罪者可提出刑事控告。每日最高罚款可達 1,000 元，或/和监禁六個月。

警告：任何人須通過出租房屋獲得收入。而該房屋已被建築署查局定爲低於規定標準者。不能從加州個人所得稅、銀行和公司所得稅利息、以及與該低於規定標準的房舍有關的折舊或稅收中扣除稅款。如果在此属告公佈六個月後。改正工程沒有完成，或者沒有積極、迅速而持續地進行者，我们即根據《國家稅收法规》（即 Revenue & Taxation Code）第 1264 (c) 項條款欵，通知加州稅務委員会 (The Franchise Tax Board)。

警告：《三藩市建築法规》第 103 项条款规定：对於任何違反、不服從、疏忽、忽畧、或拒绝或反對實施此法规中的任何條款的個人，將付最高 500 元的民事罰欵。此法规還规定对違法者，如果被定罪。每每天所發生的、每一单獨的犯法行為，將付下可高達 500 元的罰欵，和/或監禁六個月。

# NOTICE OF VIOLATION

### of the San Francisco Municipal Codes Regarding Unsafe,
### Substandard or Noncomplying Structure or Land or Occupancy

Pursuant to SFBC 107.5 and 106.4.7 investigation fees are charged for work begun or performed without permits or for Work exceeding the scope of permits. Such fees may be appealed to the Board of Permit Appeals within 15 days of permit issuance, at 49 South Van Ness Ave., Suite 1475 (14th Floor). (628) 652-1150

**WARNING:** Failure to take immediate action as required to correct the above violations will result in abatement proceedings by the Department of Building Inspection. **If an Order of Abatement is recorded against this property, the owner will be billed or the property will be liened for all costs incurred in the code enforcement process from the posting of the first "Notice of Violation" until all costs are paid, SFBC 102.2 & 110.**

**WARNING:** Section 204 of the San Francisco Housing Code provides for immediate fines of $100 for each instance of initial non-compliance, followed by $200 fines per violation for the second instance of non-compliance, up to a maximum of $7,500 per building. This section also provides for issuance of a criminal charge as a misdemeanor for each violation, resulting in fines of not less than $1,000 per day or six months' imprisonment or both.

**WARNING:** Anyone who derives rental income from housing determined by the Department of Building Inspection to be substandard cannot deduct from state personal income tax and bank and corporate income tax interest, depreciation or taxes attributable to such substandard structure. If correction work is not completed or being diligently, expeditiously and continuously prosecuted after six (6) months from the date of this notice, notification will be sent to the Franchise Tax Board as provided in Section 17264(6) of the Revenue and Taxation Code.

**WARNING:** Section 103 of the San Francisco Building Code provides for civil fines of up to $500 per day for any person who violates, disobeys, omits, neglects or refuses to comply with or opposes the execution of any provisions of this code. This section also provides for misdemeanor fines, if convicted, of up to $500 and/or imprisonment up to six months for each separate offense for every day such offense occurs.

De acuerdo a las Secciones 107.5 y 106.4.7 del C6digo de Construcción de Edificios de San Francisco, gastos de investigación serán cobrados por trabajo empezado o realizado sin los debidos permisos o por trabajo que exceda el límite estipulado en los permisos. Dichos cobros pueden ser apelados ante la Junta de Apelaciones de Peimisos (Board of Permit Appeals) dentro de los primeros quince días de haberse obtenido el permiso. Las apelaciones se hacen en el 49 South Van Ness Ave., Suite 1475 (14th Floor), telefono (628) 652-1150.

ADVERTENCIA: Si no cumple con las acciones immediatas requeridas para corregir las infracciones, el Departamento de Inspección de Edificios tendra el derecho de iniciar el proceso de mitigación. Si una Orden de Mitigación es registrada contra dicha propiedad, los gastos incurridos durante el proceso de aplicación del código, desde la primera puesta del Aviso de Infracción hasta que todos los gastos esten pagados, se le cobraran al dueno del edificio o la propiedad sera embargada para recuperar dichos gastos. Referencia a la Sección 102.2 y 110 del Código de Construcción de Edificios.

ADVERTENCIA: La Sección 204 del Código de Vivienda de San Francisco permite que se multe inmediatamente $100 por cada primer caso de inconformidad, seguida por una multa. de $200 por cada segunda infracción de incanformidad, aumentando hasta un maximo de $7,500 por cada edificio. Esta Sección tambien permite obtener cargos criminales como delito menor, resultando en multas de no menos de $1,000 diarios ó 6 meses de encarcelamiento o ambas sanciones.

ADVERTENCIA: Cualquier persona que reciba renta:por una vivienda que haya sido declarada que no satisface las normas requeridas por el Departamento de Inspección de.Edificios, no puede deducir del estado intereses personales, de banco o empresa, depreciación o taxes atribuidos sobre dicha estructura. Si el trabajo de reparación no se termina o esta diligentemente, rapidamente y contua.mente acusado despues de seis(c) meses de la fecha de este aviso, se le enviara una notificación a la Junta de Concesión de Impuestos (Franchise Tax Board) de acuerdo a la Sección 1264(c) del Código de Ingresos e Impuestos (Revenue and Taxation Code).

ADVERTENCIA: La Sección 103 del Código de Edicios de San Francisco impone multas civiles hasta de $500 porcada dia a cualquier persona que infrinja, desobedezca, omita, descuide, rehusa cumplir, resiste o se opone a la ejecución de las provisiones de este c6digo. Esta sección tambien impone multas per delito menor, si es declarado culpable, de hasta $500 o encarcelamiento de hasta 6 meses, o ambas sanciones, por cada una de Jas ofensas y por cada dfa que dicha ofensa occura.

依据《三藩市建築法規》（簡稱 SFBC）第 107.5 項和106.4.7項條款的約定。對沒有許可証就已開始的工程和或正在进行的工程、或者超过许可範圍的工程，將收取調查費。當每人可以在許可証發出日后 15 天之內，將調查可以向將可上訴委员會提出上訴。該委員會 地址在 South Van Ness 街 49 號14 樓，電话：(628) 652-1150。

警告：如不按照要求立即采取行動、以糾正上述违反行為、將導致建築检查局制訂削制糾正程序的执行。倘对此地產设置的强制执行程序令一登在市府備案，則自這查通知强制日起的各項费此正程序令有關的費用，將向房地産业主收，或將該地產扣押，直至付清各項費用。前参閱《三藩市建理法規》第 102.2 項和第 110 項條款。

警告：《三藩市房屋法規》（即 SFHC）第 204(b) 項條款規定：對每一違反初世立即罰銅款 100 元。二次違犯時罰款 200 元，每幢樓字的最高罰款可達 7,500 元。此項法規還規定對每一違反違章侯者可提出刑事控告，每日最高罰款可達 1,000 元，或／和監禁六個月。

警告：任何人須通過出租房租将收入。而該房屋已被建築務尋查局定為低於規定標凖者。不能從加州個人所得稅、銀行和公司所將得利急、以及與該低於規定标準的結構有關的折扣或稅款中扣除稅稅。如果在此屬告公布六個月後、改正工程沒有完成，或者沒有依照、迅速而加速進度进行，我們將根逻《國家稅收法規》（即 Revenue & Taxation Code）第 1264 (c) 項條款，向加州稅器委員會 (The Franchise Tax Board)。

警告：《三藩市建築法規》第 103 項條款规定：對於任何違反、不服從、疏忽、忽现、或拒絕遵照此法規者、或者抵制、反对实施此法規中的任何條款的個人，將付最高 500 元的民事罰款。此法規還規定对違法章者、如果被定罪、將每天所發生的、每一罪狍的犯法行行，將付下高達 500 元的罰款，和／或監禁六個月。

# Exhibit L

# NOTICE OF VIOLATION

of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

**DEPARTMENT OF BUILDING INSPECTION**   **NOTICE:** 2        **NUMBER:** 202175602
City and County of San Francisco                                **DATE:** 08-JUN-21
49 South Van Ness Ave, Suite 400 San Francisco, CA
FOR OFFICE USE ONLY

**ADDRESS:** 200 NAPLES ST

**OCCUPANCY/USE:** R-3 (RESIDENTIAL- 1 & 2 UNIT DWELLINGS,TOWNHOUSES  **BLOCK:** 6008   **LOT:** 001

☐ If checked, this information is based upons site-observation only.  Further research may indicate that legal use is different.  If so, a revised Notice of Violation will be issued.

**OWNER/AGENT:**  MADISON TRUST CO FBO PATRICK        **PHONE #:** --
**MAILING**      MADISON TRUST CO FBO PATRIC
**ADDRESS**      GALLAGHER PATRICK
                 PO BOX 523
                 BYRON CA                    94514

**PERSON CONTACTED @ SITE:**  MADISON TRUST CO FBO PATRICK P     **PHONE #:** --

## VIOLATION DESCRIPTION:

| | CODE/SECTION# |
|---|---|
| ☑ **WORK WITHOUT PERMIT** | 103A 106A.1 |
| ☐ **ADDITIONAL WORK-PERMIT REQUIRED** | 106.4.7 |
| ☐ **EXPIRED OR** ☐ **CANCELLED PERMIT  PA#:** | 106A.4.4 |
| ☐ **UNSAFE BUILDING**   ☐ **SEE ATTACHMENTS** | 102A |

This is to amend 1st NOV issued on 5/17/2021. A site visit on 6/3/21 identify the following deviations from approved PA 201810183586 and approved plans.
-Stairs leading to 3rd floor not installed to approved plans. Stairs have been built as a straight run. Plans called out for U-Shape detail.
-Stairs leading from 1st floor to 2nd floor was not constructed. A mechanical closet for furnace has been added on both floors modifying the existing and propose plans of having a communicating stairs from 1st floor to 2nd floor
-Windows have been replaced throughout
-1st floor area has been converted to an ADU by adding a full kitchen with stove, sink and cabinets. Plans under PA201810183586 shows this area to be compose of a storage with dryer, washer and furnace.-
-Plans for PA201810183586 show an existing ceiling height of 8ft and a propose height of 8ft on 1st floor level. Site conditions observed approx. 7ft in kitchen area (approved as storage area)
-Plans for PA201810183586 show an existing ceiling height of 8ft and a propose height of 8ft on 1st floor level. Site conditions observed approx. 7'3" in approved lower bedroom
Code/Section: SFBC 106.4.7, SFBC 103A

Monthly monitoring fee applies.
Code/Section: SFBC 110A, Table 1A-K

## CORRECTIVE ACTION:

☑ # STOP ALL WORK SFBC 104A.2.4                    628-652-3440

☑ **FILE BUILDING PERMIT WITHIN 30 DAYS**    ☑ **(WITH PLANS)** A copy of This Notice Must Accompany the Permit Application
☑ **OBTAIN PERMIT WITHIN** 60 **DAYS AND COMPLETE ALL WORK WITHIN** 90 **DAYS, INCLUDING FINAL INSPECTION AND SIGN OFF.**
☐ **CORRECT VIOLATIONS WITHIN  DAYS.**    ☐ **NO PERMIT REQUIRED**
☐ **YOU FAILED TO COMPLY WITH THE NOTICE(S) DATED  , THEREFORE THIS DEPT. HAS INITIATED ABATEMENT PROCEEDINGS.**

● **FAILURE TO COMPLY WITH THIS NOTICE WILL CAUSE ABATEMENT PROCEEDINGS TO BEGIN.**
   **SEE ATTACHMENT FOR ADDITIONAL WARNINGS.**

1. Obtain a building permit with plans to legalize all work that deviated from the approved plans under PA201810183586. This will include any interior layout reconfiguration, faced changes, window replacement and separating the 2 and 3rd floor from 1st floor. Plans must show preexisting conditions that predates the approval of PA201810183586. Plans will also require as built conditions and



# NOTICE OF VIOLATION
of the San Francisco Municipal Codes Regarding Unsafe,
Substandard or Noncomplying Structure or Land or Occupancy

propose. City planning approval is requires

2. A separate permit will be required for the conversion of the 1st floor to an ADU

File an application for a Building permit required to legalize the unit pursuant to Building Code Section 106A 3.1.3 and Planning Code Section 207.3. Separate Electrical and Plumbing permits are required.

**INVESTIGATION FEE OR OTHER FEE WILL APPLY**

☐ 9x FEE (WORK W/O PERMIT AFTER  9/1/60)    ☑ 2x FEE (WORK EXCEEDING SCOPE OF PERMIT)

☐ OTHER:                                     ☐ REINSPECTION FEE $          ☐ NO PENALTY
                                                                              (WORK W/O PERMIT PRIOR TO 9/1/60)

**APPROX. DATE OF WORK W/O PERMIT**          **VALUE OF WORK PERFORMED W/O PERMITS** $15000

**BY ORDER OF THE DIRECTOR, DEPARTMENT OF BUILDING INSPECT**

CONTACT INSPECTOR:  Mauricio E Hernandez

PHONE #  628-652-3440              DIVISION:  CES          DISTRICT :

By:(Inspectors's Signature) _____

1

**PROOF OF SERVICE**

2

    I, KATHLEEN K. HILL, declare as follows:

3

    I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

4

5

    On November 25, 2025, I served the following document(s):

6

**AMENDED DECLARATION OF MATTHEW GREENE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56);**

7

on the following persons at the locations specified:

8

Patrick Gallagher
470 Coletas Way
Byron, CA 94514
Tel:  (925) 325-3911
Email: bigblockpat@gmail.com

9

10

11

*Plaintiff in Pro Per*

12

in the manner indicated below:

13

☒    **BY UNITED STATES MAIL**:  Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

14

15

16

☒    **BY ELECTRONIC MAIL:**  I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address:  kathleen.hill@sfcityatty.org.

17

18

    I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

19

    Executed November 25, 2025, at San Francisco, California.

20

                                 */s/  Kathleen K. Hill*

21

                                 KATHLEEN K. HILL

22

23

24

25

26

27

28