DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-4259
Facsimile: (415) 554-3837
E-Mail: hunter.sims@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI (ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA); MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK GALLAGHER,

Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,

Defendant.

Case No. 23-cv-03579-SI (JCS)

**DECLARATION OF KEVIN BIRMINGHAM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Fed. R. Civ. P. 56)**

Hearing Date: December 19, 2025
Time: 10:00 a.m.
Place: Videoconference

Trial Date: February 17, 2026

**DECLARATION OF KEVIN BIRMINGHAM**

I, Kevin Birmingham, declare as follows:

1. I am over the age of eighteen and I have personal knowledge of the matters stated in this declaration, unless otherwise stated. If called upon to testify, I could and would testify competently to the contents of this declaration.

2. I am currently employed by the San Francisco Department of Building Inspection ("DBI"), a department of the City and County of San Francisco ("City"). I have been employed by DBI since 2016. My current title at DBI is Chief Building Inspector. I have held this position for approximately a year and a half.

3. Prior to becoming the Chief Building Inspector, I was a Senior Building Inspector. I held this position from approximately 2019 to 2024.

4. In approximately June 2021, I was assigned to assist in DBI's inspection efforts at a property located at 200 Naples Street, San Francisco, California ("the Property"). It is my understanding that Plaintiff was the owner of the Property the time I assisted in DBI's enforcement efforts.

5. The first I recall being involved with any enforcement at the Property was a meeting that occurred on or about January 21, 2022. The meeting was attended by me, then Senior Building Inspector Mauricio Hernandez and Plaintiff.

6. Prior to the meeting I reviewed all active permits for the Property. The active permit was numbered "PA 201810183586." I have reviewed PA 201810183586 and know that the work for that permit was to comply with a Notice of Violation ("NOV"), numbered 201895477.

7. Prior to the meeting I reviewed NOV number 201895477. That NOV was issued to Plaintiff for working without a permit. Specifically, that Plaintiff was attempting to install dormers without proper permits as well as Structural modifications to the roof and floor system.

8. Prior to the meeting, I reviewed a prior NOV that had been issued on the Property on May 17, 2021 by DBI Inspector Thomas Keane. That NOV was numbered 202175602 and was for working under an expired permit. I also reviewed amended NOV number 202175602 authored by Hernandez.

9.      At the January 21, 2022 meeting, I observed many aspects of the condition of the Property that did not match the building plans that were submitted and approved by DBI for PA 201810183586. It is important for general contractors and property owners to follow the plans that are submitted to DBI. This way, DBI can ensure that any construction related activities conducted in the neighborhoods of San Francisco is done in a safe and workmanlike manner.

10.     Given the number of items that deviated from the approved plans, Hernandez and I divided handling of the issues. I handled the issues with the windows of the property, while Hernandez handled the remaining issues.

11.     The issues with the windows pertained to windows on the front and the rear of the Property.

12.     The windows on the front of the Property did not meet the egress requirements as outlined in California Building Code sections 1031.3.1, 1031.3.2 and 1031.3.3. Per Building Code section 1031.3.1, *"The minimum net clear height opening shall be 24". The minimum net clear width dimension shall be 20"* and must have a net clear opening of 5.7 square feet. The spirit behind Building Code section 1031.3.1 is to allow for a window to open wide enough such that a firefighter, or other first responder, can fit through it in the event of an emergency. This code pertains to a health and safety issue aimed to prevent death and serious injury. I advised Plaintiff that he could change the windows on each gable to meet the egress requirements from a bedroom. He did subsequently change these windows to meet the egress requirement.

13.     The windows on the back of the property were within three feet of the property line. When windows are within five feet of a property line, they must be "45 minute rated windows." This specific type of window is designed to prevent the spread of a fire and is required within 5 feet of a property line due to the proximity of adjacent buildings and the risk a fire could easily spread between buildings of such close proximity.

14.     I reviewed the building plans submitted in connection with this property. In those plans, Plaintiff attested that he would use "45 minute rated windows" in his project. Attached hereto as Exhibit A is a true and accurate copy of the attestation signed by Plaintiff.

15.     I issued a "Correction Notice and Report" for the issues with the windows described above. DBI inspectors may issue a "Correction Notice" when a problem falls short of a NOV, but DBI will issue an NOV should the property owner or contractor fail to correct the items described in the "Correction Notice." The "Correction Notice" I issued is attached hereto as Exhibit B.

16.     I was not personally involved with any of the enforcement done at the Property other than the windows.

17.     I considered the issues described above to be potentially serious life and safety issues. Any enforcement I, or any other DBI employee I interacted with, was only done to ensure Plaintiff's project was done consistent with the submitted plans and the applicable laws governing Plaintiff's project at 200 Naples St.

18.     On or about May 4, 2022, I attended a meeting with an individual named Ernest Jones, who at the time was an aide to then San Francisco Supervisor Ahsha Safai. The meeting was also attended by DBI employees Joe Duffy, Matt Greene and Hernandez. During the meeting, all of the DBI employees explained to Plaintiff the corrections to the Property that DBI required in order to obtain final approval on the project. Plaintiff responded with accusations that the DBI employees were acting improperly respect to enforcement at the property. Then Supervisor Safai did not attend the meeting. I never spoke with Supervisor Safai before or after the meeting regarding the property.

19.     At the time of the above described events, Defendant Joe Duffy was my supervisor at DBI. At no time did Duffy instruct or direct me to retaliate against Plaintiff in any way.

20.     I worked with Defendant Bernie Curran. Curran never supervised me. I never had anything other than a professional relationship with Curran. We did not socialize outside of work.

21.     I never worked with Defendant Rodrigo Santos. Santos never supervised me. I never had anything other than a professional relationship with Santos. We did not socialize outside of work.

22.     I do not believe I ever met Plaintiff prior to this project. I did not know that Plaintiff spoke with the FBI prior to June 8, 2021, when amended NOV 202175602 was issued. Some time after amended NOV 202175602 was issued, I learned Plaintiff claimed he had spoken with the FBI about Bernie Curran and Rodrigo Santos. Plaintiff was the only source of this information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17 day of November 2025, at San Francisco, California.

KEVIN BIRMINGHAM

# Exhibit A

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

AVALON AVE.
NAPLES AVE.
(E) CONC. SIDEWALK
CONC. CURB
32" WD. & CONC. FENCE
PROPERTY CORNER
(E) CONC. SLAB
4 - (N) SHED DORMER
REMOVE SHED DORMER
REPAIR (E) SHED DORMER
RIDGE LINE
(E) 2nd FLR. DR.
(E) ENTRY DOOR ROOF
(E) EXTERIOR WALL
32" WD. & CONC. FENCE
2nd FLR. RM.
(E) 1st FLR. DR.
REMOVE 2nd FLR. UTILITY RM.
PROPERTY LINE
(E) CONC. SIDEWALK
(E) DWELLING
(E) YARD
6' WOOD FENCE & PROPERTY LINE
CONC. CURB
1 SITE PLAN SCALE 1/8" = 1' - 0"
(E) BED RM #1
11:12 PITCH CLG. over 5' TALL TYP.
STAIR WAY
(E) BATH #1 8' CLG.
(E) BED RM #2
CLOSET
(E) EXT. WALL
AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS
2 3rd FLOOR REFLECTED CEILING PLAN SCALE 3/16" = 1' - 0"
(E) 11:12 PITCH ROOF BEYOND
SHED DORMER ROOF 5:12 PITCH TYP.
CEILING JOIST
CLOSET WALLS BEYOND
(N) WINDOW
(E) EAVE BEYOND
(N) 2x4 WALL
3rd FLOOR LINE
(E) 2x4 KNEE WALL BEYOND
FLOOR JOIST
(N) 5/8" TYPE 'X' GYPM. BD. on ALL WALLS WITHIN 30" OF PROPERTY LINE
(E) 2x STUD WALL
2nd FLOOR LINE
(E) GRADE
(E) CONC
1st FLOOR LINE
3 BUILDING SECTION 'A' SCALE 3/16" = 1' - 0"
1" flange setback with stucco key
Vertical Section stucco exterior
Horizontal Section stucco exterior
ANDERSON SINGLE HUNG WINDOW SERIES 100 JAMB DETAIL NO SCALE
ANDERSON GLIDING WINDOWS SERIES 100 JAMB DETAIL NO SCALE
VICINITY MAP NORTH N.T.S.
PROJECT LOCATION

ZONING & BUILDING DATA

| Parcel: 6008001 | Zoning District: RH-1 |
|---|---|
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. |
| C.B.C. Construction Type: V-B | Stories: 2 over basement |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. |
| Climate Zone: Zone 12 | Flood Zone: none |

| Floor Areas (sq.ft.) | Existing | Proposed | Total |
|---|---|---|---|
| 1st Flr. (lower) Conditioned | 460.0 | no change | 460.0 |
| 2nd Flr. (middle) Conditioned | 700.0 | no change | 700.0 |
| 3rd Flr. (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

| Setbacks/Height | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard | 9'-8" | no change | 15'-0" max. |
| Side Yard | 0'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | no change |

CODES:

A. The work shall comply with the following building code publications in effect in the City of Clayton and Contra Costa County:

2016 California Building Code
2016 California Residential Code
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

SHEET INDEX

1) site plan, sheet index, scope of work, building section reflected ceiling plan, window jamb details, general notes, building & zoning data, vicinity map, abbreviations

2) Existing Floor Plan & Exterior Elevations

3) Proposed Floor Plan, Exterior Elevations

SCOPE OF WORK STATEMENT

Remove and replace damaged framing members; studs, joist headers and beams as required.
Install new doors and windows as described on floor plan.
Add 4 roof dormers with windows to 3rd floor. Rebuild 3rd floor shed roof and renovate bath room.
Install new kitchen cabinets and add lavatory to 2nd floor.
Repair stucco as required.
Install new composition roofing.

SHEET INDEX (STRUCTURAL)

S1.0 ABBREVIATIONS AND GENERAL NOTES
S1.1 TESTING AND INSPECTION
S2.0 FOUNDATION AND 2ND FLOOR FRAMING PLAN
S2.1 3RD FLOOR AND ROOF FRAMING PLANS
S5.0 TYPICAL CONCRETE DETAILS
S8.0 TYPICAL WOOD DETAILS
S8.1 WOOD FRAMING DETAILS
S8.2 FLOOR FRAMING DETAILS

REVISIONS:
1 New roof dormers under separate permit.
2 Window details and operation City
3 Window & roof dormer size City
4 Interior Area calculations- City

G.S.BLOCK INV. LLC.
Pat Gallagher, P.O. BOX 523, BYRON, CA. 94514
Ph: 925-325-3911, Email: bgbackpat@gmail.com

Bill Manfredi & Assoc.
Planner, Danville, Ca.
Ph: 925-413-7612
E-mail: bill.manfredi@att.net

SITE PLAN, ZONING & BUILDING DATA, VICINITY MAP
SHEET INDEX, SCOPE OF WORK, BUILDING SECTION
REFLECTED CEILING PLAN, WINDOW JAMB DETAILS

Addition & Renovation at
200 Naples St. San Francisco, Ca. 94112
for owner: Pat Gallagher, Ph # 925-325-3911

Drawn by: Amilio Garcia
DATE ISSUED May, 2019
SHEET 1 OF 3 SHEETS

2 GOVERNING APPROVALS DATE

APPROVED Dept. of Building Insp. JUN 11 2019
TOM C. HUI S.E. DIRECTOR DEPT. OF BUILDING INSPECTION

RECEIVED MAY 23 2019 DEPT. OF BUILDING INSPECTION

Approved Planning Dept. Cathleen Campbell MAY 29 2019

Stephan Leung, DBI MAY 23 2019

2018-1018-3386 RS
(12)



NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
REVISIONS:
1 New roof dormers under separate permit.
2 Window details and operation City
3 Window & roof dormer size City
4 Interior Area calculations- City
EXISTING 1st FLOOR PLAN (LOWER)
SCALE 1/4" = 1' - 0"
EXISTING 2nd FLOOR PLAN (MIDDLE)
SCALE 1/4" = 1' - 0"
EXISTING 3rd FLOOR PLAN (UPPER)
SCALE 1/4" = 1' - 0"
EXISTING EXTERIOR ELEVATION - NAPLES AVE.
SCALE 3/16" = 1' - 0"
PROPERTY CORNER
PROPERTY LINE
CLOSET
(E) BATH #2
(E) BED RM #3
HALL
(E) STORAGE
(E) CRAWL SPACE
DROP BEAM ABOVE
W.H.
DRY
WASH
F.A.U.
(E) CONC. RETAINING WALLS
(E) CONC. SLAB
(E) CONC. SIDEWALK
DEMOLISH UTILITY ROOM & STAIRS
LIVING RM
(N) LAV.
KITCHEN
DINING RM
UTILITY RM
GAS RANGE
(E) STAIR UP
(E) STAIR DOWN
(E) EXT. WALL
32" WD. & CONC. FENCE
size revised
(E) BED RM #1
(E) BED RM #2
VAULTED CLG.
(E) BATH #1
(E) SHED DORMER
RIDGE LINE
(E) ROOF
(E) 30" TALL EXT. WALL
(E) SHED ROOF DORMER with 5:12 PITCH
revised size & location
REMOVE SHED ROOF DORMER
(E) FASCIA BOARD
(E) ENTRY DR. ROOF
(E) WND
3rd FLOOR LINE
2nd FLOOR LINE
1st FLOOR LINE
(E) STUCCO VENEER
(E) GRADE
REMOVE UTILITY RM
(E) ENTRY DOOR
(E) WINDOW
(E) DOOR
2x6 FASCIA
(E) HORZ. SIDING
(E) HORZ. WOOD SIDING
REMOVE UTILITY ROOM
APPROVED Dept. of Building Insp.
JUN 11 2019
DEPT. OF BUILDING INSPECTION
RECEIVED
MAY 23 2019
MAY 29 2019
Approved Planning Dept. Cathleen Campbell
Stephan Leung, DBI
MAY 23 2019
Bill Manfredi & Assoc.
Planner, Danville, Ca.
Ph: 925-413-7612
E-mail: bill.manfredi@att.net
G.S.BLOCK INV. LLC.
Pat Gallagher, P.O. BOX 523, BYRON, CA. 94514
Ph: 925-325-3911, E-mail: bigblockpat@gmail.com
EXISTING 1st, 2nd & 3rd FLOOR PLANS
EXISTING EXTERIOR ELEVATIONS
Addition & Renovation at
200 Naples St. San Francisco, Ca. 94112
for owner: Pat Gallagher, Ph # 925-325-3911
Drawn by: Amilio Garcia
DATE ISSUED May, 2019
SHEET 2 OF 3 SHEETS



NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
1st FLOOR PLAN (LOWER)
SEE M.E.P. SYMBOLS ON SHEET #3
SCALE 1/4" = 1' - 0"
2nd FLOOR PLAN (MIDDLE)
SEE M.E.P. SYMBOLS ON SHEET #3
SCALE 1/4" = 1' - 0"
3rd FLOOR PLAN (UPPER)
SEE M.E.P. SYMBOLS ON SHEET #3
SCALE 1/4" = 1' - 0"
PROPOSED EXTERIOR ELEVATION - NAPLES AVE.
SCALE 3/16" = 1' - 0"
REVISIONS:
New roof dormers under separate permit
Window details and operation City
Window & roof dormer size City
Interior Area calculations- City
G.S.BLOCK INV. LLC.
P.O. BOX 523, BYRON, CA. 94514
Ph: 925-325-3911, E-mail: bigblockpat@gmail.com
Bill Manfredi & Assoc.
Planner, Danville, Ca.
Ph: 925-413-7612
E-mail: bill.manfredi@att.net
Addition & Renovation at
200 Naples St. San Francisco, Ca. 94112
for owner: Pat Gallagher, Ph # 925-325-3911
Drawn by: Amilio Garcia
DATE ISSUED May, 2019
SHEET 3 OF 3 SHEETS
APPROVED Dept. of Building Insp.
JUN 11 2019
RECEIVED
MAY 23 2019
MAY 29 2019
Approved Planning Dept. Cathleen Campbell

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

# ABBREVIATIONS

| ABBREVIATION | DESCRIPTION |
|---|---|
| (E) | EXISTING |
| AB | ANCHOR BOLT |
| ADDL | ADDITIONAL |
| AR | ANCHOR ROD |
| BLKG | BLOCKING |
| BM | BEAM |
| BTWN | BETWEEN |
| CL | CENTER LINE |
| CLR | CLEAR OR CLEARANCE |
| COL | COLUMN |
| CONC | CONCRETE |
| CONN | CONNECTION(S) |
| CONT | CONTINUOUS |
| CTR | CENTER |
| CTRSK | COUNTERSINK |
| db | DIAMETER OF BOLT OR REBAR |
| DEMO | DEMOLISH |
| DF | DOUGLAS FIR |
| DIA | DIAMETER |
| DIM(S) | DIMENSION(S) |
| DWG(S) | DRAWING(S) |
| EA | EACH |
| EF | EACH FACE |
| EMBED | EMBEDMENT |
| EN | EDGE NAIL |
| EQ | EQUAL |
| EXP | EXPANSION |
| FN | FIELD NAILING |
| FND | FOUNDATION |
| FTG | FOOTING |
| GA | GAGE, GAUGE |
| GALV | GALVANIZED |
| GEN | GENERAL |
| HDR | HEADER |
| HGR | HANGER |
| HK | HOOK |
| HORIZ | HORIZONTAL |
| HSS | HOLLOW STRUCTURAL STEEL |
| INFO | INFORMATION |
| LONG | LONGITUDINAL |
| MAX | MAXIMUM |
| MB | UNFINISHED MACHINE BOLT |
| MFR | MANUFACTURER |
| MIN | MINIMUM |
| MISC | MISCELLANEOUS |
| MTL | METAL |
| N/A | NOT APPLICABLE |
| NO | NUMBER |
| NOM | NOMINAL |
| NTS | NOT TO SCALE |
| OC | ON CENTER |
| OH | OPPOSITE HAND |
| OPNG(S) | OPENING(S) |
| PL | PLATE |
| PLY | PLYWOOD |
| PSF | POUNDS PER SQUARE FOOT |
| PSI | POUNDS PER SQUARE INCH |
| REINF | REINFORCE(D) (ING) OR (MENT) |
| REQD | REQUIRED |
| REV | REVISION |
| SCHED | SCHEDULE |
| SEOR | STRUCTURAL ENGINEER OF RECORD |
| SIM | SIMILAR |
| SOG | SLAB ON GRADE |
| SQ | SQUARE |
| STAGG'D | STAGGERED |
| STD | STANDARD |
| T&B | TOP AND BOTTOM |
| TO | TOP OF |
| TYP | TYPICAL |
| UON | UNLESS OTHERWISE NOTED |
| VERT | VERTICAL |
| VIF | VERIFY IN FIELD |
| W/ | WITH |
| W/O | WITHOUT |
| WF | WIDE FLANGE |

### I. GENERAL REQUIREMENTS

A. THE STRUCTURAL DRAWINGS REPRESENT THE FINISHED STRUCTURE. THE MEANS, METHODS, PROCEDURES AND SEQUENCE OF CONSTRUCTION ARE THE RESPONSIBILITY OF THE CONTRACTOR. THE CONTRACTOR SHALL TAKE ALL NECESSARY PRECAUTIONS TO MAINTAIN AND ENSURE THE INTEGRITY OF THE STRUCTURE AT ALL STAGES OF CONSTRUCTION.

B. DURING THE CONSTRUCTION PERIOD, THE CONTRACTOR SHALL BE RESPONSIBLE FOR THE SAFETY OF PERSONNEL AND PROPERTY ON AND AROUND THE JOBSITE. THE CONTRACTOR SHALL PROVIDE SHORING, BRACING, GUYS, ETC. IN ACCORDANCE WITH ALL LOCAL, STATE, AND NATIONAL STANDARDS.

C. ALL CONSTRUCTION, TESTING, AND INSPECTIONS SHALL CONFORM TO THE BUILDING CODE REFERENCED UNDER THE HEADING 'BASIS OF DESIGN' BELOW.

D. STANDARDS REFERENCED IN THESE DRAWINGS SHALL BE THE LATEST EDITION, UNLESS OTHERWISE NOTED.

E. THE CONTRACTOR SHALL VERIFY ALL DIMENSIONS AT THE JOB SITE BEFORE COMMENCING WORK AND SHALL REPORT ANY DISCREPANCIES TO THE SEOR.

F. DO NOT SCALE THE DRAWINGS; USE WRITTEN DIMENSIONS ONLY. WHERE NO DIMENSIONS ARE PROVIDED OR WHERE DIMENSIONS PROVIDED CONFLICT WITH OTHER DRAWINGS, CONSULT THE SEOR.

G. WHERE MEMBER LOCATIONS ARE NOT DIMENSIONED, MEMBERS SHALL BE LOCATED ON COLUMN LINES OR EQUALLY SPACED BETWEEN MEMBERS ON COLUMN LINES OR BETWEEN MEMBERS OTHERWISE LOCATED. CENTERLINES OF COLUMNS, WALLS, FRAMING MEMBERS, AND FOUNDATIONS COINCIDE WITH GRIDLINES, UNLESS OTHERWISE NOTED.

H. TYPICAL DETAILS ARE INTENDED TO APPLY TO APPLICABLE SITUATIONS, UNLESS OTHERWISE NOTED. TYPICAL DETAILS MAY NOT BE SPECIFICALLY LOCATED.

I. DETAILS SHALL BE APPLIED TO EVERY LIKE CONDITION WHETHER OR NOT THEY ARE REFERENCED IN EVERY INSTANCE. FOR CONDITIONS NOT SPECIFICALLY SHOWN, USE DETAILS SIMILAR TO THOSE PROVIDED.

J. CONTRACTOR SHALL COORDINATE SEWER AND UTILITY LINE LOCATIONS WITH THE FOUNDATION LOCATIONS AND SIZES SHOWN ON THE STRUCTURAL DRAWINGS. ANY INTERFERENCE BETWEEN SEWER/UTILITY LINES AND FOUNDATIONS SHALL BE BROUGHT TO THE ATTENTION OF THE SEOR BEFORE PROCEEDING WITH THE WORK.

K. THE CONTRACTOR SHALL VERIFY THAT CONSTRUCTION LOADS DO NOT EXCEED THE CAPACITY OF THE STRUCTURE AT THE TIME THE LOADS ARE PLACED.

### II. EXISTING CONSTRUCTION

A. WORK SHOWN IS NEW UNLESS OTHERWISE NOTED AS EXISTING, (E).

B. EXISTING CONSTRUCTION SHOWN IN THESE DRAWINGS WAS OBTAINED FROM LIMITED SITE INVESTIGATIONS. THE CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS, VERIFY DIMENSIONS PRIOR TO CONSTRUCTION. THE CONTRACTOR SHALL NOTIFY THE SEOR OF ALL DISCREPANCIES AND EXCEPTIONS BEFORE PROCEEDING WITH THE WORK.

C. THE REMOVAL, CUTTING, DRILLING, ETC. OF EXISTING WORK SHALL BE PERFORMED WITH GREAT CARE AND SMALL TOOLS IN ORDER TO MAINTAIN THE STRUCTURAL INTEGRITY OF THE BUILDING. IF EXISTING STRUCTURAL MEMBERS NOT INDICATED FOR REMOVAL INTERFERE WITH THE NEW WORK, THE SEOR SHALL BE NOTIFIED IMMEDIATELY. APPROVAL SHALL BE OBTAINED PRIOR TO REMOVAL OF THE EXISTING MEMBERS.

D. THE CONTRACTOR SHALL SAFELY SHORE EXISTING CONSTRUCTION WHEREVER EXISTING SUPPORTS ARE REMOVED TO ALLOW INSTALLATION OF THE NEW WORK. THE EXISTING CONSTRUCTION SHALL BE CONNECTED AND/OR EMBEDDED INTO THE NEW CONSTRUCTION AS SHOWN OR SPECIFIED.

E. THE CONTRACTOR SHALL VERIFY THE LOCATION OF EXISTING UTILITIES BEFORE BEGINNING WORK. SPECIAL CARE SHALL BE TAKEN TO PROTECT UTILITIES THAT ARE TO REMAIN IN SERVICE DURING CONSTRUCTION.

F. THE CONTRACTOR SHALL PROMPTLY REPAIR DAMAGE CAUSED DURING OPERATIONS WITH SIMILAR MATERIALS AND WORKMANSHIP.

G. THE CONTRACTOR SHALL LOCATE EXISTING REINFORCING STEEL WHERE EXISTING CONCRETE IS TO BE CUT, CORED OR SAWN. LOCATION SHALL BE DONE USING A NON-DESTRUCTIVE METHOD. DO NOT DAMAGE EXISTING REINFORCING WITHOUT NOTIFYING THE SEOR.

### III. BASIS OF DESIGN

A. THE STRUCTURAL DESIGN OF THIS PROJECT IS GOVERNED BY THE 2016 CALIFORNIA BUILDING CODE (CBC) WITH 2016 SAN FRANCISCO BUILDING CODE AMMENDMENTS.

B. RISK CATEGORY = II

C. LIVE LOADS:
1. FLOOR = 40 PSF
2. ROOF = 20 PSF

D. WIND DESIGN DATA:
1. V = 110 MPH
2. EXPOSURE CATEGORY = B
3. Kzt = 1.0

E. SEISMIC DESIGN DATA:
1. I = 1.0
2. SDS = 1.134
3. SD1 = 0.785
4. SITE CLASS = D
5. SEISMIC DESIGN CATEGORY = E
6. R = 6.5 FOR PLYWOOD SHEAR WALLS
7. ANALYSIS PROCEDURE = EQUIVALENT LATERAL FORCE PROCEDURE
8. REDUNDANCY FACTOR = 1.3

### IV. FOUNDATIONS

A. FOUNDATIONS ARE DESIGNED IN ACCORDANCE WITH CHAPTER 18 TABLE 1806.2 OF THE 2016 CBC.

B. SPREAD FOOTINGS HAVE BEEN DESIGNED ASSUMING AN ALLOWABLE BEARING PRESSURE OF 1500 PSF WITH A ONE-THIRD INCREASE FOR SEISMIC LOADING.

### V. CONCRETE

A. MIXING, BATCHING, TRANSPORTING AND PLACING OF ALL CONCRETE SHALL CONFORM TO ACI 301, SPECIFICATION FOR STRUCTURAL CONCRETE FOR BUILDINGS.

B. ALL CONCRETE SHALL BE THOROUGHLY CONSOLIDATED.

C. ALL CONCRETE SHALL USE TYPE II OR II/V CEMENT.

D. THE SCHEDULE BELOW INDICATES THE MINIMUM CONCRETE DESIGN MIX REQUIREMENTS. SEE THE SPECIFICATIONS FOR ADDITIONAL CONCRETE PROPERTIES.

| TYPE | LOCATION | MINIMUM 28-DAY STRENGTH (PSI) | MAXIMUM WEIGHT (PCF) |
|---|---|---|---|
| A | FOOTINGS | 2500 | 150 |
| B | SLAB ON GRADE | 2500 | 150 |

E. SLAB-ON-GRADE CONCRETE SHALL HAVE A MAXIMUM WATER-CEMENT RATIO OF 0.45.

F. CONCRETE CLEAR COVER OVER MILD REINFORCING STEEL SHALL BE AS FOLLOWS, UNLESS OTHERWISE NOTED:
1. CONCRETE CAST AGAINST AND PERMANENTLY EXPOSED TO EARTH = 3"
2. CONCRETE EXPOSED TO EARTH OR WEATHER:
   a. NO. 5 BARS AND SMALLER = 1-1/2"
   b. NO. 6 BARS AND LARGER = 2"
3. CONCRETE NOT EXPOSED TO WEATHER OR IN CONTACT WITH GROUND:
   a. SLABS, WALLS, JOISTS:
      i. NO. 11 BARS AND SMALLER = 3/4"
   b. BEAMS, COLUMNS:
      i. PRIMARY REINFORCEMENT, TIES, STIRRUPS, SPIRALS = 1-1/2"

G. NON-SHRINK GROUT SHALL HAVE A MINIMUM COMPRESSIVE STRENGTH OF 6000 PSI AT 28 DAYS.

### VI. REINFORCING STEEL

A. ALL REINFORCING BARS SHALL BE DEFORMED BARS CONFORMING TO THE REQUIREMENTS OF ASTM A615 AND ASTM A706 WHERE REQUIRED; ALL BARS TO BE GRADE 60 UNLESS OTHERWISE NOTED.

B. DETAIL REINFORCING STEEL BASED ON THE PROJECT REQUIREMENTS, ACI 318, AND ACI 315.

C. TERMINATION OF REINFORCEMENT:
1. TERMINATE ALL BARS IN LAPS, 90 DEGREE BENDS OR WITH DOWELS EPOXIED INTO EXISTING CONCRETE.

D. WHERE A 90 DEGREE, 135 DEGREE OR 180 DEGREE HOOK IS GRAPHICALLY INDICATED, PROVIDE CORRESPONDING ACI STANDARD HOOK PER DETAILS 2 AND 3/S5.0

E. SPLICES
1. LAP REINFORCING STEEL AS SPECIFICALLY DETAILED ON THE DRAWINGS. SEE REBAR OFFSET AND LAP SPLICE SCHEDULE IN DETAIL 7/S5.0
2. UNLESS OTHERWISE NOTED, ALL LAP SPLICES ARE TO BE CLASS B.
3. MECHANICAL SPLICES, IF USED AT CONTRACTOR'S OPTION, SHALL BE ICC-ES APPROVED AND CAPABLE OF DEVELOPING 125% OF THE SPECIFIED MINIMUM YIELD STRENGTH OF THE BAR IN TENSION OR COMPRESSION.

### VII. WOOD

A. ALL WOOD FRAMING SHALL CONFORM TO NATIONAL DESIGN SPECIFICATIONS (NDS) FOR WOOD CONSTRUCTION AND APA PDS, PLYWOOD DESIGN SPECIFICATION.

B. ALL WOOD FRAMING SHALL BE DOUGLAS FIR LARCH. GRADE SHALL BE AS FOLLOWS, UNLESS NOTED OTHERWISE:
1. JOISTS = NO. 2
2. BEAMS = NO. 2
3. WALL STUDS = NO. 2
4. SILL PLATES = PRESSURE TREATED, NO. 2
5. TOP PLATES = NO. 2
6. POSTS = NO. 2
7. BLOCKING AND MISCELLANEOUS = NO. 2

C. UNLESS OTHERWISE NOTED ON PLAN, LAMINATED VENEER LUMBER (LVL) SHALL HAVE THE FOLLOWING MINIMUM PROPERTIES: Fb = 2,900 PSI; E = 2,000,000 PSI. PARALLEL STRAND LUMBER (PSL) MAY BE USED IN LIEU OF LVL AND SHALL HAVE THE FOLLOWING MINIMUM PROPERTIES: Fb = 2,900 PSI; E = 2,000,000.

D. ALL LUMBER IN CONTACT WITH CONCRETE 0'-8" OR LESS ABOVE THE GROUND SHALL BE PRESSURE TREATED.

E. MAXIMUM MOISTURE CONTENT SHALL BE 15% AT TIME OF FRAMING FOR NEW WOOD MEMBERS ADJACENT TO EXISTING WOOD MEMBERS. ALL OTHER MEMBERS SHALL HAVE A MAXIMUM MOISTURE CONTENT OF 19% AT TIME OF FRAMING. REFER TO ARCHITECTURAL DRAWINGS, PROJECT SPECIFICATIONS AND CLADDING MANUFACTURERS' INFORMATION FOR MORE STRINGENT MOISTURE CONTENT REQUIREMENTS.

F. STRUCTURAL SHEATHING SHALL BE AS FOLLOWS (MIN THICKNESS AND MIN APA RATING):
1. WALLS = 1/2", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1
2. FLOORS = 3/4", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1
3. ROOFS = 5/8", SPAN RATING = 32/16, STRUCT 1, EXPOSURE 1

G. WOOD CONNECTORS SHALL BE AS MANUFACTURED BY SIMPSON STRONG TIE OR EQUAL PRODUCT IF APPROVED BY SEOR. SIMPSON DESIGNATIONS USED IN THESE DRAWINGS.

H. NAILS SHALL BE COMMON WIRE GAGE, UNLESS OTHERWISE NOTED AND CONFORM TO CBC TABLE 2304.9.1.

I. LAG BOLTS AND UNFINISHED MACHINE BOLTS SHALL CONFORM TO ASTM A307. PROVIDE WASHERS UNDER THE HEADS AND NUTS OF ALL BOLTS AND LAG SCREWS BEARING ON WOOD.

J. ANCHOR RODS SHALL CONFORM TO ASTM F1554 GR 36.

K. FASTENERS INSTALLED IN PRESSURE TREATED OR FIRE RETARDANT TREATED WOOD SHALL BE GALVANIZED.

### VIII. POST-INSTALLED ANCHORS

A. DO NOT DAMAGE OR CUT EXISTING REINFORCING STEEL WHILE INSTALLING POST-INSTALLED ANCHORS. NOTIFY SEOR IF EXISTING REINFORCING STEEL INTERFERES WITH INSTALLATION OF POST-INSTALLED ANCHORS.

B. ALL MIS-DRILLED OR UNACCEPTABLE HOLES SHALL NOT BE USED AND SHALL BE GROUTED SOLID.

C. ALL POST-INSTALLED ANCHORS SHALL BE INSTALLED IN ACCORDANCE WITH APPLICABLE ICC-ES REPORT AND MANUFACTURER'S RECOMMENDATIONS.

D. PROVIDE SPECIAL INSPECTION FOR THE INSTALLATION OF ALL POST-INSTALLED ANCHORS, UNLESS OTHERWISE NOTED.

E. EPOXY ANCHORS AND REINFORCING STEEL DOWELS
1. FOR INSTALLATION IN CONCRETE, EPOXY SHALL BE ONE OF THE FOLLOWING:
   a. SET-XP PER ICC-ES ESR-2508 AS MANUFACTURED BY SIMPSON STRONG TIE
   b. HIT-RE 500-SD PER ICC-ES ESR-2322 AS MANUFACTURED BY HILTI, INC.
   c. HY-200 MAX-SD PER ICC-ES ESR-2013 AS MANUFACTURED BY HILTI, INC.
2. EPOXIED ANCHOR RODS SHALL BE CARBON STEEL THREADED RODS PER APPROPRIATE ICC-ES REPORT; EPOXIED REINFORCING STEEL DOWELS SHALL BE ASTM A615 GR 60 UNLESS OTHERWISE NOTED.
3. MINIMUM ANCHOR EMBEDMENT AND TENSION TEST VALUES ARE AS FOLLOWS:

EPOXY ANCHORS IN NORMAL-WEIGHT CONCRETE (f'c = 3000 PSI MIN)

| REBAR SIZE | EMBED (IN) | TENSION TEST VALUE (LBS) | | |
|---|---|---|---|---|
| | | HY-200 MAX-SD | HIT-RE 500-SD | SET-XP |
| #3 | 3 | 3360 | 3510 | 3400 |
| #4 | 4 | 6010 | 6150 | 5690 |
| #5 | 5 | 9940 | 9330 | 7640 |
| #6 | 6 | 13660 | 12860 | 9770 |

EPOXY ANCHORS IN NORMAL-WEIGHT CONCRETE (f'c = 3000 PSI MIN)

| THREADED ROD DIAMETER (IN) | EMBED (IN) | TENSION TEST VALUE (LBS) | | |
|---|---|---|---|---|
| | | HY-200 MAX-SD | HIT-RE 500-SD | SET-XP |
| 3/8 | 3 | 3360 | 3510 | 3620 |
| 1/2 | 4 | 6010 | 6150 | 5690 |
| 5/8 | 5 | 9440 | 9330 | 7640 |
| 3/4 | 6 | 7120 | 12860 | 9770 |

### IX. COLD-FORMED STEEL FRAMING

A. ALL COLD-FORMED STEEL SHALL CONFORM TO AISI STANDARDS.

B. MATERIALS:
1. STRUCTURAL STEEL SECTIONS: 54-, 68-, 97- MIL PER ASTM A653 GR. D OR ASTM A1011 GR. 50; 33- AND 43- MIL PER ASTM A653 GR. A OR ASTM A1011 GR. 33.
2. SHEET METAL SCREWS = GRABBER SELF-DRILLING OR ALTERNATIVE IN ACCORDANCE WITH ASTM C1513.
3. ALL PREFABRICATED CLIPS AND OTHER ACCESSORIES SHALL BE MANUFACTURED BY SIMPSON STRONG TIE EQUAL. SIMPSON DESIGNATIONS USED IN DRAWINGS.

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|
| | | |

BASE DESIGN
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-2997
www.BASEdesigninc.com

NO. 5732
Exp. 12-31-20

2018-1018-3586 R4

APPROVED
Dept. of Building Insp.
JUN 11 2019
DEPT. OF BUILDING INSPECTION

RECEIVED
APR 29 2019
DEPT. OF BUILDING INSPECTION

Stephan Loung, DBI
MAY 23 2019

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

ABBREVIATIONS AND GENERAL NOTES

S1.0

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

X. TESTING AND INSPECTION

A. SPECIAL INSPECTIONS SHALL BE PERFORMED BY A SPECIAL INSPECTOR PER CBC SECTIONS 1704 AND 1705. THE SPECIAL INSPECTOR SHALL BE RETAINED BY THE OWNER AND NOT BY THE CONTRACTOR.

B. ITEMS SHALL RECEIVE SPECIAL INSPECTION BY A CERTIFIED SPECIAL INSPECTOR AS DESCRIBED ABOVE PER THE ATTACHED SPECIAL INSPECTION AND OBSERVATION FORM.

City and County of San Francisco
Department of Building Inspection

Edwin M. Lee, Mayor
Tom C. Hui, S.E., C.B.O., Director

# NOTICE

## SPECIAL INSPECTION REQUIREMENTS

Please note that the Special Inspections shown on the approved plans and checked on the Special Inspections form issued with the permit are required for this project. The employment of special inspectors is the direct responsibility of the owner or the engineer/architect of record acting as the owner's representative.

These special inspections are required *in addition to* the called inspections performed by the Department of Building Inspection. The name of the special inspector shall be furnished to the district building inspector prior to start of work for which special inspection is required.

For questions regarding the details or extent of required inspection or tests, please call the Plan Checker assigned to this project or **415-558-6132**. If there are any field problems regarding special inspection, please call your District Building Inspector or 415-558-6570.

Before final building inspection is scheduled, documentation of special inspection compliance must be submitted to and approved by the Special Inspection Services staff. To avoid delays in this process, the project owner should request final compliance reports from the architect or engineer of record and/or special inspection agency soon after the conclusion of work requiring special inspection. ***The permit will not be finalized without compliance with the special inspection requirements.***

## STRUCTURAL OBSERVATION REQUIREMENTS

Structural observation shall be provided as required per Section 1704.5. **The building permit will not be finalized without compliance with the structural observation requirements.**

### Special Inspection Services Contact Information

1. **Telephone:** (415) 558-6132
2. **Fax:** (415) 558-6474
3. **Email:** dbi.specialinspections@sfgov.org
4. **In person:** 3rd floor at 1660 Mission Street

**Note: We are moving towards a 'paperless' mode of operation. All special inspection submittals, including final letters, may be emailed (preferred) or faxed. We will also be shifting to a paperless fax receipt mode.**

**Special Inspection Services**
**1660 Mission Street – San Francisco CA 94103**
**Office (415) 558-6132 – FAX (415) 558-6474 – www.sfdbi.org**

Revised 9-22-17

## SPECIAL INSPECTION AND STRUCTURAL OBSERVATION

**A COPY OF THIS DOCUMENT SHALL BE KEPT WITH THE APPROVED STRUCTURAL DRAWING SET**

JOB ADDRESS 200 Naples St. APPLICATION NO ______ ADDENDUM NO ______

OWNER NAME ______ OWNER PHONE NO. ( ) ______

Employment of Special Inspection is the direct responsibility of the OWNER, or the engineer/architect of record acting as the owner's representative. Special inspector shall be one of those as prescribed in Sec.1704. Name of special inspector shall be furnished to DBI District Inspector prior to start of the work for which the Special Inspection is required. Structural observation shall be performed as provided by Section 1704.6. A preconstruction conference is recommended for owner/builder or designer/builder projects, complex and highrise projects, and for projects utilizing new processes or materials.

In accordance with Chapter 17 (SFBC), Special Inspection and/or testing is required for the following work:

1. [ ] Concrete (Placement & sampling
2. [ ] Bolts installed in concrete
3. [ ] Special moment-Resisting concrete frame
4. [X] Reinforcing steel and ~~prestressing tendons~~
5. **Structural welding:**
   - **A. Periodic visual inspection**
     - [ ] Single pass fillet welds 5/16" or smaller
     - [ ] Steel deck
     - [ ] Welded studs
     - [ ] Cold formed studs and joists
     - [ ] Stair and railing systems
     - [ ] Reinforcing steel
   - **B. Continuous visual inspection and NDT** (Section 1704)
     - [ ] All other welding (NDT exception: Fillet weld)
     - [ ] Reinforcing steel; and [ ] NDT required
     - [ ] Moment-resisting frames
     - [ ] Others ______
6. [ ] High-strength bolting
7. [ ] Structural masonry
8. [ ] Reinforced gypsum concrete
9. [ ] Insulating concrete fill
10. [ ] Sprayed-on fireproofing
11. [ ] Piling, drilled piers and caissons
12. [ ] Shotcrete
13. [ ] Special grading, excavation [ ] And filling (Geo. Engineered)
14. [ ] Smoke-control system
15. [ ] Demolition
16. [ ] Exterior Facing
17. **Retrofit of unreinforced masonry buildings:**
    - [ ] Testing of mortar quality and shear tests
    - [ ] Inspection of repointing operations
    - [ ] Installation inspection of new shear bolts
    - [ ] Pre-installation inspection for embedded bolts
    - [ ] Pull/torque tests per SFBC Sec.1607C & 1615C
18. **Bolts installed in existing concrete masonry:**
    - [X] Concrete [ ] Masonry
    - [X] Pull/torque tests
19. [X] Shear walls and floor systems used as shear diaphragms
20. [X] Holdowns
21. **Special cases:**
    - [ ] Shoring
    - [ ] Underpinning: [ ] Not affecting adjacent property
    - [ ] Affecting adjacent property: PA ______
    - [ ] Others
22. [ ] Crane safety (Apply to the operation of Tower cranes on highrise building) (Section 1705.21)
23. [ ] Firestops in high-rise building
24. [ ] Others: "As recommended by professional of record" ______
25. **Structural observation per Sec. 1704.6 for the following:** [X] Foundations [ ] Steel framing [ ] Concrete construction [ ] Masonry construction [X] Wood framing [ ] Other: ______
26. Certification is required for: [ ] Glu-lam components

Prepared by: KATHRYN BRIGGS Phone: (650) 796-8290
Engineer/Architect of Record

Required information:
FAX: ( ) ______ Email: KATY@BASEDESIGNINC.COM

Review by: ______ Phone: (415) 558-______
DBI Engineer or Plan Checker

****************************

**APPROVAL (Based on submitted reports.)**

______ ______
DATE DBI Engineer or Plan Checker / Special Inspection Services Staff

QUESTIONS ABOUT SPECIAL INSPECTION AND STRUCTURAL OBSERVATION SHOULD BE DIRECTED TO:
Special Inspection Services (415) 558-6132; or, dbi.specialinspections@sfgov.org ; or FAX (415) 558-6474

Revised 08-07-2017

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
| --- | --- | --- |
| | | |

**BASE DESIGN**
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-2997
www.BASEdesigninc.com

Stephan Leung, DBI
MAY 23 2019

| DATE: | SCALE: | DRAWN: |
| --- | --- | --- |
| 04/24/2019 | AS NOTED | TTD |

TESTING AND INSPECTION

S1.1

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

FOUNDATION AND FRAMING PLAN NOTES:

1. SEE GENERAL NOTES AND TESTING AND INSPECTION ON SHEETS S1.0 AND S1.1.
2. SEE TYPICAL CONCRETE DETAILS ON S5.0.
3. SEE TYPICAL WOOD FRAMING DETAILS ON S8.0.
4. EXCAVATIONS SHALL BE MADE AS NEAR AS POSSIBLE TO THE NEAT LINE REQ'D BY THE SIZE AND SHAPE OF STRUCTURE.
5. VERIFY LOCATION OF UNDERGROUND UTILITIES BEFORE EXCAVATION. NOTIFY SEOR PRIOR TO EXCAVATION IN THE EVENT SUCH UTILITIES ARE ENCOUNTERED.
6. PROVIDE SILL BOLTS AT ALL NEW STUD WALLS PER DETAIL 1/S8.0.
7. HOLD DOWNS ARE SHOWN THUS ON PLAN: HDU2 SEE DETAIL 6/S8.1.
8. MARKS # INDICATE PLY WOOD SHEAR WALLS. PLYWOOD MAY BE INSTALLED ON EITHER SIDE OF WALL. SEE DETAIL 2/S8.1 FOR SHEAR WALL SCHEDULE.
9. NON-STRUCTURAL WALLS NOT SHOWN FOR CLARITY.
10. AT BEAMS MARKED "COLLECTOR" PROVIDE 10d @ 6" OC EDGE NAILING.
11. MARKS "HDR" INDICATE NEW HEADER BEAM AT NEW OPENING PER DETAIL 7/S8.0.
12. MARKS "LW = 12'-0"" INDICATE MINIMUM LENGTH OF PLYWOOD SHEAR WALL.
13. FOR TYPICAL POST CONNECTIONS, SEE DETAILS ON S8.0.
14. PROVIDE THE FOLLOWING HANGERS WHERE REQUIRED:

| | |
|---|---|
| LVL 1 3/4x7 1/4: | HU7 |
| LVL 3 1/2x7 1/4: | HU48 |
| 2x8: | LUS26 |
| 4x6: | LUS46 |
| 4x8: | LUS46 |
| 4x12: | LU410 |

15. MARKS ▨ INDICATE NEW FOOTING, ALL OTHER FOOTINGS ARE (E).
16. WHERE POST OCCURS ABOVE AND BELOW FLOOR, SEE DETAIL 6/S8.0
17. NEW STUD WALLS SHALL BE 2x4 @ 16" OC, U.O.N. ON PLAN OR IN ARCHITECTURAL DRAWINGS.

## 2 2ND FLOOR FRAMING PLAN

1/4" = 1'-0"

## 1 FOUNDATION PLAN

1/4" = 1'-0"

Stephan Leung
MAY 23 2019

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|
| | | |

BASE DESIGN
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-2997
www.BASEdesigninc.com

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

FOUNDATION AND 2ND FLOOR FRAMING PLANS

S2.0

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

NOTES:

1. SEE FRAMING PLAN NOTES ON SHEET S2.0.
2. (E) NON-STRUCTURAL WALLS ARE NOT SHOWN FOR CLARITY.
3. PROVIDE 5/8" PLYWOOD W/ 10d @ 6" OC EN; 10d @ 12" OC FN AT DORMER ROOFS.

2 ROOF FRAMING PLAN 1/4" = 1'-0"

1 3RD FLOOR FRAMING PLAN 1/4" = 1'-0"

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
| --- | --- | --- |

Stephan Leung
MAY 23 2019

| DATE: | SCALE: | DRAWN: |
| --- | --- | --- |
| 04/24/2019 | AS NOTED | TTD |

3RD FLOOR AND ROOF FRAMING PLANS

S2.1

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

| CONCRETE STRENGTH | | 3000 PSI | | | | 4000 PSI | | | |
|---|---|---|---|---|---|---|---|---|---|
| REINFORCING CONFIGURATION | | CASE 1 | | CASE 2 | | CASE 1 | | CASE 2 | |
| BAR SIZE | BAR LOCATION | TOP | OTHER | TOP | OTHER | TOP | OTHER | TOP | OTHER |
| CLASS A SPLICE AND STRAIGHT DEVELOPMENT LENGTH, Ld (INCHES) | #3 | 22 | 17 | 32 | 25 | 19 | 15 | 28 | 22 |
| | #4 | 29 | 22 | 43 | 33 | 25 | 19 | 37 | 29 |
| | #5 | 36 | 28 | 54 | 41 | 31 | 24 | 47 | 36 |
| | #6 | 43 | 33 | 64 | 50 | 37 | 29 | 56 | 43 |
| | #7 | 63 | 48 | 94 | 72 | 54 | 42 | 81 | 63 |
| CLASS B LAP SPLICE (INCHES) | #3 | 28 | 22 | 42 | 32 | 24 | 19 | 36 | 28 |
| | #4 | 37 | 29 | 56 | 43 | 32 | 25 | 48 | 37 |
| | #5 | 47 | 36 | 70 | 54 | 40 | 31 | 60 | 47 |
| | #6 | 56 | 43 | 84 | 64 | 48 | 37 | 72 | 56 |
| | #7 | 81 | 63 | 122 | 94 | 70 | 54 | 106 | 81 |

NOTES:

1. VALUES IN THE TABLE ARE FOR NON-EPOXY COATED GRADE 60 REINFORCING STEEL AND NORMAL WEIGHT CONCRETE.
2. CASES 1 AND 2 ARE DEPENDENT ON THE TYPE OF CONCRETE ELEMENT, CONCRETE COVER AND CENTER-TO-CENTER SPACING OD REINFORCING BARS. THEY ARE DEFINED AS:
   CASE 1:
   BEAM AND COLUMNS:
   - CONCRETE COVER >= db
   - CENTER-TO-CENTER SPACING >= 2x db, AND
   - STIRRUPS OR TIES PROVIDED THROUGHTOUT ld
   OTHER ELEMENTS:
   - CONCRETE COVER >= db AND
   - CENTER-TO-CENTER SPACING >= 3x db
   CASE 2:
   BEAM AND COLUMNS:
   - CONCRETE COVER < db
   - CENTER-TO-CENTER SPACING < 2x db
   OTHER ELEMENTS:
   - CONCRETE COVER < db AND
   - CENTER-TO-CENTER SPACING < 2x db
3. TOP BARS ARE HORIZONTAL BARS WITH MORE THAN 12" OF FRESH CONCRETE BELOW. OTHER BAR INCLUDE ALL VERTICAL REINFORCING, ALL HORIZONTAL WALL REINFORCING AND HORIZONTAL REINFORCING WITH LESS THAN 12" OF FRESH CONCRETE BELOW BAR.
4. PROVIDE CLASS B LAP SPLICES, U.O.N.
5. SPLICES OF HORIZONTAL REINFORCING BARS IN WALLS AND SLABS SHALL BE STAGGERED. SPLICES OF HORIZONTAL REINFORCING BARS IN WALLS AND SLABS CONTAINING TWO CURTAINS OF REINFORCEMENT SHALL NOT OCCUR IN THE SAME LOCATION; SPLICES SHALL BE OFFSET BY THE MAXIMUM OF 12 INCHES AND 12 BAR DIAMETERS.
6. MECHANICAL COUPLERS MAY BE USED IN LIEU OF LAP SPLICES. MECHANICAL COUPLERS SHALL HAVE AN APPROVED ICC REPORT AND RESIST 125% OF REINFORCING BAR YIELD STRENGTH.
7. WHERE BARS OF DIFFERENT SIZES ARE SPLICED, SPLICE LENGTH SHALL BE THE MAXIMUM OF ld OF THE LARGER BAR AND THE LAP SPLICE LENGTH OF THE SMALLER BAR.
8. LAP TOP BARS AT MIDSPAN AND BOTTOM BARS AT SUPPORT, U.O.N.
9. NON-CONTACT LAP SPLICED BARS SHALL BE SPLACED AT LEAST 1 ½" AND NO MORE THAN THE MAXIMUM OF ONE-FIFTH OF THE LAP SPLICE AND 6"

LAP SPLICE
12xdb OR 12" MIN
TOP REINF
WIRED IN CONTACT OR 1 1/2" CLR MAX
OFFSET 1:12 MAX
1 1/2xdb OR 12" MIN, TYP
LAP SPLICE
OFFSET 1:12 MAX
BOTT REINF
12xdb OR 12" MIN

(a) BEAM SPLICE DETAIL

(b) NON-CONTACT LAP SPLICE

(7) LAP SPLICE + STRAIGHT BAR DEVELOPMENT LENGTHS

NTS

(8) BEARING WALL AT SLAB ON GRADE

1 1/2" = 1'-0"

NOTES:

1. FOR SILL PLATE ANCHOR BOLTS, SEE 1/S8.0
2. EPOXY LONGITUDINAL REINFORCING INTO (E) FOUNDATIONS WHERE OCCUR PER NOTES ON S1.1.
3. PROVIDE VAPOR BARRIER/ WATER PROOFING AS REQUIRED.

(5) CONTINUOUS FOOTING DETAIL

3/4" = 1'-0"

| MAIN REINFORCING HOOKS | | | |
|---|---|---|---|
| BAR SIZE | BEND DIAMETER, D (IN) | 90° HOOK L (IN) | 180° HOOK L (IN) |
| #3 | 2 1/4 | 4 1/2 | 2 1/2 |
| #4 | 3 | 6 | 2 1/2 |
| #5 | 3 3/4 | 7 1/2 | 2 1/2 |

| STIRRUP + TIE REINFORCING HOOKS | | | |
|---|---|---|---|
| BAR SIZE | BEND DIAMETER, D (IN) | 90° HOOK L (IN) | 180° HOOK L (IN) |
| #3 | 1 1/2 | 3 | 3 |
| #4 | 2 | 3 | 3 |

(2) TYPICAL BAR HOOKS

NTS

(9) NEW SHEARWALL AT (E) FTG/ (E) RETAINING WALL

1 1/2" = 1'-0"

(E) STUD WALL
(E) CONT FTG
LAP SPLICE
CONT FTG PER 5
(3) #4 EPOXIED INTO (E) CONC
KB
4/29/19

(6) NEW FOOTING AT (E) FOOTING

1" = 1'-0"

| HOOKED BAR DEVELOPMENT LENGTH, Ldh | | | |
|---|---|---|---|
| BAR SIZE | CONCRETE STRENGTH | | |
| | 3000 PSI | 4000 PSI | 5000 PSI |
| #3 | 0' - 8" | 0' - 7" | 0' - 6" |
| #4 | 0' - 11" | 0' - 9" | 0' - 9" |
| #5 | 1' - 2" | 1' - 0" | 0' - 11" |

NOTES:

1. THE HOOKED BAR DEVELOPMENT LENGTHS IN THIS TABLE ARE FOR NORMALWEIGHT CONCRETE.
2. THE HOOKED BAR DEVELOPMENT LENGTHS IN THIS TABLE APPLY TO MEMBERS WITH:
   a. SIDE COVER EQUAL TO AT LEAST 2 ½".
   b. END COVER EQUAL TO AT LEAST 2".

(3) HOOKED BAR DEVELOPMENT LENGTHS

NTS

Stephan Leung, DBI
MAY 23 2019

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|

BASE DESIGN
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 466-2997
www.BASEdesigninc.com

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

TYPICAL CONCRETE DETAILS

S5.0

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
7 WALL OPENING
4 BEAM AND POST CONNECTION
POST CAP AT END OF BEAM
POST CAP
POST BASE
BEAM TO POST CONNECTION
5 BEAM TO POST CONNECTION
6 POST DETAIL AT SECOND FLOOR
SECTION AT SHEAR WALL
1 ANCHOR BOLT AND SILL PLATE
NOTES:
1. ALL SILLS SHALL BE P.T. D.F. OF WIDTH EQUAL TO DEPTH OF STUDS.
2. SILL BOLTS FOR ALL SHEAR OR BEARING WALLS SHALL BE HEADED 5/8" DIA F1554 W/ STD NUTS AND 3"x3"x1/4" PLATE WASHERS. SPACED AT 4'-0" OC MAX., UNLESS OTHERWISE NOTED. *SEE PLANS AND SHEAR WALL SCHEDULE FOR TIGHTER SPACING. FOR PLATE WASHER AT SHEARWALL SEE a
3. EACH SILL PIECE 18" OR LONGER SHALL HAVE 2 BOLTS MINIMUM. LOCATE BOLTS CLEAR OF STUDS AND POSTS.
4. "A" DIMENSION SHALL BE 4" MINIMUM AND 12" MAXIMUM.
5. NO UPSET THREADS ALLOWED ON ANCHOR BOLTS.
6. IF SILL PIECE CANNOT FIT MORE THAN 1 ANCHOR BOLT OR IS LESS THAN 18", CONNECT ADJOINING STUDS WITH 16d NAILS @ 4" OC
7. RETIGHTEN ALL BOLTS PRIOR TO CLOSING IN.
8. PROVIDE MINIMUM 6" EMBEDMENT IN CONCRETE.
2 HOLES AND NOTCHING IN FRAMING MEMBERS
NOTES:
1. D = DEPTH OF JOIST OR BEAM
D1 = STUD WIDTH
L = CLEAR SPAN
2. PREDRILL CORNERS OF NOTCHES
3. NOTCH MAY OCCUR TOP OR BOTTOM, NOT BOTH.
4. BORED HOLES SHALL NOT BE LOCATED AT THE SAME SECTION OF STUD AS A CUT OR NOTCH.
TYPICAL DOUBLE TOP PLATE SPLICE
SECTION
3 DOUBLE TOP PLATE SPLICE
PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION
OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514
NO. ISSUE: DATE:
BASE DESIGN
APPROVED Dept. of Building Insp. JUN 11 2019
RECEIVED APR 29 2019
DATE: 04/24/2019
SCALE: AS NOTED
DRAWN: TTD
TYPICAL WOOD DETAILS
S8.0



NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

## 7 SHEAR WALL HOLDOWNS AT FLOOR

1" = 1'-0"

NOTES:
1. SEE PLAN FOR SIZES AND LOCATIONS OF HOLDOWNS.
2. SEE 6 FOR POST & HOLDOWNS SCHEDULE AND INFO NOT SHOWN OR NOTED.
3. AS AN ALTERNATIVE TO HDU2 HOLDOWN AT EXTERIOR WALL ONLY USE MST48.

## 4 SHEAR WALL INTERSECTION PLANS

NTS

## 1 SHEAR WALL ELEVATION

NTS

B DOUBLE HD AT END OF WALL OR AT DOOR OPNG

C DOUBLE HD AT CORNER WALL

D DOUBLE HD AT WINDOW

| HOLDOWN (1)(2)(3) | POST SIZE UON | POST SIZE AT LVL WALLS, U.O.N | MIN ANCHOR ROD DIA | MIN ANCHOR ROD EMBED |
|---|---|---|---|---|
| HDU2-SD2.5 | 2-2x SW | 2-1 3/4xSW | 5/8" | 9" |
| HDU4-SD2.5 | 2-2x SW | 2-1 3/4xSW | 5/8" | 9" |
| HDU5-SD2.5 | 3-2x SW | 3-1 3/4xSW | 5/8" | 9" |
| HDU8-SD2.5 | 3-2x SW | 3-1 3/4xSW | 7/8" | 12" |
| HDU11-SD2.5 | 4-2x SW | 5-1 3/4xSW | 1" | 12" |
| HDU14-SD2.5 | 5-2x SW | 5-1 3/4xSW | 1" | 12" |

SW = STUD WIDTH

NOTE:
1. SEE PLAN FOR SIZES & LOCATIONS OF HOLDOWNS.
2. FOR HD AT WALL INTERSECTIONS SEE 4
3. FOLLOW ALL MANUFACTURER'S GUIDELINES NECESSARY TO ACHIEVE FULL ICC DESIGN VALUES.
4. AT MULTIPLE 2x HOLDOWN POST CONDITION, INTERNAIL STUDS W/ STAGGERED 16d @ 6" OC, UON
5. FOR HOLDOWNS AT (E) FOUNDATIONS SEE 9

A SINGLE HD AT END OF WALL OR AT DOOR OPNG

## 9 HOLD DOWN DETAIL AT (E) FOUNDATION

NTS

## 6 SHEAR WALL HOLDOWNS INTO FOUNDATION

1 1/2" = 1'-0"

SHEAR WALL CONNECTION

| | DETAIL CONDITION | | | | | |
|---|---|---|---|---|---|---|
| | (a) | | (b) | (c) | | |
| SHEARWALL SYMBOL (1) (2) | ANCHOR BOLT | SILL PLATE SIZE | SHEAR CLIP | SILL PLATE SDS25600 (7) | SILL PLATE SIZE | SHEAR CLIP |
| ⟨6⟩ | 3/4" DIA @ 4'-0" OC | 2 | L90 @ 32" OC | 16" OC | 2 | L90 @ 32" OC (4) |
| ⟨4⟩ | 3/4" DIA @ 4'-0" OC | 2 | L90 @ 20" OC | 12" OC | 2 | L90 @ 20" OC (4) |
| ⟨3⟩(3) | 3/4" DIA @ 2'-8" OC | 3 | L90 @ 16" OC | 8" OC | 3 | L90 @ 16" OC (4) |
| ⟨2⟩(3) | 3/4" DIA @ 2'-0" OC | 3 | L90 @ 12" OC | 6" OC | 3 | L90 @ 12" OC (4) |
| ⟨4⟩⟨4⟩(3)(10) | 3/4" DIA @ 2'-0" OC | 3 | L90 @ 12" OC | 4" OC | 3 | L90 @ 12" OC (4) |
| ⟨3⟩⟨3⟩(3)(10) | 3/4" DIA @ 1'-4" OC | 3 | L90 + LTP4 @ 12" OC | 4" OC | 3 | L90 + LTP4 @ 12" OC |
| ⟨2⟩⟨2⟩(3)(10) | 3/4" DIA @ 1'-4" OC | 3 | L90 + LTP4 @ 12" OC | 4" OC | 3 | L90 + LTP4 @ 12" OC |

NOTES:
1. USE 10d (2 1/8" LONG) COMMON WIRE NAILS, U.O.N.
2. ⟨#⟩ NUMBER SHOWN IN SYMBOL REPRESENTS PLYWOOD PANEL EDGE NAIL SPACING IN INCHES
3. PROVIDE 3x FRAMING MEMBERS AT ALL PLYWOOD ADJOINING PANEL EDGES. STAGGER NAILS ON EACH SIDE OF STUD WHERE PLYWOOD IS ON BOTH SIDES.
4. USE LTP4 AS ALTERNATE TO L90 AT CONTRACTOR'S OPTION; DECREASE SPACING BY TWO-THIRDS.
5. SEE DETAIL 1/S8.0 FOR ANCHOR BOLT AND SILL DETAIL.
6. PILOT DRILL HOLES FOR SOLE PLATE NAILING/ LAG SCREWS.
7. NAILS INTO PRESSURE TREATED SILL PLATES SHALL BE GALVANIZED.
8. SEE DETAIL 1 ON THIS SHEET FOR TYPICAL SHEAR WALL ELEVATION.
9. SEE PLAN AND DETAIL 6 ON THIS SHEET FOR SHEAR WALL HOLD DOWNS.
10. PROVIDE 3x BLOCKING WHERE SHEAR CLIPS ON BOTH SIDES.

## 2 SHEAR WALL SCHEDULE

NTS

Stephan Leung, DBI
MAY 23 2019

PROJECT:
200 NAPLES REMODEL AND DORMER ADDITION

OWNERS:
PATRICK GALLAGHER
P.O. BOX 532
BYRON, CA 94514

| NO. | ISSUE: | DATE: |
|---|---|---|
| | | |

BASE DESIGN
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 498-2997
www.BASEdesigninc.com

APPROVED Dept. of Building Insp.
JUN 11 2019
TOM C. HUI, S.E. DIRECTOR DEPT. OF BUILDING INSPECTION

RECEIVED
APR 29 2019

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

WOOD FRAMING DETAILS

S8.1

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

7 DETAIL AT DORMER
1 1/2" = 1'-0"

4 FLOOR DETAIL AT EXTERIOR WALL
1 1/2" = 1'-0"

1 HOLDDOWN AT HEADER
1 1/2" = 1'-0"

8 RIDGE DETAIL AT METAL STUD JOIST
1 1/2" = 1'-0"

5 LVL + METAL STUD FLOOR JOIST AT EXTERIOR WALLL
1 1/2" = 1'-0"

2 DETAIL AT 2ND FLOOR SHEAR WALL
1 1/2" = 1'-0"

6 SECTION AT DORMER
1 1/2" = 1'-0"

3 FLOOR DETAIL AT EXTERIOR WALL
1 1/2" = 1'-0"

Stephan Leung, L
MAY 23 2019

| NO. | ISSUE: | DATE: |
|---|---|---|

BASE DESIGN
582 MARKET ST. STE. 1402
SAN FRANCISCO, CA 94104
Office: (415) 489-2997
www.BASEdesigninc.com

| DATE: | SCALE: | DRAWN: |
|---|---|---|
| 04/24/2019 | AS NOTED | TTD |

FLOOR FRAMING DETAILS

S8.2



NOT FOR PUBLIC DISTRIBUTION

OFFICIAL COPY

City and County of San Francisco
Department of Building Inspection

FOR OFFICE USE ONLY

London N. Breed, Mayor
Tom C. Hui, S.E., C.B.O., Director

Attachment A

## SLOPE AND SEISMIC HAZARD ZONE PROTECTION CHECKLIST

A COPY OF THIS DOCUMENT SHALL BE SUBMITTED WITH THE PERMIT APPLICATION

JOB ADDRESS 200 NAPLES APPLICATION NO. ______ ADDENDUM NO. ______

OWNER NAME PAT GALLAGHER OWNER PHONE NO. (925) 325-3911

| 1: PROPERTY LOCATION | | |
|---|---|---|
| EARTHQUAKE INDUCED LANDSLIDE AREA ON THE STATE OF CALIFORNIA DEPARTMENT OF CONSERVATION DIVISION OF MINES AND GEOLOGY (CDMG) SEISMIC HAZARD ZONES MAP FOR SAN FRANCISCO, RELEASED NOVEMBER 17, 2000. | YES ☐ | NO ☒ |
| **2: AVERAGE SLOPE OF PROPERTY** | | |
| PROPERTY EXCEEDING AN AVERAGE SLOPE OF 4H:1V (25%) GRADE *(APPLICANT WILL NEED TO INCLUDE PLANS ILLUSTRATING SLOPE OF THE PROPERTY AND/OR INCLUDE A SURVEY VERIFYING THE SLOPE OF THE PROPERTY)* | YES ☒ | NO ☐ |

| 3: PROPOSED CONSTRUCTION | | |
|---|---|---|
| CONSTRUCTION OF NEW BUILDING OR STRUCTURE HAVING OVER 1000 SQFT OF NEW PROJECTED ROOF AREA | YES ☐ | NO ☒ |
| HORIZONTAL OR VERTICAL ADDITIONS HAVING OVER 500 SQFT OF NEW PROJECTED ROOF AREA | YES ☐ | NO ☒ |
| SHORING | YES ☐ | NO ☒ |
| UNDERPINNING | YES ☐ | NO ☒ |
| GRADING, INCLUDING EXCAVATION OR FILL, OF OVER 50 CUBIC YARDS OF EARTH MATERIAL | YES ☐ | NO ☒ |
| CONSTRUCTION ACTIVITY LISTED BELOW DETERMINED BY THE BUILDING OFFICIAL THAT MAY HAVE A SUBSTANTIAL IMPACT ON THE SLOPE STABILITY: | | |
| RETAINING WALL: | YES ☐ | NO ☒ |
| OTHERS: ______ | YES ☐ | NO ☒ |

### SECTION 4: LICENSED DESIGN PROFESSIONAL VERIFICATION AND SIGNATURES

Under penalty of perjury, I certify that the information provided on this form is based on my personal review of the building and its records, or review by others acting under my direct supervision, and is correct to the best of my knowledge.

Prepared by: KATHRYN BRIGGS
Engineer/Architect of Record

650-796-8290
Telephone

katy@basedesigninc.com
Email

[signature]
Signature

04/29/2019
Date

[Architect/Engineer Stamp]
REGISTERED PROFESSIONAL ENGINEER KATHRYN BRIGGS S 5732 STRUCTURAL STATE OF CALIFORNIA

Technical Services Division
1660 Mission Street – San Francisco CA 94103
Office (415) 558-6205 – FAX (415) 558-6401 – www.sfdbi.org

INFORMATION SHEET S-19 ATTACHMENT A

## FOR DBI USE ONLY

### ASSIGNMENT OF REVIEW TIER

**EXEMPTED: Reports per Section E and Third Party Peer Review Not Required**

☒ If the box in Section 1 "Property Location" **AND** the box in Section 2 "Average Slope of Property" are marked "No" **OR** if all the boxes in Section 3 "Proposed Construction" are marked "No", reports per Section E and Third Party Peer Review are exempted by the SSPA.

**TIER I: Reports per Section E Required but Third Party Peer Review Not Required**

☐ If the box in Section 2 "Average Slope of Property" **AND** any boxes in Section 3 "Proposed Construction" are marked "Yes" **AND** the property does not lie within any areas of potential landslide hazard, DBI shall require mandatory submittal of reports per Section E only.

**TIER II: Reports per Section E and Third Party Peer Review Required**

☐ If the box in Section 2 "Average Slope of Property" **AND** any boxes in Section 3 "Proposed Construction" are marked "Yes" **AND** the property lies within the areas of potential landslide hazard, DBI shall require mandatory submittal of reports per Section E and require the permit application be subject to a third party peer review. At the discretion of the SSPA Review Committee, the peer review may be followed by the establishment of a Structural Advisory Committee (SAC) with the project reassigned to Tier III.

If the DBI Plan Review Engineer (or the SSPA Review Committee, if established), in their discretion, determines from the submitted documents that the project has a substantial impact on the slope stability of the site or creates a potential for earthquake induced landslide hazards, DBI may require that the third party peer review be followed by the establishment of a Structural Advisory Committee (SAC) and re-assigned the project to Tier III.

**TIER III: Structural Advisory Committee (SAC) Review**

☐ If the box in Section 1 "Property Location" **AND** any boxes in Section 3 "Proposed Construction" are marked "Yes", DBI shall require mandatory submittal of reports per Section E and require the permit application be subject to review by a Structural Advisory Committee (SAC), as defined by SFBC Section 105A.6.

Tier assigned by: Stephan Leung, DBI APR 29 2019 Phone: (415) 558-6493
DBI Plan Review Engineer

Comment: ______

NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
OFFICIAL COPY

AVALON AVE.
(E) CONC. SIDEWALK
CONC. CURB
32" WD. & CONC. FENCE
PROPERTY CORNER
(E) CONC. SLAB
4 - (N) SHED DORMER
relocated REMOVE SHED DORMER
(E) 2nd FLR. BR.
REPAIR (E) SHED DORMER
(E) ENTRY DOOR ROOF ADDED
(E) EXTERIOR WALL
32" WD. & CONC. FENCE
2nd FLR. RM.
(E) 1st FLR. BR.
REMOVE 2nd FLR. UTILITY RM.
PROPERTY LINE
(E) CONC. SLAB
(E) CONC. SIDEWALK
PROPERTY LINE
(E) DWELLING
NAPLES AVE.
(E) YARD
CONC. CURB
6' WOOD FENCE & PROPERTY LINE

1 SITE PLAN
SCALE 1/8" = 1' - 0"

11:12 PITCH CLG. over 5' TALL TYP.
(E) BED RM #1
200.0 SQ.FT. 8' CLG.=80%
50.0 SQ.FT. SLOPED = 20%
CLOSET
STAIR WAY
(E) BATH #1
8' CLG.
50.0 S.F. 8' CLG.= 72%
20.0 S.F. SLOPED= 28%
(E) EXT. WALL
(E) BED RM #2
185.0 SQ.FT. 8' CLG. = 80%
46.0 SQ.FT. SLOPED = 20%

AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS

2 3rd FLOOR REFLECTED CEILING PLAN (4 ADDED)
SCALE 3/16" = 1' - 0"

(E) 11:12 PITCH ROOF BEYOND
SHED DORMER ROOF 6:12 PITCH TYP.
CEILING JOIST
CLOSET WALLS BEYOND
CLOSET WALLS BEYOND
(N) WINDOW
EAVE BEYOND
(E) EAVE BEYOND
(N) 2x4 WALL
3rd FLOOR LINE
(E) 2x4 KNEE WALL BEYOND
FLOOR JOIST
(E) 2x STUD WALL
2nd FLOOR LINE
(E) GRADE
FLOOR JOIST
(E) 2x STUD WALL
(E) CONC.
1st FLOOR LINE
(E) GRADE

3 BUILDING SECTION 'A' (4 ADDED)
SCALE 3/16" = 1' - 0"

ZONING & BUILDING DATA

| | |
|---|---|
| Parcel: 6008001 | Zoning District: RH-1 |
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. |
| C.B.C. Construction Type: V-B | Stories: 3 |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. |
| Climate Zone: Zone 12 | Flood Zone: none |

| Floor Areas (sq.ft.) | Existing | Proposed | Total |
|---|---|---|---|
| 1st Flr. (lower) Conditioned | 460.0 | no change | 460.0 |
| 2nd Flr. (middle) Conditioned | 700.0 | no change | 700.0 |
| 3rd Flr. (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

| Setbacks/Height | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard FRONT YARD | 9'-8" | no change | 15'-0" max. |
| Side Yard | 0'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | no change |

CODES:

A. The work shall comply with the following building code publications in effect in the City of Clayton and Contra Costa County:

2016 California Building Code
~~2016 California Residential Code~~
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

PROJECT LOCATION
VICINITY MAP
NORTH
N.T.S.
DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL. DESIGN & DRAFTING SERVICES
John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net

## SHEET INDEX

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING SECTION, REFLECTED CEILING PLAN, GENERAL NOTES, BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS
2. EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.
3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS
4. AB009

## SCOPE OF WORK STATEMENT

1. LEGALIZE THE INSTALLATION OF WINDOWS THAT WERE NOT PREVIOUSLY APPROVED (5) TOTAL WINDOWS
2. DOCUMENT CHANGES TO INTERIOR STAIRS
3. EXISTING MECHANICAL CLOSET

| No. | Description | Date |
|---|---|---|
| 1 | Updated scope of work | 6/23/21 |

APPROVED Dept. of Building Insp. San Francisco JUL 19 2021
PATRICK O'RIORDAN INTERIM DIRECTOR DEPT. OF BUILDING INSPECTION

PAT GALLAGHER ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911

2021-0702-3726

SITE PLAN, BUILDING DATA, SHEET INDEX, REFLECTED CEILING PLAN

David Jones, DBI
JUL 08 2021

7/6/21
Approved Planning Dept. Alex Westhoff

RECEIVED
JUL 02 2021
DEPT. OF BUILDING INSPECTION THIS PLAN MEETS THE QUALITY STANDARD FOR REPRODUCTION ACCEPTED

CHECKED BY Checker
DRAWN BY Jneal
SCALE AS SHOWN
DATE 06.23.21
PROJECT NO. 21023
PHASE NO.
SHEET NO. 1 of 4

NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
OFFICIAL COPY
FOR OFFICE USE ONLY
EXISTING 1st FLOOR PLAN (LOWER)
SCALE 1/4" = 1' - 0"
EXISTING 2nd FLOOR PLAN (MIDDLE)
SCALE 1/4" = 1' - 0"
EXISTING 3rd FLOOR PLAN (UPPER)
SCALE 1/4" = 1' - 0"
DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL DESIGN & DRAFTING SERVICES
John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net
No.
Description
Date
PAT GALLAGHER ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911
APPROVED Dept. of Building Insp. - San Francisco
JUL 19 2021
PATRICK O'RIORDAN INTERIM DIRECTOR DEPT. OF BUILDING INSPECTION
RECEIVED
JUL 02 2021
David Jones, DBI
JUL 08 2021
EXISTING FLOOR PLANS
CHECKED BY Checker
DRAWN BY Jneal
SCALE AS SHOWN
DATE 06.23.21
PROJECT NO. 21023
PHASE NO.
SHEET NO. 2 of 4
Approved Planning Dept. Alex Westhoff 7/6/21

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
1st FLOOR PLAN (LOWER) NEW ADU
SEE M.E.P. SYMBOLS ON SHEET #3
SCALE: 1/4" = 1'-0"
SCOPE OF WORK:
NEW ADU AND (N) CURB CUT FOR (E) DRIVEWAY ACCESS
VIA SEPARATE PERMIT
2nd FLOOR PLAN (MIDDLE)
3rd FLOOR PLAN (UPPER)
PROPOSED EXTERIOR ELEVATION - NAPLES AVE.
DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL DESIGN & DRAFTING SERVICES
John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net
No. 1 Description Updated scope of work - ADU Date 6/23/21
PAT GALLAGHER ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911
APPROVED Dept. of Building Insp. - San Francisco -
JUL 19 2021
RECEIVED JUL 02 2021
David Jones, DBI JUL 08 2021
PROPOSED FLOOR PLANS
CHECKED BY Checker
DRAWN BY Jneal
SCALE AS SHOWN
DATE 06.23.21
PROJECT NO. 21023
SHEET NO. 3 of 4
Approved Planning Dept. Alex Westhoff 7/6/21

4/4

San Francisco Building Code AB-009

Doc # 2021108925

Recording Requested by and when Recorded Mail to

Director, San Francisco Department of Building Inspection 49 South Van Ness Avenue San Francisco, CA 94103-2414

City and County of San Francisco
Joaquin Torres, Assessor-Recorder
7/12/2021 11:54:26 AM
Pages 1 Title 398 KC
Customer 001

| | |
|---|---|
| Fees | $14.00 |
| Taxes | $0.00 |
| Other | $0.00 |
| SB2 Fees | $75.00 |
| Paid | $89.00 |

## DECLARATION OF USE LIMITATION

I/We, PATRICK GALLAGHER, owner/s of the herein described property Commonly known as 200 NAPLES ST. in San Francisco, Assessor's Block No. 6008, Lot No. 001 hereby consent to the within described limitations that:

In the event that the property located at 536 AVALON AVE commonly known as Block No. 6008, Lot No. 45 is improved in such a matter that the openings in the building located at 200 NAPLES ST. no longer comply with the San Francisco Building Code, then said openings shall be closed off or protected as required by the **Director of the Department of Building Inspection.**

The herein limitations ~~shall be~~ binding on me/us until amended by conforming to the San Francisco Building Code Requirements.

Signed: [signature] PATRICK GALLAGHER
OWNER/S

Date of Execution: 7/12/21

## NOTARY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
County of CONTRA COSTA

On July 12, 2021 before me, CHARLES D. DEWITT NOTARY PUBLIC (insert name and title of the officer)

personally appeared PATRICK GALLAGHER who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature [signature] (Seal)

CHARLES D. DEWITT Notary Public - California Contra Costa County Commission # 2310261 My Comm. Expires Nov 19, 2023

APPROVED Dept. of Building Insp. - San Francisco - JUL 19 2021 [signature] DEPT. OF BUILDING INSPECTION

RECEIVED JUL 19 2021 DEPT. OF BUILDING INSPECTION

David Jones, DBI JUL 19 2021

AB-009 ATTACHMENT A

**DEPARTMENT OF BUILDING INSPECTION**
City & County of San Francisco
49 South Van Ness Ave, San Francisco, California 94103

**REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION**

DATE SUBMITTED ______ [Note: This form shall be recorded as part of the permanent construction records of the property]

If no permit application has been filed, a Preapplication Review Fee is required for review of a request for local equivalency or modification, per SFBC Table 1A-B, Item 5. Additional fees may be required by Fire Department and other City review agencies.

If a permit application has been filed, no additional fees are required for this review.

Permit Application # 2021-0702-3726

Property Address: 200 NAPLES

Block and Lot 6008 001 Occupancy Group: R3 Type of Construction: V No. of Stories: 2

Describe Use of Building DUPLEX

Under the authority of the 2019 San Francisco Building Code, Sections 104A.2.7 and 104A.2.8; the 2019 San Francisco Mechanical Code, Section 302.2; the 2019 San Francisco Electrical Code, Section 89.117; and the 2019 San Francisco Plumbing Code, Section 301.3; the undersigned requests modifications of the provisions of these codes and/or approval of alternate materials, designs or methods of construction. Two copies of supporting documents, including plans showing the proposed modifications or alternate materials, design or methods of construction, are attached.

Regular Code Requirement (specify Code and Sections)

OPENINGS IN PROPERTY LINE WALLS NOT PERMITTED PER SFBC SECTION 705.8

Page | 1

AB-009 Attachment A: REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

Proposed Modification or Alternate

INSTALL FIXED, 3/4-HR FIRE RESISTANCE RATED WINDOWS & LOCATED MORE THAN 6' LATERALLY FROM ANY EXISTING OPENING IN ADJACENT BUILDING.

Case-by-Case Basis of Request - Describe the practical difficulties presented in meeting the specific conditions of the code and how the proposed modification or alternate meets the intent of the code. A separate form should be filled for each requested modification or alternate. Attach copies of any Administrative Bulletin, Code Ruling, reference, test reports, expert opinions, etc., which support this request. The Department may require that an approved consultant be hired by the applicant to perform tests or analysis and to submit an evaluation report to the Department for consideration.

Requested by: PROJECT SPONSOR ARCHITECT/ENGINEER

Print Name: PATRICK GALLAGHER

Signature:

Telephone: 925-325-3811

Page | 2

AB-009 Attachment A: REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

PLAN REVIEWER COMMENTS:

| RECOMMENDATIONS: [signed off/dated by:] | ~~Approve~~ Approve with conditions | | Disapprove |
|---|---|---|---|
| Plan Reviewer: | David Jones, DBI JUL 19 2021 | | |
| Division Manager: | [signature] | | |
| for Director of Bldg. Inspection | | | |
| for Fire Marshal: | | | |

CONDITIONS OF APPROVAL or OTHER COMMENTS

Page | 3

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY

AVALON AVE.

(E) CONC SIDEWALK — CONC. CURB — ADA
32" WD & CONC FENCE — PROPERTY CORNER
25.0'
(E) CONC SLAB — PLANTER 18" x 20"
21'-6" 2'-6" 15'-0"
4 - (N) SHED DORMER — TREE
relocated REMOVE SHED DORMER
REPAIR (E) SHED DORMER — RIDGE LINE
(E) 2nd FLR. BR.
(E) ENTRY DOOR ROOF — TREE
(E) EXTERIOR WALL
GAS LINE
32" WD & CONC FENCE
2nd FLR. P.M. — (E) 1st FLR. BR.
REMOVE 2nd FLR. UTILITY RM
PROPERTY LINE — TREE
(E) CONC SLAB — (E) CONC. SIDEWALK
PROPERTY LINE
(E) DWELLING — EXISTING 6' FENCE
PROPOSED (N) DRIVEWAY
TREE
(E) YARD — Restore curb for existing Driveway Under separate permit With DPW — (E) CURB
WOOD FENCE & PROPERTY LINE
(N) SAWCUT
25.0'
TREE
NAPLES AVE.

1 SITE PLAN — SCALE 1/8" = 1'-0"

SHOW OLD DRIVEWAY

21'-8"
11:12 PITCH CLG over 5' TALL TYP.
(E) BED RM #1 — 200.0 SQ FT 8' CLG = 80% — 50.0 SQ FT SLOPED = 20%
CLOSET — CLOSET
(E) BATH #1 8' CLG. — STAIR WAY — 50.0 S.F. 8' CLG = 72% — 20.0 S.F. SLOPED = 28% — CLOS
CLOSET — CLOSET — (E) EXT. WALL
11:12 PITCH CLG over 5' TALL TYP.
(E) BED RM #2 — 195.0 SQ FT 8' CLG. = 80% — 46.0 SQ FT SLOPED = 20%
CLOSET — CLOSET
3'-8¼" 14'-0⅝" 3'-8¼"

AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS

2 3rd FLOOR REFLECTED CEILING PLAN — ADDED — SCALE 3/16" = 1'-0"

(E) 11:12 PITCH ROOF BEYOND
SHED DORMER ROOF 5:12 PITCH TYP.
CEILING JOIST
CLOSET WALLS BEYOND
CLOSET WALLS BEYOND
(N) WINDOW
EAVE BEYOND
(E) EAVE BEYOND
(N) 2x4 WALL
FLOOR LINE
(E) 2x4 KNEE WALL BEYOND
FLOOR JOIST
(E) 2x STUD WALL
FLOOR LINE
(E) GRADE
FLOOR JOIST
(E) 2x STUD WALL
(E) CONC.
(E) GRADE

3 BUILDING SECTION 'A' — ADDED — SCALE 3/16" = 1'-0"

ZONING & BUILDING DATA

| Parcel: 6008001 | Zoning District: RH-1 |
|---|---|
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. |
| C.B.C. Construction Type: V-B | Stories: 3 |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. |
| Climate Zone: Zone 12 | Flood Zone: none |

| Floor Areas (sq.ft.) | Existing | Proposed | Total |
|---|---|---|---|
| BASEMENT(lower) Conditioned | 460.0 | no change | 460.0 |
| 1st FLR (middle) Conditioned | 700.0 | no change | 700.0 |
| 2nd FLR (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

| Setbacks/Height | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard | 9'-8" | no change | 15'-0" max. |
| Side Yard | 0'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | no change |

CODES:

A. The work shall comply with the following building code publications in effect in the City of Clayton and Contra Costa County:

2016 California Building Code
2016 California Residential Code
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

2019 Code Iterations

July 26

PROJECT LOCATION

VICINITY MAP — NORTH — N.T.S.

SHEET INDEX

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING SECTION, REFLECTED CEILING PLAN, GENERAL NOTES, BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS
2. EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.
3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS

SCOPE OF WORK:
NEW ADU AND restore CURB CUT FOR (E) DRIVEWAY ACCESS

Peter Tan - DBI MECH
DEPARTMENT OF BUILDING INSPECTION
November 09, 2022

Mark Walls DBI - BLDG
DEPARTMENT OF BUILDING INSPECTION
November 09, 2022

PLANNING
November 07, 2022

jfong
PUBLIC UTILITIES COMMISSION
November 09, 2022

Capacity Charges
Water: $0
Wastewater: $0
JF 11/09/22

Approval of the ADU does not relieve the owner from complying with local code requirements concerning the right-of-way.

Clinton Choy - PW BSM
PUBLIC WORKS
November 10, 2022

Sara Stacy - PW BUF
PUBLIC WORKS
November 16, 2022

1. Gas vent terminations shall meet the requirements of CMC802 6 & SFMC 802.6
2. Combustion air shall meet the requirements of CMC chapter 7
3. Environmental air ducts shall terminate 3 ft from from property line and 3 ft from Openings into the building per CMC 502.2.1 and provide back draft dampers per CMC 504 1.1
4. Domestic range hood vents shall meet the requirements of CMC 504.3 and comply With CMC Table 403.7
5. Upper cabinets shall be minimum 30 inches above cook top per CMC 921 3 2 provide The cooking appliances minimum clearance to combustible materials per CMC 921.3.1
6 All interior spaces intended for human occupancy shall be provided space heating per CBC 921 3 1
7 Clothes dryer exhaust shall be minimum 4 inches and terminate to the outside of the building Shall be equipped with back draft damper and meet the requirements of CMC 504.4.2
8. Direct vent appliances per CMC 802 2 4 (per manufactures instructions) & SFMC 802 6 2
9. Lighting per CEC 150 (k)
10. Maintain rated separation between dwelling units per CBC 420 3 penetrations through Horizontal assemblies shall comply with CBC 714.4 & 717.6

APPROVED
Dept. of Building Insp.
- San Francisco -
January 10, 2023
202108096049_DWGS REV7
PATRICK O'RIORDAN
INTERIM DIRECTOR
DEPT. OF BUILDING INSPECTION

PLAN REVISION
11/7/2022
DEPARTMENT OF BUILDING INSPECTION

DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL DESIGN & DRAFTING SERVICES
John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net

| No. | Description | Date |
|---|---|---|
| 1 | Updated scope of work | 6/23/21 |

PAT GALLAGHER
NEW ADU
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911

NEW ADU - SITE PLAN, BUILDING DATA, SHEET INDEX,

202108096049

| | |
|---|---|
| CHECKED BY | Checker |
| DRAWN BY | Jneal |
| SCALE | AS SHOWN |
| DATE | 06 23 21 |
| PROJECT NO | 21023-A |
| PHASE NO | |
| SHEET NO | 1A of 3 |



NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION

1 SITE PLAN
SCALE 1/8" = 1' - 0"

AREA CALCULATION PER C.B.C. SECTION 1208, INTERIOR SPACE DIMENSIONS

2 3rd FLOOR REFLECTED CEILING PLAN — ADDED
SCALE 3/16" = 1' - 0"

3 BUILDING SECTION 'A' — ADDED
SCALE 3/16" = 1' - 0"

### ZONING & BUILDING DATA

| | |
|---|---|
| Parcel. 600800? | Zoning District RH-1 |
| C.B.C. Occupancy Group: R-3 / U | Lot Area: 2,500 sq. ft. |
| C.B.C. Construction Type: V-B | Stories: 3 |
| Seismic Zone: Zone | Wind Exposure: 70 m.p.h. |
| Climate Zone: Zone 12 | Flood Zone. none |

| Floor Areas (sq ft) | Existing | Proposed | Total |
|---|---|---|---|
| 1st Flr. (lower) Conditioned | 460.0 | no change | 460.0 |
| 2nd Flr. (middle) Conditioned | 700.0 | no change | 700.0 |
| 3rd Flr. (upper) Conditioned | 610.0 | no change | 610.0 |
| Total Conditioned | 1,770.0 | no change | 1,770.0 |
| Non-Conditioned | 0.0 | no change | 0.0 |
| Total Area | 1,770.0 | no change | 1,770.0 |

| Setbacks/Height | Existing | Proposed | Minimum |
|---|---|---|---|
| Front Yard FRONT YARD | 9'-8" | no change | 15'-0" max |
| Side Yard | 0'-0" | no change | 0'-0" |
| Rear Yard | 49'-0" | no change | 15'-0" |
| Height | 0'-0" | no change | 35'-0" |
| Parking | 0 spaces | no change | no change |

CODES:

A The work shall comply with the following building code publications in effect in the City of Clayton and Contra Costa County:

2016 California Building Code
~~2016 California Residential Code~~
2016 California Electrical Code
2016 California Mechanical Code
2016 California Plumbing Code
2016 California Fire Code
2016 Building Energy Efficiency Standards for Residential Buildings.

PROJECT LOCATION

VICINITY MAP
NORTH N.T.S.

## SHEET INDEX

1. SITE PLAN, SHEET INDEX, SCOPE OF WORK, BUILDING SECTION, REFLECTED CEILING PLAN, GENERAL NOTES, BUILDING IN ZONING DATA, VICINITY MAP, ABBREVIATIONS
2. EXISTING FLOOR PLAN IN EXTERIOR ELEVATIONS.
3. PROPOSED FLOOR PLAN EXTERIOR ELEVATIONS
4. AB009

## SCOPE OF WORK STATEMENT

1. LEGALIZE THE INSTALLATION OF WINDOWS THAT WERE NOT PREVIOUSLY APPROVED (5) TOTAL WINDOWS
2. DOCUMENT CHANGES TO INTERIOR STAIRS
3. EXISTING MECHANICAL CLOSET

APPROVED Dept. of Building Insp. San Francisco JUL 19 2021
PATRICK O'RIORDAN INTERIM DIRECTOR DEPT. OF BUILDING INSPECTION

David Jones, DBI
JUL 08 2021

7/6/21
Approved Planning Dept Alex Westhoff

RECEIVED
JUL 02 2021
DEPT. OF BUILDING INSPECTION THIS PLAN MEETS THE QUALITY STANDARDS FOR REPRODUCTION

**For Reference Only**

DESIGN COLLABORATIVE
ARCHITECTURAL / CIVIL DESIGN & DRAFTING SERVICES
John Neal
203 Yosemite Way
Suisun City CA 94585
707 470-6130
jneal_dc@comcast.net

| No. | Description | Date |
|---|---|---|
| 1 | Updated scope of work | 6/23/21 |

PAT GALLAGHER
ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911

SITE PLAN, BUILDING DATA, SHEET INDEX, REFLECTED CEILING PLAN

2021-0702-3726

| | |
|---|---|
| CHECKED BY | Checker |
| DRAWN BY | Jneal |
| SCALE | AS SHOWN |
| DATE | 06.23.21 |
| PROJECT NO | 21023 |
| PHASE NO | |
| SHEET NO. | 1 of 4 |

NOT FOR PUBLIC DISTRIBUTION
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
OFFICIAL COPY
FOR OFFICE USE ONLY

1 EXISTING 1st FLOOR PLAN (LOWER) SCALE 1/4" = 1' - 0"

2 EXISTING 2nd FLOOR PLAN (MIDDLE) SCALE 1/4" = 1' - 0"

3 EXISTING 3rd FLOOR PLAN (UPPER) SCALE 1/4" = 1' - 0"

DESIGN COLLABORATIVE
ARCHITECTURAL/CIVIL DESIGN & DRAFTING SERVICES
John Neal
Suisun City CA 94585

PAT GALLAGHER ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911

APPROVED Dept. of Building Insp. San Francisco JUL 19 2021

RECEIVED JUL 02 2021

David Jones, DBI JUL 08 2021

EXISTING FLOOR PLANS

CHECKED BY Checker
DRAWN BY Jneal
SCALE AS SHOWN
DATE 06 23 21
PROJECT NO 21023
SHEET NO. 2 of 4

Approved Planning Dept. Alex Westhoff 7/6/21

For Reference Only



NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
FOR OFFICE USE ONLY
V.I.F., window meets EERO requirements. Min. 5'-0" clear opening and a sill height from the inside not higher than 44" above finish floor. Window not less than 20" wide; Window not less than 24" high.
1st FLOOR PLAN (LOWER) NEW ADU
SCALE, 1/4" = 1'-0"
SCOPE OF WORK: NEW ADU AND (N) CURB CUT FOR (E) DRIVEWAY ACCESS - KITCHEN APPROVED FROM PREVIOUS PERMIT
2nd FLOOR PLAN (MIDDLE)
SCALE 1/4" = 1' - 0"
3rd FLOOR PLAN (UPPER)
SCALE 1/4" = 1' - 0"
PROPOSED EXTERIOR ELEVATION - NAPLES AVE.
DESIGN COLLABORATIVE
ARCHITECTURAL /CIVIL DESIGN & DRAFTING SERVICES
John Neal
808 Yosemite Way
Suisun City CA 94585
707-470-6130
jneal_dc@comcast.net
No. 1 Description Updated scope of work - ADU Date 6/23/21
PAT GALLAGHER
ADDITION & RENOVATION
200 NAPLES ST. SAN FRANCISCO CA 94112
PH: 925-325-3911
APPROVED
Dept. of Building Insp. - San Francisco -
January 10, 2023
PATRICK O'RIORDAN
INTERIM DIRECTOR
DEPT. OF BUILDING INSPECTION
PROPOSED FLOOR PLANS
PLAN REVISION
11/7/2022
CHECKED BY Checker
DRAWN BY Jneal
SCALE AS SHOWN
DATE 07 26 21
PROJECT NO 21023-A
SHEET NO 3 of 3

4/4

San Francisco Building Code AB-009

Recording Requested by and when Recorded Mail to:

Director, San Francisco
Department of Building Inspection
49 South Van Ness Avenue
San Francisco, CA 94103-2414

Doc # 2021108925
City and County of San Francisco
Joaquin Torres, Assessor-Recorder
7/12/2021 11:54:26 AM
Pages 1 Title 398 KC
Customer 001

| | |
|---|---|
| Fees | $14.00 |
| Taxes | $0.00 |
| Other | $0.00 |
| SB2 Fees | $75.00 |
| Paid | $89.00 |

## DECLARATION OF USE LIMITATION

I/We, Patrick Gallagher owner/s of the herein described property Commonly known as 200 Naples St. in San Francisco, Assessor's Block No. 6008, Lot No. 001 hereby consent to the within described limitations that:

In the event that the property located at 536 Avalon Ave commonly known as Block No 6008, Lot No. 45 is improved in such a matter that the openings in the building located at 200 Naples St. no longer comply with the San Francisco Building Code, then said openings shall be closed off or protected as required by the **Director of the Department of Building Inspection.**

The herein limitations shall be binding on me/us until amended by conforming to the San Francisco Building Code Requirements.

Signed: [signature] Patrick Gallagher
OWNER/S

Date of Execution: 7/12/21

### NOTARY ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

STATE OF CALIFORNIA
County of Contra Costa

On July 12, 2021 before me, Charles D. DeWitt Notary Public (insert name and title of the officer)

personally appeared Patrick Gallagher who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature [signature] (Seal)

RECEIVED
JUL 19 2021

David Jones, DBI
JUL 19 2021

For Reference Only

AB-009 ATTACHMENT A

**DEPARTMENT OF BUILDING INSPECTION**
City & County of San Francisco
49 South Van Ness Ave, San Francisco, California 94103

**REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION**

DATE SUBMITTED ________ [Note: This form shall be recorded as part of the permanent construction records of the property]

If no permit application has been filed, a Preapplication Review Fee is required for review of a request for local equivalency or modification, per SFBC Table 1A-B, Item 5. Additional fees may be required by Fire Department and other City review agencies.

If a permit application has been filed, no additional fees are required for this review

Permit Application #: 2021-0702-5726

Property Address: 200 Naples

Block and Lot: 6008 001 Occupancy Group: R3 Type of Construction: V No. of Stories: 2

Describe Use of Building: Duplex

Under the authority of the 2019 San Francisco Building Code, Sections 104A.2.7 and 104A.2.8; the 2019 San Francisco Mechanical Code, Section 302.2; the 2019 San Francisco Electrical Code, Section 89.117; and the 2019 San Francisco Plumbing Code, Section 301.3, the undersigned requests modifications of the provisions of these codes and/or approval of alternate materials, designs or methods of construction. Two copies of supporting documents, including plans showing the proposed modifications or alternate materials, design or methods of construction, are attached

Regular Code Requirement (specify Code and Sections):

Openings in property line walls not permitted per SFBC Section 705.8

Page | 1

AB-009 Attachment A REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

Proposed Modification or Alternate:

Install fixed, 3/4-hr fire resistance rated windows & located more than 6' laterally from any existing opening in adjacent building.

Case-by-Case Basis of Request - Describe the practical difficulties presented in meeting the specific conditions of the code and how the proposed modification or alternate meets the intent of the code. A separate form should be filled for each requested modification or alternate. Attach copies of any Administrative Bulletin, Code Ruling, reference, test reports, expert opinions, etc., which support this request. The Department may require that an approved consultant be hired by the applicant to perform tests or analysis and to submit an evaluation report to the Department for consideration.

Requested by: PROJECT SPONSOR ARCHITECT/ENGINEER

Print Name: Patrick Gallagher

Signature:

Telephone: 925-325-3811

Page | 2

AB-009 Attachment A REQUEST FOR APPROVAL OF LOCAL EQUIVALENCY FOR MODIFICATION OR ALTERNATE MATERIALS, DESIGN OR METHODS OF CONSTRUCTION

PLAN REVIEWER COMMENTS:

| RECOMMENDATIONS: [signed off/dated by:] | Approve | Approve with conditions | Disapprove |
|---|---|---|---|
| Plan Reviewer: | David Jones, DBI JUL 19 2021 | | |
| Division Manager: | [signature] 7/19/21 | | |
| for Director of Bldg. Inspection | | | |
| for Fire Marshal | | | |

CONDITIONS OF APPROVAL or OTHER COMMENTS

Page | 3

SAN FRANCISCO DEPARTMENT OF BUILDING INSPECTION
OFFICIAL COPY
FOR OFFICE USE ONLY
NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY

NOT FOR PUBLIC DISTRIBUTION
OFFICIAL COPY
FOR OFFICE USE ONLY

SAN FRANCISCO
DEPARTMENT OF
BUILDING INSPECTION

RECEIVED
JUL 02 2021

As per PA# 202107023726

Acrylic stucco
Acrylic stucco
(E) HORZ WOOD SIDING
2nd FLOOR LINE
(E) GRADE
1st FLOOR LINE

David Jones, DBI
JUL 08 2021

Approved Planning Dept Alex Westhoff 7/6/21

5/8 dens shield
GLASS
ROOF
5/8 type X drywall
Acrylic stucco finish
Z flashing
Existing wood siding
APPROVED
Dept. of Building Insp.
- San Francisco -
MAY 18 2022
PATRICK O'RIORDAN
DIRECTOR
DEPT. OF BUILDING INSPECTION
RECEIVED
MAY 18 2022

Scope:
Revision PA 202107023726
To Show New Detail to cover
existing window with acrylic stucco

Building:
TYPE V-B, 2 Story, single family dwelling.

David Jones, DBI
MAY 18 2022

200 Naples St 202205184515

# Exhibit B

No. 2021·0702·3726 1/21/22 20 ____

CITY AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF BUILDING INSPECTION

# CORRECTION NOTICE AND REPORT

Location 200 NAPLES St.

| Remarks: | Code Section |
|---|---|
| 1/ DOCUMENT CHANGES TO | |
| FRONT FACADE – WINDOW SIZES | |
| & BUILDING FINISHES. | |
| 2) WINDOWS AT UPSTAIRS BEDROOMS | |
| DO NOT MEET UPSTAIRS EGRESS | 1030.2.1 |
| 3/ PROPERTY LINE WINDOWS NEED | |
| TO COMPLY WITH AB009 & PRE APP | |
| NOTE ON APPROVAL PLANS – "FIXED | |
| 3/4 HR FIRE RESISTANCE WINDOW | |
| 4/ FIRE UNDER SIDE OF STAIRS | |
| FROM 1st – 2ND FLOOR. | |
| DOWN STAIR – BASEMENT | |
| 5/ CONSTRUCT LOWER LEVEL AS PER | |
| APPROVED PLANS – REMOVE KITCHEN | |
| & INSTALL LAUNDRY – | |
| 6/ REMOVE & CAP FURNACE PID | |
| PERMIT REQUIRED. | |
| 7/ DOCUMENT CEILING HEIGHT | 1207.2 |

Contact Inspector KEVIN BIRMINGHAM

Div. PID, 1660 Mission Street or phone: 628-652-3606

Supervisor MATT GREEN Date 1/24/22

9003-M44 (Rev. 2/02) REP.-18 Correcion Notice

IBARRA BROTHERS PRINTING, SAN FRANCISCO, CA 4389212-14