DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259 [Sims]
              (415) 554-3853 [Rosenblit]
Facsimile:    (415) 554-3837
E-Mail:       hunter.sims@sfcityatty.org
              renee.rosenblit@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>　　　　Defendant. | Case No. 23-cv-03579-SI (JCS)<br><br>**DECLARATION OF MARK LANGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (Fed. R. Civ. P. 56)<br><br>Hearing Date:　December 19, 2025<br>Time:　　　　　10:00 a.m.<br>Place:　　　　　Videoconference<br><br>Trial Date:　　 February 17, 2026 |

**DECLARATION OF MARK LANGAN**

I, Mark Langan, declare as follows:

1. I am a Senior Information Systems Analyst at San Francisco's Department of Building Inspections ("DBI"). I have been a Senior Information Systems Analyst at DBI since September 2016. I have personal knowledge of the contents of this declaration, and, if called upon to testify, I could and would testify competently to the contents of this declaration.

2. DBI stores all records of permit applications, permit plan reviews, and permit issuances in a system call the Permit Tracking System ("PTS"). DBI's PTS system is searchable and can determine actions such as scheduling, assigning and resulting building inspections.

3. I conducted a search of DBI permit application number 201810183586 for 200 Naples Street in San Francisco, California.

4. Attached as exhibit A to this declaration is a true and correct copy of a spreadsheet showing the search results I conducted for permit application number 201810183586.

5. In order to create the spreadsheet attached as Exhibit A, I first searched for the inspections associated with the permit in question. For those inspections, I queried our inspections audit table (ISS.ISS_SECURITIES_AUDIT) for each of the tables in question for those inspections based on internal key field values found in those tables.

6. There are three primary tables in our database that are used for scheduling, assigning and resulting building inspections – ISS_SCHEDULE_INSPECTIONS (used by our inhouse system, inspector and customer web applications and our voice-activated inspection scheduling system to request inspections, ISS_INSPECTOR_APPOINTMENTS (used by our inhouse system and inspector web application to schedule the date and time of an inspection, and ISS_INSPECTION_ACTIVITIES (used by our inhouse system and inspector web application to record the result of a completed inspection).

7. The "ACTION" column tells us when a particular record was inserted (INS) or updated (UPD).

8. The "ACTION USER" column tells us which user performed the action on a record – SELECTRON indicates that a public user (e.g. contractor) using our voice-activated inspection

scheduling system to create or update the record, ONLINEINSP indicates that the record was created or updated by a user using the inspector web app, otherwise it's one of our inhouse users.

9. The "COLUMN NAME" column tells us which database column in the table was affected.

10. OLD DATA" tells us the original state of the database column, while "NEW DATA" tells us what the new state of the database column is.

11. Based on the data presented in Exhibit A, Joe Duffy did not make any changes to the inspection that resulted in the CFC issued by Bernie Curran on 08/27/2020.

I declare under penalty of perjury under the laws of the United States that the preceding declaration is true, and that this declaration was executed on November 17, 2025, at San Francisco, California.

*MARK LANGAN*

# Exhibit A

**Permit 201810183586 at 200 Naples**
**Table/Inspector**

### Inspection performed by Peter Eisenbeiser on 07/25/2019

| | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| ISS_INSPECTOR_APPOINTMENTS | INS | SELECTRON | 6/14/2019 8:21 | | | |
| | UPD | KMCHUGH | 7/25/2019 6:29 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | KMCHUGH | 7/25/2019 6:29 | ISS_SCHEDULED_INSPECTIONS_ID | | 6886771 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | KMCHUGH | 7/25/2019 6:29 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 7/25/2019 11:31 | | | |

### Inspection performed by Phil Saunders on 11/14/2019

| | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| ISS_INSPECTOR_APPOINTMENTS | INS | SELECTRON | 10/4/2019 9:52 | | | |
| | UPD | SELECTRON | 11/12/2019 20:31 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | SELECTRON | 11/12/2019 20:31 | ISS_SCHEDULED_INSPECTIONS_ID | | 7203710 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | SELECTRON | 11/12/2019 20:31 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 11/14/2019 12:02 | | | |
| | UPD | ONLINEINSP | 11/14/2019 15:43 | ISS_INSPECTION_STATUS_ID | 3 | 14 |
| | UPD | ONLINEINSP | 11/14/2019 15:43 | DESCRIPTION | I a i'm aware of that special inspections for wood framing not performed roof framing not in compliance with approved plans | Corrections: repair all dry rot & damaged exterior siding on west side of property |

### Inspection performed by Bill Walsh on 01/30/2020

| | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| ISS_INSPECTOR_APPOINTMENTS | INS | MTESFAYE | 1/21/2020 10:09 | | | |
| | UPD | SELECTRON | 1/28/2020 16:21 | ISS_APPOINTMENT_CODES_ID | | 125 |
| | UPD | SELECTRON | 1/28/2020 16:21 | ISS_SCHEDULED_INSPECTIONS_ID | | 7337673 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | SELECTRON | 1/28/2020 16:21 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 1/30/2020 11:05 | | | |

### Inspection performed by Bernie Curran on 08/27/2020

| | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| ISS_INSPECTOR_APPOINTMENTS | INS | ONLINEINSP | 8/27/2020 10:22 | | | |
| | UPD | ONLINEINSP | 8/27/2020 10:22 | ISS_APPOINTMENT_CODES_ID | | 166 |
| | UPD | ONLINEINSP | 8/27/2020 10:22 | ISS_SCHEDULED_INSPECTIONS_ID | | 7639484 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 8/27/2020 10:22 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 8/27/2020 12:43 | | | |

### Inspection performed by Thomas Keane on 05/17/2021

| | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
|---|---|---|---|---|---|---|
| ISS_INSPECTOR_APPOINTMENTS | INS | AGEE | 5/10/2021 10:11 | | | |
| | UPD | ONLINEINSP | 5/17/2021 9:32 | ISS_APPOINTMENT_CODES_ID | | 166 |
| | UPD | ONLINEINSP | 5/17/2021 9:32 | ISS_SCHEDULED_INSPECTIONS_ID | | 7965783 |
| ISS_SCHEDULED_INSPECTIONS | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 5/17/2021 9:32 | | | |
| ISS_INSPECTION_ACTIVITIES | ACTION | ACTION_USER | ACTION_DATE | COLUMN_NAME | OLD_DATA | NEW_DATA |
| | INS | ONLINEINSP | 5/17/2021 9:55 | | | |