Patrick Gallagher
9845 N. 103ʳᵈ Drive
Sun City, AZ 85351
(925) 325-3911
bigblockpat@gmail.com

Plaintiff, Self-Represented

FILED

DEC 01 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PATRICK GALLAGER,

                 Plaintiff,

vs.

CITY AND COUNTY OF SAN FRANCISCO,
BERNARD CURRAN, RODRIGO SANTOS,
WILLIAM HUGEN, KEVIN BIRMINGHAM,
NATALIA KWAITKOWSKA, and JOE DUFFY,

                 Defendant(s).

Case No.: 23-cv-03579-SI

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
## FOR SUMMARY JUDGMENT

### I. INTRODUCTION

Defendants' Motion for Summary Judgment must be denied. The record contains extensive

evidence of misconduct, falsified records, retaliatory enforcement, and arbitrary application of

ordinances. These facts, supported by sworn testimony and public records, create genuine disputes

of material fact that are properly resolved by a jury. Under controlling Ninth Circuit precedent, summary judgment is inappropriate where credibility is at issue and where circumstantial evidence supports Plaintiff's claims.

## II. LEGAL STANDARD

Summary judgment is appropriate only where "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

- Courts must view the evidence in the light most favorable to the nonmoving party. *T.W. Elec. Serv., Inc. v. Pacific Elec. Contractors Ass'n*, 809 F.2d 626, 630–31 (9th Cir. 1987).
- Credibility determinations are jury functions, not those of a judge. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986); *DominguezCurry v. Nev. Transp. Dep't*, 424 F.3d 1027, 1036 (9th Cir. 2005).
- Circumstantial evidence and reasonable inferences are sufficient to defeat summary judgment. *McGinest v. GTE Serv. Corp.*, 360 F.3d 1103, 1112 (9th Cir. 2004).
- Procedural irregularities and shifting explanations can demonstrate pretext. *Cornwell v. Electra Cent. Credit Union*, 439 F.3d 1018, 1028 (9th Cir. 2006).

## • III. MATERIAL FACTS IN DISPUTE

### A. FBI Investigation and Retaliatory RedTagging

The rumor mill had begun earlier. FBI Special Investigator Alley Lopez informed Plaintiff in or about June of 2021 about what her investigation had uncovered. Prior to this disclosure, Plaintiff had no idea what was happening. Plaintiff had a certificate of completion, all abatements had been removed and satisfied, yet the property was frozen under new restrictions. The FBI told Plaintiff directly that he was redtagged just after Bernard Curran was indicted and forced to resign within a day or two.

*III.*

This evidence contradicts Defendants' claim of lawful enforcement. Disputes over the legitimacy of government action are jury questions. *Santos v. Gates*, 287 F.3d 846, 851 (9th Cir. 2002). Courts cannot weigh credibility at summary judgment. *Anderson*, 477 U.S. at 255.

## B. Obstruction by SFDBI Officials

Joe Duffy ended up with Curran's job. When Plaintiff was first redtagged in May of 2021, he spoke with Mauricio Hernandez, who informed him that he had to go through Joe Duffy. Duffy was on vacation for two weeks. The house was in escrow and due to close in four days, but everyone had to wait for Duffy to return. When Plaintiff finally met with Duffy, he was told to go through Hernandez, who was also on vacation.

These delays and contradictions show pretext. Procedural irregularities are recognized as evidence of discriminatory or retaliatory motive. *Noyes v. Kelly Servs.*, 488 F.3d 1163, 1170 (9th Cir. 2007). See also *Cornwell*, 439 F.3d at 1028 (shifting explanations create triable issues).

## C. Inflated Costs and Retaliation

Without Bernie being involved, this project would have taken 10 weeks and approximately $100,000. Forcing Santos into the mix added another $140,000 and at least 8 months. Without Bernie or Santos being forced into the project, and then being busted for their crimes, the retaliation would have never begun and dragged out for 7 years.

Evidence of retaliation and collusion is sufficient to defeat summary judgment. *Coszalter v. City of Salem*, 320 F.3d 968, 977 (9th Cir. 2003). See also *Allen v. Iranon*, 283 F.3d 1070, 1077 (9th Cir. 2002) (retaliation claims turn on factual disputes).

## D. Falsified Records

Plaintiff has shown that SFDBI records were falsified. Joe Duffy is one of only two people who can change SFDBI records. He cannot change assessor's records, which still show the permit as completed on 8/27/2020.

Falsified records create triable disputes. *Leslie v. Grupo ICA*, 198 F.3d 1152, 1159 (9th Cir. 1999). See also *Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 150 (2000) (jury may infer unlawful motive from falsification of records).

## E. Erroneous Violations and Window Disputes

There were no violations on the property. Multiple inspectors had signed off prior to May of 2021. Mauricio Hernandez wrote up erroneous violations, and Kevin Birmingham was with him that day. The windows were not in violation; they were spec'd by planning. Birmingham knew this but redtagged them anyway. Plaintiff contacted the Board of Supervisors, and Ernest Jones inspected the windows. Joe Duffy refused to budge. Plaintiff recorded the meeting.

Conflicting testimony and documentary evidence preclude summary judgment. *T.W. Elec.*, 809 F.2d at 630–31. See also *Chuang v. Univ. of Cal. Davis*, 225 F.3d 1115, 1127 (9th Cir. 2000) (conflicting evidence creates triable issues).

## F. Driveway, Zoning, and Variance Fabrications

Will Hughen never sought to legalize the ADU. Plaintiff was never looking to add a new driveway; he was restoring the original driveway, which neighbors had filled in. Birmingham and Hernandez confirmed it was the original cut. Hughen claimed the property did not fall under Ordinance 9517 but under "Day Law." Robb Kappa at the City Attorney's office confirmed there was no such law. Hughen then claimed the property had been rezoned but never provided documentation.

Arbitrary enforcement and misrepresentation of zoning laws create factual disputes. *Armstrong v. Davis*, 275 F.3d 849, 874 (9th Cir. 2001). See also *Village of Willowbrook v. Olech*, 528 U.S. 562, 565 (2000) (equal protection violated by arbitrary enforcement).

### G. PolicyMaking and Monell Liability

Curran made policy when he forced Plaintiff to hire Santos. Fossi, Hughen, Birmingham, and Duffy also made policy. When Ernest Jones and Plaintiff met with the building department, they proved that windows were legal and approved. Officials stated they did not care and would never sign off on Naples Street. Plaintiff recorded that meeting.

This establishes municipal liability under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978). A single decision by a policymaker can establish liability. *Pembaur v. City of Cincinnati*, 475 U.S. 469, 481 (1986). See also *Lytle v. Carl*, 382 F.3d 978, 982 (9th Cir. 2004).

### IV. CONCLUSION

Plaintiff has presented substantial evidence, corroborated by public records and sworn testimony, that genuine disputes of material fact exist. Under controlling Ninth Circuit precedent, summary judgment must be denied.

Respectfully submitted,

By:_____

Patrick Gallagher
Plaintiff, Self-Represented
9845 N. 103rd Drive
Sun City, AZ 85351
(925) 325-2911
bigblockpat@gmail.com

DECLARATION OF PLAINTIFF PATRICK GALLAGHER

    I, Patrick Gallagher, declare as follows:

    1.  I am the Plaintiff in this action. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and of called as a witness could and would testify competently to the facts as stated herein.

    2.  On or about June 2021, FBI Special Investigator Alley Lopez informed me that I had been "redtagged" immediately after Inspector Curran was indicted and forced to resign. At that time, I had already received a certificate of completion and satisfied all abatements, yet my property was frozen under new restrictions. A true and correct copy of the certificate of completion is attached hereto as **Exhibit A.**

    3.  After being redtagged, I was told by Mauricio Hernandez that I had to go through Joe Duffy, who was on vacation for two weeks. My property was in escrow and due to close in four days, but the closing was delayed. When I finally met with Duffy, he told me to go through Hernandez, who was also on vacation.

    4.  Without Bernie's involvement, my project would have taken approximately ten weeks and cost $100,000. Because Santos was forced into the project, the costs increased by $140,000 and the timeline was extended by at least eight months. Retaliation then dragged the project out for seven years.

    5.  SFDBI records were falsified. Joe Duffy is one of only two people who can alter those records, but assessor's records still show the permit as completed on August 27, 2020. A true and correct copy of the assessor's worksheet is attached hereto as **Exhibit B.**

    6.  There were no violations on the property. Multiple inspectors had signed off prior to May 2021. Mauricio Hernandez wrote up erroneous violations, and Kevin Birmingham redtagged windows that had been approved by planning. They also erroneously claimed that I attempted to

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

portray the basement of 200 Naples Street as an "ADU."I contacted the Board of Supervisors, and Ernest Jones inspected the windows. Joe Duffy refused to budge. I recorded the meeting. A true and correct copy of the recording will be made available according to the court's instructions. **Exhibit C.** *See also,* **Exhibit-D**, MLS listing with disclosures attached hereto.

7.   I sought only to restore the original driveway, which neighbors had filled in. Birmingham and Hernandez confirmed it was the original cut. Will Hughen falsely claimed my property did not fall under Ordinance 9517 but under a nonexistent "Day Law." He later claimed the property had been rezoned but never provided documentation. A true and correct copy of the email referencing "day law" is attached hereto as **Exhibit-E.**

8.   Curran made policy when he forced me to hire Santos. Fossi, Hughen, Birmingham, and Duffy also made policy. When Ernest Jones and I met with the building department, we proved that windows were legal and approved. Officials stated they did not care and would never sign off on Naples Street. I recorded that meeting.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on

November 23, 2025, at Sun City, Arizona

-------------------------------------------------
Patick Gallagher

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I, (**name**), hereby certify that I am employed by (**name**) and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, and Declaration of Patrick Gallagher in Support of Opposition to Defendants' Motion for Summary Judgment to be placed in a postage-paid envelope addressed to the counsel for Defendants at the address stated below and deposited said envelope in the United States mail.

Addressee:  David Chiu, City Attorney
Jennifer Choi, Chief Trial Deputy
Hunter W. Sims III, Deputy City Attorney
Fox Plaza 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408

Attorneys for City and County of San Francisco; William Hughen; Kevin Birmingham; Natalia Fossi (Erroneously sued as Natalia Kwaitkowska); Mauricio Hernandez; and Joe Duffy

Dated this _25_ day of _NOVEMBER_, 2025

# EXHIBIT A

EXHIBIT A

City and County of San Francisco

**Department of Building Inspection**



# CERTIFICATE OF FINAL COMPLETION AND OCCUPANCY

**LOCATION:** _200 Naples St_
(number)     (street)          _6008/001_
                                                      (block and lot)

**Permit Application No.:** _202101855.06_ **Type of Construction:** _V-B_ **Stories:** _1_ **Dwelling Units:** _1_

**Basements:** _0_ **Occupancy Classification:** _R-2_ **No. of Guestrooms:** _0_ **with cooking facilities:** _0_

**Description of Construction:** _to comply with NOV 2028735 to 1. obtain a plumbing_
_city permit to install new shower/tub. 2. replace water heater_
_install (1) carbon monoxide and Nov alarms in each sleeping_
_area (3) carbon monoxide detectors in each floor._

To the best of our knowledge, the construction described above has been completed and, effective as of the date the building permit application was filed, conforms both to the Ordinances of the City and County of San Francisco and to the Laws of the State of California. The above referenced occupancy classification is approved pursuant to Section 109A of th *San Francisco Building Code.*

Any change in the use or occupancy of these premises—or any change to the building or premises—could cause the property to be in violation of the *Municipal Codes* of the City and County of San Francisco and, thereby, would invalidate this *Certificate of Final Completion and Occupancy*. A copy of this *Certificate* shall be maintained on the premises and shall be available at all times. Another copy of this *Certificate* should be kept with your important property documents.

Before making any changes to the structure in the future, please contact the Department of Building Inspection, which will provide advice regarding any change that you wish to make and will assist you in making the change in accordance with the *Municipal Codes of the City and County of San Francisco.*

This certificate issued on: _8/31/2023_

by: _____
         (Signature)    **Building Inspector**

**Patrick O'Riordan, Interim Director**             _____
                                                **Printed Name**

Copies: White (original to microfilm), Blue (to property owner), Yellow (to building inspector), Pink (to Housing Inspector)

9005 A1 16 (Rev. 6/20)

# EXHIBIT B

EXHIBIT B



City & County of San Francisco
49 South Van Ness Avenue, San Francisco CA 94103-1226

Date: October 14, 2021
Property Address: 200 NAPLES ST

To:
MADISON TRUST CO FBO PATRIC
GALLAGHER PATRICK
PL BOX 523
BYRON CA. 94514

Block: 6008    Lot: 001    Seq: 00
Director's Order Number: 201644272    - A

FINAL BILL- Assessment of Costs
Code Violations Outstanding

Dear Property Owner(s),

Our records show that all required work has been completed to abate the code enforcement case referenced above. Before the Director's Order of Abatement referenced above can be lifted the final accrual of Assessment of Costs must be paid.

Failure to correct the violations associated with this Director's Order, prior to the **DIRECTOR'S HEARING AND RECORDED ORDER OF ABATEMENT** resulted in the accrual of "ASSESSMENT OF COSTS" pursuant to 102A.3 & 102A.17 of the San Francisco Building Code. Said Code requires that this Department's "cost of preparation for and appearance at the hearing, and all prior and subsequent attendant costs shall be assessed upon the property owner. Said violations will not be deemed legally abated until the property owner makes full payment of the assessment..."

The final **Assessment of Cost** AMOUNT accrued to date NOW DUE AND PAYABLE is : $3,043

Payment must be by cashiers check or money order & must be accompanied by this original letter
Please tender payment by mail (or in person during regular business hours, to the address indicated below

Assessment of Costs Payment
Department of Building Inspection
Housing Inspection Services
49 South Van Ness Ave. Suite 400
San Francisco CA 94103-1226

Please make all checks payable to City and County of San Francisco Department of Building Inspection or CCSF-DBI.

TO AVOID HAVING A LIEN RECORDED UPON YOUR PROPERTY AND LEVIED ON YOUR NEXT PROPERTY TAX BILL, it is necessary for you to tender payment immediately.

The Complaint of the Director of the Department of Building Inspection will be lifted, and the structure cited above brought into compliance with the applicable sections of the San Francisco Building and Housing Codes related to this complaint UPON PAYMENT OF ALL ASSESSMENT OF COSTS now due.

Please note that this Assessment of Costs does not include costs incurred by the Department as a result of litigation which may be filed by the City against the property owner to compel code compliance. If such litigation is filed by the City, the property owner may be responsible for litigation costs that include, but are not limited to the staff time necessary for trial discovery, depositions, trial, attorney's fees, and civil penalties as provided for by state law & the San Francisco Housing Code

Housing Inspection Services can be reached at (628) 652-3700 should you have any questions.

Your prompt cooperation on this matter is appreciated.

Patrick O Riordan, Interim Director
Department of Building Inspection

By: James Lawrie
Housing Inspector

cc    HIS File

Electronic Property provided by DataTree LLC via its proprietary imaging and delivery system Copyright 2008. All rights reserved.

Recording Requested by:

CHICAGO TITLE COMPANY

When Recorded Mail to:

Francis Lau
1023 Gilman Drive
Daly City, CA 94015

20189K59248800004
San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
DOC 2018-K592488-00
Acct 2001-Chicago Title Company Concord
Thursday, MAR 22, 2018 11:01:39
Ttl Pd $4,575.40      Nbr-0005778469
oes/RE/1-4

Assessor Parcel Number (APN): Block **6008**    Lot **001**

Street Address: **200 Naples Street, SF, CA 94112**

### Grant Deed
(Please fill in Document Title(s) above this line)

This document is exempt from the $75 Building Homes and Jobs Act Fee (per Government Code §27388.1) because:

- [✔] Document is a <u>transfer</u> of real property subject to the imposition of transfer tax

- [ ] Document is a <u>transfer</u> of real property that is a residential dwelling to an owner-occupier

- [ ] Document is recorded in connection with an exempt <u>transfer</u> of real property (i.e., subject to transfer tax or owner-occupied). If not recorded concurrently, provide recording date and document number of related transfer document:
  Recording date _____ Document Number _____

- [ ] The $225 per transaction cap is reached

- [ ] Document is not related to real property

This page added to provide adequate space for recording information
(additional recording fee applies)

Subject was purchased on 8/1/2018 by G C Block Investments COM LLC on 8/1/2018 for $785K.
-Property was listed on MLS on 9/3/2020 for $1,388,000 on 10/13/2020 was revised to $1,288,000. The listing expired on 12/31/2020.
  -Assessor used the 9/3/2020 listing date as the completion date of construction.
-It is currently listed again on 3/13/2021 for $1,250,000. It is marketed as a duplex with an in-law studio on G/F.
-In the plans, the existing floor plans do no represent the condition/layout of property before construction. See existing tab which includes MLS listingshowing condition of property prior to NC.

## Welcome to our Permit / Complaint Tracking System!

### Permit Details Report

Report Date:   3/23/2021 10:46:13 AM

Application Number:   201908210257J

Form Number:   8

Address(es):   [illegible]

Description:   [illegible]

Cost:   $450,000.00

Occupancy Code:   R-3

Building Use:   [illegible]

### Disposition / Status:

| Date | Status | Comments |
|---|---|---|
| 8/13/2018 | TRIAGE | |
| 8/14/2018 | FILING | |
| 12/10/2018 | FILED | |
| 5/21/2018 | APPROVED | |
| 12/19/2018 | ISSUED | |
| 8/27/2020 | COMPLETE | [illegible] |

### Contact Details:

### Contractor Details:

Contact Details:   OPEN
License Number:   [illegible]
Name:   [illegible]
Company Name:   [illegible]
Address:   [illegible]
Phone:   [illegible]



**City & County of San Francisco**
José Cisneros, Treasurer
David Augustine, Tax Collector
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019 through June 30, 2020

1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
San Francisco, CA 94102
www.sftreasurer.org

| Vol | Block | Lot | Bill No | Mail Date | Property Location |
|-----|-------|-----|---------|-----------|-------------------|
| 36 | 6008 | 001 | 20191695160 | October 16, 2019 | 200 NAPLES ST |

Assessed on January 1, 2019 at 12:01am
To: NAME WITHHELD PER CA AB 2238

**ADDRESS INFORMATION
NOT AVAILABLE ONLINE**

| ► TOTAL DUE | | $11,620.88 |
|---|---|---|
| 1st Installment | | 2nd Installment |
| $5,810.44 | | $5,810.44 |
| Due 12/10/2019 | | Due 05/15/2020 |

**Important Messages**

TAX DEFAULTED

| Assessed Value | |
|---|---|
| Description | Full Value |
| Land | $706,500 |
| Structure | $78,500 |
| Fixtures | |
| Personal Property | |
| Gross Taxable Value | $785,000 |
| Less HO Exemption | $0 |
| Less Other Exemption | $0 |
| **Net Taxable Value** | **$785,000** |
| Tax Amount | $9,263.78 |

**Direct Charges and Special Assessments**

| Type | Telephone | Amount Due |
|---|---|---|
| 45 - Living Wage for Educators 2018 Tax | (415) 355-2203 | $309.52 |
| 46 - San Francisco Bay Restoration Authority | (888) 508-8157 | $12.00 |
| 55 - Building Inspection | (415) 558-6088 | $1,636.50 |
| 89 - SFUSD Facility Dist | (415) 355-2203 | $38.28 |
| 91 - SFCCD Parcel Tax | (415) 487-2400 | $99.00 |
| 98 - SFUSD Teacher Support | (415) 355-2203 | $261.70 |

| Total Direct Charges and Special Assessments | $2,357.10 |
|---|---|

Keep this portion for your records. See back of bill for payment options and additional information.



**City & County of San Francisco**
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019 through June 30, 2020

Pay online at www.sftreasurer.org

| Vol | Block | Lot | Bill No | Property Location |
|-----|-------|-----|---------|-------------------|
| 36 | 6008 | 001 | 20191695160 | 200 NAPLES ST |

☐ Check if contribution to Arts Fund is enclosed.
☐ For other donation opportunities go to www.Give2SF.org

Detach stub and return with your payment.
Write your block and lot on your check.
2nd installment cannot be accepted unless 1st is paid.

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA  94120-7426

**2**

| 2nd Installment Due | |
|---|---|
| Pay by  May 15, 2020 | $5,810.44 |
| If paid after  May 15, 2020
includes 10% penalty and
applicable fees | $6,436.48 |
| Paid 05/29/2020 | |



**City & County of San Francisco**
Property Tax Bill (Secured)
For Fiscal Year July 1, 2019 through June 30, 2020

Pay online at www.sftreasurer.org

| Vol | Block | Lot | Bill No | Property Location |
|-----|-------|-----|---------|-------------------|
| 36 | 6008 | 001 | 20191695160 | 200 NAPLES ST |

☐ Check if contribution to Arts Fund is enclosed.
☐ For other donation opportunities go to www.Give2SF.org

Detach stub and return with your payment.
Write your block and lot on your check.
If property has been sold, please forward bill to new owner.

San Francisco Tax Collector
Secured Property Tax
P.O. Box 7426
San Francisco, CA  94120-7426

**1**

| 1st Installment Due | |
|---|---|
| Pay by  December 10, 2019 | $5,810.44 |
| If paid after December 10, 2019
includes 10% penalty | $6,391.48 |
| Paid 01/16/2020 | |

 Gmail

Pat mg <bigblockpat@gmail.com>

Here's some recent communication re releases for City of SF

2 messages

MacKenzie, Kathy <KMacKenzie@ortc.com>
To: Patrick Gallagher <bigblockpat@gmail.com>

Mon, Sep 9, 2024 at 12:54 PM

On 8/1/2024 at 2:46 PM, **CSD-CPU\egoveia** posted (WT) (and emailed DLeath@ortc.com; kmackenzie@ortc.com on 8/1/2024 at 2:46 PM): REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT DOC#2018-K642319, 2019-K730948, 2019-K90683 AND 2016-K290398 & 2019-K778900: Received email stating "The lien that were attached only reflected the amounts due that got assessed thru the property taxes. 200 Napoles has multiple complaints open and in order to abate the case all Notice of violations with HIS and CES must be corrected with approved final sign off, a Final Bill (FB) will not be generated until the corrections have been completed. Until the Final Bill is generated and paid, we will not remove the Order of Abatement. If you would like to speak to someone please feel free to contact me or CES at 628-652-3430" Tasks complete.

On 8/1/2024 at 9:18 AM, **CSD-CPU\egoveia** posted (WT): REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT DOC#2018-K642319, 2019-K730948, 2019-K90683: Sent request to email Eicb.codeenforcement@sfgov.org via Internal Docs. P:(628) 652-3430. Tasked to follow up 8/5.

On 8/1/2024 at 8:56 AM, **CSD-CPU\egoveia** posted (WT): REGARDING CITY AND COUNTY OF SAN FRANCISCO CODE ENFORCEMENT DOC#2016-K290398 & 2019-K778900: Sent request to email Eicb.codeenforcement@sfgov.org via Internal Docs. P:(628) 652-3430. Tasked to follow up 8/5.

*Kathy MacKenzie, Escrow Officer*

*Denise Leath Team*

**ORTC LICENSE #2560-01**

T: 916) 984-1380 EXT #5    |  Fax:  (916) 221-9005 .  Shortel: 42408

1180 Iron Point Road, #190 | Folsom, CA  95630

 **BEWARE! WIRE FRAUD IS ON THE RISE.**
**Accepting wire and disbursement instructions via email can be dangerous, especially changes to those instructions. Always verify by calling the originator of the email using previously known contact information prior to sending funds.**

Important Notice: The information contained in this email is private and confidential. It is intended only for the confidential transmission. If you are not named above or are not an agency of the recipient(s), then you have received this email in error and any review, distribution or copy of this transmission or its attachment(s) is strictly prohibited by federal law. If you have received this email in error please notify the sender by email, immediately. If you are the proper recipient and this email contains protected health information, you must abide by the rules of the HIPAA and other privacy laws immediately. Thank you for your attention to this issue.

Pat mg <bigblockpat@gmail.com>
To: "Jonny W. Homberger" <jhomberger@callahan-law.com>

Mon, Oct 7, 2024 at 12:39 PM

abatements....code enforcement can cancell these at any time
[Quoted text hidden]

 Gmail

Pat mg <bigblockpat@gmail.com>

## REVISED Building Permit Application# 202108096049 Invoice
1 message

**DBIONLINESERVICES@sfgov.org** <DBIONLINESERVICES@sfgov.org>
To: BIGBLOCKPAT@gmail.com

Wed, Dec 28, 2022 at 11:12 AM

Dear Permit Applicant,

Your permit is ready for issuance. Your invoice below was generated by Cheng Hong Chan.

## INVOICE

| Project: | 200 NAPLES ST | Application#: | 202108096049 |
|---|---|---|---|
| Invoice Number: | 20221214-122RL1 | Invoice Date: | 12/28/2022 |
| Total Due: | $2,248.67 | Due Date: | Upon Receipt |

| FEE CODE | DESCRIPTION | FEE AMOUNT |
|---|---|---|
| BLDGSTD-I | | |
| Bldg Stds Admin Spec Revolv Fund | | $1.00 |
| REC RET-I | Records Retention Fee DBI (Issuing) | $10.00 |
| BLDG-I | Bldg Permit Insp Fee (Issue) | $324.82 |
| DCP-I | DCP Plan Check (Issue) | $1,061.89 |
| CURB | Curb DPW | $180.00 |
| DBI BOAS-I | DBI Board of Appeals Surcharge (Issue) | $22.50 |
| STRG MO-I | Strong Motion Instrumentation Fee | $4.37 |
| PLAN REV-I | Plan Review (Issue) DBI | $612.59 |
| DPW BOAS-I | DPW Board of Appeals Surcharge (Issue) | $9.00 |
| DCP BOAS-I | DCP Board of Appeals Surcharge (Issue) | $22.50 |

Click here to pay your fees online. Please note that online payments are subject to a 2.5% convenience fee for credit card payments (minimum $2.00). There is no convenience fee when paying by eCheck.
**For ADU applications:** Please submit payment online. Please refer to the separate email you received from Planning staff for additional information and contact CPC.ADU@sfgov.org if you have any questions.

Permit Details Report

**Report Date:** 2/24/2024 2:48:38 AM

Application Number:     202108096049
Form Number:            8
Address(es):            6008  001  0  200    NAPLES              ST
Description:            TO COMPLY WITH NOV #202175602: This proposal is for a new ADU in a single
                        family residence, within the existing envelope. Restoration of existing curb cut per
                        scope of work on
Cost:                   $33,599.56
Occupancy Code:         R-3
Building Use:           28 - 2 FAMILY DWELLING

**Disposition / Stage:**

| Action Date | Stage | Comments |
|---|---|---|
| 8/9/2021 | TRIAGE | |
| 8/9/2021 | FILING | |
| 8/9/2021 | FILED | |
| 1/10/2023 | APPROVED | |
| 1/10/2023 | ISSUED | |

**Contact Details:**

**Contractor Details:**

**Addenda Details:**

**Description:**

| Station | Rev# | Arrive | Start | In Hold | Out Hold | Finish | Checked By | Review Result | Hold Description |
|---|---|---|---|---|---|---|---|---|---|
| CP-GEN | | 8/9/21 | 8/9/21 | 8/9/21 | 8/11/21 | 8/11/21 | BAEZA ROGELIO | | PLANNING PERMIT Please contact rogelio.baeza@sfgov.c any questions. 8/11/2 APPLICATION ACCE INVITE SENT TO AP & AGENCIES TO JO BLUEBEAM SESSIO 8/9/2021: AWAITIN PAYMENT. |
| HIS | | 8/11/21 | 8/9/22 | | | 8/9/22 | LUTON MATT | | |
| BID-INSP | | 8/11/21 | 8/17/21 | | | 8/17/21 | MCHUGH KEVIN | | no penalty |
| CES | | 8/11/21 | 8/14/21 | | | 8/14/21 | GREENE EDWARD | | ok to process eg |
| BID-INSP | | 11/18/22 | 11/18/22 | | | 11/18/22 | BURKE KENNETH | | ok to process |
| CP-ZOC | | 8/11/21 | 8/31/21 | 9/7/21 | 11/7/22 | 11/7/22 | KWIATKOWSKA NATALIA | | 11/7/22: Approved 1 A State program in an e single-family home. N work under this perm 9/29/22: project on-h pending response to c (curb cut and off-stre must be removed to a Variance and Appeal - NK 1/4/22: project pending Variance; co: natalia.kwiatkowska@ - NK 9/7/21: Placed pending comments. will.hughen@sfgov.o: 8/26/21: assign to pla contact will.hughen@ - NK |
| BLDG | | 8/11/21 | 9/14/21 | 9/14/21 | | 9/29/22 | HERNANDEZ HECTOR | | Customer has yet to r comments as provided reminded customer application form 3 loa bluebeam has no refe number. conversation phone. original comr issued 9/14/2021 via ASSIGNED TO SUPE SPECIAL PROJECT. |

# SAN FRANCISCO ASSESSOR NEW CONSTRUCTION WORKSHEET

**ASR INFORMATION**

| | | |
|---|---|---|
| PROPERTY ADDRESS: | 200 Napies St | |
| ASSESSORS PARCEL NUMBER: | 6008 001 | |
| PERMIT APPLICATION NUMBER: | 201910193586 & 201808107063 | |
| PERCENTAGE COMPLETE: | 100% | |
| DATE OF VALUATION: | September 3, 2020 | |
| VALUED BY APPRAISER: | Barry Kwan | |

**DBI INFORMATION**

| | |
|---|---|
| PERMIT COST: | $100.000 |
| STATED COST: | |
| DESCRIPTION: | To comply with nov 201895477 (bid). Structural strengthening include removing & replacing the floor framing. Remove 1 (e) dormer, add 2 (n) dormers on each side. demo (e) laundry at 2nd floor. |

*Instructions: Fill in non-shaded areas*

**Additions to Square Footage / Value Added**

| Description of Work | Width (H) Feet | Inches | Length (V) Feet | Inches | | Total | | | $ PSF | Peter Daly Quality | Level | Value Added |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **G/F** | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| 2020 PD Bsmt Conversion - In Law Unit | | | x | | = | 280.00 | sq.ft. | x | S 115.00 | Econ | Med | $ 32,200 |
| *In-law is a studio used Econ/Med quality | | | | | | 0.00 | sq.ft. | | | | | |
| 2020 PD Add interior Stairs | | | x | | = | 54.00 | sq.ft. | x | S 428.00 | Econ | Med | $ 23,112 |
| *Used Econ quality because straight stairs | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| **2/F** | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| 2020 PD Major Kitchen & Bath Remodel - Chng Flr Plan | | | x | | = | 326.00 | sq.ft. | x | S 326.00 | Econ | High | $ 106,276 |
| *Used Econ/High due to smaller size and bath | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| is not a full bath | | | x | | = | | sq.ft. | x | | | | |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| **3/F** | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| 2020 PD Attic Conversion with dormers | | | x | | = | 629.00 | sq.ft. | x | S 436.00 | Stan | Med | $ 274,244 |
| *Includes stairs, room, and bath | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| **Property Becomes:** | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| G/F: 1 Total Room, 1 Bath -370sf | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| 2/F: 3 Total Rooms, 1/2 Bath - 748sf | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| 3/F: 2 Total Rooms, 2 Beds, 1 Bath - 629sf | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| Total: 6 Total Rooms, 3 Beds, 2.5 Baths - 1747sf | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| **Lump Sum Adjustments** | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |

| **TOTAL VALUE ADDITION** | Construction area: | 1,289 sq.ft. | $ 435,832 |
|---|---|---|---|

**Subtractions to Square Footage / Assessed Value**

| Description of Work | Width Feet | Inches | Length Feet | Inches | | Total | | | $ PSF | Peter Daly Quality | Level | Value Subtracted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Credit to existing GLA on G/F with 10 years life | | | x | | = | 280.00 | sq.ft. | x | S 23.00 | | | $ 6,440 |
| Credit to existing Interior stairs on G/F w 10 years life | | | x | | = | 54.00 | sq.ft. | x | S 85.60 | | | $ 4,622 |
| Credit to existing kit.bath on 2/F with 10 years life | | | x | | = | 326.00 | sq.ft. | x | S 65.20 | | | $ 21,255 |
| Credit to existing GLA in attic with 10 years life | | | x | | = | 629.00 | sq.ft. | x | S 87.20 | | | $ 54,849 |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| | | | x | | = | 0.00 | sq.ft. | x | | | | $ - |
| **Lump Sum Credits** | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |
| | | | | | | | | | | | | $ - |

| **TOTAL VALUE DEDUCTION** | 1289.00 sq.ft. | $ 87,166 |
|---|---|---|

| **TOTAL VALUE** | 0 sq.ft. | $ 348,666 |
|---|---|---|

| **IN-PROGRESS CALCULATION (if applicable)** | % COMPLETE | 100% | $ 349,000 |
|---|---|---|---|

Department of Building Inspection

**Appointments:**

| Appointment Date | Appointment AM/PM | Appointment Code | Appointment Type | Description | Time Slots |
|---|---|---|---|---|---|
| 5/17/2021 | AM | WS | Web Scheduled | SITE VERIFICATION | 1 |
| 8/27/2020 | AM | WS | Web Scheduled | FINAL INSPECT/APPRVD | 1 |

**Inspections:**

| Activity Date | Inspector | Inspection Description | Inspection Status |
|---|---|---|---|
| 5/17/2021 | Thomas Keane | SITE VERIFICATION | EXPIRE |
| 8/27/2020 | Bernard Curran | FINAL INSPECT/APPRVD | PRE-FINAL |
| 1/30/2020 | William Walsh | SHEETROCK NAILING | REINSPECT REQUIRED |

12

**Special Inspections:**

| Addenda No. | Completed Date | Inspected By | Inspection Code | Description | Remarks |
|---|---|---|---|---|---|
| 0 | 8/26/2020 | MGREENE | 18A | BOLTS INSTALLED IN EXISTING CONCRETE | |
| 0 | 8/26/2020 | MGREENE | 18C | PULL/TORQUE TESTS PER SFBC SEC.1607C & 1615C | |
| 0 | 8/26/2020 | MGREENE | 4 | REINFORCING STEEL AND PRETRESSING TENDONS | reinforcing steel |
| 0 | 7/29/2020 | MGREENE | 20 | HOLDOWNS | |
| 0 | 7/28/2020 | MGREENE | 24A | FOUNDATIONS | |
| 0 | 7/28/2020 | MGREENE | 24E | WOOD FRAMING | |
| 0 | 7/28/2020 | MGREENE | 19 | SHEAR WALLS AND FLOOR SYSTEMS USED AS SHEAR DIAPHRAGMS | |

For information, or to schedule an inspection, call 628-652-3400 between 8:30 am and 3:00 pm.

Station Code Descriptions and Phone Numbers

Online Permit and Complaint Tracking home page.

**Technical Support for Online Services**
If you need help or have a question about this service, please visit our FAQ area.

ASSESOR'S DEPT

**Permit Details Report**

**Report Date:**     12/29/2022 4:44:22 PM

Application Number:    201810183586
Form Number:    3
Address(es):    6008 / 001 / 0   200   NAPLES        ST
Description:    TO COMPLY WITH NOV 201895477 (BID). STRUCTURAL STRENGTHENING INCLUDE REMOVING & REPLACING THE FLOOR FRAMING. REMOVE 1 (E) DORMER, ADD 2 (N) DORMERS ON EACH SIDE, DEMO (E) LAUNDRY AT 2ND FLOOR.
Cost:    $100,000.00
Occupancy Code:    R-3
Building Use:    27 - 1 FAMILY DWELLING

**Disposition / Stage:**

| Action Date | Stage | Comments |
|---|---|---|
| 10/18/2018 | TRIAGE | |
| 10/18/2018 | FILING | |
| 10/18/2018 | FILED | |
| 6/7/2019 | APPROVED | |
| 6/11/2019 | ISSUED | |
| 6/14/2019 | SUSPEND | nsf check #1392 |
| 6/18/2019 | REINSTATED | NSF CK#1392 |
| 5/17/2021 | EXPIRED | 5825177 Stage updated from inspection |

**Contact Details:**
**Contractor Details:**
License Number: OWNER
Name:    OWNER
Company Name:    OWNER
Address:    OWNER * OWNER CA 00000-0000
Phone:

**Addenda Details:**
**Description:**

| Step | Station | Arrive | Start | In Hold | Out Hold | Finish | Checked By | Hold Description |
|---|---|---|---|---|---|---|---|---|
| 1 | BID-INSP | 10/18/18 | 10/18/18 | | | 10/18/18 | HAJNAL STEVEN | |
| 2 | INTAKE | 10/18/18 | 10/18/18 | | | 10/18/18 | ROBINSON CHARLES | |
| 3 | CPB | 10/25/18 | 10/25/18 | | | 10/25/18 | GUTIERREZ NANCY | |
| 4 | CP-NP | 2/20/19 | 4/18/19 | 2/20/19 | 2/22/19 | 4/18/19 | CAMPBELL CATHLEEN | Emailed cover letter on 2/20/2019 (William) Mailed 311 notice on 3/4/2019; expires 4/3/2019 (William) |
| 4 | CP-ZOC | 10/25/18 | 4/18/19 | | | 4/18/19 | CAMPBELL CATHLEEN | Approved Dormers and New Fibrex Composite Windows_cathleen Campbell 4/18/19 |
| 5 | BLDG | 4/19/19 | 4/26/19 | | | 4/26/19 | | otc approved |
| 6 | BLDG | 4/26/19 | 5/13/19 | | | 5/13/19 | | 5/13/19: OTC expired |
| 7 | BLDG | 5/13/19 | 5/20/19 | 5/20/19 | 5/23/19 | 5/23/19 | LEUNG STEPHAN | approved after recheck |
| 8 | CP-ZOC | 5/24/19 | 5/29/19 | | | 5/29/19 | CAMPBELL CATHLEEN | Approved revisions no change-Cathleen Campbell 5/29/19 |
| 9 | PPC | 5/29/19 | 5/29/19 | | | 5/29/19 | CHAN EDDIE MAN WAI | 5/29/19: to CPB;EC. 5/24/19: to DCP to review and stamp revised drawings;EC. 5/13/19: OTC expired, back to BLDG: am 4/29/19: Back to OTC bin: HP 4/29/19: to Patrick Gallagher: mml 4/26/19: OTC request approved to OTC bin; HP 4/26/19: To supervisor for OTC approval/denial; HP 4/19/19: To BLDG; HP 2/11/19; R3 to DCP; mml 2/5/19; R2 to DCP; am 1/17/19; R1 to DCP; mml 10/25/18: To DCP; HP |
| 10 | CPB | 5/29/19 | 6/7/19 | | | 6/11/19 | YAN BRENDA | 6/10/2019: UPDATED DATA IN PTS PER JD/BID. BYAN. 06/07/2019: SCHOOL FEE NOT REQ. CUSTOMER NEED TO SEE BID CHIEF OR SENIOR INSPECTOR BEFORE ISSUE. APPROV BY BYAN. |

This permit has been issued. For information pertaining to this permit, please call 628-652-3450.

# EXHIBIT C

EXHIBIT C

**RESIDENTIAL**
Detached




Cancelled | List Price: $1,188,000
200 Naples Street | Unit:
SAN FRANCISCO | CA   94112
MLS# ML81834024 | Stories: Two Story
Orig Price: $1,250,000 | Sold Price:
List Date: 3/14/2021 | Off Mkt Date: 8/5/2021
Pend Date: | COE:
D/N/S:
DOM:   144 | CDOM:   144
| Builder:
| Print/Email:

Naples St   Avalon Ave

Google   Map data ©2021

## Property Information

| | | | | |
|---|---|---|---|---|
| Bedrooms: 3 | Yr Blt: 1907 | Garage Spcs: 0 | Total Rms: | Own Type: |
| Baths/Par: 2 / 1 | Age: 114 | Total Prk | # of Units: | % Own Occ: |
| SqFt: 2044 | Acres: 0.057300 | Fireplaces: | Pool: No | Units Floor: | TIC %: |
| Source: | Lot SqFt: 2,495 | ElemSchool Dist: San Francisco Unified | High School District: San Francisco Unified |

## Showing & Listing Information

| | | |
|---|---|---|
| Occ By: Vacant | Occ Name: | Occ Phone: | Supra Box?:   Spec Info: |
| Show Info: | | 24 Hr. Notice Req?: | Lockbox Location: |
| Directions: | | Cross St: Avalon St | Associated Docs: 0 |

List Type: Excl Right | | List Service: Full Service | LA-DRE#:   00867442
List Agt:   Alex Lehr - Pref: 650-766-5300 | | alex@guiderealestateca.com | Broker DRE#:
Co-List: Mike Aranda - Pref: 650-200-8259 | List Ofc: Guide Real Estate - Primary: 650-766-5300 | Agent Hit Count:
Zoning: RH1   APN: 6008-001 | Census Tract: | Point of Sale Ord: | City Transfer Tax: Ye | Client Hit Count:
Disclosures Link: | Showing Link: | Available to Show:
Primary Showing Contact: | Primary Showing Phone: | **Schedule a Showing**

### ***Remarks***
** Top of the Hill ** Welcome to this Excelsior masterpiece on a premium corner lot! As you enter the two-story main home you will know you are home! Kitchen, dining, living room and half bath on the main floor with two bedrooms, full bath and city views on the upper level. This home has been completely rebuilt from the studs - enjoy the beauty of new construction while still having plenty of potential to plus the home of your dreams! 570 sf in law unit features a separate entrance with bedroom, bathroom, large kitchen and its own laundry hook-ups! Fenced backyard includes patio area with views and side gate access with room for 4 cars. RV parking and more opportunities on fully unused! Located moments away from Hwy 280 and McLaren Park, this is not one to miss!

### ***Confidential Remarks***
Agents- Vacant, staged and easy to show! Just book an appointment at https://calendly.com/guiderealestate_/30min and send your PEAD to gabriella@guiderealestateca.com. Presale has been opened with Katie Berggran- North American Title. Disclosure Link: https://app.disclosures.io/link/200-Naples-Street-wmpqxyca. This is a very versatile corner lot! Some options the owner has thought of: add additional square footage to two-story unit and keep the existing unit below and/or add a garage. Another option is adding a spiral staircase to connect the two units. Driveway access permit is in progress. Contact Mike Aranda 650-200-8259 (agent) for current status of permit. Seller is adjusting permits

## Property Features:

BATH NON-PRMY INCLUDE  Stall Shower, Tile | POSSESSION  Close Of Escrow
COOLING  Ceiling Fan(s) | ROOF  Composition Shingles
CONSTRUCTION STATUS  Existing | ROOM - ADDITIONAL  Basement, Dining Area, Family Room
DISCLOSURES  Nat Hazard Disclosure | TERMS  Cash, Conventional, FHA Loan, VA Loan
EXTERIOR  Double Pane Windows | VIEWS  City Lights
FLOORING  Tile | WATER/SEWER  PublicSewer, Public Water
FOUNDATION  Slab | YARD DESCRIPTION  Back Yard, Fenced
HEATING  Forced Air 1 Zone |
KITCHEN FEATURES  220 Volt Outlet, Dishwasher, Eat-in Kitchen, Disposal, Microwave |

## HOA Information

HOA?: No   HOA Name: | HOA Phone: | Fee $:
Fee Freq: | Litigation:   Transfer Fees:
HOA Amenities:
HOA Documents:
HOA Fees Include:

Buyer Agent:
Sale Price: | Sale:Orig $: | Sale:Last $: | List $/SqFt: $581 | Sale$/SqFt: | Sale Terms:
Concessions at COE: | Buyer Agent DRE# | # of offers:

© Bay East, CCAR, bridgeMLS. Based on information from Bay East and Contra Costa Association of REALTORS® and bridgeMLS. All data, including all measurements and calculations of area, is obtained from various sources and has not been, and will not be, verified by broker or MLS. All information should be independently reviewed and verified for accuracy. If a floor plan is included, the floor plan is for illustrative purposes only and the actual dimensions and layout of the home may differ from the floor plan. Buyer is urged to make a detailed inspection of the property, and if any aspect of a floor plan is critical to the buyer,

EXHIBIT E

EXHIBIT E

To: "O'Riordan, Patrick (DBI)" <patrick.oriordan@sfgov.org>

--------- Forwarded message ---------
From: **Pat mg** <bigblockpat@gmail.com>
Date: Tue, Oct 26, 2021 at 12:11 AM
Subject: Fwd: 200 Naples
[Quoted text hidden]
[Quoted text hidden]

---

**Hughen, Will (CPC)** <will.hughen@sfgov.org>                    Tue, Oct 26, 2021 at 10:22 AM
To: bigblockpat <bigblockpat@gmail.com>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>, "jneal_dc@comcast.net" <jneal_dc@comcast.net>

Hi there -

Often it takes several days to review information provided with other staff to ensure we are providing accurate information. We appreciate your patience.

Planning operates under "law of the day," which means the laws in places at the time of review apply to a given project.

Ordinance 95-17 is no longer active. Projects therefore can not approved with this ordinance at this time. This has been confirmed with my supervisor.

Please respond to this email once the applicant team has addressed previously sent planning comments.

Thanks - Will


**Will Hughen, Senior Planner**

**Environmental Planning Division**

San Francisco Planning

49 South Van Ness Avenue, Suite 1400, San Francisco, CA 94103

Direct: 628.652.7310 | www.sfplanning.org

San Francisco Property Information Map


Expanded in-person services at the Permit Center at 49 South Van Ness Avenue are available. Most other San Francisco Planning functions are being conducted remotely. Our staff are available by e-mail, and the Planning and Historic Preservation Commissions are convening remotely. The public is encouraged to participate. Find more information on our services here.

[Quoted text hidden]

**bigblockpat** <bigblockpat@gmail.com>
To: "Hughen, Will (CPC)" <will.hughen@sfgov.org>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>, "jneal_dc@comcast.net" <jneal_dc@comcast.net>

Tue, Oct 26, 2021 at 10:58 AM

thats b.s. and you know it. 162-17 says the same thing only deals with forced evictions. the adu application specifically notes 95-17 as conforming ordinance for siesmic retrofit buildings.
you cant choose not to follow the law will
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>
To: "Hughen, Will (CPC)" <will.hughen@sfgov.org>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>, "jneal_dc@comcast.net" <jneal_dc@comcast.net>

Tue, Oct 26, 2021 at 11:03 AM

[Quoted text hidden]



**20211026_110258.jpg**
2380K

---

**bigblockpat** <bigblockpat@gmail.com>
To: Evan Rosenbaum <rosenbaum@mosconelaw.com>

Tue, Oct 26, 2021 at 2:59 PM

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>
To: Jon Tallerico <jontallerico@gmail.com>

Thu, Oct 28, 2021 at 10:29 AM

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>
To: "Hughen, Will (CPC)" <will.hughen@sfgov.org>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>, "jneal_dc@comcast.net" <jneal_dc@comcast.net>

Fri, Oct 29, 2021 at 10:25 AM

well....ive been calling around for 2 weeks now. cant find anyone with bluebeam. will need coments on pdf
[Quoted text hidden]

---

**Jones, Dario (CPC)** <dario.jones@sfgov.org>
To: bigblockpat <bigblockpat@gmail.com>
Cc: "jneal_dc@comcast.net" <jneal_dc@comcast.net>, "Hughen, Will (CPC)" <will.hughen@sfgov.org>

Fri, Oct 29, 2021 at 1:28 PM

Hi Pat,

I am going to reach out to you later this afternoon to discuss this matter. Are you available at 3 PM? Should 3 PM not work, please let me know your availability for next week.

Thanks,

 Gmail

Pat mg <bigblockpat@gmail.com>

---

## 200 naples st.
5 messages

---

**Pat mg** <bigblockpat@gmail.com>                                          Sat, Oct 30, 2021 at 12:35 PM
To: corey.teague@sfgov.org

    hello. i am patrick gallagher. so for the last 6 mos ive been trying to get an adu approved for my property at 200 naples st.
    its a pretty long story, but ill try and keep it short.
    so planning has told me that the zoning commissioner has determined that now Avalon is the front of my property.
    therefor i have to apply for a variance. Can you confirm that for me? it would seem very strange seeing that every house
    on naples faces naples including mine, but avalon is now the front. And if that is indeed the case, i need that
    determination for the variance application.
    thank you......patrick gallagher   925-325-3911

---

**Pat mg** <bigblockpat@gmail.com>                                          Sat, Oct 30, 2021 at 12:57 PM
To: Evan Rosenbaum <rosenbaum@mosconelaw.com>

    [Quoted text hidden]

---

**Kwiatkowska, Natalia (CPC)** <natalia.kwiatkowska@sfgov.org>               Mon, Nov 1, 2021 at 2:55 PM
To: "bigblockpat@gmail.com" <bigblockpat@gmail.com>
Cc: "Teague, Corey (CPC)" <corey.teague@sfgov.org>, "Hughen, Will (CPC)" <will.hughen@sfgov.org>, "Jones, Dario (CPC)"
<dario.jones@sfgov.org>

    Hello Mr. Gallagher,

    I am responding to your email below. Please refer to the attached email that clarifies Avalon Avenue to be the front of the
    property, sent on 10/19/21. A formal written determination can be requested from the Zoning Administrator through a
    Letter of Determination, if needed. The attached email also outlines two options for next steps.

    I am copying Corey Teague, Zoning Administrator, Will Hughen, assigned planner, and Dario Jones, assigned
    Enforcement planner.

    Please let us know if you have any follow-up questions or how you would like to move forward.

    Thank you and stay well,

    **Natalia Kwiatkowska, Principal Planner**

    **ADU Coordinator & Preservation Planner**

    **Flex Team/Current Planning**

    San Francisco Planning

    49 South Van Ness Avenue, Suite 1400, San Francisco, CA 94103

Cc: jneal_dc@comcast.net
Subject: 200 Naples

# Microsoft Teams meeting

## Join on your computer or mobile app
Click here to join the meeting

## Or call in (audio only)
+1 415-906-4659,,621248003#   United States, San Francisco

Phone Conference ID: 621 248 003#
Find a local number | Reset PIN

Learn More | Meeting options

---

📩 **Fw: 200 Naples.eml**
59K

---

**Pat mg** <bigblockpat@gmail.com>                                          Tue, Nov 2, 2021 at 11:25 AM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Cc: "Teague, Corey (CPC)" <corey.teague@sfgov.org>, "Hughen, Will (CPC)" <will.hughen@sfgov.org>, "Jones, Dario (CPC)" <dario.jones@sfgov.org>

> well....here's the thing. attatched is a copy of my adu application. 95-17 is the governing ordinance and is quoted 3 times
> as such. my property does comply with 95-17 and was always meant to specifically. thats why i spent 10s of thousands to
> do a voluntary siesmic retrofit. also i spoke with the city attorneys office, and they assured me that 95-17 is indeed in
> effect and there is no such thing as day law.
> ill go ahead and apply for the variance. but 95-17 is the law gentlemen
> [Quoted text hidden]

---

**Pat mg** <bigblockpat@gmail.com>                                          Tue, Nov 2, 2021 at 11:34 AM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Cc: "Teague, Corey (CPC)" <corey.teague@sfgov.org>, "Hughen, Will (CPC)" <will.hughen@sfgov.org>, "Jones, Dario (CPC)" <dario.jones@sfgov.org>

> here is the adu app
> [Quoted text hidden]

---

**2 attachments**

📎 **adu application 001.jpg**
1051K

11/16/22, 11:10 PM
Case 3:23-cv-03579-SI    Document 17    Filed 12/01/25    Page 29 of 33
Gmail - 200 naples st.

Direct: 628.652.7306 | www.sfplanning.org

San Francisco Property Information Map

**From:** Pat mg <bigblockpat@gmail.com>
**Sent:** Saturday, October 30, 2021 12:35 PM
**To:** Teague, Corey (CPC) <corey.teague@sfgov.org>
**Subject:** 200 naples st.

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

---------- Forwarded message ----------
From: "Hughen, Will (CPC)" <will.hughen@sfgov.org>
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Cc:
Bcc:
Date: Mon, 1 Nov 2021 21:01:03 +0000
Subject: Fw: 200 Naples
See below - thanks!
Best - Will

**Will Hughen, Senior Planner**
**Environmental Planning Division**
San Francisco Planning
49 South Van Ness Avenue, Suite 1400, San Francisco, CA 94103
Direct: 628.652.7310 | www.sfplanning.org
San Francisco Property Information Map

**From:** Hughen, Will (CPC) <will.hughen@sfgov.org>
**Sent:** Tuesday, October 19, 2021 10:23 AM
**To:** bigblockpat <bigblockpat@gmail.com>; megohalloran4@gmail.com <megohalloran4@gmail.com>; Jones, Dario (CPC) <dario.jones@sfgov.org>
**Cc:** jneal_dc@comcast.net <jneal_dc@comcast.net>
**Subject:** Re: 200 Naples

HI there -

I have reviewed the rear yard topic with the Zoning Administrator. Based on the discussion the Zoning Administrator considers Avalon Avenue to be the front of the property. This is because treatment of Avalon Avenue as the front of the property results in an existing building and property that is significantly more code-compliant compared to if Naples Street was treated as the front of the property.

As such, the previously issued comments regarding the automobile parking in the required rear yard and the curb cut still apply to the proposed project.

Here are the options for moving forward (regarding the parking and curb cut):

- Option 1: File a variance for the automobile parking within the required rear yard area.
- Option 2: Move the automobile parking and curb cut out of the required rear yard area.



**adu application 002.jpg**
811K

Case 3:23-cv-03579-SI    Document 117    Filed 12/01/25    Page 31 of 33

M **Gmail**

Pat mg <bigblockpat@gmail.com>

---

## 200 naples
23 messages

---

**bigblockpat** <bigblockpat@gmail.com>                    Fri, Dec 10, 2021 at 11:29 AM
To: "Hughen, Will (CPC)" <will.hughen@sfgov.org>

    hey will...can you call me?   925 325 3911

    Sent from my Verizon, Samsung Galaxy smartphone

---

**Kwiatkowska, Natalia (CPC)** <natalia.kwiatkowska@sfgov.org>    Mon, Dec 13, 2021 at 3:43 PM
To: "bigblockpat@gmail.com" <bigblockpat@gmail.com>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>

    *Moving Will to bcc and copying Dario.*

    Hello Mr. Gallagher,

    I'm responding to your message to Will, below. Please note that Will has transitioned into another Division in our
    Department. As such, your ADU permit will be re-assigned to a new planner along with the Variance application that you
    submitted.

    In the meantime, please address the comments issued for the ADU permit in the Bluebeam Session. Will has shared
    these comments with you and I am including them again (please see attached) for easy access. Below is a link to the
    Bluebeam Session:

    200 NAPLES ST - 202108096049

    Session ID: 251-188-191

    Session URL: https://studio.bluebeam.com/join.html?ID=251-188-191

    Please inform all of your plan reviewers one you have responded to the comments and uploaded new plans. To check
    status of your permit or who your plan reviewers are, please review the Department of Building Inspection (DBI) permit
    tracking website.

    Please let me know if you have any questions. I'm happy to schedule a call if you'd like.

    Thank you and stay well,

    **Natalia Kwiatkowska, Principal Planner**

ADU Coordinator & Preservation Planner

**Flex Team/Current Planning**

San Francisco Planning

49 South Van Ness Avenue, Suite 1400, San Francisco, CA 94103

Direct: 628.652.7306 | www.sfplanning.org

San Francisco Property Information Map

---

**From:** bigblockpat <bigblockpat@gmail.com>
**Sent:** Friday, December 10, 2021 11:29 AM
**To:** Hughen, Will (CPC) <will.hughen@sfgov.org>
**Subject:** 200 naples

This message is from outside the City email system. Do not open links or attachments from untrusted sources.

[Quoted text hidden]

📄 **Plans - 200 NAPLES ST (1 of 4)_additional agency comments.pdf**
4100K

---

**bigblockpat** <bigblockpat@gmail.com>                    Mon, Dec 13, 2021 at 4:19 PM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>

yes...i would appreciate a phone call before i attempt this bluebeam session....i can tell you that i did all this in pdf months ago. but ill try the bluebeam thing.
925 325 3911

Sent from my Verizon, Samsung Galaxy smartphone

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                    Tue, Dec 14, 2021 at 1:37 AM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>

Miss Natalia....this woke me up....
Will could have sent me the bluedeam sesßion 6 months ago...why didnt he?

Sent from my Verizon, Samsung Galaxy smartphone

------- Original message -------
From: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Date: 12/13/21 3:44 PM (GMT-08:00)
To: bigblockpat@gmail.com
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>
Subject: RE: 200 naples

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                 Tue, Dec 14, 2021 at 9:41 AM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>

Meaghan quit out of frustration as did my draftsperson John....neither of them had bluebeam. i dont either.....and yes i would still like to talk on the phone first before i attempt the bluebeam thing


Sent from my Verizon. Samsung Galaxy smartphone


-------- Original message --------
From: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Date: 12/14/21 9:12 AM (GMT-08:00)
To: bigblockpat <bigblockpat@gmail.com>
Subject: RE: 200 naples


Hello again,


In your application materials, Meghan O'Halloran was listed as the primary project contact; therefore, Meghan was invited to the Bluebeam Session on 8/11/21.


Is there a new design professional you are working with that you would like for me to invite to this Bluebeam Session if Meghan is no longer the primary contact?


Finally, would you still like to chat? I can give you a call today. Please let me know your availability.

[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                 Tue, Dec 14, 2021 at 11:19 AM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>

you can call anytime    925 325 3911
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                 Tue, Dec 14, 2021 at 12:14 PM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>

again...can you please send me the ordinance that negates 95-17
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                 Wed, Dec 15, 2021 at 12:29 PM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>

so...will didnt forward any of the files to you?..i sent him everything back in july
[Quoted text hidden]

---

**bigblockpat** <bigblockpat@gmail.com>                 Wed, Dec 15, 2021 at 1:53 PM
To: "Kwiatkowska, Natalia (CPC)" <natalia.kwiatkowska@sfgov.org>
Cc: "Jones, Dario (CPC)" <dario.jones@sfgov.org>

that doesnt apply at all...the water and sewage are perfectly adequate and is supplied by the city. 65852.2 does not apply