



PATRICK GALLAGHER
(925) 325-3911
THE UPS STORE #4580
STE 302
8877 N 107TH AVE
PEORIA AZ 85345-0900

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 28 NOV 2025

SHIP TO: ESTHER CHUNG
FL 16
450 GOLDEN GATE AVE

SAN FRANCISCO CA 94102-3426

CA 941 9-32

UPS GROUND
TRACKING #: 1Z 2E7 458 03 0470 4130

BILLING: P/P

