# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** January 16, 2025 | **Time:** 10:23 – 10:39<br>16 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 23-cv-03579-SI | **Case Name:** Gallagher v. City and County of San Francisco | |

**Attorney for Plaintiff:** Patrick Gallagher (Pro Se)
**Attorney for Defendant:** Hunter Sims (CCSF), John Girarde (Curran)

**Deputy Clerk:** Esther Chung     **Court Reporter:** Andrea Bluedorn

## PROCEEDINGS

Motion for Summary Judgment (Dkt. 106, 109) – Held via Zoom webinar.

## SUMMARY

The Court provided its tentative oral rulings for the opposing motions. The parties presented oral arguments and rebuttals. The Motions were taken under submission including Curran's request for joinder as to the City's Motion. The Court notified the parties that all dates currently pending in the case are suspended. The Court will notify the parties if pretrial paperwork needs to be filed. The Court also confirmed that the pretrial conference and trial are now vacated.