DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
RENÉE E. ROSENBLIT, State Bar #304983
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4259 [Sims]
                (415) 554-3853 [Rosenblit]
Facsimile:      (415) 554-3837
E-Mail:         hunter.sims@sfcityatty.org
                renee.rosenblit@sfcityatty.org


Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>        Defendant. | Case No. 23-cv-03579-SI (JCS)<br><br>**DECLARATION OF HUNTER W. SIMS IN SUPPORT OF CITY DEFENDANTS' SUPPLEMENTAL BRIEF (Fed. R. Civ. P. 56)** |

Declaration of Hunter W. Sims III – Supp Brief            1
Case No. 23-cv-03579-SI (JCS)

4900-3854-0952, v. 1

## DECLARATION OF HUNTER W. SIMS III

I, Hunter W. Sims III, declare as follows:

1.      I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco.  I am the Deputy City Attorney assigned to the above-captioned matter.  I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of Plaintiff's Initial Disclosures, dated February 23, 2024.

3.      Attached as Exhibit B is a true and correct copy of Defendant City and County of San Francisco's First Set of Requests for Production of Documents to Plaintiff Patrick Gallagher ("Requests for Production of Documents"), served on May 30, 2025.

4.      Plaintiff responded to the Requests for Production of Documents. None of the produced documents pertained to City policies or documents related to the prior lawsuit as referenced in the Second Amended Complaint in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of March 2026, at San Francisco, California.

                */s/  Hunter W. Sims III*
                HUNTER W. SIMS III

# Exhibit A

**CALLAHAN & BLAINE, APLC**
Javier H. van Oordt (Bar No. 184879)
Jonathan W. Hornberger (Bar No. 311144)
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445
Email: jvo@callahan-law.com
        jhornberger@callahan-law.com

Attorneys for Plaintiff PATRICK GALLAGHER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER, | **CASE NO.    23-cv-03579-SI** |
| Plaintiff, | **PLAINTIFF'S INITIAL DISCLOSURES [FRCP 26]** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY, | Trial Date:          None Set |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff PATRICK GALLAGHER ("Plaintiff") provides the following initial disclosures:

**WITNESSES:**

The following is a list of each individual known to Plaintiff as of this date and presently believed by Plaintiff to possess discoverable information relevant to disputed facts alleged in the pleadings.

By making this Initial Disclosure, Plaintiff does not waive the right to object or otherwise challenge the admissibility of any testimony proffered by any individual listed. Plaintiff also reserves the right to supplement and/or amend this Initial Disclosure as discovery continues and/or Plaintiff prepares for trial.

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| No. | Witness | Subject | Contact |
|---|---|---|---|
| 1. | Plaintiff PATRICK GALLAGHER | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All information related to Madison Trust FBO Patrick Gallaher and its ownership of the subject property.<br><br>All conversations, correspondence, and interactions with the Federal Bureau of Investigation and any other local, state, or federal law enforcement agency related to the City, | Counsel of record |

- 2 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | City departments, agencies, boards, employees, and the subject property. All conversations, correspondence, and interactions with all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | |
| 2. | All contractors, subcontractors, professionals, and others hired or retained by Plaintiff to perform work for the construction, renovation, or remediation of the subject property. | All the allegations and claims made in the operative complaint. All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | C/o Plaintiff's counsel of record |
| 3. | Defendant BERNARD CURRAN | All the allegations and claims made in the operative complaint. All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for | Unknown at this time. |

- 3 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All conversations, correspondence, and interactions with the Federal Bureau of Investigation and any other local, state, or federal law enforcement agency related to the City, City departments, agencies, boards, employees, and the subject property.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>All criminal charges brought against him related to his role with the City. | |
| 4. | Defendant RODRIGO SANTOS | All the allegations and claims made in the operative complaint. | Unknown at this time |

- 4 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | |
| | | All conversations, correspondence, and interactions with the Federal Bureau of Investigation and any other local, state, or federal law enforcement agency related to the City, City departments, agencies, boards, employees, and the subject property. | |
| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | |
| | | His relationship with all of the named defendants. | |
| | | All criminal charges brought against him related to his interactions and | |

- 5 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | dealings with the City, City departments, agencies, boards, and employees. | |
|---|---|---|---|
| 5. | Defendant WILLIAM HUGHEN | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | Counsel of record |

- 6 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 6. | Defendant KEVIN BIRMINGHAM | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | Counsel of record |

- 7 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

|  |  | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. |  |
|---|---|---|---|
| 7. | Defendant NATALIA KWAITKOWSKA | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | Counsel of record |

- 8 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

|   |   |   |   |
|---|---|---|---|
|   |   | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>Her relationship with all of the named defendants.<br><br>Her duties and responsibilities in her role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. |   |
| 8. | Defendant JOE DUFFY | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, | Counsel of record |

- 9 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

| | | | |
|---|---|---|---|
| | | CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 10 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| 9. | Matthew Greene | All the allegations and claims made in the operative complaint. All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City. | C/o Defendants' counsel of record |

- 11 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
|---|---|---|---|
| 10. | John Hinchion | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the | C/o Defendants' counsel of record |

- 12 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 11. | Phil Saunders | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | C/o Defendants' counsel of record |

- 13 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
|---|---|---|---|
| 12. | Patrick O'Riordan | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | C/o Defendants' counsel of record |

- 14 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 13. | Cory Teague | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, | C/o Defendants' counsel of record |

- 15 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | |
| | | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | |
| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | |
| | | His relationship with all of the named defendants. | |
| | | His duties and responsibilities in his role with the City. | |
| | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |

- 16 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| 14. | Lifang Zhang | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>Her relationship with all of the named defendants.<br><br>Her duties and responsibilities in her role with the City. | C/o Defendants' counsel of record |

- 17 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 15. | Christine Gasparac | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the | C/o Defendants' counsel of record |

- 18 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

|  |  |  |  |
|---|---|---|---|
|  |  | operative complaint.<br><br>Her relationship with all of the named defendants.<br><br>Her duties and responsibilities in her role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. |  |
| 16. | Kenneth Burke | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | C/o Defendants' counsel of record |

- 19 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 17. | Brett Howard | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | C/o Defendants' counsel of record |

- 20 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 18. | Jeff Buckley | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, | C/o Defendants' counsel of record |

- 21 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | |
| | | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | |
| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | |
| | | His relationship with all of the named defendants. | |
| | | His duties and responsibilities in his role with the City. | |
| | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |

- 22 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| 19. | Matt Czajkowski | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City. | C/o Defendants' counsel of record |

- 23 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| --- | --- | --- | --- | --- |
| 20. | Kelly Wong | | All the allegations and claims made in the operative complaint.

All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.

All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.

All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the | C/o Defendants' counsel of record |

- 24 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

|   |   |   |   |
|---|---|---|---|
|   |   | operative complaint. Her relationship with all of the named defendants. Her duties and responsibilities in her role with the City. The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. |   |
| 21. | Neville Pereira | All the allegations and claims made in the operative complaint. All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | C/o Defendants' counsel of record |

- 25 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>His relationship with all of the named defendants.<br><br>His duties and responsibilities in his role with the City.<br><br>The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 22. | Hai Pham | All the allegations and claims made in the operative complaint.<br><br>All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | C/o Defendants' counsel of record |

- 26 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.

All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.

His relationship with all of the named defendants.

His duties and responsibilities in his role with the City.

The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
|---|---|---|---|
| 23. | Susan Nawberry | All the allegations and claims made in the operative complaint.

All work performed on the subject property and structure located at 200 Naples Street, San Francisco, | C/o Defendants' counsel of record |

- 27 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | |
|---|---|---|
| CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco. | | |
| All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees. | | |
| All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | | |
| Her relationship with all of the named defendants. | | |
| Her duties and responsibilities in her role with the City. | | |
| The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | | |

- 28 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| 24. | Brent Howard | All the allegations and claims made in the operative complaint.

All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.

All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.

All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.

His relationship with all of the named defendants.

His duties and responsibilities in his role with the City. | C/o Defendants' counsel of record |
| --- | --- | --- | --- |

- 29 -

| | | | |
|---|---|---|---|
| | | The City's policies and procedures related to regulations, approvals, enforcements, and inspections of property and structures. | |
| 25. | Ernest Jones | All the allegations and claims made in the operative. All work performed on the subject property and structure located at 200 Naples Street, San Francisco, CA 94112, and all applications for permits, approvals, variances, appeals, and any other approvals requested from the City and County of San Francisco.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint. | Unknown at this time. |

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 30 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| | | | |
|---|---|---|---|
| | | A meeting that took place in or around between Plaintiff and members of the City's Department of Building Inspection. | |
| 26. | Kathy MacKenzie | All the allegations and claims made in the operative complaint.<br><br>All encumbrances, regulations, enforcements, and actions taken against the subject property by the City, City departments, agencies, boards, and employees.<br><br>All conversations, correspondence, and interactions with the Plaintiff and all of the named defendants related to the subject property and the allegations and claims contained in the operative complaint.<br><br>All escrow and attempted sales of the subject property. | 1180 Iron Point Road, #190 l Folsom, CA 95630<br><br>(916) 984-1380 |
| 27. | Department of Building Inspection Custodian of Records | Authentication of records related to the subject property | C/o Defendants' counsel of record |
| 28. | Planning Department Custodian of Records | Authentication of records related to the subject property. | C/o Defendants' counsel of record |
| 29. | Department of Public Works Custodian of Records | Authentication of records related to the subject property. | C/o Defendants' counsel of record |

- 31 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

| 30. | San Francisco Board of Supervisors Custodian of Records | Authentication of records related to the subject property. | C/o Defendants' counsel of record |
|---|---|---|---|
| 31. | All witnesses identified in Defendants' Initial Disclosures and identified during discovery | TBD | TBD |

### DOCUMENTS:

Plaintiff presently believes that the following documents, electronically stored information, and tangible things are in his possession, custody, or control and may support his defenses.

Plaintiff produces with his Initial Disclosures a list of unprivileged categories of documents of which Plaintiff is currently aware that are reasonably available and tend to support the positions that Plaintiff has taken or are reasonably likely to take in this case. By including documents in this disclosure, Plaintiff in no way intends to waive any objections or privilege concerning the production of these documents. Plaintiff includes in his Initial Disclosure a list of all unprivileged documents that are reasonably available, or that on information and belief exist, that tend to support the positions that Defendants have taken or is reasonably likely to take in this case.

Specifically, Plaintiff currently is aware of the following documents:

1. Signed Certificate of Completion for the subject property.

2. Documents related to ownership of the subject property including the grant deed.

3. Plans and designs related to the construction and/or renovation of the subject property.

4. Documents related to permits, permit applications, job cards, variances, and variance applications related to the subject property.

5. Documents related to notices of violations, abatement orders, code enforcement liens, and other enforcement orders concerning the subject property.

6. Documents related to complaints concerning the subject property.

- 32 -

7. Correspondence and communications regarding Nos. 1-6 above.

8. All documents identified in Defendants' initial disclosures and identified during discovery.

## DAMAGES:

Plaintiff seeks the following damages at this time:

1. General damages (also known as non-economic damages), according to proof;

2. Special damages (also known as economic damages), according to proof;

3. Compensatory damages, according to proof;

4. Treble damages pursuant to Civil Code § 3345;

5. An order enjoining Defendants from violating Plaintiff's constitutional rights;

6. Injunctive relief;

7. Punitive damages, according to proof;

8. Prejudgment interest and pretrial interest, according to proof;

9. Attorneys' fees and costs, according to proof;

10. Damages for Plaintiff's other losses, according to proof;

11. All statutorily allowed damages; and

12. Such other and further relief as deemed proper by the Court.

The damages amounts are not yet determined and will not be final until this action is concluded.

## INSURANCE AGREEMENTS:

None.

The City is self-insured under, among other things, California Government Code section 990, subdivision (a). The individual defendants' rights to defense and indemnity by the City are as under California Government Code section 825. (See also Cal. Gov't Code, § 990, subd (b)).

//

//

//

//

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 33 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

**CERTIFICATION**

To the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, Plaintiff's Initial Disclosure is complete and correct as of this date.

Dated:  February 23, 2024                    **CALLAHAN & BLAINE, APLC**

                                             By:  _____
                                                  Javier H. van Oordt
                                                  Jonathan W. Hornberger
                                                  Attorneys for Plaintiff PATRICK GALLAGHER

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 34 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

**PROOF OF SERVICE**

[FRCP 5(B)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 3 Hutton Centre Drive, Ninth Floor, Santa Ana, California 92707.

On February 23, 2024, I served the following document(s) described as **PLAINTIFF'S INITIAL DISCLOSURES [FRCP 26]**  on the interested parties in this action as follows:

| | |
|---|---|
| Tom Lakritz<br>Office of City Attorney David Chiu<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Pl.<br>San Francisco, CA 94102<br>Email: Tom.Lakritz@sfcityatty.org<br>cc: Anita Murdock<br>Anita.Murdock@sfcityatty.org<br>    Kathleen Hill Kathleen.Hill@sfcityatty.org | Defendant, CITY AND COUNTY OF SAN FRANCISCO; WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA KWAITKOWSKA; MAURICIO HERNANDEZ; and JOE DUFFY |

☒    **BY EMAIL:**  My electronic service address is erichards@callahan-law.com.  Based on a written agreement of the parties pursuant to Fed. Rules Civ. Proc., Rule 5(b)(2)(E) to accept service by electronic means, I sent such document(s) to the email address(es) listed above or on the attached Service List.  Such document(s) was scanned and emailed to such recipient(s) and email confirmation(s) will be maintained with the original document in this office indicating the recipients' email address(es) and time of receipt.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 23, 2024, at Santa Ana, California.

Elena Richards

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

- 35 -

Plaintiff's Initial Disclosures [FRCP 26] – Case No. 23-cv-03579-SI

# Exhibit B

DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:      (415) 554-4259
Facsimile:      (415) 554-3837
E-Mail:         hunter.sims@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PATRICK GALLAGHER, | Case No. 23-cv-03579-SI (JCS) |
|---|---|
| Plaintiff, | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICK GALLAGHER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY, | Trial Date:      February 17, 2026 |
| Defendant. | |

REQUESTING PARTY:      Defendant CITY AND COUNTY OF SAN FRANCISCO

RESPONDING PARTY:      Plaintiff PATRICK GALLAGHER

SET NUMBER:            ONE (1)

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant requests that Plaintiff

Patrick Gallagher serve a written response within thirty days of service of this demand, and produce

CCSF First Set of Requests for Production to Plaintiff          1          n:\lit\li2023\230777\01841192.docx
Case No. 23-cv-03579-SI (JCS)

each of the items described below at the Office of the City Attorney, 1390 Market Street, Sixth Floor, San Francisco, California, 94102 and permit copying and inspection thereof.

## INSTRUCTIONS

A.    In responding to these requests, YOU are required to furnish all documents available to YOU, or subject to YOUR custody or control, including information in the possession of YOUR attorneys, accountants, advisors or other persons directly or indirectly employed by, or connected with YOU or YOUR attorneys, and anyone else otherwise subject to YOUR control.

B.    In responding to these requests, YOU must make a diligent search of YOUR records and of other papers and materials in YOUR possession or available to YOU or YOUR representatives.

C.    If these requests cannot be answered in full, answer to the extent possible, specifying the reason for YOUR inability to answer the remainder, and state whatever information and knowledge YOU have regarding the unanswered portion.

D.    If YOUR answer refers to a deposition, please identity the page and line number(s) referred to.  If YOUR answer refers to an answer to a previous interrogatory, please identify the specific interrogatory.

E.    If YOUR response to a particular demand is a statement that YOU lack the ability to comply with that demand, YOU must affirm in YOUR response that a diligent search and a reasonable inquiry has been made in an effort to comply with that demand.  This statement shall also specify whether the inability to comply is because the particular item or category never existed, has been destroyed, has been lost, misplaced, or stolen, or has never been, or is no longer, in YOUR possession, custody, or control, in which case the name and address of any person or entity known or believed by you to have possession, custody, or control of that document or category of documents should be identified.

F.    If YOUR response to a particular demand is an objection, YOUR must set forth in YOUR response the extent of, and the specific ground for, the objection.  In YOUR response, YOU must also identify with particularity any document responsive to the particular demand that is being withheld from production based upon a claim of privilege or other protection and state the particular privilege or protection being invoked.  To identify with particularity documents withheld from

production, YOU should provide, for each document withheld, the following information if known or available to YOU:  (l) date composed or date appearing on the document; (2) author; (3) number of pages; (4) number of copies made; (5) identity of all persons or entities who saw the original document or saw or received a copy of such document, including the job titles of each such person; and (6) subject matter.

G.    Documents produced pursuant to these requests must be produced as they are kept in the usual course of business, or must be organized and labeled to correspond with the request to which they are responsive.

PLEASE TAKE NOTICE that at the commencement of trial of this case, Defendants will ask the Court for an order precluding YOU from introducing evidence relating to the subject matter of these requests which has not been disclosed by the answers to these requests.  Please note that this Request is continuing and that defendant demands that any documents responsive to this Request be produced when obtained by plaintiff.

### DEFINITIONS

Unless otherwise indicated, the following definitions shall be applicable to these requests:

1.    The terms "200 Naples Street" or "property" shall mean the project at 200 Naples Street, San Francisco, California as defined in the Second Amended Complaint. *See, e.g.*, ECF No. 28, SAC ¶ 28.

2.    The terms "ALL" and "ANY" shall each mean any AND all.

3.    The term "AND" shall be understood to mean "OR" and vice versa whenever such construction results in a broader request for information.

4.    The term "CITY" shall mean Defendant City and County of San Francisco and its agents and employees.

5.    The terms "COMMUNICATION" AND "COMMUNICATIONS" shall mean AND refer to ANY kind of written, oral, visual, audible, OR electronic transfer of information, thoughts, OR ideas, OR ANY request for the transfer of such information, including, but not limited to, making, sending, OR receiving information from electronic mail messages, telephone calls, statements on social media platforms including but not limited to Facebook and Twitter, postings

to message boards, newsfeeds, or comment boards, SMS, MMS, text messages, facsimiles, inquiries, letters, mail, marketing promotions, memoranda, packages, pages, presentations, press releases, proposals, public statements, sales pitches, solicitations, speaking, speeches, telephone calls, telephone messages, testimony, voice-mail messages, AND writings.

6.    The term "DBI" shall mean the Department of Building Inspection of the City and County of San Francisco, and its agents and employees.

7.    The term "DOCUMENT" or "DOCUMENTS" is broadly defined to include, without limitation, any and all originals, copies or drafts of the following: handwriting, notes, typewriting, printout, photocopies, prints, photographs, films, audiotapes, videotapes, all electronically recorded images and data (such as computer diskettes, hard drives, CD-ROMs), sketches, maps, plans, charts, diagrams, schedules, letters, memoranda, reports "and every other means of recording upon any tangible thing any form of communication, representation, including letters, words, pictures, sounds, or symbols, or combinations thereof."

8.    The term "PERSON" includes a natural person, firm, business, association, partnership, corporation, trust or public entity.

9.    The terms "RELATE TO" or "RELATING TO" include concerning, pertaining to, relating to, referring to, relevant to, evidencing, recording, summarizing, memorializing, AND regarding.

10.    The term "Plaintiff's Property" shall mean the real property located at 200 Naples Street, San Francisco, California.

11.    The terms "YOU" or "YOUR" shall mean you, Plaintiff Patrick Gallagher, his agents, employees, representatives, attorneys, investigators, experts, insurers, accountants, executors, administrators, and anyone acting on his behalf, including any PERSON directly or indirectly employed by or associated with Plaintiff Patrick Gallagher or his counsel, and anyone else otherwise subject to Plaintiff Patrick Gallagher's control.

///

///

///

CCSF First Set of Requests for Production to Plaintiff    4    n:\lit\li2023\230777\01841192.docx
Case No. 23-cv-03579-SI (JCS)

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1**:

ALL DOCUMENTS mentioned, identified, described, OR in any way referenced in YOUR Initial Disclosures.

**REQUEST FOR PRODUCTION NO. 2**:

ALL DOCUMENTS RELATING TO the PLAINTIFF'S PROPERTY.

**REQUEST FOR PRODUCTION NO. 3**:

ALL DOCUMENTS RELATING TO YOUR acquisition of the PLAINTIFF'S PROPERTY, including but not limited ANY purchase agreements, loan agreements, addenda, investors AND amendments thereto.

**REQUEST FOR PRODUCTION NO. 4**:

ALL DOCUMENTS RELATING TO YOUR ownership of the PROPERTY.

**REQUEST FOR PRODUCTION NO. 5**:

ALL COMMUNICATIONS RELATING TO the PROPERTY.

**REQUEST FOR PRODUCTION NO. 6**:

ALL DOCUMENTS RELATING TO the buyouts of ANY tenants of PLAINTIFF'S PROPERTY, including but not limited to ALL pre-buyout notices, and buyout agreements.

**REQUEST FOR PRODUCTION NO. 7**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO the buyouts of ANY tenants of the PROPERTY, including but not limited to COMMUNICATIONS RELATING TO the negotiation AND discussion of ANY buyouts.

**REQUEST FOR PRODUCTION NO. 8**:

ALL COMMUNICATIONS between YOU and ANY PERSON related tothe meeting between PLAINTIFF and the "CITY's Board of Supervisors" as described in paragraph 44 of the Second Amended Complaint.

///

///

///

**REQUEST FOR PRODUCTION NO. 9**:

ALL COMMUNICATIONS between YOU and ANY PERSON related to , including but not limited to the meeting between PLAINTIFF and the "CITY's Board of Supervisors" as described in paragraph 45 of the Second Amended Complaint.

**REQUEST FOR PRODUCTION NO. 10**:

ALL COMMUNICATIONS between YOU and ANY PERSON, including but not limited to William Hughen ("HUGHEN"), RELATING TO the 200 NAPLES STREET PROJECT.

**REQUEST FOR PRODUCTION NO. 11**:

ALL COMMUNICATIONS between YOU and ANY PERSON, including but not limited to Kevin Birmingham ("BIRMINGHAM"), RELATING TO the 200 NAPLES STREET PROJECT.

**REQUEST FOR PRODUCTION NO. 12**:

ALL COMMUNICATIONS between YOU and ANY PERSON, including but not limited to Natalia Fossi ("KWAITKOWSKA"), RELATING TO the 200 NAPLES STREET PROJECT.

**REQUEST FOR PRODUCTION NO. 13**:

ALL COMMUNICATIONS between YOU and ANY PERSON, including but not limited to Joe Duffy ("DUFFY"), RELATING TO 200 NAPLES STREET PROJECT.

**REQUEST FOR PRODUCTION NO. 14**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Santos & Urrutia Associates, Inc.

**REQUEST FOR PRODUCTION NO. 15**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Rodrigo Santos.

**REQUEST FOR PRODUCTION NO. 16**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Albert Urrutia.

**REQUEST FOR PRODUCTION NO. 17**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Bernard Curran.

**REQUEST FOR PRODUCTION NO. 18**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Matthew Greene.

**REQUEST FOR PRODUCTION NO. 19**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO Mauricio Hernandez ("HERNANDEZ").

**REQUEST FOR PRODUCTION NO. 20**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO San Francisco's Department of Building Inspection.

**REQUEST FOR PRODUCTION NO. 21**:

ALL COMMUNICATIONS between YOU and ANY PERSON RELATING TO the sale of 200 NAPLES STREET.

**REQUEST FOR PRODUCTION NO. 22**:

ALL COMMUNICATIONS between YOU and ANY PERSON YOU believe was employed by the Federal Bureau of Investigation.

**REQUEST FOR PRODUCTION NO. 23**:

ALL COMMUNICATIONS between YOU and Bernard Curran.

**REQUEST FOR PRODUCTION NO. 24**:

ALL COMMUNICATIONS between YOU and William Hughen.

**REQUEST FOR PRODUCTION NO. 25**:

ALL COMMUNICATIONS between YOU and Santos & Urrutia Associates, Inc., including ANY of its agents, employees, representatives, attorneys, OR anyone acting on its behalf.

**REQUEST FOR PRODUCTION NO. 26**:

ALL COMMUNICATIONS between YOU and Rodrigo Santos.

**REQUEST FOR PRODUCTION NO. 27**:

ALL COMMUNICATIONS between YOU and Albert Urrutia.

**REQUEST FOR PRODUCTION NO. 28**:

ALL COMMUNICATIONS between YOU and Kevin Birmingham.

**REQUEST FOR PRODUCTION NO. 29**:

ANY Notices of Violation that DBI has issued to YOU or ANY entity in which YOU had an ownership interest of 10% or more.

**REQUEST FOR PRODUCTION NO. 30**:

ANY Orders of Abatement that DBI has issued to YOU or ANY entity in which YOU had an ownership interest of 10% or more.

**REQUEST FOR PRODUCTION NO. 31**:

ALL COMMUNICATIONS between YOU and KWAITKOWSKA.

**REQUEST FOR PRODUCTION NO. 32**:

ALL DOCUMENTS supporting your allegation that "Plaintiff entered into an agreement to sell the subject property and it went into escrow." *See* SAC ¶¶ 35.

**REQUEST FOR PRODUCTION NO. 33**:

ALL DOCUMENTS supporting your allegation that "Plaintiff was contacted by the Federal Bureau of Investigation, discussing his dealings with CURRAN and SANTOS concerning the apparent scheme that was perpetrated against him." *See* SAC ¶¶ 37.

**REQUEST FOR PRODUCTION NO. 34**:

ALL DOCUMENTS supporting your allegation that "DUFFY, BIRMINGHAM, HERNANDEZ, HUGHEN, and KWAITKOWSKA" were "close associates with both CURRAN and SANTOS." *See* SAC ¶¶ 38.

**REQUEST FOR PRODUCTION NO. 35**:

ALL DOCUMENTS supporting your allegation that "DUFFY, BIRMINGHAM, HERNANDEZ, HUGHEN, and KWAITKOWSKA" "became ware and/or were under the belief that Plaintiff had discussions with the FBI concerning CURRAN and SANTOS." *See* SAC ¶¶ 38.

**REQUEST FOR PRODUCTION NO. 36**:

ALL DOCUMENTS supporting your allegation that "HERNANDEZ AND BIRMINGHAM, another SFDBI Building Inspector, began the retaliation campaign against Plaintiff." *See* SAC ¶¶ 41.

///

///

**REQUEST FOR PRODUCTION NO. 37**:

ALL DOCUMENTS supporting your allegation that ANY DEFENDANT in this case issued a notice of violation in error.

**REQUEST FOR PRODUCTION NO. 38**:

ALL DOCUMENTS that support YOUR contention that DUFFY "was in charge of and had complete oversight of SFDBI and all of its employees." *See* SAC ¶¶ 46.

**REQUEST FOR PRODUCTION NO. 39**:

ALL DOCUMENTS that support YOUR contention that DUFFY "was a final policymaker acting under the color of his authority and had the power to approve, deny, and/or overturn any decisions made by SFDBI employees concerning their "regulation" of the subject property to ensure conformance with CITY policies.." *See* SAC ¶¶ 46.

**REQUEST FOR PRODUCTION NO. 40**:

ALL DOCUMENTS that support YOUR contention that HUGHEN and KWAITKOWSKA "egregiously delayed the approval of the application for months on end, forcing Plaintiff to jump over more arbitrary hurdles." *See* SAC ¶ 46.

**REQUEST FOR PRODUCTION NO. 41**:

ALL DOCUMENTS that support YOUR contention that the determination "that the driveway on the subject property was out of code and could not be used for off street parking anymore" was erroneous. *See* SAC ¶ 50.

**REQUEST FOR PRODUCTION NO. 42**:

ALL DOCUMENTS RELATING TO communications with the San Francisco City Attorney's Office.

**REQUEST FOR PRODUCTION NO. 43**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 under *Monell* against the CITY.

**REQUEST FOR PRODUCTION NO. 44**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 against DUFFY.

**REQUEST FOR PRODUCTION NO. 45**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 against BIRMINGHAM..

**REQUEST FOR PRODUCTION NO. 46**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 against HERNANDEZ.

**REQUEST FOR PRODUCTION NO. 47**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 against HUGHEN.

**REQUEST FOR PRODUCTION NO. 48**:

ALL DOCUMENTS RELATING TO YOUR cause of action for Retaliation under 42 U.S.C. § 1983 against KAWAITKOWSKA.

Dated:  May 30, 2025

DAVID CHIU
City Attorney
JENNIFER E. CHOI
Chief Trial Deputy
HUNTER W. SIMS III
Deputy City Attorney

By:_____
HUNTER W. SIMS III

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM;
NATALIA FOSSI (ERRONEOUSLY SUED AS
NATALIA KWAITKOWSKA); MAURICIO
HERNANDEZ; and JOE DUFFY

**PROOF OF SERVICE**

I, KATHLEEN K. HILL, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On May 30, 2025, I served the following document(s):

**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PATRICK GALLAGHER**

on the following persons at the locations specified:

Patrick Gallagher
470 Coletas Way
Byron, CA 94514

Tel:  (925) 325-3911
Email: bigblockpat@gmail.com

*Plaintiff in Pro Per*

in the manner indicated below:

☒     **BY UNITED STATES MAIL**:  Following ordinary business practices, I caused to be sealed true and correct copies of the above documents in addressed envelope(s) and had them placed at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that were placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒     **BY ELECTRONIC MAIL:**  I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address:  kathleen.hill@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed May 30, 2025, at California.

_____
KATHLEEN K. HILL

CCSF First Set of Requests for Production to Plaintiff     11           n:\lit\li2023\230777\01841192.docx
Case No. 23-cv-03579-SI (JCS)