DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
HUNTER W. SIMS III, State Bar #266039
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4259
Facsimile:    (415) 554-3837
E-Mail:        hunter.sims@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
WILLIAM HUGHEN; KEVIN BIRMINGHAM; NATALIA FOSSI
(ERRONEOUSLY SUED AS NATALIA KWAITKOWSKA);
MAURICIO HERNANDEZ; and JOE DUFFY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGHEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, AND JOE DUFFY,<br><br>        Defendant. | Case No. 23-cv-03579-SI (JCS)<br><br>**DECLARATION OF THOMAS DISANTO IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEFING** ([ECF No. 132] |

Declaration of Thomas DiSanto – Supp Briefing
Case No. 23-cv-03579-SI (JCS)

1

4903-6940-9658 v.1.docx

## DECLARATION OF THOMAS DISANTO

I, Thomas DiSanto, declare as follows:

1.     I am over the age of eighteen and I have personal knowledge of the matters stated in this declaration, unless otherwise stated. If called upon to testify, I could and would testify competently to the contents of this declaration.

2.     I am currently employed by the San Francisco Planning Department ("Planning"), a department of the City and County of San Francisco ("City"). I have been employed by Planning since 2010. My current title at Planning is Director of Administration. I have held this position since 2010.

3.     It is my understanding that Plaintiff Patrick Gallagher alleges that Planning "has a pattern, custom, and/or practice of retaliatory conduct against those who speak out against wrongful and illegal actions."

5.     Planning has policies covering a number of issues including employee conduct and inspection services. I am familiar with Planning's policies pertaining to administering and enforcing the San Franciso Planning Code, including the issuance of permits, inspection reports and Notices of Violation ("NOVs").  I am also familiar with Planning's  policies concerning employee conduct.

6.     Since I began working at Planning in 2010, Planning has never had a policy consistent with Plaintiff's allegations in this case. Specifically, Planning has never had "a pattern, custom, and/or practice of retaliatory conduct against those who speak out against wrongful and illegal actions." If anything, it is Planning's policy that all employees treat members of the public with respect and report wrongdoing.

///

///

Declaration of Thomas DiSanto – Supp Briefing                2                4903-6940-9658 v.1.docx
Case No. 23-cv-03579-SI (JCS)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of March 2026, at San Francisco, California.

THOMAS DISANTO