







CASE#23-CV-03579-SI
450 GOLDEN GATE AVE
FL 16
SAN FRANCISCO CA 94102                    *

P:3GRAY  S:52D
342-6000
1Z2E7458030619 3733
SAT08485 XLE 02-1 Mar 19 05:36:58 2026
US 9400 UDC 25 9 SATOLR

PATRICK GALLAGHER
THE UPS STORE #6080
STE 302
8877 N 107TH AVE
PEORIA AZ 85345-0900

1 LBS        1 OF 1
SHIP DATE: 17 MAR 2026

SHIP TO:
CASE#23-CV-03579-SI
FL 16
450 GOLDEN GATE AVE

SAN FRANCISCO   CA 94102-3426

CA 941 9-32

UPS GROUND

TRACKING #:  1Z 2E7 458 03 0619 3733

BILLING: P/P

MMBYJ4FJMEHSR ISH 13.00C ZZP 450 11.5V 03/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.        RRD R 0226

INSPECTED BY
MAR 1 9 2026
U.S. MARSHALS SERVICE



CASE#23-CV-03579-SI
450  GOLDEN GATE AVE
FL 16
SAN FRANCISCO CA 94102

P:3GRAY  s:52D
342-6000
1Z2E7458030619 3733
SAT08485 XLE 02-1 Mar 19 05:36:58 2026
US 9400 UDC 25.9 SATOLR