UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGHER, | Case No. 23-cv-03579-SI |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

On March 31, 2026, the Court granted summary judgment in favor of defendants.  Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED**.

Dated: March 31, 2026

_____

SUSAN ILLSTON
United States District Judge