| 40UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | **BILL OF COSTS** *Please follow the instructions on page 3 when completing this form.* | **COURT USE ONLY** OBJECTION DEADLINE: OBJECTION FILED: YES ☐   No ☐ |
|---|---|---|

| 1. CASE NAME Patrick Gallagher v. City and County of San Francisco, et al. | 2. CASE NUMBER 23-cv-03579-SI | 3. DATE JUDGMENT ENTERED March 31, 2026 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Plaintiff |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY  City and County of San Francisco, W. Hughen, K. Birmingham, N. Fossi, M. Hernandez, J. Duffy | 6.  NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Hunter W. Sims III | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE (415) 554-4259 |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                    (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | *Amt Allowed* | *Disallowed* | *Disallowance Reason* |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 28 U.S.C. 1923 | $402.00 | Exhibit A | | | |
| Service of Process, Civil LR 54-3(a)(2) | $0.00 | n/a | | | |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $0.00 | n/a | | | |
| Rulings from the bench, Civil LR 54-3(b)(2) | $0.00 | n/a | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $0.00 | n/a | | | |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $1628.50 | Exhibit C | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | $64.75 | Exhibit C | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | $0.00 | n/a | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $500.00 | Exhibit D | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $0.00 | n/a | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $0.00 | n/a | | | |

4929-1692-2013, v. 1

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | $0.00 | n/a | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $0.00 | n/a | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | $0.00 | n/a | | | |
| Court-appointed experts, 28 USC § 1920(6) | $0.00 | n/a | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | $0.00 | n/a | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | $0.00 | n/a | | | |
| Costs of bonds and security, Civil LR 54-3(h) | $0.00 | n/a | | | |
| **TOTAL AMOUNT** | $2,595.25 | | $ 0.00 | $ 0.00 | |

**9. ADDITIONAL COMMENTS, NOTES, ETC:**

| | |
|---|---|
| **10. AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. **Name of Attorney/Claiming Party:** | **11.** Costs are taxed in the amount of _____ and included in the judgment. Mark B. Busby Clerk of Court |
| **SIGNATURE:**                 **DATE:** | **BY:**          Deputy Clerk          **DATE:** |

| *WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821) | | | | | | |
|---|---|---|---|---|---|---|
| WITNESS NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL WITNESS FEES/EXPENSES | $ 0.00 |

| CAND 133<br>(Rev. 10/2021) | INSTRUCTIONS |
|---|---|

## GENERAL INSTRUCTIONS

Use this form CAND 133 in the Northern District of California in lieu of AO 133 when seeking to tax costs under Fed. R. Civ. P. 54(d)(1) and Civil L.R. 54. For applicable deadlines, see Civil L.R. 54.

- On the cost table (Item 8), in the column for "List Supporting Documentation," specifically cross-reference the documentation you are submitting for that item (*example: Declaration of Jessica Smith, Ex 1 (invoice from ABC Graphics)).* Use as much space as necessary to identify supporting documentation.
- Attach to your bill an itemization and documentation for requested costs in all categories.
- Each stipulation or order in the case regarding the formats for discovery of documents and electronically stored information, or relating to any other cost item, should be attached to the bill and referenced as "supporting documentation" next to each item to which it relates.
- Enter the amounts claimed for each item in the "amount claimed" column; for witness fees/expenses (Item 8(e)), enter the total from the Witness Fees/Expenses Computation Worksheet on page 2. To automatically calculate the total amount after entering all cost items, highlight the dollar amount on the last line of the AMOUNT CLAIMED column, and (i) right-click and select Update Field, or (ii) press F9.  The total amount can also be entered manually.
- Affidavit (Item 10) must be signed by attorney acting for the party claiming costs.

## FILING INSTRUCTIONS

- Completed cost bill must be submitted to court in two ways: (1) pages 1-2 must be saved as a PDF and e-filed in the case docket via the Court's Case Management|Electronic Case Filing ("CM|ECF") system along with all supporting documentation; and (2) a copy of the Word document (.doc or .docx) must be submitted by email to costbills@cand.uscourts.gov. A chambers copy must also be submitted pursuant to Civil L.R. 5-1(e)(7).
- If this bill of costs is not electronically served, a certificate of service must be filed pursuant to Civil L.R. 5-5.

## WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS

- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented, if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.
- If there are more than 5 witnesses, additional lines may be added to the Worksheet and the total amount of Witness Fees/Expenses must be entered manually.

## REPRODUCTION & EXEMPLIFICATION: GUIDANCE RE: ELECTRONIC DISCOVERY

- While there may be special circumstances in individual cases, the following kinds of document production costs are generally considered taxable unless a stipulation or order in the case provides otherwise:

| | | |
|---|---|---|
| Auto feed scanning of hard copy documents | Document coding | Image endorsing (electronic labeling or numbering) |
| Bates stamp | ED deliverables | Load file creation |
| Blowback scanning of paper documents | Electronic label/Bates numbering | Metadata extraction |
| Conversion of native files to different format for production | External hard drive used for production; copying files to storage media for production | OCR (optical character recognition) |
| | | Slip sheets |
| Data archive | Heavy litigation scanning | TIFF conversion |

## REASON CODES FOR CLERK'S DISALLOWANCE OF CLAIMED COSTS

"A" — No supporting documentation provided.
"B" — Supporting documentation does not support full amount claimed.
"C" — Disallowed as excessive expense (28 USC §1821(c)(1))
"D" — Disallowed as unrecoverable under 28 USC §1920.
"E" — Disallowed amount is outside the ambit of Civil Local Rule 54-3.

**Patrick Gallagher v. City and County of San Francisco, et al.**
USDC N.D. Cal., Case No. 23-cv-03579-SI

**Bill of Costs**

| Cost Type | | Cost |
|---|---|---|
| | | |
| a1. Filing Fees and Docket Fees | | $ 402.00 |
| a2. Service of Process | | $ - |
| b1. Transcripts for Appeal | | $ - |
| b2. Rulings from the Bench | | $ - |
| b3. Other Transcripts | | $ - |
| c1. Deposition Transcripts/Video Recording **(Exhibit C)** | | $ 1,628.50 |
| c2. Deposition Exhibits **(Exhibit C)** | | $ 64.75 |
| c3. Notary & Reporter Attendance Fees | | $ - |
| d1. Government Records | | $ 500.00 |
| d2. Disclosure/Formal Discovery Documents **(Exhibit D)** | | $ - |
| d3. Trial Exhibits | | $ - |
| d4. Visual Aids | | $ - |
| e. Witness Fees and Expenses **(Exhibit E)** | | $ - |
| f1. Fees for Special Masters & Receivers | | $ - |
| f2. Court-appointed Experts | | $ - |
| f3. Interpreters and Special Interptretation Services | | $ - |
| g1. Costs on Appeal | | $ - |
| g2. Costs on Bonds and Security | | $ - |
| | | |
| | | $ 2,595.25 |

Overview

**Patrick Gallagher v. City and County of San Francisco, et al.**
USDC N.D. Cal., Case No. 23-cv-03579-SI

## EXHIBIT A
a. Fees of the Clerk and for Service of Process

*Filing Fees and Docket Fees*

| Entity | Filing | Date | Fee |
|---|---|---|---|
| | | | |
| USDC N.D. Cal. | Removal fee | 7/20/2023 | $   402.00 |
| | | | |
| | **TOTAL** | | **$   402.00** |

*Service of Process*

| Vendor | Party Served | Date | Cost |
|---|---|---|---|
| | | | |
| n/a | n/a | n/a | n/a |
| | | | |
| | **TOTAL** | | **$   -** |

ADRMOP,CLOSED,ProSe,REFSET–JCS

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:23–cv–03579–SI

Gallagher v. City and County of San Francisco et al
Assigned to: Judge Susan Illston
Referred to: Magistrate Judge Joseph C. Spero (Settlement)
Case in other court:  San Francisco Superior Court,
CGC–23–605173
Cause: 42:1983 Civil Rights Act

Date Filed: 07/19/2023
Date Terminated: 03/31/2026
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Patrick Gallagher**                    represented by **Patrick Gallagher**
9845 N. 103 Drive
Sun City, AZ 85351
(925) 325–3911
PRO SE

**Javier Van Oordt**
Callahan & Blaine, APLC
3 Hutton Centre Drive
Ninth Floor
Santa Ana, CA 92707
714–241–4444
Fax: 714–241–4445
Email: jvanoordt@Callahan–Law.com
*TERMINATED: 03/28/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hornberger**
Callahan & Blaine, APLC
3 Hutton Centre Drive
Ste Ninth Floor
Santa Ana, CA 92707
714–241–4444
Email: jhornberger@callahan–law.com
*TERMINATED: 03/28/2025*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**          represented by **Hunter W. Sims , III**
City & County of San Francisco
1390 Market Street, 6th Floor
San Francisco, CA 94102–5408
(415) 554–4259
Fax: (415) 554–3837
Email: hunter.sims@sfcityatty.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee E. Rosenblit**
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102
(415) 554–3853
Fax: (415) 554–3837
Email: renee.rosenblit@sfcityatty.org
*ATTORNEY TO BE NOTICED*

**Thomas Spencer Lakritz**
Office of the City Attorney
1 Dr. Carlton B. Goodlett Place
City Hall
Ste 234
San Francisco, CA 94102
415–554–4628
Email: tom.lakritz@sfcityatty.org
*TERMINATED: 01/09/2025*

**Defendant**

**Bernard Curran**                      represented by   **Timothy J. Halloran**
Murphy Pearson Bradley & Feeney
550 California Street, 14th Floor
San Francisco, CA 94104
(415) 788–1900
Fax: (415) 393–8087
Email: thalloran@mpbf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alston L. Lew**
Murphy Pearson Bradley & Feeney
550 California Street, 14th Floor
San Francisco, CA 94104
(415) 788–1900
Email: alew@mpbf.com
*ATTORNEY TO BE NOTICED*

**John Paul Girarde**
Murphy Pearson Bradley & Feeney
550 California Street, 14th Floor
San Francisco, CA 94104
(415) 788–1900
Email: jgirarde@mpbf.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rodrigo Santos**
*TERMINATED: 08/26/2025*

**Defendant**

**William Hughen**                      represented by   **Hunter W. Sims , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Renee E. Rosenblit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Spencer Lakritz**
(See above for address)
*TERMINATED: 01/09/2025*

**Defendant**

**Kevin Birmingham**                    represented by   **Hunter W. Sims , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                    **Renee E. Rosenblit**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas Spencer Lakritz**
                                                    (See above for address)
                                                    *TERMINATED: 01/09/2025*

**Defendant**

**Natalia Kwaitkowska**              represented by  **Hunter W. Sims , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Renee E. Rosenblit**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas Spencer Lakritz**
                                                    (See above for address)
                                                    *TERMINATED: 01/09/2025*

**Defendant**

**Joe Duffy**                        represented by  **Hunter W. Sims , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Renee E. Rosenblit**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas Spencer Lakritz**
                                                    (See above for address)
                                                    *TERMINATED: 01/09/2025*

**Defendant**

**Mauricio Hernandez**               represented by  **Hunter W. Sims , III**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Renee E. Rosenblit**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Thomas Spencer Lakritz**
                                                    (See above for address)
                                                    *TERMINATED: 01/09/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/19/2023 | 1 | NOTICE OF REMOVAL from San Francisco Superior Court. Their case number is CGC–23–605173. (). Filed byCITY AND COUNTY OF SAN FRANCISCO. (Attachments: # 1 Exhibit A – Complaint, # 2 Exhibit B – Amended Complaint, # 3 Exhibit C – SFSC Register of Actions, # 4 Civil Cover Sheet)(Lakritz, Thomas) (Filed on 7/19/2023) (Entered: 07/19/2023) |
| 07/20/2023 | | Electronic filing error. Filing fee not paid. Please pay the filing fee through Pay.gov by clicking on Civil > Other Documents > New Case Filing Fee in CM/ECF. [err701]This filing will not be processed by the clerks office. Re: 1 Notice of Removal, filed by CITY AND COUNTY OF SAN FRANCISCO (as, COURT STAFF) (Filed on |

| | | 7/20/2023) (Entered: 07/20/2023) |
|---|---|---|
| 07/20/2023 | 2 | New Case Filing fee: $ 402, receipt number 311165338. (kmg, COURT STAFF) (Filed on 7/20/2023) (Entered: 07/20/2023) |
| 07/21/2023 | 3 | Case assigned to Magistrate Judge Joseph C. Spero.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/4/2023. (as, COURT STAFF) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/21/2023 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 10/13/2023. Initial Case Management Conference set for 10/20/2023 02:00 PM in San Francisco, Courtroom F, 15th Floor. (sec, COURT STAFF) (Filed on 7/21/2023) (Entered: 07/21/2023)** |
| 07/21/2023 | 5 | CERTIFICATE OF SERVICE by City and County of San Francisco (Lakritz, Thomas) (Filed on 7/21/2023) (Entered: 07/21/2023) |
| 07/26/2023 | 6 | MOTION to Dismiss filed by City and County of San Francisco. Motion Hearing set for 9/1/2023 09:30 AM in San Francisco, Courtroom D, 15th Floor before Magistrate Judge Joseph C. Spero. Responses due by 8/9/2023. Replies due by 8/16/2023. (Attachments: # 1 Proposed Order)(Lakritz, Thomas) (Filed on 7/26/2023) (Entered: 07/26/2023) |
| 07/26/2023 | 7 | Request for Judicial Notice re 6 MOTION to Dismiss filed byCity and County of San Francisco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Related document(s) 6 ) (Lakritz, Thomas) (Filed on 7/26/2023) (Entered: 07/26/2023) |
| 07/26/2023 | 8 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by City and County of San Francisco.. (Lakritz, Thomas) (Filed on 7/26/2023) (Entered: 07/26/2023) |
| 07/27/2023 | 9 | CLERK'S NOTICE REGARDING CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE<br><br>Defendant City & County of San Francisco has filed a Motion to Dismiss. Accordingly Plaintiffs and Defendants, except for the City & County of San Francisco, shall file a consent or declination to proceed before a magistrate judge. Note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. The forms are available at: http://cand.uscourts.gov/civilforms. (Party/parties were also notified via telephone or email.)<br><br>**Consent/Declination due by 8/3/2023.** (klh, COURT STAFF) (Filed on 7/27/2023) (Entered: 07/27/2023) |
| 08/02/2023 | 10 | NOTICE of Appearance by Jonathan Hornberger (Hornberger, Jonathan) (Filed on 8/2/2023) (Entered: 08/02/2023) |
| 08/02/2023 | 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Patrick Gallagher. (Hornberger, Jonathan) (Filed on 8/2/2023) (Entered: 08/02/2023) |
| 08/08/2023 | 12 | STIPULATION WITH PROPOSED ORDER *Extending Deadlines* filed by City and County of San Francisco. (Lakritz, Thomas) (Filed on 8/8/2023) (Entered: 08/08/2023) |
| 08/11/2023 | 13 | **Order. Signed 8/11/2023 by Magistrate Judge Joseph C. Spero granting 12 Stipulation Extending Deadlines.(klh, COURT STAFF) (Filed on 8/11/2023) (Entered: 08/11/2023)** |

THIS CHECK HAS A COLORED BACKGROUND AND CONTAINS MULTIPLE SECURITY FEATURES - SEE BACK FOR DETAILS

**CITY AND COUNTY OF SAN FRANCISCO**

JPMorgan Chase Bank,N.A.
COLUMBUS, OH

PAYABLE AT ANY BANK IF PRESENTED WITHIN NINETY DAYS

0000510378

56-1544/441

DATE   06/20/2023          AMOUNT      $402.00**

**FOUR HUNDRED TWO AND XX/100 DOLLARS**

PAY
TO THE
ORDER OF

U S DISTRICT COURT
450 GOLDEN GATE AVE, BOX 36060
SAN FRANCISCO CA 94102

HEAT SENSITIVE
RUB AREA TO VERIFY

Ben Rosenfield, CONTROLLER

⑈0000510378⑈ ⑆044115443⑆      825670760⑈

| CHECK DATE: 06/20/2023 | SUPPLIER NUMBER: 0000009058 | | | CHECK NO: 0000510378 |
|---|---|---|---|---|

| INVOICE NUMBER | INVOICE DATE | VOUCHER ID | MESSAGE | PAID AMOUNT |
|---|---|---|---|---|
| CT062023 | 06/20/2023 | 02577733 | 230777 / CGC-23-605173 Removal fee | 402.00 |

If you have questions please call: Elvira Loreto, CAT City Attorney.

| CHECK NUMBER | DATE | TOTAL AMOUNT |
|---|---|---|
| 0000510378 | 06/20/2023 | $402.00 |

**Patrick Gallagher v. City and County of San Francisco, et al.**
USDC N.D. Cal., Case No. 23-cv-03579-SI

**EXHIBIT C**
c. Depositions

*Transcripts and Video*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| Lexitas | 07/31/2025  Patrick Gallagher | $    1,628.50 |
| | | |
| **TOTAL** | | **$    1,628.50** |

*Exhibits*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| Lexitas | 07/31/2025  Patrick Gallagher | $    64.75 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | **$    64.75** |

# INVOICE

1 of 1

**LEXITAS**™

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 139190 | 8/18/2025 | 127560 |
| **Job Date** | **Case No.** | |
| 7/31/2025 | 23-CV-03579-SI (JCS) | |
| **Case Name** | | |
| Patrick Gallagher v. City and County of San Francisco | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Hunter W. Sims III, Esq.
Office of the City Attorney - San Francisco
1390 MARKET ST
FL 7
SAN FRANCISCO, CA 94102-5342

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Patrick Gallagher | 209.00 Pages | @ | 6.500 | 1,358.50 |
| In-Person Appearance | 1.00 | @ | 250.000 | 250.00 |
| Black & White Exhibit | 56.00 Pages | @ | 0.750 | 42.00 |
| Color Exhibits | 13.00 Pages | @ | 1.750 | 22.75 |
| Process & Handling | 1.00 | @ | 20.000 | 20.00 |
| | **TOTAL DUE   >>>** | | | **$1,693.25** |

**Thank you for choosing Lexitas – California: Court Reporting Division.**

**Payment Terms:** Invoices unpaid after **30 days** may incur a **1.5% monthly finance charge**. Payment is the responsibility of the party listed, regardless of client reimbursement. If you believe other terms have been arranged, contact us to review. Collection costs, including legal fees, may apply. For questions, email CA.Billing@LexitasLegal.com or call 619.777.1277.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,693.25** |

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Hunter W. Sims III, Esq.
Office of the City Attorney - San Francisco
1390 MARKET ST
FL 7
SAN FRANCISCO, CA 94102-5342

| | |
|---|---|
| Invoice No. | : 139190 |
| Invoice Date | : 8/18/2025 |
| **Total Due** | : **$1,693.25** |

Remit To: **Lexitas**
**PO Box 734298**
**Dept 2043**
**Dallas, TX 75373-4298**

| | |
|---|---|
| Job No. | : 127560 |
| BU ID | : 05-SAC |
| Case No. | : 23-CV-03579-SI (JCS) |
| Case Name | : Patrick Gallagher v. City and County of San Francisco |

**Patrick Gallagher v. City and County of San Francisco, et al.**
USDC N.D. Cal., Case No. 23-cv-03579-SI

**EXHIBIT D**
d. Reproduction, Exemplifcation

*Government Records*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| First American Title | CLTA Litigation Guarantee | $    500.00 |
| | | |
| **TOTAL** | | **$    500.00** |

*Disclosure/Formal Discovery Documents*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| n/a | n/a | n/a |
| | | |
| **TOTAL** | | $    - |

*Trial Exhibits*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| n/a | n/a | n/a |
| | | |
| **TOTAL** | | $    - |

*Visual Aids*

| Vendor | Description | Cost |
|---|---|---|
| | | |
| n/a | n/a | n/a |
| | | |
| **TOTAL** | | $    - |

d. Reproduction



### First American Title Company
*2230 East Bidwell Street, Suite 100*
*Folsom, CA 95630*
*Phone:  (916)983-3985 / Fax:  (866)375-4176*

**PR:**  06243                                                                 **Ofc:**  3420 (6183)

## Invoice

**To:**  Office of the San Francisco City Attorney's Office
1390 Market Street, 7th Floor
San Francisco, CA 94102

| | |
|---|---|
| **Invoice No.:** | 6183 - 6183137161 |
| **Date:** | 06/26/2023 |
| **Our File No.:** | 3420-7004922 |
| **Title Officer:** | Randal Watkins |
| **Escrow Officer:** | |
| **Customer ID:** | 12753727 |

**Attention:**    Mari Medrano
**Your Ref.:**
**RE:**    **Property:**
200 Naples Street,, San Francisco, CA 94112

**Liability Amounts**

**Buyers:**    MADISON TRUST CO FBO PATRICK P
**Sellers:**

| Description of Charge | Invoice Amount |
|---|---|
| CLTA Litigation Guarantee | $500.00 |

**INVOICE TOTAL**                    **$500.00**

**Comments:**

**Thank you for your business!**

## PROOF OF SERVICE

I, KATHLEEN K. HILL, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action.  I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On April 10, 2026, I served the following document(s):

## BILL OF COSTS

on the following persons at the locations specified:

Patrick Gallagher
470 Coletas Way
Byron, CA 94514

Patrick Gallagher
9845 N. 103rd Drive
Sun City, AZ 85351

Tel:  (925) 325-3911
Email: bigblockpat@gmail.com

*Plaintiff in Pro Per*
**Via Email and U.S. Mail**

Timothy J. Halloran
John P. Girarde
Alston L. Lew
Murphy, Pearson, Bradley & Feeney
550 California Street, 14th Floor
San Francisco, CA 94104-1001

Tel: (415) 788-1900
Direct: (415) 962-2820
Fax: (415) 393-8087
Email: THalloran@MPBF.com;
JGirarde@MPBF.com; alew@MPBF.com;
rmyers@mpbf.com; SGiri@mpbf.com;
HSimpson@MPBF.com

*Attorneys for Defendant Bernard J. Curran*
**Via Email**

in the manner indicated below:

☒ **BY UNITED STATES MAIL**:  Following ordinary business practices, I caused to be sealed true and correct copies of the above documents in addressed envelope(s) and had them placed at my workplace for collection and mailing with the United States Postal Service.  I am readily familiar with the practices of the San Francisco City Attorney's Office for collecting and processing mail.  In the ordinary course of business, the sealed envelope(s) that were placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

☒ **BY ELECTRONIC MAIL:**  I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address: kathleen.hill@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.  Executed April 10, 2026, at San Francisco, California.

_____
*/s/  Kathleen K. Hill*
KATHLEEN K. HILL

Bill of Costs
Case No. 23-cv-03579-SI (JCS)

4902-5271-5935, v. 1