FILED

APR 14 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern District of California

### Form 1. Notice of Appeal from a Judgment or Order of a
### United States District Court

U.S. District Court case number: 23-cv-03579-SI (JCS)

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: July 20, 2023

Date of judgment or order you are appealing: March 31, 2026

Docket entry number of judgment or order you are appealing: 136

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Patrick Gallagher

Is this a cross-appeal?  ◯ Yes    ⦿ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◯ Yes    ⦿ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

9845 N. 103rd Drive

City: Sun City    State: AZ    Zip Code: 85351

Prisoner Inmate or A-Number (if applicable):

**Signature**    Date 4/8/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

Patrick Gallagher

Name(s) of counsel (if any):

Pro Se

Address: 9845 N. 103rd Drive, Sun City AZ 85351

Telephone number(s): 925 325-3911

Email(s): bigblockpat@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

City and County of San Francisco

Name(s) of counsel (if any):

Hunter W. Sims III, Deputy City Attorney

Address: 1390 Market Street, Sixth Floor, San Francisco CA 94102-5408

Telephone number(s): 415 554-4259

Email(s): hunter.sims@sfcityatty.org

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *1*                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

## Appellants

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ◯ Yes    ◯ No

## Appellees

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                        *2*                                  *New 12/01/2018*