

# U.S. District Court

## California Northern - San Francisco

**THIS IS A COPY**

Receipt Date: Apr 14, 2026 12:22PM

Patrick Gallagher
9845 N. 103rd Dr.
Sun City, AZ 85351

Rcpt. No: 311176386                    Trans. Date: Apr 14, 2026 12:22PM                    Cashier ID: #MH (7320)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| MO | Money Order | #19-808360653 | 04/9/2026 | | $500.00 |
| MO | Money Order | #19-808360654 | 04/9/2026 | | $105.00 |

|  |  |
|--|--|
| Total Due Prior to Payment: | $605.00 |
| Total Tendered: | $605.00 |
| Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

C.23-3579