PATRICK GALLAGHER
(925) 325-3911
THE UPS STORE #4580
STE 302
8877 N 107TH AVE
PEORIA   AZ 85345-0900

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 09 APR 2026

SHIP TO:
SUSAN ILLSTON
COURTROOM DEPUTY TO THE HON
FL 16
450 GOLDEN GATE AVE

SAN FRANCISCO   CA 94102-3426



CA 941 9-24

UPS GROUND

TRACKING #:   1Z 2E7 458 03 0674 4736



BILLING: P/P

MMBYJ4FFTUQSC ISH 13.00C ZZP 458 13.5U 03/2026

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RAD R 0326

INSPECTED BY

U.S. MARSHALS SERVICE

APR 13 2026

