Patrick Gallagher
9845 N. 103rd Drive
Sun City, AZ 85351
(925) 325-2911
bigblockpat@gmail.com

Plaintiff, Self-Represented

FILED

APR 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GALLAGER,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, BERNARD CURRAN, RODRIGO SANTOS, WILLIAM HUGEN, KEVIN BIRMINGHAM, NATALIA KWAITKOWSKA, and JOE DUFFY,<br><br><br>   Defendant(s). | ) Case No.: 23-cv-03579-SI<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS

### I. INTRODUCTION

Defendants' bill of costs seeks $2,595.25 in taxable costs against Plaintiff. Plaintiff objects

to certain items because they were not necessarily incurred, were not allowable under law, or were

1

not properly supported by the required affidavit. Plaintiff also notes that Defendants' failed to meet the local rule requirement of a good faith meeting and conference to resolve disputed costs.

///

## II. PROCEDURAL BACKGROUND

Following the Court's order granting Defendants' motion for summary judgment, judgment was entered against Plaintiff on March 31, 2026 (Dkt. No. 136). On April 10, 2026, Defendants timely filed their bill of costs, including the required supporting affidavit, seeking $2,595.25 (Dkt. No. 137). Plaintiff now timely files these objections within 14 days of service.

## III. ARGUMENT

### A. Failure to Meet Local Rule Requirements

Under N.D. Civ. L.R. 54-2(b), the objecting party must state that counsel met and conferred in good faith to resolve disputed costs. Plaintiff attempted to meet and confer, but Defendants' provided no response to Plaintiff's notification stating the bill contains items that Plaintiff disputes.

### B. Disallowed Items

1. **Filing and Docket Fees** – Plaintiff did not incur these costs.

2. **Certain Deposition Transcripts** – Plaintiff did not request or pay for these.

3. **Certain Deposition Exhibits**- Plaintiff did not request or pay for these.

4. **Certain Government Records**- Plaintiff did not incur these costs.

### C. Good Faith Effort

Plaintiff in good faith attempted to meet and confer with counsel to resolve disputed costs. However, Defendants did not respond thus refusing to agree to the disallowed items.

## IV. CONCLUSION

2

For the reasons stated, Plaintiff respectfully requests that the Clerk disallow the disputed items and tax costs in the amount of $2,595.25 as originally taxed.

///

///

Respectfully submitted,

By: _____

Patrick Gallagher
Plaintiff, Self-Represented
9845 N. 103rd Drive
Sun City, AZ 85351
(925) 325-2911
bigblockpat@gmail.com

PLAINTIFF'S OPPOSITION TO DEFENDANTS' BILL OF COSTS