

BILLING: P/P

UPS GROUND

TRACKING #: 1Z 2E7 458 03 4033 8361

SHIP TO:
CASE#23-CV-03579-SI
FL 16
450 GOLDEN GATE AVE

SAN FRANCISCO CA 94102-3426

CA 941 9-24

PATRICK GALLAGHER
(925) 325-3911
THE UPS STORE #4580
STE 302
8877 N 107TH AVE
PEORIA AZ 85345-0900

1 LBS
SHP WT:1 LBS
DATE: 23 APR 2026

1 OF 1

16+4



U.S. IMMIGRATION SERVICE

INSPECTED BY

APR 17 2023

RECEIVED

APR 27 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Division contrary to law is prohibited.

RRD R 0526



MMBVJ4FCR1BNR  ISH  13.00C  2ZP  450  16,5U  04/2026



