UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK GALLAGHER,

Plaintiff,

v.

CITY AND COUNTY OF SAN
FRANCISCO, et al.,

Defendants.

Case No.  23-cv-03579-SI

**ORDER OVERRULING PLAINTIFF'S
OBJECTIONS TO BILL OF COSTS**

Re: Dkt. No. 145

On March 31, 2026, the Court granted summary judgment in favor of defendants and entered judgment accordingly.  Dkt. Nos. 135, 136.  On April 10, 2026, defendants Kevin Birmingham, City and County of San Francisco, Joe Duffy, Mauricio Hernandez, William Hughen, and Natalia Kwaitkowska (collectively, the "City Defendants") filed a bill of costs seeking $2,595.25.  Dkt. No. 137.  On April 27, 2026, plaintiff Patrick Gallagher objected "to certain items because they were not necessarily incurred, were not allowable under law, or were not properly supported by the required affidavit."  Dkt. No. 145 (Objs.) at 1–2.  The City Defendants did not respond to Gallagher's objections.

The Court OVERRULES Gallagher's objections.  First, the objections are untimely.  Civil Local Rule 54-2(a) provides that, "[w]ithin 14 days after service by any party of its bill of costs, the party against whom costs are claimed must serve and file any specific objections to any item of cost claimed in the bill, succinctly setting forth the grounds of each objection."  The City Defendants served the bill of costs on Gallagher via email and U.S. mail on April 10, 2026, thereby making objections due on April 24, 2026.  Dkt. No. 137 at ECF p.15 (proof of service); Civ. L.R. 52-4(a).  Gallagher filed his objections on April 27, 2026—three days after the deadline.

Second, the objections are meritless.  Gallagher objects to the "filing and docket fees" and

"certain government records" on grounds that "Plaintiff did not incur these costs" and "certain deposition transcripts" and "certain deposition exhibits," on grounds that "Plaintiff did not request or pay for these." Objs. at 2.

A bill of costs shifts certain litigation expenses from the prevailing party to the losing party. It is therefore irrelevant that Gallagher did not request, pay for, or incur the identified costs. The bill of costs attaches documents showing that the City Defendants did in fact incur $2,595.25 for court filing fees, deposition transcripts and exhibits for Gallagher's July 31, 2025 deposition, and reproduction of government records. Dkt. No. 137, Exs. A–D. Each of these are allowable costs. Civ. L.R. 54-3(a)(1), (c)(1), (c)(3), (d)(1).

Accordingly, Gallagher's objections are OVERRULED.

**IT IS SO ORDERED**.

Dated: May 6, 2026

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California

2