

PATRICK GALLAGHER
(925) 325-3911
THE UPS STORE #4580
STE 302
8877 N 107TH AVE
PEORIA AZ 85345-0900

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 28 APR 2026

SHIP TO:
SUSAN ILLSTON
COURTROOM DEPUTY TO THE HON
FL 16
450 GOLDEN GATE AVE

SAN FRANCISCO  CA 94102-3426

CA 941 9-24

UPS GROUND
TRACKING #:  1Z 2E7 458 03 4339 3564

BILLING: P/P

23-cv-03529-51

MMBYJ4FE6ACRU ISH 13.00C BIXOLON S 16.5V 04/2026

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RFID R 0320

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®
UPS Worldwide Expedite

This envelope is for use with the following services:

Serving you for more than 110 years
United Parcel Service.®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.co

Visit UPS.com

Apply shipping documents on this side.

can QR code to
chedule a pickup

Domestic Shipments
To qualify for the letter rate, UPS Express® envelope may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

International Shipments
The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

Note: UPS Express envelopes are not recommended for shipments of ctronic media containing sensitive personal information or breakable items. not send cash or cash equivalent.

rnational Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established e Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on ntract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported